1

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE EASTERN DISTRICT OF VIRGINIA

3    Alexandria Division

4

5    - - - - - - - - - - - - - x

6    TIARRA FAIN,                    :

7         Plaintiff,                 :

8    vs.                             : CASE NO. 3:12-CV-293

9    RAPPAHANNOCK REGIONAL JAIL,     :

10   et al.,                         :

11        Defendants.                :

12   - - - - - - - - - - - - - x

13

14   Deposition of CHIZOBA UZOCHUKWU, M.D.

15   Fredericksburg, Virginia

16   Tuesday, January 29, 2013

17   12:57 p.m.

18

19

20   Job No.:  31300

21   Pages:  1 - 50

22   Reported by:  Sarah M. Bickel, RPR

**EXHIBIT 1**

DEPOSITION OF CHIZOBA UZOCHUKWU, M.D.
CONDUCTED ON TUESDAY, JANARY 29, 2013

2

1          Deposition of CHIZOBA UZOCHUKWU, M.D.,

2  held at the offices of:

3

4       CENTRAL VIRGINIA OB/GYN GROUP, INC.

5       1011 Care Way

6       Suite 200

7       Fredericksburg, Virginia 22401

8       (540) 373-4900

9

10

11

12

13

14

15

16        Pursuant to agreement, before Sarah M.

17  Bickel, Registered Professional Reporter and Notary

18  Public in and for the Commonwealth of Virginia.

19

20

21

22

**EXHIBIT 1**

## DEPOSITION OF CHIZOBA UZOCHUKWU, M.D.
## CONDUCTED ON TUESDAY, JANARY 29, 2013

3

1                    A P P E A R A N C E S

2    ON BEHALF OF THE PLAINTIFF:

3          WILLIAM G. SHIELDS, ESQUIRE

4          The Shields Law Firm, PLLC

5          11512 Allecingie Parkway

6          Richmond, Virginia 23235

7          (804) 594-3966

8

9

10

11   ON BEHALF OF THE DEFENDANTS:

12         ALEXANDER FRANCUZENKO, ESQUIRE

13         COOK, CRAIG & FRANCUZENKO, PLLC

14         3050 Chain Bridge Road

15         Suite 200

16         Fairfax, Virginia 22030

17         (703) 865-7480

18

19

20

21

22

**EXHIBIT 1**

DEPOSITION OF CHIZOBA UZOCHUKWU, M.D.
CONDUCTED ON TUESDAY, JANARY 29, 2013

4

```
 1              C O N T E N T S

 2    EXAMINATION OF CHIZOBA UZOCHUKWU, M.D.        PAGE

 3         By Mr. Frankuzenko                         5

 4         By Mr. Shields                            29

 5         By Mr. Frankuzenko                        40

 6         By Mr. Shields                            44

 7

 8

 9

10                E X H I B I T S

11         (Attached to the transcript.)

12    UZOCHUKWU DEPOSITION                          PAGE

13    Exhibit 1     Operative Report                 5

14    Exhibit 2     History and Physical             5

15    Exhibit 3     Hospital Chart                   12

16    Exhibit 4     Record Notes                     20

17

18

19

20

21

22
```

PLANET DEPOS
888.433.3767 I WWW.PLANETDEPOS.COM

**EXHIBIT 1**

## DEPOSITION OF CHIZOBA UZOCHUKWU, M.D.
## CONDUCTED ON TUESDAY, JANARY 29, 2013

5

```
1                 P R O C E E D I N G S
2              (Uzochukwu Exhibits 1 - 2 were premarked
3      for identification attached to the deposition
4      transcript.)
5              CHIZOBA UZOCHUKWU, M.D.
6      having been first duly sworn, testified as follows:
7          EXAMINATION BY COUNSEL FOR THE DEFENDANTS
8              BY MR. FRANCUZENKO:
9          Q  Dr. Uzochukwu, my name is Alex
10     Francuzenko, and I represent various defendants from
11     the Rappahannock Regional Jail.  Tiarra Fain has sued
12     the jail for which she alleges Eighth Amendment
13     violations.  We're not going to get into the legal
14     issues today, but I'm here to ask you a few questions
15     about a delivery that you performed on April 18th,
16     2010.
17              Have you ever had your deposition taken
18     before?  This is the process that we're going through
19     right now.
20          A  Right now?  No.
21          Q  I'm just going to ask you some questions,
22     and counsel for Ms. Fain might ask you some
```

**EXHIBIT 1**

DEPOSITION OF CHIZOBA UZOCHUKWU, M.D.
CONDUCTED ON TUESDAY, JANARY 29, 2013

8

1    to get her expertise.  I'm trying to get some -- I

2    want to get her background for my own self.

3            MR. SHIELDS:  Okay.

4            BY MR. FRANCUZENKO:

5        Q   How many of those do you think were

6    inmates from the Rappahannock Regional Jail?

7        A   I've had experiences with over, I would

8    say, four encounters.

9        Q   And was one of them Ms. Tiarra Fain?

10       A   One of them was Ms. Tiarra Fain.

11       Q   Do you have a recollection of that

12   particular delivery?

13       A   Yes.

14       Q   And that was on April 18th, 2010?

15       A   Correct.

16       Q   All right.  I'm going to show you an

17   exhibit, which we've marked as Exhibit 1, and ask you

18   if you can tell me what that is.

19       A   This is an operative report note that is

20   dictated usually after a procedure, and we have --

21   vaginal deliveries are -- is a procedure, and I

22   dictate sort of an operative report.  The course of

**EXHIBIT 1**

DEPOSITION OF CHIZOBA UZOCHUKWU, M.D.
CONDUCTED ON TUESDAY, JANARY 29, 2013

9

1 that is to explain certainly the indication of her

2 delivery, how baby was born, and any complications

3 that took place.

4      Q   And if there were any complications that

5 took place during the course of delivery, you would

6 have noted them?

7      A   Correct.

8      Q   And if I'm reading this correctly, under

9 Procedure, you have listed this as a normal

10 spontaneous vaginal delivery, correct?

11      A   Correct.

12      Q   We'll get into the report in a minute, but

13 there's some questions I have about the delivery

14 itself.

15          At any point during the delivery process

16 while you were in the delivery room, was Ms. Fain

17 restrained?

18      A   I did not visualize Ms. -- what's her last

19 name? -- Fain restrained, no.

20      Q   And when you say "visualize," she was

21 right in front of you, correct?

22      A   She was right in front of me.

**EXHIBIT 1**

DEPOSITION OF CHIZOBA UZOCHUKWU, M.D.
CONDUCTED ON TUESDAY, JANARY 29, 2013

10

1    Q  And as far as you could tell, neither one

2  of her legs were restrained to anything?

3    A  Neither one of her legs were restrained to

4  anything.

5    Q  How about her arms?

6    A  I want to understand.  At the time of

7  delivery?

8    Q  Yes.

9    A  Her arms were not restrained that I could

10  see.

11    Q  Did you at any point order any of the

12  officers that were there to take off restraints from

13  her?

14    A  The afternoon that I took over her care, I

15  made emphasis to the nurse and the guard that was

16  there -- I have a visual of the guard, but I made it

17  clear to make sure that the patient is not restrained

18  during the course of labor and delivery.  It is not

19  the first time I made such order because I've had

20  other experiences with three others prior to

21  Ms. Fain.  I knew that that's commonly obliged.  I

22  should not -- I was surprised to hear about this

**EXHIBIT 1**

DEPOSITION OF CHIZOBA UZOCHUKWU, M.D.
CONDUCTED ON TUESDAY, JANARY 29, 2013

11

1    outcome.

2              So I do give orders to make sure the

3    patient is not restrained, so I don't expect her to

4    be restrained while she's in labor and delivery, so

5    when I came into the room, I did not see that she was

6    restrained.

7         Q   How about at any point while you saw her

8    that day, was she restrained?

9         A   No.

10        Q   And your experience in the other three

11   deliveries was that those inmates were not restrained

12   as well?

13        A   They were not restrained as well.

14        Q   Have you ever had a situation where you've

15   given an instruction to a guard that wasn't complied

16   with?

17        A   No.

18        Q   And if that were the case, for instance,

19   if there was a restraint on her during her delivery,

20   would you have noted that in your report?

21        A   Yes, I would have.

22        Q   And why would you do that?

**EXHIBIT 1**

DEPOSITION OF CHIZOBA UZOCHUKWU, M.D.
CONDUCTED ON TUESDAY, JANARY 29, 2013

17

1   duty instructed Defendant Schoolfield to remove the

2   shackles as it was against hospital policy.  Saying

3   that it was jail policy, Ms. Schoolfield refused.

4            Did you ever observe that?

5        A  Didn't have that encounter, no.

6            MR. SHIELDS:  Allow me to pose an

7   objection because the allegation is that the nurse

8   had this conversation, not the doctor.

9            MR. FRANCUZENKO:  I understand.

10       A  Yeah, not to the doctor.

11           MR. FRANCUZENKO:  I'm asking if she

12  observed the nurse having that conversation.

13           THE WITNESS:  No.

14           BY MR. FRANCUZENKO:

15       Q  This is paragraph 24 of the amended

16  complaint.  During the delivery process and over the

17  physician's objection, plaintiff was kept shackled by

18  her left arm and left leg by harsh restraints to a

19  hospital bed.

20           Is that true or false?

21       A  That would be false.

22           Left arm, right?

**EXHIBIT 1**

DEPOSITION OF CHIZOBA UZOCHUKWU, M.D.
CONDUCTED ON TUESDAY, JANARY 29, 2013

18

1      Q   And left leg.

2      A   False.

3      Q   Next -- this is further down in that same

4  paragraph that says, Plaintiff was unable to

5  reposition herself for comfort or in such a way

6  necessary to successfully engage in the delivery.

7      A   False.

8      Q   Next sentence in that paragraph, The

9  shackling was particularly dangerous as plaintiff's

10  umbilical cord was wrapped around the baby's neck,

11  which almost necessitated an emergency C-section.

12         Let me split that up in two.

13     A   Sure.

14     Q   Was there a particularly dangerous

15  shackling during this delivery?

16     A   No.

17     Q   And what about the umbilical cord?

18     A   Had nothing -- no.  I had total control of

19  my delivery.  That did not take place.

20     Q   Was there at any point a need or potential

21  need for an emergency Caesarean section?

22     A   No.

**EXHIBIT 1**

DEPOSITION OF CHIZOBA UZOCHUKWU, M.D.
CONDUCTED ON TUESDAY, JANARY 29, 2013

39

1      A  They are restrained in the postpartum

2  unit.

3      Q  And that would be true of Ms. Fain also?

4      A  That would happen to Ms. Fain also.

5      Q  Now, do you actually remember Ms. Fain's

6  case specifically, or are you just going by what your

7  usual practice is?

8      A  With Ms. Fain's -- rephrase that question.

9  Repeat your question again.

10      Q  Do you recall Ms. Fain specifically not

11  being restrained, or are you just testifying that the

12  usual procedure is for them not to be restrained,

13  therefore, you assume she wasn't?

14      A  I'm testifying that Ms. Fain would have

15  been restrained postpartum because I know based on my

16  other experiences with the other deliveries, but I

17  did not see her during her postpartum course being

18  restrained.

19      Q  During the labor itself, do you remember

20  for sure -- the delivery itself, do you remember for

21  sure that she was not, or is it simply that that's

22  the usual procedure?

**EXHIBIT 1**

### DEPOSITION OF CHIZOBA UZOCHUKWU, M.D.
### CONDUCTED ON TUESDAY, JANARY 29, 2013

40

1      A   During the delivery, I do remember that

2  she was not restrained.

3      Q   Now, after the five minutes when the baby

4  was delivered, how much longer were you with her?

5      A   I was with her for, I would say,

6  10 minutes, pretty much making sure that the bleeding

7  was under control, that she was repositioned back in

8  bed, the bed is put together, we count all our

9  instruments, and that's it.

10     Q   So all told, during the labor and delivery

11 process, you were with her about 15 minutes?

12     A   Yes.

13     Q   And other than that, you don't know what

14 happened with respect to restraints, do you?

15     A   No.

16         MR. SHIELDS:  No further questions.

17         MR. FRANCUZENKO:  I've got a few follow-up

18 for you, Doctor.

19  FURTHER EXAMINATION BY COUNSEL FOR THE DEFENDANTS

20         BY MR. FRANCUZENKO:

21     Q   The nurses that you work with -- this was

22 at Mary Washington Hospital?

**EXHIBIT 1**

## Mary Washington Healthcare

| | | | |
|---|---|---|---|
| **NAME:** | Fain , Tiarra Lashae | **MRN:** | ████████ |
| **ADMIT DATE:** | 04/18/2010 | **ACCOUNT#:** | ███████████ |
| **DATE OF OPERATION:** | 04/18/2010 | **LOCATION:** | 3OBS3109-M |
| **SURGEON:** | Chizoba Uzochukwu, DO | **BIRTH DATE:** | ████988 |
| **ASSISTANT:** | | **FACILITY:** | Mary Washington |

**DATE OF PROCEDURE:**
04/18/2010

**PREOPERATIVE DIAGNOSIS(ES):**
1. Intrauterine pregnancy at 39-4/7 weeks gestation.
2. Induction of labor secondary to suspected large for gestational age.

**POSTOPERATIVE DIAGNOSIS(ES):**
1. Intrauterine pregnancy at 39-4/7 weeks gestation.
2. Induction of labor secondary to suspected large for gestational age.

**PROCEDURE:**
Normal spontaneous vaginal delivery.

**ANESTHESIA:**
Epidural.

**SURGEON:**
Chizoba D Uzochukwu, DO

**ESTIMATED BLOOD LOSS:**
250 cc.

**INFANT DATA:**
A live male infant, weighing 9 pounds 9 ounces/4337 g with Apgar scores of 9 and 9. Blood gas within normal limits with a pH of 7.2.

**TECHNIQUE:**
A 21-year-old gravida 4, para 1-0-2-1, at 39-4/7 weeks presented to the Labor and Delivery for induction of labor secondary to suspected LGA. She was admitted to the Labor and Delivery where she was noted to be about 2-3 cm dilated, 50% effaced, and minus 3 station. Induction of labor started using Pitocin, artificial rupture of membrane was performed, and pain management in the form of an epidural. The patient went on to progress to full dilation. Fetal heart tracing revealing baseline heart rate in the 130 beats per minute with moderate variability and variable decelerations down to 80 beats per minute/70 beats per minute consistent with contractions lasting less than 10 seconds. The patient was encouraged to proceed to second stage of labor once discovered that she was fully dilated, 100% effaced, and 0 to +1 station. The patient went on to actively push effectively with each subsequent contractions. Fetal heart tracing

**OPERATIVE REPORT**
Page 1 of 2

**EXHIBIT 1**



Name:          Fain, Tiarra Lashae
MRN:           ▰▰▰▰▰▰

reassuring. Using the McRoberts maneuver, the fetal head was approaching crowning position, and the head was successfully delivered followed by the anterior shoulder, then the posterior shoulder, and the rest of the body. The infant was placed over maternal abdomen. The cord was clamped and cut. The pH and cord blood were obtained and sent. The placenta was delivered spontaneously with 3 vessels intact. IV Pitocin was administered after completion of third stage of labor. Evaluation of the perineum revealed a second-degree laceration, which was repaired in layers using 0 Vicryl, 3-0 chromic, and 2-0 Vicryl on an SH. The surgical site repair was hemostatic. Exploration of the uterus revealed no retained products and firm, cervix without any laceration, and surgical site repair intact. The patient tolerated the procedure well. All instruments, needles, and sponges were all accounted for and correct.

DISPOSITION:
To mother-baby unit in approximately 2 hours.

D: 04/18/2010 10:00 P BY 013748 / T: 04/19/2010 05:00 A  I: 04/19/2010 05:00 A
J: 68432/ S: 1266921  SPH-E: 201004190990110300
sph/

                    **Electronically signed by :
                    Chizoba Uzochukwu, DO 05/10/2010 10:22 P

                    _____
                    Chizoba Uzochukwu, DO

cc:    Chizoba Uzochukwu, DO
    —

                          OPERATIVE REPORT
                            Page 2 of 2

                          EXHIBIT 1



EXHIBIT

Uzochukwu 2
1/29/13        3B

| DATE | NOTES MUST BE SIGNED BY PHYSICIAN |
|------|-----------------------------------|
| 4/18/10 | VE: 3/50/-3 |
| 1:05 pm | Toco: q 2-3 p4 @ 11 |
|  | FHTs: 130, reassuring |
|  | AROM- clr fluid. |
|  | Continue to monitor labor progress. |
|  | Social worker involved for mgmt of stabilization of baby - with |
|  | father family while mother in bindover. Epidural upon request. |
|  |  |
| 4/18/10 | FHTs: 130s, mod-var @ variable decels w/ ↑ w/ ea, contrx, some/90/-1 → |
| 6:00 pm | VE: 7/90/-1, pt. @ 10, rapid cervical Δ + descent |
|  | Anticipate SVD. |
|  |  |
| 4/18/10 | S/P (SVD) uncomplicated; routine pp care |
| 8:34 pm | q hrs q 4t 4337 gms  pH 7.2 |
|  |  |
| 4/19/10 | [signature] |
| 0700 | [signature] |

XXXFAIN                          MWH
TIARRA LASHAE
MRN:                    DOB:        1988
ACCT NO:               Age: 021

Progress Note
SR-79-MHS – Rev. 2/09

 MediCorp
Health System
EXHIBIT 1

FAIN                             MWH
TIARRA LASHAE
MRN:                    DOB:        1988
ACCT NO:               Age: 021

| DATE | NOTES MUST BE SIGNED BY PHYSICIAN |
|------|-----------------------------------|
| 4/18/10 | 21 y/o G4P1,021 @ 39.4 wks EDD 4/20/10 presents |
| 6:00 am | to L&D for induction of labor secondary to LGA. She |
|  | reports irregular CTX, ⊕UB, ⊖LOF ⊕ FM. Pregnancy complicated |
|  | by ⊕ incarceration since 2/10 @ Rappahannock regional |
|  | Jail. |
|  | Allergies: Pcn |
|  | ALbg labs reviewed: bt \| A6- \| RI \| RP2 \| HN⊖ \| GC⊖ \| Chlam⊖ |
|  | PMHx: ⌀                    Meds: PNV. |
|  | PSHx: D&C x 2 |
|  | POBG: VIP x 2, NSVD x 1 '06 (baby 9lbs 6oz induced - classic fx.) |
|  | Gyn Hx: Pap smear, ⌀STD. |
|  | SocHx: ⌀T \| E \| Dx use. |
|  | Afebrile VSS                    Ixs q 4 – 10 mins |
|  | Gen: NAD                    FHT: 130s, mod var ⊕ accels |
|  | Pulm: CTAB                    ⊕ clearly reactive. |
|  | CV: S1S2 0ZR                    A/P: IUP @ 39.4 wks for IOL/LGA |
|  | Abd: Gravid, soft, NT      (macrosomic precaution) |
|  | Pelvic: 2/50/-3    1. Admit to L&D |
|  | Ext: ⊖ C/C/E    2. IV Hydration |
|  |                    3. Begin IOL/pitocin |
|  |                    4. Consult anesthesia |
|  |                    5. OB T&S q4h. |



XXXFAIN
TIARRA LASHAE
MRN:            * DOB:           1988
ACCT NO:        Age: 021                    MWH

FAIN
TIARRA LASHAE
MRN:            DOB:           1988
ACCT NO:        81  Age: 021                    MWH


PN5000
Progress Note
SR-79-MHS – Rev. 2/09


MediCorp
Health System
EXHIBIT 1

## Emergency Treatment

I understand that regardless of my ability to pay or insurance status, Mary Washington Hospital (the "Hospital") will provide me with an appropriate medical screening examination to determine if I have an emergency medical condition. I understand that if qualified personnel determine that I have an emergency medical condition, the Hospital will provide me with stabilizing treatment or appropriately transfer me to another facility. I understand that I have the right to refuse a medical screening examination, treatment, or transfer.

## Consent for Examination and Treatment

I have come to this Hospital to get medical screening and, if I need it, medical treatment. I freely consent to whatever examination and stabilizing treatment my physician thinks I need, including but not limited to medical, surgical, laboratory and x-ray services. I agree that the Hospital and my physician may obtain specimens and tissues as appropriate for my diagnosis and treatment and their respective health care operations, and I hereby authorize the Hospital to retain, photograph, preserve and use for scientific, teaching or other operational purposes, or dispose of at its convenience any specimens or tissues taken from my body, and to retain any and all photographs taken. I consent to video or the use of other electronic monitoring or recording method necessary for my treatment or safety. I understand that the practice of medicine and surgery is not an exact science and I know that treatment results cannot be guaranteed.

## Independent Status of Physicians and Extenders

I know that the physicians and their employed care extenders or allied health care service professionals who provide services to me are not employees or agents of the Hospital, but are independent practitioners providing professional services. If you have any questions or concerns related to the above two sections, please contact a Patient Access Supervisor.

## Students

I understand that the Hospital participates with healthcare education programs. I agree that students may participate in my care. I understand that the students are neither employees or agents of the Hospital.

## Deemed Consent

I understand that under Virginia law if, while examining or treating me, any person employed by or under the direction and control of the Hospital or any other healthcare provider is directly exposed to my body fluids in a manner which may transmit HIV, Hepatitis B or Hepatitis C, I will be deemed to have consented to testing for HIV, Hepatitis B or Hepatitis C infection and to the release of the test results to the exposed person.

## Patient Rights, Grievance Process, Advance Directives

I have received a copy of my rights and responsibilities as a patient and understand that a Patient Relations Specialist is available to help me. I understand that the Hospital has a formal process to address and resolve any concerns, complaints, or grievances. I may call the Patient Relations Specialist to assist me in addressing and resolving these issues.

I understand that, under Virginia law, I have the right to determine in advance, or to choose in advance someone to determine for me, what kind of medical or surgical treatment I would want if I am incapable of communicating to my doctor what kind of treatment I wanted, or if I am incapable of making an informed decision about my care. I acknowledge that the Hospital has offered to provide me "Your Right to Decide" regarding these "advance directives." If I already have an advance directive, I will provide a copy to be placed in my medical record and understand that the Hospital cannot follow the directives of my Advance Directive until I do provide it or draft a new one. If I do not already have an advance directive, I may contact the Patient Relations Specialist if I wish to discuss one.

## Certifications

I certify that I have read this entire form, that I was given a chance to ask any questions I had about this form, that all of my questions about this form have been answered to my satisfaction, and that I understand the content and purpose of the form. I acknowledge that I have received a copy of this form.

I certify that I am the patient, or that I am a person authorized by the patient and/or in accordance with Virginia law to sign this form and accept its terms. I agree that upon discharge of the patient by the Hospital, I will be responsible for the patient and will make necessary arrangements to have the patient discharged from the Hospital.

| Patient/Legal Surrogate | Date | Relationship to Patient |
| --- | --- | --- |
| X | 4/18/10 | Self |
| Witness | 4/18/10 | |

Mary Washington

XXXFAIN
TIARRA LASHAE
MRN: 832666          DOB:        1988
ACCT NO:             Age: 021

CO0610

FAI                          MWH
TI
MRN: 83           DOB:        1988
ACCT NO           1 * Age: 021

**General Consent fo**

SR-70-MWH   Rev. 12/08

**EXHIBIT 1**



Mary Washington Healthcare Anesthesia Department offers several methods to help control your pain during labor for a vaginal delivery or providing anesthesia during a Cesarean delivery. Please read the following descriptions of each and feel free to ask any additional questions of your anesthesiologist or nurse anesthetist before proceeding. Signing this form indicates that you understand the risks and benefits of each type of anesthesia agent.

### Epidural Block

The epidural space is an area of your spine through which most all nerves run on the way from your body to your brain. The nerves that carry pain messages to your brain from your uterus and vagina go through this space, so that by putting a small amount of numbing medicine in this space, we can block a large majority of the pain sensations during your labor. This can be done most of the time without making you actually feel extremely numb or weak. During a Cesarean delivery, stronger medication is used so that you will be completely numb from the mid-chest down. The lower part of your back will be cleansed and a needle will be placed between the bones of your spine until it reaches the epidural space. A very thin plastic tube will then be placed through this needle. The needle will be removed and the epidural "tube" or catheter will be left in place and taped to your back. Medication will then be given through this catheter continuously throughout your labor. You may be given a small button to press that will allow you to have some control over the amount of medicine you receive. Epidurals can provide excellent pain relief, are used very frequently, and are overall extremely safe. Risks of epidural blocks include the following:

- Incomplete or inadequate pain relief
- Mild back pain during and after placement
- Temporary paresthesia (shock-like feeling down the leg) during placement
- Low blood pressure
- Accidental spinal block with possible temporary partial or complete body numbness or unconsciousness
- Accidental spinal fluid sac puncture with possible headache
- Epidural space bleeding or infection
- Increased chance of forceps or vacuum assisted delivery
- Temporary or permanent nerve damage
- Seizure

### Spinal Block

Spinal blocks are most often used for Cesarean rather than vaginal deliveries. Getting a spinal is very similar to getting an epidural. A very thin needle is placed between the bones of the spine, through the epidural space and into the spinal fluid sac. Medication is injected directly through the needle, which is then removed. There is no catheter used, so that nothing remains in your back. For Cesarean delivery, enough medicine is used to make you very numb from the mid-chest down. Often times, a small amount of narcotic pain medicine is injected at the same time. This will give you pain relief for about 18-20 hours after the numbness has worn off. Spinal blocks may be used for vaginal deliveries. Very small amounts of numbing and narcotic medicine may be used to provide pain relief without having the s̶ during spinal block for Cesarean delivery.

XXXFAIN
TIARRA LASHAE                    DOB: ██████1988
MRN: 832866                      Age: 021
ACCT NO: ███████████

Patient Initials  _X_    Date  _██/██/██_

[barcode] C 0 0 7 4 0

Mary Washington Healthcare

FAIN                                      MWH
TIARRA LASHAE
MRN: 832866                    DOB: ██████1988
ACCT NO: ███████████    Age: 021
[barcode]

**Obstetric Anesthesia Consent**
FR-664-MWHC REV 1/2010

   

As with epidurals, spinals can provide excellent anesthesia, are used very frequently, and are overall extremely safe. Risks of spinal block include the following:

- Incomplete or inadequate pain relief
    - Temporary paresthesia (shock-like feeling down the leg) during placement
    - Low blood pressure
    - "High" spinal block with possible temporary complete body numbness or unconsciousness
    - Headache
    - Bleeding or infection
    - Temporary or permanent nerve damage
    - Cardiac arrest

### General Anesthesia

General anesthesia is used for emergency Cesarean deliveries, where because of a problem with you or your baby, delivery must occur as quickly as possible without taking the time to place an epidural or spinal block. It is also used for Cesarean deliveries if there is any condition present that would make epidural or spinal anesthesia unsafe (severe bleeding or blood clotting problem, fever or infection in the mother) or if previously attempted spinal or epidural block doesn't work or does not make you numb enough. General anesthesia is rarely, if ever, used for vaginal deliveries. Any general anesthetic is given, of course, with your utmost safety in mind. Risks of general anesthesia include:

- Aspiration of stomach contents (stomach contents coming up your throat and going down into your lungs)
- Low blood pressure
- Some awareness during anesthesia
- Inability to ventilate (provide oxygen and remove carbon dioxide) with possible brain damage, cardiac arrest, or death

I have reviewed the above explanations and risks of anesthesia as provided to me by the Anesthesia Department at Mary Washington Hospital. I understand and consent to whichever form of anesthesia is felt best used by both my anesthesia provider and myself.

X _Tiarra Fain_                          _4/18/10_
Patient                          Date



XXXFAIN                                    MWH
TIARRA LASHAE
MRN: 832666          DOB: ██ ██ 1988
ACCT NO: ███ ███ █1   Age: 021

FAIN                                       MWH
TIARRA LASHAE
MRN: 832666          DOB: ██ ██ 1988
ACCT NO: ███ ███ █1   Age: 021

C 00740

Mary Washington Healthcare

**Obstetric Anesthesia Consent**

FR-664-MWHC REV 1/2010

EXHIBIT 1

□ **Mary Washington Hospital** □ **FASC** □ **Stafford Hospital**

1. **Authorization:** I, _Tiarra Fain_, authorize Dr. _Uzochuqwo_ and/or assistants(s) selected by him/her, to perform the following operation or procedure(s): Induction or augmentation of labor, vaginal delivery, possible Cesarean Section.

2. **Explanation:** The procedure has been explained to me by my doctor. I understand the procedure to be: Give medication to cause or assert labor. Vaginal delivery/possible abdominal birth (vertical or horizontal skin incision). Possible use of instruments to assist birth.

3. **Additional Procedures:** I consent to the doctor performing additional procedures, which may be necessary during this procedure, but which were not originally planned.

4. **Anesthesia:** I consent to the administration of anesthesia and analgesia for the procedure. I have been informed that there are possible complications and risks associated with anesthesia.

5. **Complications/Risks:** I have been informed that there are possible complications and risks associated with any procedure and have had the opportunity to discuss these with my doctor. Risks include fetal distress, long labor, infection, bleeding, damage to internal organs, injury to baby/mother.

6. **Alternative Treatment:** I have discussed alternatives with my doctor and agree to the proposed procedure.

7. **No Guarantee:** I understand that the practice of medicine and surgery is not an exact science and that no guarantee can be made concerning the results of any operation or procedure.

8. **Blood/Blood Products and Allografts:** I have discussed, understand, the possible risks and benefits of, and alternative to, blood and allografts with the doctor. I understand the risks include, but are not limited to, transfusion reaction, hepatitis, and AIDS (Acquired Immune Deficiency Syndrome). Current estimates of risk of blood transfusion on reverse side. Initial the appropriate line.

   _TF_ I give consent to receive blood or blood products as determined by my doctor.
   _____ I do NOT want to receive blood or blood products under any circumstances. I am aware that there may be an adverse outcome, including death, due to my refusal of recommended treatment.

9. **Students/Observers:** I consent to the participation of students and the presence of other observers in accordance with the policies of the facility.

10. **Photography:** I authorize medical photography and/or videotaping, approved by my doctor.

11. **Implants:** I authorize my doctor to implant a prosthetic or artificial medical device if required for the procedure. I understand the risks include implant failure. When necessary, I authorize the release of my social security number to the Federal Drug Administration (FDA) or the manufacturer.

12. **Removal of Body Material:** I agree that the hospital may examine and dispose of or use for educational or research purposes any tissues, organs or body parts, removed during the procedure.

A parent/legal guardian must sign for minors. Surrogate decision-maker must sign for those physically or mentally incapable of making an informed decision. If patient is unable to sign or is a minor, complete A or B:

A. Patient is a minor _____ years of age.

B. Patient is unable to sign because _____

I have been given the opportunity to ask questions and I have had time to consider the information given to me by my doctor. I have read this form or have had it read to me and understand the contents. I understand the benefits, the alternatives, and the risks and I agree to proceed.

X _Tiarra Fain_            Relationship _self_     Date _4/18/10_
**Patient/Responsible Party**

_[signature]_              Date _4/18/10_
**Witness**

**Physician Declaration:** I have explained the proposed procedure to the patient, and _____ ... to the best of my knowledge, I believe the patient has been adequately informed, and has consented ...

**Physician's Signature** _____   **Date/Time** _____

‖‖‖‖‖ C00625

🜚 **Mary Washington Healthcare**

XXXFAIN                           MWH
TIARRA LASHAE
MRN: 832666        DOB: ██████ ██
ACCT NO: ██████1181   Age: 021

FAIN
TIARRA LASHAE
MRN: 832666        DOB ██████ 988
ACCT N ██████1181   Age 021

**Induction of Labor, Vaginal Delivery, Possible Cesarean
Section Consent**
FR-1181-MWHC Rev. 1/2010

EXHIBIT 1

### Mary Washington Healthcare
DEPARTMENT OF PATHOLOGY ✦ FREDERICKSBURG, VA 22401

## Current Estimates of Risks of Blood Transfusion in the USA

| Adverse Reaction | Estimated Risk per Unit of Blood Component Transfused |
|---|---|
| Immediate/Immunological | |
| Hemolytic, Non-fatal | 1 : 6,000 – 1 : 20,000 |
| Hemolytic, Fatal | 1 : 100,00 – 1 : 600,000 |
| Febrile Non-hemolytic | <1 – 1 :100 |
| Minor Allergic (urticaria) | 1 – 3 : 100 |
| Acute Lung Injury (TRALI) | 1 : 20,000 – 1: 50,000 |
| | 1 : 5,000 – 1 – 1 : 190,000 |
| Immediate/Non-Immunological | |
| Circulatory Overload | <1% |
| Septic Shock (Platelets) | 1 : 75,000 |
| Delayed/Infectious | |
| Hepatitis A | <1 : 1,000,000 |
| Hepatitis B | 1 : 220,000 |
| Hepatitis C | 1 : 1,800,000 |
| HIV -1, -2 | 1 : 2,300,000 |
| HTLV – I/II | 1 : 2,993,000 |
| Yersinia entercolitica | |
| Platelets | |
| Septic | 1 : 75,000 |
| Fatal | 1 : 500,00 |
| RBC's | |
| Septic | 1 : 500,000 |
| Fatal | 1 : 1 : 10,000,000 |
| Malaria | 1 : 4,000,000 |
| Chagas' Disease | 1 : 1,000,000 |
| Parvovirus B19 | 1 : 20,000 – 1 : 50,000 |
| Babesia ssp. | 1 : 1,800 |
| CJD – Creutzfeldt-Jakob Disease | Rare |
| West Nile Virus | Rare |

Ref: AABB Tech Manual 16th Edition
DOC-BB-001, Version 2, October 20, 2005

**EXHIBIT 1**

## CONSENT TO EXCHANGE INFORMATION

I understand that different agencies provide different services and benefits. Each agency must have specific information to provide services and benefits. By signing this form, I allow agencies to exchange certain information so it will be easier for them to work together effectively to provide or coordinate these services or benefits.

I, _____Tiarra Fain_____ , am signing this form for
(FULL PRINTED NAME OF CONSENTING PERSON OR PERSONS)

**XXXFAIN, TIARRA LASHAE**
(FULL PRINTED NAME OF CLIENT)

304 CROSSRIDGE CT  STAFFORD VA 22554          ██/██/1988          ████████
(CLIENT'S ADDRESS)                                                      (CLIENT'S BIRTHDATE)   (CLIENT'S SSN – OPTIONAL)

My relationship to the client is:   ☒ Self   ☐ Parent   ☐ Power-of-Attorney   ☐ Guardian
☐ Other Legally Authorized Representative

I want the following confidential information ( except drug or alcohol abuse diagnoses or treatment information) about the client to be exchanged:

| YES | NO | | YES | NO | | YES | NO | |
|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | Assessment Information | ☒ | ☐ | Medical Diagnosis | ☐ | ☒ | Educational Records |
| ☐ | ☒ | Financial Information | ☒ | ☐ | Mental Health Diagnosis | ☐ | ☒ | Psychiatric Records |
| ☐ | ☐ | Benefits/Services Needed, | ☒ | ☐ | Medical Records | ☐ | ☒ | Criminal Justice Records |
| | | Planned, and /or Received | ☐ | ☒ | Psychological Records | ☐ | ☒ | Employment Records |
| ☐ | ☒ | All of the Above | ☐ | ☐ | Other: | ☐ | ☒ | Other: |

I want  Mary Washington Hospital- Care Management Department - 1001 Sam Perry Blvd. Fredericksburg, VA 22401
(NAME AND ADDRESS OF REFERRING AGENCY AND STAFF CONTACT PERSON)
and the following other agencies to be able to exchange this information:

| YES | NO | | YES | NO | | YES | NO | |
|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | Nursing Facilities | ☐ | ☐ | Area Agencies on Aging | ☐ | ☐ | Community Services Board |
| ☐ | ☐ | Home Health Agencies | ☐ | ☐ | DMHMRSAS | ☐ | ☐ | Hospice |
| ☐ | ☐ | Local Health Department | ☐ | ☐ | Physicians | ☐ | ☐ | Hospitals |
| ☐ | ☐ | Dept. of Medical Assistance | ☒ | ☐ | Other: _Taja Hill_ | ☒ | ☐ | Other: _Messiah Hill_ |

(2) ██████ 2101          (1) ███ ███ 4489

I want this information to be exchanged ONLY for the following purpose(s):
☒ Service Coordination and Treatment Planning   ☐ Eligibility Determination.   ☐ Other: _____

I want this information to be shared by the following means: (Check all that apply)   ☒ Computerized Data   ☒ Fax Release
☒ Written Information   ☒ In Meetings or By Phone

I want to share additional information received after this consent is signed:   ☒ Yes   ☐ No

error
This consent is good until:   ☐ My service case is closed.   ☐ Other: 04/19/2010 - 2011 (RM)

XXXFAIN                                MWH
TIARRA LASHAE
MRN: 832666          DOB ██/██/1988
ACCT NO: ███████          Age: 021

**EXHIBIT 1**

## CONSENT TO EXCHANGE INFORMATION : SIDE 2

**DECLARATION OF CONSENT**

I can withdraw this consent at any time by telling the referring agency. This will stop the listed agencies from sharing information after they know my consent has been withdrawn. I have the right to know what information about me has been shared, and why, when, and with whom it was shared. If I as, each agency will show me this information. I want all the agencies to accept a copy of this form as a consent to share information.

**If I do not sign this form, information will not be shared and I will have to contact each agency individually to give information about me that is needed.**

Signature(s): _Tiarra Faw_  Date: 04/19/2010
(CONSENTING PERSON OR PERSONS)

Person Explaining Form: _Rhianna Mathias_   _Case Manager_   ~~510-741-4419~~
(Name)   (Title)   (Phone Number)

Witness (If Required): _____
(Signature)   (Address)   (Phone Number)

Full Printed Name of Client: _____

---

### FOR AGENCY USE ONLY

**CONSENT HAS BEEN:**
☐   Revoked in entirety
☐   · Partially revoked as follows:

**NOTIFICATION THAT CONSENT WAS REVOKED WAS BY:**
☐   Letter (Attach Copy)   ☐   Telephone   ☐   In Person

**DATE REQUESTED RECEIVED:** _____

**AGENCY REPRESENTATIVE RECEIVING REQUEST:** _____

_____
(AGENCY REPRESENTATIVES FULL NAME AND TITLE)

_____
(AGENCY ADDRESS AND TELEPHONE NUMBER)

MWH

XXXFAIN
TIARRA LASHAE
MRN: 832666   DOB: ████1988
ACCT NO: ████████   Age: 021

**EXHIBIT 1**

Admission Date: _____   Discharge Date: 4/20/10   Inpatient Physician _____

Follow Up Care: Please call Dr. _Patel_____ office for an appointment __6__ day(s) (week(s)) month(s)

**Follow Up Appointment scheduled for:** _____ _____
                                              Date          Time

**Other Appointments:** _____

**Weight Monitoring:** ☐ Yes ☐ No (Bring Weight record to all follow – up appointments.)   **Activity:** _____

**Diet:** _Regular_____   **Food – Drug Interactions Instructions Given:** ☐ Yes ☐ No

**Notify physician if the following symptoms occur:** _____

**Treatment/Special Instructions:** _Call for heavy vag bldng severe abd pain, nausea, vomiting____
                                         01/1430 7/00 1/___

**Instruction sheet for** _____   ☐ Heart Failure Education Packet given to patient

**Home Health Agency:** _____   **Phone Number:** _____
**Medical Equipment:** _____ _pt may use epsom salt for sitz bath_

**Intravenous Access:** ☐ Yes (Specify home referral) ☐ No   _(epsom salt from hospital)_

I have received Healthy Habits for Healthy Living.* If you use tobacco products, we advise you to quit. Children
and adults should also avoid second hand smoke.   Not using tobacco products is important in maintaining good
health and the good health of others.

| I understand these instructions and have received the attached list of medications. | Signature of Patient/Responsible Person | J Chiodora_____ |
|---|---|---|
| | | Discharge Nurse/Title |
| | Completed by Physician | 4/20/10   Date |

☐   Faxed to: (circle)  Healthlink   Home Health

If next provider is known:

Copy of Discharge Instructions Pages 1 & 2 Faxed to Dr. _CUORO_____ on _4/20/10_
by ___S___ (initials)

☐   Next Provider Unknown

*Healthy Habits for Healthy Living contains information for Heart Failure/Stroke patients on activity, diet,
notifying physician for worsening symptoms, daily weight monitoring, tobacco/smoking advice, medications,
physician follow-up, personal risk factors, warning signs and activation of EMS for stroke.


FAIN
TIARRA LASHAE
MRN: 832666          DOB: ●●●●988
ACCT NO: ●●●●●●●●   Age: 021          MWH

➢ If you have other medications at home that are not included in this list, discuss this with your doctor.
➢ Some medicines you were talking prior to admission may have been changed.
➢ Contact your doctor with any questions about your medications.
➢ Take this list with you to your doctor's office visits, your pharmacy and the hospital when admitted. This will assist your healthcare team in giving you the best care.

☑ Home medications have been reconciled.    **DISCHARGE DATE:** _____

| MEDICATION NAME | DOSE | ROUTE | FREQUENCY (times a day) | SPECIAL INSTRUCTIONS (if applicable) |
|---|---|---|---|---|
| Prenatal Vitamin ~~Motrin~~ Prior 88 | 1 tab | oral | Daily | |
| Colace | 100mg | by mth | 2x/day | |
| Motrin | 800mg | by mth | every 8 hrs | as needed |
| pt to use | Epsom | salt | from | hospital for sitz bath |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

||||||||||||| D D 1 1 5 0 |||||||||||||

**☆ Mary Washington Healthcare**

XXXFAIN
TIARRA LASHAE
MRN: 832666
ACCT NO:          DOB:          Age: 021

MWH

FAIN
TIARRA LASHAE
MRN: 832666          DOB:     88
ACCT NO:          Age: 021

MWH

**Discharge Instruction**
FR-247-MWH   Rev 1/2010
Top Copy: Pati

**EXHIBIT 1**



❑ AMA   Discharged against medical advice

❑ ARS   Home with Home Health Services
- To home with Home Health PT/OT/ST/Nsg
- To Assisted Living / Home for Adults with Home Health
- To home with IV Infusion Services

❑ ATA   To Acute Care Hospital

❑ ATB   To Correctional Facility

❑ ATC   To Critical Access Hospital

❑ ATE   To SNF Nursing Home
- From private residence, discharged to SNF bed
- From ICF bed, discharged to SNF bed
- From HFA or AL, discharged to SNF bed
- Back to SNF for skilled care related to current inpatient condition
- Back to SNF for continuation of previous SNF care

❑ ATI   To ICF Nursing Home
- From private residence, discharged to ICF NH
- From private residence, discharged to Assisted Living

❑ AHH   Home with Hospice Care
- Discharged to private residence with Hospice
- Discharged to Adult Home with Hospice
- From ICF bed to ICF with Hospice

❑ ATN   To Federal Hospital
- (i.e.) Veterans Hospital

❑ ATP   To Psychiatric Facility
- (i.e.) Snowden

❑ ATX   To Acute Rehab Facility
- (i.e) Sheltering Arms

❑ AHG   To Hospice Facility
- Discharged from Acute Level to Inpatient Hospice Same Facility
- Discharged to Inpatient Hospice Facility

❑ AHR   Home with no services
- From Private residence, discharged to home without Home Health
- From Adult Home, discharged to Adult Home
- From ICF bed back to ICF bed
- From private residence discharged to Adult Home

❑ ATY   Discharge / Transfer to Long Term Care Hospital

❑ DBN   Hospice Care-Expired in Medical Facility

_____   /  _____
Case Manager / Nurse Signature

_____
Health Unit Coordinator Signature



DD1100


Mary Washington Healthcare


FAIN                                    MWH
TIARRA LASHAE
MRN: 832666            DOB:        988
ACCT NO:                   Age: 021

**Discharge Disposition**
FR-108-MWHC Rev. 1/2010


XXXFAIN                    MWH
TIARRA LASHAE
MRN: 832666       DOB:       988
ACCT NO:          Age: 021

EXHIBIT 1

Date: 4/20/2010

I, Messiah Hill 19 Evergreen Lane (Printed Name and Address)

or we, _____ (Printed Names and Address)

have this date received from Mary Washington Hospital / Stafford Hospital Center (circle one),

baby BOY _____ (Sex and Hospital number)

born to 8_____ (Mother's Hospital number)

at Mary Washington Hospital / Stafford Hospital Center (circle one) on

4/18/10 (date) at 19:47 (time) as authorized in legal documents

presented this date.

Signature(s): M Hill

Address: _____

22554

Witness Signature: Junie Chiodo

Witness Printed Name: Annie Childs

Witness Address: _____

I, as representative of MediCorp Health System, hereby state that I have viewed the legal

documents and identification authorizing discharge of the above baby to the person or persons whose

signature(s) appear above.

Case Manager/Nursing Supervisor signature: Rhianna Mathias, case manager

```
D D 1 5 3 0
```
MediCorp
Health System.

XXXFAIN
TIARRA LASHAE          MWH
MRN 832666          DOB: _____
ACCT NO: _____   Age: 021

BY02
Adoption Receiving of Infant/Minor Form
FF-123D-MHS Rev 10/2008
White Copy – Baby's Medical Record, Second Copy – Mother's Medical Record, Third
Copy – Adoption Agency/Attorney

EXHIBIT 1

### Mary Washington
### Coding Summary
Print Date: 4/26/2010  5:55:58AM

| Patient Name: FAN, TIARRAL | Billing Number: 20159-4111 | MRN: 832858 |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| Date of Birth: | | Sex: | **FEMALE** | SSN: |
| Age at Admit: | 21 years | Race: | **BLACK OR AFRICAN AMERICAN** | LOS: 2 |
| Admit Date/Time: | 04/18/2010  0533 | Disch Date/Time: | 04/20/2010  1430 | Total Charges: |
| Attend Phys: | 00013748  Uzochukwu, Chizoba | Financial Class: | K    Medicaid | |
| Patient Type: | I    INPATIENT | Payor 1: | K88 MEDICAID HLTHKPR3 P | |
| Det Pt Type: | F    Womens and Childrens | Payor 2: | | |
| Disch Service: | OBS    OBSTETRICS | Payor 3: | | |
| Admit Dx: | V22.1  Supervis oth normal preg | Discharge Status: | AHR  Discharge Home | |

| DRG | Description | MDC | Weight | GMLOS | ALOS | Expect Reimb | Coder ID | Coded Date | Final Date |
|---|---|---|---|---|---|---|---|---|---|
| 373 | VAGINAL DELIVERY W/O COMPLICATING DIAGNOSES | 014 | 0.3330 | | 2.00 | $1,186 | bpm3074 | 04/26/2010 | 04/26/2010 |

| Seq | POA | Diagnosis | Description |
|---|---|---|---|
| 1 | Y | 656.61 | Excessive fetal growth, affecting management of mother, delivered |
| 2 | Y | 659.71 | Abnormality in fetal heart rate/rhythm, delivered |
| 3 | E | V27.0 | Mother with single liveborn |

| Seq | Ep | Procedure | Modifiers 1  2  3  4  5 | Start | End | Provider | Role |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 73.59 | Manually assisted delivery | | 04/18/2010 | | 00013748  Uzochukwu, Chizoba | S |
| 2 | 2 | 73.01 | Induction of labor by artificial rupture of | | 04/18/2010 | | 00013748  Uzochukwu, Chizoba | S |

**Consult Performed By:**

<None>

* This diagnosis was determined to be a Hospital Acquired Condition (HAC) by the 3M Coding and Reimbursement System.
  This data is available if the interface option to include HAC data is enabled.



Prepared by: 3M Health Information Systems,
\\3M\FILE\APPS\SOFTMED\GTC\REPORTS\CA\STANDARD\Coding

**EXHIBIT 1**

| M... Washington ...thcare | XXXFAIN, TIAB... LASHAE |
|---|---|
| 1001 Sam Perry Blvd<br>Fredericksburg, VA 22401 | MR#: 83266...<br>Patient ID: 2036941181<br>DOB : 5/18/1988   Age  21 | Room Number<br>3067-M<br>3109 |
| Print Date & Time:   4/18/2010 20:57<br>Printed by:  Victoria Duff, RN | Attending:  UZOCHUKWU CHIZOBA | |

## VVESTS Hospital Worksheet For Birth Certificate

## PLEASE READ BEFORE COMPLETING THIS FORM

Parts 1,2,3,4 and 5 of this form are to be completed for the preparation of your child's birth certificate. Please read each question carefully and provide truthful and accurate information. The required information requested is for the child and the parents of the child. Any person who provides false information for the preparation of the birth certificate is guilty of a Class 4 felony, Virginia Code 31.1-276)

**Note:** If an asterisk (*) appears before the number the Birth Registrar will complete or assist you with the information.

| Part 1<br>Child's name as it should appear on the birth certificate | First  _Jahsiah_ | Middle  _James Andrew_ |
|---|---|---|
| | Last  _Hill_ | Suffix _____ (Jr, I, II, ETC.) |

**Part 2**

**Mother's Information**

Note: Maiden name is the mother's name at birth. If her name was changed due to court order or adoption, please list that name.

1. Full Legal Current Name  _Tiarra_ (FIRST)  _Lashae_ (MIDDLE)  _Fain_ (PRESANT LAST)

2. Legal Maiden Name  _____ (FIRST)  _____ (MIDDLE)  _____ (MAIDEN)

3. Type of Personal Identification Number (PIN)  ~~████~~ (USUALLY SSN)   4. PIN  _____ (NUMBER)

5. Race  **Black**  (BLACK, WHITE, HAWAIIAN, KOREAN, ETC.)   5A. Hispanic? ☐ YES ☒ NO   5B. If yes, specify origin  _____ (CUBAN, MEXICAN, PUERTO RICAN, ETC.)

6. Date of Birth  ~~████~~ 1988   7. Place of Birth  _Columbus, Ohio_ (STATE OR COUNTRY)

**Part 3**

**Mother's Pregnancy Information**

Note: Completing the Acknowledgement of Paternity form adds the father's name to the birth certificate of a child that is born to an unmarried mother.

Note: Informant is the person completing this form.

8. Were you married 10 months preceding child's birth?  ☐ YES ☒ NO

9. If not married, is father willing to sign an acknowledgement of paternity?  ☐ YES ☐ NO

10. Number in this delivery  _Single_ (SINGLE, TWIN, TRIPLET, ETC.)   **11. Mother's Medical Record  _832666_

12. Month prenatal care began  _20th_ (1ST, 2ND, 3RD, ETC.)   12a. Date of first prenatal visit  _Nov_ _14_ _09_ (MONTH) (DATE) (YEAR)

12b. Date of last prenatal visit  _4_ _15_ _10_ (MONTH) (DATE) (YEAR)   13. Number of prenatal visits  _6t_ (1,2,3 ETC.)

14. Source of prenatal care (CHECK ALL THAT APPLY) ☒Private Phys. ☐Health Dept ☐ Unknown ☐_____ (OTHER, SPECIFY)

15. Main payment source for delivery ☐Medicaid ☐ Private Insurance ☐ Self Pay ☐_____ (OTHER, SPECIFY)

16. Date of last menses  _Unknown_ (MONT4) (DATE) (YEAR)   17. No. of Cigarettes per day  _O_   18. No. of Drinks per day  _O_

19. Mother's education (HIGHEST GRADE COMPLETED)   Elem/Secondary (0-12) ___ College (1-4 or 5+)  _1+_

20. Father's education (HIGHEST GRADE COMPLETED)   Elem/Secondary (0-12) ___ College (1-4 or 5+)  _1+_

21. Informant's Relationship to child  _Mother_ (MOTHER, FATHER, GRANDPARENT, ETC)   22. Mother's weight gain  _15lbs_

23. Mother transferred prior to delivery  _n/a_ (FACILITY TRANSFERRED FROM)

24. Willing to participate in VA Immunization Registry Program?☐YES ☐NO 25. Received WIC food ☐Yes ☒No

26. Prepregnancy weight  _84_ _160_  kg 26a. Weight at delivery  _175_  26b. Mother's height  _66.0_  in

27. Mother's address  ~~████████~~ (APT/HOUSE NO.)  (STREET ADDRESS OR ROUTE NO.)   _Stafford_  _VA_ _22554_ (CITY/TOWN)  (STATE/COUNTRY)  (ZIPCODE)

27a. County of Residence  _Stafford_  (IF INDEPENDENT CITY, LEAVE BLANK)

**EXHIBIT 1**

_P.Short_

Baby A VVEST Page 1 of 4

Ma.. ~~Washington H~~thcare
1001 Sam Perry Blvd
Fredericksburg, VA 22401

Print Date & Time:  4/18/2010 20:57
Printed by:  Victoria Duff, RN

XXXFAIN, TIAP ~~ L~~ASHAE
MR#: 832666
Patient ID: 2036941181
DOB: 5/18/1988                Age  21
Attending:  UZOCHUKWU CHIZOBA

Roo~~ Number~~
3067-M

## VVESTS Hospital Worksheet For Birth Certificate

Child's Name: _____
Child's MRN _____

| Part 4 | | |
|---|---|---|
| **Father's Information** | 28. Father's Full Name  _Messiah  Anthony  Hill_ | 28b. Suffix (SR, JR, I, II, ETC.) |
| | (FIRST) (MIDDLE) (LAST) | |

Note: Only complete if the mother is married or the mother is unmarried and she and the biological father are completing the Acknowledgement of Paternity form.

29. Father's date of birth  _1988_
(MONTH) (DATE) (YEAR)

30. Father's Personal Identification Number (PIN) Type _____ (Usually SSN or DHV, ALIEN, PASSPORT, ETC.)   31. PIN _____ (NUMBER)

32. Race  _Black_
(BLACK, WHITE, HAWAIIAN, KOREAN, ETC.)   32A. Hispanic? ☐ YES ☒ NO   32B. If yes, specify origin _____ (CUBAN, MEXICAN, PUERTO RICAN, ETC.)

33. Father's Place of Birth  _Queens, NY_
(STATE OR FOREIGN COUNTRY)

34. Father's Address _____
(APT/HOUSE NO.) (STREET ADDRESS OR ROUTE NO.) (CITY/TOWN) (STATE/COUNTRY) (ZIP CODE)

34a. County of residence  _Stafford_
(IF INDEPENDENT CITY, LEAVE BLANK)

****REFUSED TO PROVIDE HUSBAND'S INFORMATION? ☐ YES ☒ NO

| Part 5 | | |
|---|---|---|
| **Child's Registration** | 35. Place of birth ☒ Hospital ☐ Other _____ | (SPECIFY LOCATION) |

Note: Live births are the number of live children to the mother delivered before this child's birth.

36. Address of birth if not hospital _____
(APT/HOUSE NO.) (STREET ADDRESS OR ROUTE NO.) (CITY/TOWN) (STATE/COUNTRY) (ZIP CODE)

37. Date of birth /**38. Time of birth  **04/18/10 19:47 EDT**

39. Child's gender  _Male_         40. If not a single birth order of this child _____ (1ST, 2ND, 3RD, ETC.)

41. Child's birth weight  _4337_  Grams **42. Physician's estimated gestation  _39.4_

43. Live births a. Now living  _1_  b. Now dead  _0_  c. Date of last live birth  _12 17 06_
(MONTH) (DATE) (YEAR)

44. Number of terminations (Spontaneous and induced)  _3_   44a. Date of last termination  _2009_
(MONTH) (DATE) (YEAR)

**45. Apgar (1-10) 1 Minute  _9_   5 Minute  _9_   **46. Child's medical record _____

47. Is this child being breastfed at discharge? ☐ YES ☒ NO   47. Is the child for adoption? ☐ YES ☒ NO

49. Did child live? ☒ YES ☐ NO   49a. If no, date of death _____
(MONTH) (DATE) (YEAR)

50. Do you wish a social security number for this child? ☒ YES ☐ NO (IF YES, SIGNATURE IS REQUIRED BELOW)

50a. I request a social security card for this child  _Tialla Fain_
(SIGNATURE OF MOTHER OR FATHER ONLY)

**51. Child transferred? ☐ YES ☒ NO (IF YES, FACILITY NAME) _____

**52. Attendant's name  _Uzochukwu_   **53. Attendant's title _____ (MD, CNM, MIDWIFE, ETC.)

54. Do you wish to order a certified birth certificate? ☒ YES ☐ NO  If YES, a $12.00 fee is required.
Please make check or money order payable to State Health Department. Your request will be sent to the division of Vital Records.

I certify the information provided on this form is correct and accurate  _Tialla Fain_
(SIGNATURE OF THE INFORMANT)
_4-18-10_
(DATE)

EXHIBIT 1

```
4/20/2010                     MediCorp Health System                    PAGE 1
04:40 PM                  Care Management Support Services
                          CONFIDENTIAL PATIENT INFORMATION

                      For Facility: Mary Washington Hospital
```

======================= ENCOUNTER / HCM DATA ==========================

```
Acct No.:  ▓▓▓▓▓     Patient Name: XXXFAIN,TIARRA LASHAE   Age: 21Y    DOB: ▓▓▓1988
   Start Date: 4/18/2010     Adm Phys: Uozochukwu,Chizoba D      MRN: 832666
   Location: Obstetrics      Att Phys: Uozochukwu,Chizoba D      Fac: Mary Washing
   Room: 3109--M             Disch Date: 4/20/2010
                             End Type: INPATIENT DISCHA(Inpatient)

Admit Complaint: INDUCTION
Admit Review:    ADMISSION REVIEW (INITIAL REVIEW)
```

======================== PATIENT SUPPORT ==============================

```
Date Entered: 4/20/2010   Type of Support: Incarcerated Patient   Worklist Date: 4/20/2010
Services: _____
Time: _____    Freq: _____   Referral Status: _____
Payer: MEDICAID TRIG HLTHKPRS
Service Region: _____
Agency: _____
Case Worker: Mathias,Rhianna   Case Hours: ____   Completed: Y
```

Comments:  4/20/2010 1300
           CM met with pt at bedside; pt confirmed that she still
           intended for baby to be discharged to FOB Messiah Hill. CM
           met with Messiah Hill and paternal grandmother Taja Hill.
           Mr. Hill stated that he has scheduled a pediatric f/u appt
           with Dr. Bradshaw. CM completed Receiving of Infant form
           with Mr. Hill. Copies were made of his photo id. Janice RN
           completed bottom portion of Consent for Release of Minor
           form. Janice RN provided discharge instruction to Mr. Hill.

           Plan:
           Mother discharged to correctional facility.
           Baby discharged to FOB Messiah Hill.

           Rhianna Mathias, BSW
           x11173

```
Date Entered: 4/19/2010   Type of Support: Incarcerated Patient   Worklist Date: 4/19/2010
Services: _____
Time: _____    Freq: _____   Referral Status: _____
Payer: MEDICAID TRIG HLTHKPRS
Service Region: _____
Agency: _____
Case Worker: Mathias,Rhianna   Case Hours: ____   Completed: Y
```

Comments:  4/18/2010:  Inmate. mtr

           4/19/2010 0845
           Pt is a 21yo G4P2 s/p vaginal delivery of 4337g male infant
           at 39.4 weeks gestation, apgars 9/9. CM received consult
           for incarcerated patient.

           CM received phone call from RRJ case worker Carolyn Wilson,
           who explained that pt intended for baby to be discharged to

EXHIBIT 1

4/19/2010
10:23 AM

MediCorp Health System
Care Management Support Services
CONFIDENTIAL PATIENT INFORMATION

PAGE 1

For Facility: Mary Washington Hospital

========================= ENCOUNTER / HCM DATA =========================

Acct No: ▮▮▮▮▮          Patient Name: XXXFAIN,FIARRA LASHAE    Age: 21Y....    DOB: ▮▮▮988
  Start Date: 4/18/2010        Adm Phys: Uzochukwu,Chizoba D                   MRN: 832666
  Location: Obstetrics         Att Phys: Uzochukwu,Chizoba D                   Fac: Mary Washing
  Room: 3109--M                Disch Date:
                               Enc Type: INPATIENT ACTIVE(Inpatient)

Admit Complaint: INDUCTION
Admit Review:    ADMISSION REVIEW (INITIAL REVIEW)

========================= PATIENT SUPPORT =========================
Date Entered: 4/19/2010   Type of Support: Incarcerated Patient   Worklist Date: 4/19/2010
Services:
Time:                     Freq:              Referral Status:                      PAGE 1
Payer: MEDICAID TRIG HLTHKPRS
Service Region:
Agency:
Case Worker: Mathias,Rhianna   Case Hours: ____   Completed: Y

Comments: 4/18/2010:  Inmate. mtr

4/19/2010 0845
    Pt is a 21yo G4P2 s/p vaginal delivery of 4337g male infant    DOB: 5/18/1988
    at 39.4 weeks gestation, apgars 9/9. CM received consult       MRN: 832666
    for incarcerated patient.                                      Fac: Mary Washing

    CM received phone call from RRJ case worker Carolyn Wilson,
    who explained that pt intended for baby to be discharged to
    her mother, Latonya Walker (540-628-1223). Per Ms. Wilson,
    pt completed temporary custody/guardianship paperwork

    However, CM met with pt at bedside; mother observed          Enc Date: 4/19/2010
    breastfeeding and bonding with baby. Pt states that she
    wishes for baby to discharge to bio father, Messiah Hill.
    Pt provided CM with notarized temporary guardianship
    paperwork. CM discussed discharge process for babies of
    incarcerated mothers. CM had pt sign Consent to Exchange
    information form, permitting CM to contact Messiah Hill to
    alert him of baby's birth a coordinate baby's discharge.
    Temporary guardianship paperwork also notes that Taja Hill,
    paternal grandmother, has guardianship as well. Pt states
    that she wishes for CM to contact Messiah Hill first and
    only use Taja Hill as a last resort. Pt signed Consent for
    Release of Minor form consenting for baby's discharge to
    Messiah Hill. Plan is for patient to discharge tomorrow
    4/20 around 1200. Pt states her release date is 5/3/2010.

    At pt's request, CM contacted Messiah Hill and informed him
    of baby's birth. Mr. Hill stated that he intends to arrive
    at MWH w/in next half hour to visit with baby. CM advised
    that FOB will have to visit with baby in the nursery, as pt
    is incarcerated and cannot have visitors in her room. CM
    advised Mr. Hill that baby is anticipated to be cleared for
    discharge tomorrow, and Mr. Hill confirmed that he will be.

EXHIBIT 1

4/19/2010                    MediCorp Health System                    PAGE 2.
10:23 AM                Care Management Support Services
                        CONFIDENTIAL PATIENT INFORMATION

                    For Facility: Mary Washington Hospital

Acct No.:                    Patient Name: XXXFAIN,TIARRA LASHAE    Age: 21Y  DOB:        198
Facility: Mary Washington Hospital

============================= PATIENT SUPPORT (continued) =================================
available and present for baby's discharge. CM f/u with
Summer RN in WBN who agreed that FOB can visit in nursery
with baby when he arrives. CM informed Melissa F. RN of the
above as well.

CM contacted by Kelly from Lactation, who inquired it pt
would be permitted to pump breastmilk while incarcerated.
CM contacted RRJ case worker Carolyn Wilson and inquired
about possibility for inmate to pump breastmilk. CM
strongly advocated for pt to be able to pump, especially
because her release date is so near. Per Ms. Wilson, pt is
permitted to only have a hand pump and cannot keep the milk
and can only pump with the purpose of maintaining a milk
supply. CM advised Kelly of Lactation of this information.

Plan:
1) Mother to discharge to Rappahannock Regional Jail on
4/20.
2) Baby to discharge to bio father, Messiah Hill, when
cleared for discharge, anticipated 4/20.
3) CM to coordinate baby's discharge and complete Adoption
Receiving of Infant form with father at discharge.

Rhianna Mathias, BSW
x11173

============================= SUPPORT SERIES USER FIELDS ===================================

Contact 1 Name:
Contact 1 Relationship to Pt.:
Contact 1 Phone No.:
Contact 1 Information:
Contact 2 Name:
Contact 2 Relationship to Pt.:
Contact 2 Phone No.:
Contact 2 Information:
Contact 3 Name:
Contact 3 Relationship to Pt.:
Contact 3 Phone No.:
Contact 3 Information:
COMMENTS:

EXHIBIT 1

Case 3:12-cv-00293-JAG   Document 45-1   Filed 02/22/13   Page 35 of 50 PageID# 354

## ACKNOWLEDGMENT OF PATERNITY

### Virginia Department of Health/Division of Vital Records
### (32.1-257, 32.1-261 or 32.1-269, Code of Virginia)

This statement is to acknowledge paternity of the child described herein. In order for the father's name to appear on the birth certificate of a child born out-of-wedlock, both biological (natural) parents must complete and sign this statement before a notary public.

**PART I - CHILD**
1. Full Name at Birth : __JAHSIAH JAMES ANDREW HILL__
2. Gender : __MALE__      3. Date of Birth : __April 18, 2010__
4. Place of Birth : __FREDERICKSBURG__   5. Birth Certificate Number : _____

**PART II - BIOLOGICAL MOTHER OF CHILD**
6. Full Maiden Name : __TIARRA LASHAE FAIN__
7. Present Name : __TIARRA LASHAE FAIN__
8. Date of Birth : ___ 1988 __
9. Place of Birth(State or Foreign Country): __Ohio__
10. Social Security Number : _____   11. Race or Color : __BLACK__

**PART III - BIOLOGICAL FATHER OF CHILD**
   (NOTE: Items 17,18,19 concern the father at the time of the child's birth)
12. Full Name : __MESSIAH ANTHONY HILL__
13. Date of Birth : __ 1988 __
14. Place of Birth (State or Foreign Country): __New York__
15. Social Security Number : _____   16. Race or Color : __BLACK__
17. Highest Level of Education Completed : __1 YEAR OF COLLEGE__

**PART IV - BIOLOGICAL PARENTS' MARRIAGE (IF APPLICABLE, you must complete this section and enclose a certified copy of your marriage record)**

18. Place of Marriage :                 19. Date of Marriage :
   (City/County and State, or Foreign Country)

**PART V- RIGHTS AND RESPONSIBILITIES STATEMENT**
Rights and Responsibilities of the Father
1. I understand that my signature on the Acknowledgment of Paternity form establishes that I am the natural father of the named child for legal purposes.
2. I sign the Acknowledgment of Paternity voluntarily and understand that I am under no obligation to do so. No pressure has been placed upon me to sign. I understand I may take the following actions instead of signing this form.
   A. Seek the advice or representation of legal counsel.
   B. Request that blood tests be taken.
   C. Have the matter of paternity determined by the court
3. I understand I will have the responsibility to provide support for my child.
4. I understand I will be responsible to pay such support until the child turns 18 years of age or beyond if required by law.
5. I understand after paternity is established, I have the right to request visitation with and custody of the child. Custody and visitation are decided in legal actions separate from the issues of paternity and child support.
6. I understand the Acknowledgment of Paternity may be used in any legal proceeding regarding my child.
7. I understand I have the right to talk to a staff person to clarify information on this statement and to ask any questions I have.
8. I understand I have the right to rescind this acknowledgment within sixty days from the date of signing unless an administrative or judicial proceeding involving this child has taken place earlier.

EXHIBIT 1

Case 3:12-cv-00293-JAG   Document 45-1   Filed 02/22/13   Page 36 of 50 PageID# 355

Rights and Responsibilities of the Mother
1. I understand that my signature on the Acknowledgment of Paternity form means
that I swear that I am the mother of the named child and that the person signing
as the father is the biological father of the child.
2. I sign the Acknowledgment of Paternity voluntarily and understand that I am
under no obligation to do so. No pressure has been placed upon me to sign. I
understand I may take the following actions instead of signing this form.
    A. Seek the advice or representation of legal counsel
    B. Request that blood tests be taken
    C. Have the matter of paternity determined by the court
3. I understand after paternity is established, the father has the right to
request visitation with and custody of the child. Custody and visitation are
decided in legal actions separate from the issues of paternity and child support.
4. I understand I have the right to talk to a staff person to clarify information
on this statement and to ask any questions I have.
5. I understand I have the right to rescind this acknowledgment within sixty days
from the date of signing unless an administrative or judicial proceeding involving
this child has taken place earlier.

PART VI - PARENTS' ACKNOWLEDGMENT (THIS ITEM MUST BE COMPLETED)
20. We, being duly sworn, affirm that we are the biological parents of the
    child named above, we have read and have been provided with an oral
    description of the rights and responsibilities statement provided in
    Part V of this document, and we request that the father's information be
    shown on this child's birth certificate and that the child's name be
    listed on the birth certificate as shown below.
Child's Name :    JAHSIAH JAMES ANDREW HILL
21a. Signature of Father:                    22a. Signature of Mother:

X _____          X _____
  b. Address of Father:              b. Address of Mother:
  1_____            1_____
  STAFFORD   VA   22554              STAFFORD   VA   22554

23. Subscribed and sworn before      24. Subscribed and sworn before
    me on: 4/19/10                        me on: 4/19/10

25. Notary's signature :             26. Notary's signature :

    Phyllis Taylor                       Phyllis Taylor

27. Notary's address :               28. Notary's address :
    1_____             1_____
    FREDERICKSBURG   VA   22401         FREDERICKSBURG   VA   22401

29. My commission expires: 07/31/2013   30. My commission expires: 07/31/2013

31. Notary ID: 308048                32. Notary ID: 308048





EXHIBIT 1

DATE 12/21/09

NAME __Fain__ __Tiarra__ ____ Home # _____

LAST        FIRST        MIDDLE        Work # _____

Cell # 540 408-1176

ID # _____ HOSPITAL OF DELIVERY MWH

NEWBORN'S PHYSICIAN _____ REFERRED BY _____

| FINAL EDD | | PRIMARY PROVIDER/GROUP | |
|---|---|---|---|

| BIRTHDATE 5/7/88 | AGE 21 | RACE AA | MARITAL STATUS S☐M W D SEP | ADDRESS 1210 Ellis Ave |
|---|---|---|---|---|
| OCCUPATION ☑HOMEMAKER ☐OUTSIDE WORK ☐STUDENT Type of Work | | EDUCATION (LAST GRADE COMPLETED) | | Richmond, VA 23401 ZIP ____ PHONE ____ (H) ____ (O) |
| | | | | INSURANCE CARRIER/MEDICAID # Medicaid |
| HUSBAND/FATHER OF BABY Mesiah Lee ████ | | | | EMERGENCY CONTACT ____ PHONE ____ |

| TOTAL PREG | FULL TERM | PREMATURE | AB, INDUCED | AB, SPONTANEOUS | ECTOPICS | MULTIPLE BIRTHS | LIVING |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## MENSTRUAL HISTORY

LMP ☐ DEFINITE ☐ APPROXIMATE (MONTH KNOWN) MENSES MONTHLY ☐ YES ☑NO FREQUENCY: Q____ DAYS MENARCHE____ (AGE ONSET)
☑UNKNOWN ☐ NORMAL AMOUNT/DURATION PRIOR MENSES 9/4/09 DATE ON BCP AT CONCEPT ☐ YES ☑ NO HCG + ___/___/___
☐ FINAL

## PAST PREGNANCIES (LAST SIX)

| DATE MONTH/YEAR | GA WEEKS | LENGTH OF LABOR | BIRTH WEIGHT | SEX M/F | TYPE DELIVERY | ANES. | PLACE OF DELIVERY | PRETERM LABOR YES/NO | COMMENTS / COMPLICATIONS |
|---|---|---|---|---|---|---|---|---|---|
| 09 | 19 | + 20 | induced alberts | | | | | | |
| 12/17/06 | 38 | | 9# | M | NVSD | Epi | mwh | | induced |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

## PAST MEDICAL HISTORY

| | O Neg + Pos. | DETAIL POSITIVE REMARKS INCLUDE DATE & TREATMENT | | O Neg + Pos. | DETAIL POSITIVE REMARKS INCLUDE DATE & TREATMENT |
|---|---|---|---|---|---|
| 1. DIABETES | O | | 16. D (RH) SENSITIZED | | |
| 2. HYPERTENSION | | | 17. PULMONARY (TB, ASTHMA) | ⊕ | allergy induced |
| 3. HEART DISEASE | | | 18. ALLERGIES (DRUGS) | ⊕ | PCN |
| 4. AUTOIMMUNE DISORDER | | | 19. BREAST | O | |
| 5. KIDNEY DISEASE / UTI | | | 20. GYN SURGERY | | |
| 6. NEUROLOGIC/EPILEPSY | | | | | |
| 7. PSYCHIATRIC | | | 21. OPERATIONS / HOSPITALIZATIONS (YEAR & REASON) | | |
| 8. HEPATITIS / LIVER DISEASE | | | | | |
| 9. VARICOSITIES / PHLEBITIS | | | | | epidural w/ |
| 10. THYROID DYSFUNCTION | | | 22. ANESTHETIC COMPLICATIONS | ⊕ | post delivery unrecoverable |
| 11. TRAUMA/DOMESTIC VIOLENCE | | | 23. HISTORY OF ABNORMAL PAP | O | pgm, brain tumor |
| 12. HISTORY OF BLOOD TRANSFUS. | | | 24. UTERINE ANOMALY/DES | | DM II |
| | AMT/DAY PREPREG | AMT/DAY PREG | # YEARS USE | 25. INFERTILITY | | mgm · DM II |
| 13. TOBACCO | O | | | 26. RELEVANT FAMILY HISTORY | ⊕ | |
| 14. ALCOHOL prior to pregnancy | | | | | | |
| 15. STREET DRUGS | O | | | 27. OTHER | | |

COMMENTS: _____

The American College of Obstetricians and ____

XXXFAIN
TIARRA LASHAE
MRN: 832666
DOB: ████ 1988
Age: 021
EXHIBIT 1

FAIN
TIARRA LASHAE
MRN: 832666
ACCT NO: ████
DOB ████ 1988
Age: 021
MWH

ACOG ANTEPARTUM RECORD (FORM A)

Mar 26 20 0 12:05PM   CENTRAL VA OBGYN NS

| SYMPTOMS SINCE LMP | |
|---|---|

Home #
Work #
Cell # 540 408 · 1176

Jain, Tiarra

## GENETIC SCREENING/TERATOLOGY COUNSELING
### INCLUDES PATIENT, BABY'S FATHER OR ANYONE IN EITHER FAMILY WITH:

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| 1. PATIENT'S AGE ≥ 35 YEARS | | ○ | 12. MENTAL RETARDATION/AUTISM | ⊕ | |
| 2. THALASSEMIA (ITALIAN, GREEK, MEDITERRANEAN, OR ASIAN BACKGROUND): MCV < 80 | | | IF YES, WAS PERSON TESTED FOR FRAGILE X? | | ○ |
| 3. NEURAL TUBE DEFECT (MENINGOMYELOCELE, SPINA BIFIDA, OR ANENCEPHALY) | | | 13. OTHER INHERITED GENETIC OR CHROMOSOMAL DISORDER | | |
| 4. CONGENITAL HEART DEFECT | | | 14. MATERNAL METABOLIC DISORDER (EG, INSULIN-DEPENDENT DIABETES, PKU) | | |
| 5. DOWN SYNDROME | | | 15. PATIENT OR BABY'S FATHER HAD A CHILD WITH BIRTH DEFECTS NOT LISTED ABOVE | | |
| 6. TAY-SACHS (EG, JEWISH, CAJUN, FRENCH CANADIAN) | | | 16. RECURRENT PREGNANCY LOSS, OR A STILLBIRTH | | |
| 7. SICKLE CELL DISEASE OR TRAIT (AFRICAN) | | | 17. MEDICATIONS/STREET DRUGS/ALCOHOL SINCE LAST MENSTRUAL PERIOD | | |
| 8. HEMOPHILIA | | | IF YES, AGENT(S): | | |
| 9. MUSCULAR DYSTROPHY | | | | | |
| 10. CYSTIC FIBROSIS | | | 18. ANY OTHER | | |
| 11. HUNTINGTON CHOREA | | | | | |

COMMENTS/COUNSELING: mob/Wuncle → autism

| INFECTION HISTORY | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| 1. HIGH RISK HEPATITIS B? IMMUNIZED? | | ○ | 4. RASH OR VIRAL ILLNESS SINCE LAST MENSTRUAL PERIOD | | ○ |
| 2. LIVE WITH SOMEONE WITH TB OR EXPOSED TO TB | | | 5. HISTORY OF STD, GC, CHLAMYDIA, HPV, SYPHILIS | | |
| 3. PATIENT OR PARTNER HAS HISTORY OF GENITAL HERPES | | | 6. OTHER (SEE COMMENTS) | ⊕ | |

COMMENTS: mob/broth 1.5 years ago → treated, chix pox

INTERVIEWER'S SIGNATURE _____

## INITIAL PHYSICAL EXAMINATION

| DATE / / | | | | HEIGHT ____ | | | BP ____ |
|---|---|---|---|---|---|---|---|
| | PREPREGNANCY WEIGHT ____ | | | | | | |
| 1. HEENT | ☐ NORMAL ☐ ABNORMAL | 12. VULVA | ☐ NORMAL ☐ CONDYLOMA ☐ LESIONS | | | | |
| 2. FUNDI | ☐ NORMAL ☐ ABNORMAL | 13. VAGINA | ☐ NORMAL ☐ INFLAMMATION ☐ DISCHARGE | | | | |
| 3. TEETH | ☐ NORMAL ☐ ABNORMAL | 14. CERVIX | ☐ NORMAL ☐ INFLAMMATION ☐ LESIONS | | | | |
| 4. THYROID | ☐ NORMAL ☐ ABNORMAL | 15. UTERUS SIZE ____ WEEKS | ☐ FIBROIDS | | | | |
| 5. BREASTS | ☐ NORMAL ☐ ABNORMAL | 16. ADNEXA | ☐ NORMAL ☐ MASS | | | | |
| 6. LUNGS | ☐ NORMAL ☐ ABNORMAL | 17. RECTUM | ☐ NORMAL ☐ ABNORMAL | | | | |
| 7. HEART | ☐ NORMAL ☐ ABNORMAL | 18. DIAGONAL CONJUGATE → ⊕ | ☐ REACHED ☐ NO ____ CM | | | | |
| 8. ABDOMEN | ☐ NORMAL ☐ ABNORMAL | 19. SPINES | ☐ AVERAGE ☐ PROMINENT ☐ BLUNT | | | | |
| 9. EXTREMITIES | ☐ NORMAL ☐ ABNORMAL | 20. SACRUM | ☐ CONCAVE ☐ STRAIGHT ☐ ANTERIOR | | | | |
| 10. SKIN | ☐ NORMAL ☐ ABNORMAL | 21. SUBPUBIC ARCH | ☐ WIDE ☐ NARROW | | | | |
| 11. LYMPH NODES | ☐ NORMAL ☐ ABNORMAL | 22. GYNECOID PELVIC TYPE | ☐ YES ☐ NO | | | | |

COMMENTS (Note) _____   MWH ____   EXAM BY _____

FAIN
TIARRA LASHAE
MRN: 832666
ACCT NO: _____   DOB: ___988   Age: 021

XXXFAIN
TIARRA LASHAE
MRN: 832666
ACCT NO: 2___ 1   DOB: ___8   Age: 021   MWH

EXHIBIT 1

ACOG ANTEPARTUM RECORD (FORM B)

Mar 26 20?? 12:02PM   CENTRAL VM OBGYN     5405??2721

NAME _Fain_ _Tiarra_
LAST          FIRST          MIDDLE

Home # _____
Work # _____
Cell # _54040X-1176_
Pharmacy _Kroower(iness)_
Pharmacy _____

DRUG ALLERGY _PCN → ?reaction_

RELIGIOUS/CULTURAL CONSIDERATIONS _____     ANESTHESIA CONSULT PLANNED   ☐ YES   ☐ NO

PROBLEMS/PLANS
1. _"Measuring 24 weeks" @ time of NOB_        MEDICATION LIST:        Start date   Stop date
2.                                              1. PNV                  12/2/09
3. _UAH start prgres_                           2.
4.                                              3.
5. _U/S 36 wks_                                 4.
6.                                              5.
                                                6.

INITIAL EDD: 7                EDD CONFIRMATION        18-20 WEEK EDD UPDATE
LMP _4/K/09?_                    ____/____            QUICKENING        4-23 WKS ____/____
INITIAL EXAM                    ____/____ ←EDD        FUNDAL HT. AT LABEL ____/____  4-20 WKS ____/____
ULTRASOUND _12/22/09_ 2 _5wks_ ←EDD _4/2/10_         FHT W/FETOSCOPE ____/____  4-23 WKS ____/____
INITIAL EDD _____  DATED BY _9/30/12_            ULTRASOUND ____/____  ____ WKS ____/____
                                                    FINAL EDD _4/_2011_ INITIALED BY _ECH_

VISIT DATE _2009_ (YEARS)

| WEEKS GEST. (DEST 25?) | FUNDAL HEIGHT (CM) | PRESENTATION | FHT | FETAL MOVEMENT | PRETERM LABOR SIGNS/SYMPTOMS &/OR CONTRACT QUESTION | CERVICAL EXAM/PAP | BLOOD PRESSURE | EDEMA | WEIGHT | URINE (GLUCOSE/ALBUMIN) | NEXT APPOINTMENT | PHYSICIAN/INITIAL | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/21 | 24 | NOB Review | | ⊕ | | | | | | | | | |
| 12/24 | 24 | 26 | 142 | ⊕ | manual | c| | 116/70 | — | 191.6 | 1/5 | 4wks 1/4 | | thickened nuchal PCR — mem insul |
| 1-05 | 27? | 27 | 142 | ⊕ | 3/s ans fetis | c(sv) | 112 | — | 205 | 1/2 | 2wks 1/4 | | urine CFS |
| | | SSE referred bleeding, flaming, brispe, tone. PSC/C12/FM | | | | | | | | | | | |
| 2/8 | NO SHOW | | | | | | | | | | | | |
| 2/9 | 30 | 30 | 142 | ⊕ | ⊖ | NS1 | 208 | 1/2 | 2 BM | | | | ♂ 1/3ml |
| 2/23 | 30 | 32 | 4 | ⊕ | BM | | 212 | 1/2 | 2 | RM | | | had inter |
| 2/11 | 34³ | 35 | H/B | ⊕ | BM | | 110 | ⊖ | 204 | 1/5 | | | see note |
| 3/18 | 35 | 36 | VH | ⊕ | — | H/Bm | 204 | 1/4 | | | | | see note US every 4wg |
| 3/25 | 36² | 37 | VH | ⊕ | CTX pressure | 1/1/60 | 204 | 1/2 | | ⊘ | | | ⊗ GPM |

COMMENTS:

XXXFAIN
TIARRA LASHAE                      MWH
MRN: 832666
ACCT NO:          DOB:          Age: 021

FAIN
TIARRA LASHAE                      MWH
MRN: 832666
ACCT NO:          DOB:          Age: 021

PROBLEMS: _12/28/09   PAP, GC, chla_

COMMENTS: _____

ACOG ANTEPARTUM RECORD (FORM C)

02-09-10:20:10 :cheer-X-AllStars   657.2771   :154080031324   # ·1/ 12

EXHIBIT 1

Mar 26 2013 12:09PM

**NAME** _Fair_   _Tiarra_
LAST   FIRST   MIDDLE

Work #
Cell # 540408·1176
Pharmacy _Acme Wellness_
Pharmacy #

DRUG ALLERGY: PCN → ? reaction

RELIGIOUS/CULTURAL CONSIDERATIONS _____

ANESTHESIA CONSULT PLANNED   ☐ YES   ☐ NO

**PROBLEMS/PLANS**
1. "Measuring 24 weeks" @ time of NOB
2.
3.
4.
5.

**MEDICATION LIST:**   Start date   Stop date
1. PNV   12/2/09
2.
3.
4.
5.
6.

**EDD CONFIRMATION**
INITIAL EDD: 4·4·09?
LMP
INITIAL EXAM 12·22·09  22 WKS = EDD 4·20·10
ULTRASOUND   INITIALED BY 4/20/10
INITIAL EDD

**16-20-WEEK EDD UPDATE:**
QUICKENING ___/___/___   +12 WKS = ___/___/___
FUNDAL HT. AT UMBIL ___/___/___   +10 WKS = ___/___/___
FHT W/FETOSCOPE ___/___/___   +10 WKS = ___/___/___
ULTRASOUND ___/___/___   ___ WKS = ___/___/___
FINAL EDD   4·20·10  INITIALED BY _KCH_

VISIT DATE 2009 (YEAR)

| Visit date | Weeks gest. (best est.) | Fundal height (cm) | Presentation | FHR | Fetal movement | Preterm labor signs/symptoms +/- / Obstet | Cervix exam dil/eff/sta | Blood pressure | Edema | Weight | Urine (glucose/albumin) | Nxt. appointment | Provider (initials) | COMMENTS: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/21 | 24 | | NOB Review | | | | | | | | | | | |
| 12/28 | 24 | 26 | H | ↑FH | ⊕ | mover | c | 114/70 | – | 191.6 | N ↓ | 4 wk | | thickened nuchal... urine C&S |
| 1·25 | 29 | LR 27 | – | ↑FH | ⊕ | ? old back | closed | 110/72 | – | 205 | tr ↓ | 2 wk (Dec) | PGC/CCC/RMC | |
| | | SSE reformed, bleeding, spotting, continue appts. | | | | | | | | | | | |
| 2/8 | | NO SHOW | | | | | | | | | | | |

XXXFAIN
TIARRA LASHAE
MRN: 832666   DOB ████ 88
ACCT NO: ████████ 81   Age: 021

FAIN
TIARRA LASHAE
MRN: 832666   DOB ████ 88
ACCT NO: ████████ 1   Age: 021

PROBLEMS: 12/28/09  PAP, GC, Chlamudone ___

COMMENTS: _____

ACOG ANTEPAR... (FORM C)

EXHIBIT 1

NAME  *Fain*  *Tiarra*

LAST        FIRST        MIDDLE

Home #

Work #

ID #

Cell # 540 408 1176

## Progress Notes

3/11/10 • Pt to have flu w/s for EFW
        due to h/o IGA (anemia)
      • Pt needs 1° GTT done
      • Pt to flu quik
      • Pt c/o ⊘ vag fld. inc  ✓ BPP / NST
      • all ques answered.

XXXFAIN
TIARRA LASHAE
MRN: 832666          DOB: ___988
ACCT NO: ___1       Age: 021          MWH

FAIN
TIARRA LASHAE
MRN: 832666          DOB: ___988
ACCT NO: 2___4161   Age: 021          MWH

PROVIDER SIGNATURE (AS REQUIRED)

The American College of Obstetricians and Gynecologists, 409 12th Street, SW, PO Box 96920, Washington, DC 20090-6920

Copyright © 1997 (Version 4)

ACOG ANTEPARTUM RECORD (FORM F)

EXHIBIT 1

Mar 28 2012 12:08PM  CENTRAL VA OBGYN  5408552744

## Quest on Demand™

**PATIENT INFORMATION**
**FAIN, TIARRA L**

| REPORT STATUS | **Final** |

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 410.247.9100

DOB: ▓▓▓▓1986   Age: 21
GENDER: F

ORDERING PHYSICIAN
**PATEL, ZEENAT**
CLIENT INFORMATION
274448
CENTRAL VA OB-GYN GROUP
STE 315
123 HOSPITAL CENTER BLVD
N STAFFORD, VA 22554

SPECIMEN INFORMATION
SPECIMEN:    RB0222872
REQUISITION: 2744480027034
LAB REF NO:

ID: 42024
PHONE: (540)408-1176

COLLECTED:  03/18/2010    12:53
RECEIVED:   03/19/2010    00:00
REPORTED:   03/20/2010    14:12

COMMENTS:   OB

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| | | | | QBA |
| CULT,GROUP B STREP wPROBE,AST | | See Note | | |
| CULTURE,GENITAL, GRP B STREP | | See Note | | |
| NEGATIVE FOR GROUP B STREPTOCOCCUS BY DNA PROBE\FROM BROTH-ENHANCED CULTURE | | | | |

**Performing Laboratory Information:**

QBA   Quest Diagnostics Incorporated 1901 Sulphur Spring Road Baltimore MD  21227 Laboratory Directors Robert R. L. Smith, M.D.

FAIN
TIARRA LASHAE
MRN: 832666        DOB: 0▓▓▓88
ACCT NO:           Age: 021        MWH

XXXFAIN
TIARRA LASHAE
MRN: 832666        DOB: ▓8/1986
ACCT NO:           Age: 021        MWH

FAIN,TIARRA L - RB0222872

Page 1 - End of Report

Printed by Care360 AutoReceive on 03/20/10 at 02:30pm.

1996, Quest Diagnostics Incorporated and all associated logos and all trademarks of Quest Diagnostics and/or its subsidiaries of Quest Diagnostics. © Quest Diagnostics Incorporated. All rights reserved. 02P03T-MSN370. Revised 9403. SX3X - 17570T.

**EXHIBIT 1**

Case 3:12-cv-00293-JAG   Document 45-1   Filed 02/22/13   Page 43 of 50 PageID# 362

 

**ary Washington Hospital**

**MediCorp**

Maternal Fetal Medicine
Tompkins-Martin Medical Plaza
1101 Sam Perry Boulevard, Suite 319
Fredericksburg, VA 22401
(540) 741-3260
Fax (540) 741-3261

| | |
|---|---|
| Hospital No.: | 000000832666 |
| Date of Exam: | 01/13/2010 |
| Date of Print: | 01/13/2010 |

Dr. RENEE CARISIO-FARBER
CENTRAL VIRGINIA OBGYN INC
1011 CARE WAY SUITE 200
FREDERICKSBURG, VA 22401

FAIN
TIARRA LASHAE                                    MWH
MRN: 832666                  DOB: 05/18/1988
ACCT NO: 203 694 4484      Age: 021

Dear Dr. CARISIO-FARBER,

Thank you for referring your patient **TIARRA FAIN**, DOB 05/18/1988

**Indication:** Increased nuchal thickness, size>dates, LTC.

**Dating:**

| | | | |
|---|---|---|---|
| Stated EDC: | | EDC: 04/20/2010 | GA by stated EDC: 26w1d |
| Current Scan on: | 01/13/2010 | EDC: 04/20/2010 | GA by current scan: 26w1d |
| Best Overall Assessment: | 01/13/2010 | EDC: 04/20/2010 | Assessed GA: 26w1d |

The calculation of the gestational age by current scan was based on BPD, OFD, HC, TCD, AC, FL and HUM.
The Best Overall Assessment is based on the stated EDC.

**Anatomy Scan:**
Singleton gestation.
Biometry:

| | | | | | | |
|---|---|---|---|---|---|---|
| BPD | 64.8 | mm | 41st% | 26w1d | (25w3d to 26w6d) | (Hadlock) |
| HC | 240.4 | mm | 24th% | 26w1d | (24w0d to 28w1d) | (Hadlock) |
| AC | 213.8 | mm | 31st% | 25w6d | (25w1d to 26w4d) | (Hadlock) |
| FL | 48.9 | mm | 45th% | 26w3d | (24w3d to 28w4d) | (Hadlock) |
| OFD | 86.3 | mm | 53rd% | 26w2d | | (Nicolaides) |
| TCD | 29.2 | mm | 34th% | 25w4d | | (HILL) |
| HUM | 45.7 | mm | 68th% | 26w6d | | (Romero) |
| RAD | 37.5 | mm | 52nd% | 26w2d | | (Romero) |
| TIB | 45.3 | mm | 84th% | 27w5d | | (Romero) |
| FIB | 41.4 | mm | 41st% | 25w5d | | (Romero) |
| LLV | 7.1 | mm | | | | |
| CM | 4.9 | mm | 12th% | | | (Nicolaides) |
| NUCHAL FOLD | 6.30 | mm | | | | |
| NASAL BONE | 7.8 | mm | n/a | | | (Sonek) |
| EFW (lbs/oz) | 2 lbs | 0 ozs | | | | (Hadlock (BPD-HC-AC-FL)) |
| EFW (g) | 895 g | | 49th% | | | |

**Fetal heart activity:** present. Fetal heart rate: 151 bpm.
**Fetal presentation:** Vertex.
**Amniotic fluid:** normal. AFI 12.3 cm.
**Cord:** 3 vessels.
**Placenta:** anterior.

**Fetal Anatomy:**
Visualized with normal appearance: head, brain, face, spine, neck, skin, chest, abdominal wall, gastrointestinal
tract, kidneys, bladder, extremities.

XXXFAIN                                    MWH
TIARRA LASHAE
MRN: 832666                  DOB: 05/18/1988
ACCT NO:                     Age: 021

EXHIBIT 1

**Heart:** 4-chamber heart and great artery views were visualized normally.
**Genitalia:** Male fetus.

---

**Doppler:**
**Fetal Doppler:**

| Umbilical Artery: | | | | |
|---|---|---|---|---|
| | PS | 43.9 | cm/s | |
| | ED | 20.13 | cm/s | |
| | S/D ratio | 2.18 | | (Acherya) |
| | RI | 0.54 | | (Schaffer) |
| | PI | 0.77 | | (Schaffer) |
| | TAMX | 30.91 | cm/s | |

MWH

---

**Maternal Structures:**
**Cervix:** normal. Cervical length: 41 mm.
**Right Ovary:** normal.
Right Ovary size: 32 mm x 21 mm x 12 mm. Volume: 4.2 ml.
**Left Ovary:** normal.
Left Ovary size: 28 mm x 26 mm x 15 mm. Volume: 5.7 ml.

FAIN
TIARRA LASHAE          DOB: ▓▓▓88
MRN: 832666          Age: 021
ACCT NO:

---

**Comments:**
21 yr old African American female G4 P1 @ 26 weeks and 1 day presents to MFM office for a consultative fetal
scan due to increased nuchal thickness, size>dates, LTC.
12/22/09 23w0d - nuchal 6 mm
12/28/09 24w - 28 cm fundal height
1/13/10 Pt reports that she has some cramping but denies any contractions, bleeding or leaking of amniotic fluid.
Pt reports normal fetal movements.

Ob hx/(paternity):
2006-Vaginal delivery @ 38 weeks-M-8lbs 6oz-PIH; induced for LGA-MWH (1)
2008-EAB (2)
2009-EAB (2)
Present

Medical/surgical:
Asthma-as a child
2001 fractured tailbone-age 13
Allergies: PCN-uncertain reaction

Current medications: PNV daily and women's one a day(says she will discontinue)
Height: 5'5 pre-pregnancy weight: 185 lbs current weight: 192 lbs
Blood type B +
Occupation: homemaker
FOB is 6'2 and 21 yrs old, African American, paternity to pregnancies in 2008 and 2009 and to current pregnancy
Pt is here today with FOB
Next OB appointment is 1/25/10
1/13/10 initial assessment: Hope Gonzalez RN/Nelson Isada MD.

---

XXXFAIN                                              MWH
TIARRA LASHAE
MRN: 832666          DOB: ▓▓▓88
ACCT NO: ▓▓▓61     Age: 021

EXHIBIT 1



## Report Summary:

**Impression:** AGA male fetus with normal anatomy for GA. Nuchal thickness is normal. Cardiac anatomy appears normal.

Increased nuchal thickness has been associated with aneuploidy and other anomalies including heart defects.

Review of prior report indicates a 6mm nuchal thickness, which can be normal for that GA assuming no septations or other atypical features.

There are no sonographic findings to account for size>dates.

An endocardial cushion defect and nasal bone hypoplasia, present in 40% and 30% of Down syndrome (DS) fetuses respectively, were not seen. Other findings associated with DS such as lagging limb biometry and increased prenasal thickness were not seen.

Genetic amniocentesis at this GA could precipitate preterm birth and is not recommended given prior and current findings.

**Recommendations:** Above findings and implications were discussed wit̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ in face-to-face consultation.

A F/U scan for ROG and anatomy can be performed in 4-6w.

F/U as clinically indicated.

FAIN                                                                    MWH
TIARRA LASHAE
MRN: 832866                                        DOB:
ACCT NO:  203 694                                       021

RG                                          Nelson Isada, M.D.

XXXFAIN                                                              MWH
TIARRA LASHAE
MRN: 832866                                        DOB:
ACCT NO:  203 694 1181                      Age: 021

```
04/21/2010                                                    SUMMARY
10:15                                                         PAGE1

NAME:XXXFAIN,TIARRA LASHAE           AGE:21Y  SEX:F
LOC:30BS                             MED REC #:832666
ROOM:3109-M                          ACCOUNT #:███████████
DR:UBOKBUXWU DO,CHIZOBA D            ADMITTED:04/18/2010


***************** BLOOD BANK ROUTINE TESTING *********************
```

04/18/10
+  0652  TYPE and SCREEN
        XMATCH EXPIRATION  04/22/2010 04/22/2010
        ABO/RH(D)          B POSITIVE
        ANTIBODY SCREEN    NEGATIVE


```
************************************ HEMATOLOGY ************************************

DATE:        04/18/10
TIME:        +0652                                 NORMAL    UNITS
----------------------------------------------------------------------
WBC           9.6                                  4.5-11.0  K/UL
RBC           4.61                                 3.8-5.1   M/UL
HGB           13.1                                 11.5-15.0 gm/dL
HCT           40                                   34-44     %
MCV           86                                   80-100    FL
MCH           28                                   27-34     PG
MCHC          33                                   32-37     G/DL
RDW           14.3                                 11.5-14.5 %
RDWSD         44.7                                 36.4-46.3 FL
PLT           225                                  150-450   K/UL

DIFF TYPE     AUTO
NEUT          72                                   38-74     %
ANEUT         6.9                                  1.5-7.0   K/UL
LYMPH         17 L                                 26-46     %
ABS LYMPH     1.6                                  1.5-4.5   K/UL
ABS MONO      1.0 H                                <1.0      K/UL
MONO          10 H                                 3-7       %
EOS           1                                    0-5       %
BASO          0                                    0-2       %
```

```
                        END OF REPORT

PAGE: 1                              MED REC #:832666
XXXFAIN,TIARRA LASHAE                LOC:30BS   RM:3109-M
INPATIENT MEDICAL RECORDS COPY


                  MediCorp Health System

Mary Washington Hospital    MWH FSED Laboratory        Stafford Hospital
1001 Sam Perry Blvd         10401 Spotsylvania Ave, Suite 103  101 Hospital Center Blvd
Fredericksburg, Va. 22401   Fredericksburg, Virginia 22408     Stafford, Va.  22554

   Paul F. Kine, M.D.,FCAP,FASCP, Medical Director, Pathology & Laboratory Medicine
```

# EXHIBIT 1

```
04/20/2010 14:37      DISCHARGE MEDICATION ADMINISTRATION RECORD      PAGE: 1 OF 7
                           MARY WASHINGTON HOSPITAL


PATIENT NO: ████████      NAME: XXXXFAIN, TIARRA LASBRE       DSCH LOC: 3OBS/3109-M
MED REC NO: 932666        AGE: 21Y        SEX: F
ATN DOCTOR: UZOCHUKWU CHIKOBA O,          ADMIT DATE: 04/13/2010   DSCH DATE: 04/20/2010

             *** MEDICATIONS CURRENT AT THE TIME OF DISCHARGE ***

                   *** SCHEDULED MEDICATIONS ***
ORD# 23
DOCUSATE SODIUM *APL *X             200 MG = 2 CAP
  (COLACE    *APL *X)               PO              QHS
QHS
QHS UNTIL BM THEN MESSAGE
PHARMACY TO CHANGE TO PRN
**REMOVE FROM ACUDOSE**
START: 04/18/10 22:00       STOP:
Nrs Verified By: 102499
04/19/10 22:00 ADMIN   10:239  at: 04/19/10 22:14

ORD# 7
SODIUM CHLORIDE 0.9%               5 ML = 0.5 VIAL
  (SODIUM CHLORIDE 0.9%)           IV              QSHIFT
QSHIFT
IF PATIENT RH NEGATIVE
START: 04/18/10 07:12       STOP:
Nrs Verified By:
  **** NO OCCURRENCES CHARTED ****

ORD# 7    (REVISED)
SODIUM CHLORIDE 0.9%               5 ML = 0.5 VIAL
  (SODIUM CHLORIDE 0.9%)           IV              QSHIFT
QSHIFT
IF PATIENT RH NEGATIVE
START: 04/18/10 07:12       STOP: 04/18/10 21:11
Nrs Verified By: 102499
  **** NO OCCURRENCES CHARTED ****


                   *** PRN MEDICATIONS ***
ORD# 13
ACETAMINOPHEN EX STR *APL *X        1000 MG = 2 TAB
  (TYLENOL EXTRA STRENGTH *APL *X)  PO              Q6HPRN
Q6HPRN
MILD PAIN (1-3 ON SCALE)
DC NOT EXCEED 4000 MG IN 24 HR
START: 04/18/10 21:11       STOP:
Nrs Verified By: 102499
  **** NO OCCURRENCES CHARTED ****


ORD# 21
BENZOCAIN/LANOLIN/ALOE *PL         INEXACT
  (DERMOPLAST *PL)                 TOP             PRN
PRN
AFTER EACH VOIDING FOR
PERINEAL DISCONFORT
START: 04/18/10 21:11       STOP:
Nrs Verified By: 102499
  **** NO OCCURRENCES CHARTED ****


ORD# 17
BISACODYL *APL *X                  10 MG = 1 SUPP
  (DULCOLAX *APL *X)               PR              PRN
PRN
CONSTIPATION IN NO 4TH DEGREE
LACERATION
START: 04/18/10 21:11       STOP:
Nrs Verified By: 102499
  **** NO OCCURRENCES CHARTED ****




                  <PERMANENT CHART COPY>
```

# EXHIBIT 1

```
04/20/2010 14:37        DISCHARGE MEDICATION ADMINISTRATION RECORD      PAGE: 2 OF 7
                             MARY WASHINGTON HOSPITAL


PATIENT NO: 10  11101        NAME: XXXFAIN, TIARRA LASHRE          DSCH LOC: 3OSS/3109-M
MED REC NO:                  AGE: 21Y       SEX: F
ATN DOCTOR: OZOCEUKWU CHIZOBA D,      ADMIT DATE: 04/13/2010   DSCH DATE: 04/20/2010

              *** MEDICATIONS CURRENT AT THE TIME OF DISCHARGE ***

                          *** PRN MEDICATIONS ***

ORD# 22
DIBUCAINE OINT *PL               INEXACT
 (DIBUCAINE OINT *PL)            TOP              PRN
PRN
FOR HEMORRHOIDS
START: 04/18/10 21:11    STOP:
Nrs Verified By: 102499
   **** NO OCCURRENCES CHARTED ****


ORD# 25
EUCERIN TUBE CREAM *L            INEXACT
 (EUCERIN TUBE CREAM *L)         TOP              PRN
PRN
FOR DRY/CRACKED SKIN
START: 04/18/10 21:11    STOP:
Nrs Verified By: 102499
   **** NO OCCURRENCES CHARTED ****


ORD# 2
Fentanyl Citrate (PF)            100 MCG = 2 ML
 (FENTANYL CITRATE *X)           IV               Q1HPRN
Q1HPRN
FOR PAIN SCALE >/= 5 AND
HOLD FOR RESPIRATORY RATE
< 10
START: 04/18/10 07:12    STOP:
Nrs Verified By:
   **** NO OCCURRENCES CHARTED ****


ORD# 2    (REVISED)
Fentanyl Citrate (PF)            100 MCG = 2 ML
 (FENTANYL CITRATE *X)           IV               Q1HPRN
Q1HPRN
FOR PAIN SCALE >/= 5 AND
HOLD FOR RESPIRATORY RATE
< 10
START: 04/18/10 07:12    STOP: 04/18/10 21:11
Nrs Verified By:
   **** NO OCCURRENCES CHARTED ****


ORD# 11
IBUPROFEN    *PL *X              600 MG = 1 TAB
 (MOTRIN     *PL *X)             PO          EVERY 6 HOURS AS NEEDED
Q6HPRN
MILD PAIN (PAIN SCALE 1-3)
START: 04/18/10 21:11    STOP:
Nrs Verified By: 102499
04/19/10 00:45  ADMIN    102499
Charted Reason: Pain
  Pain Scale:4  Pain Loc:Abdomen
  Effect: 04/19/10 01:44  102499  Mild relief obtained
          Pain Scale:3  Pain Loc:Comfort
04/19/10 06:50  ADMIN    102499
Charted Reason: Pain
  Pain Scale:4  Pain Loc:Abdomen
  Effect: 04/19/10 07:15  105365  Moderate relief obtained
          Pain Scale:2  Pain Loc:Abdomen
04/19/10 15:56  ADMIN    105365
Charted Reason: Pain
  Adm Site: po
  Pain Scale:4  Pain Loc:Abdomen
  Effect: 04/19/10 16:30  105365  Full relief obtained
          Pain Scale:0  Pain Loc:None
04/19/10 22:14  ADMIN    101239
Charted Reason: Pain
  Pain Scale:3  Pain Loc:Abdomen
  Effect: 04/19/10 23:10  101239  Full relief obtained
          Pain Scale:0  Pain Loc:Abdomen


                          <PERMANENT CHART COPY>
```

EXHIBIT 1

```
04/20/2010 14:37        DISCHARGE MEDICATION ADMINISTRATION RECORD      PAGE: 3 OF 7
                        MARY WASHINGTON HOSPITAL


PATIENT NO: 1████████1      NAME: XXXXBAIN, TIARRA LASHAE        DSCH LOC: 3OBS/3109-M
MED REC NO: ███████        AGE: 21Y        SEX: F
ATN DOCTOR: ███████ CHIZOBA O,           ADMT DATE: 04/13/2010   DSCH DATE: 04/20/2010

                *** MEDICATIONS CURRENT AT THE TIME OF DISCHARGE ***

                        *** PRN MEDICATIONS ***

ORD# 11
(CONTINUED)
 04/20/10 07:54  ADMIN   107318
 Charted Reason: pain
  Pain Scale:3  Pain Loc:Back
  Effect: 04/20/10 08:54  107316  Full relief obtained
          Pain Scale:0  Pain Loc:denies


ORD# 24
 LANOLIN PURIFIED    *PL            INTERACT
  (LANSINOH        *PL)            TOP              PRN
 PRN
 FOR CRACKED OR SORE NIPPLES
 START: 04/18/10 21:11     STOP:
 Nrs Verified By: 102499
  **** NO OCCURRENCES CHARTED ****


ORD# 1
 MAG HYDROX/AL HYDROX/SIMETH *X    30 ML = 1 CUP
  (MYLANTA SUSP 30 ML CUP *X)     PO               Q4HPRN
 Q4HPRN
 FOR INDIGESTION/HEARTBURN
 START: 04/18/10 07:12     STOP:
 Nrs Verified By:
  **** NO OCCURRENCES CHARTED ****


ORD# 1   (REVISED)
 MAG HYDROX/AL HYDROX/SIMETH *X    30 ML = 1 CUP
  (MYLANTA SUSP 30 ML CUP *X)     PO               Q4HPRN
 Q4HPRN
 FOR INDIGESTION/HEARTBURN
 START: 04/18/10 07:12     STOP: 04/18/10 21:11
 Nrs Verified By: 102499
  **** NO OCCURRENCES CHARTED ****


ORD# 15
 MAG HYDROX/AL HYDROX/SIMETH *X    30 ML = 1 CUP
  (MYLANTA SUSP 30 ML CUP *X)     PO               Q4HPRN
 Q4HPRN
 INDIGESTION
 START: 04/18/10 21:11     STOP:
 Nrs Verified By: 102499
  **** NO OCCURRENCES CHARTED ****


ORD# 26
 MAGNESIUM SULFATE  *PL            1 EA = 120 GM
  (EPSOM SALT      *PG)           TOP              TIDPRN
 TIDPRN
 IN SITZ BATH FOR PERINEAL
 EDEMA
 START: 04/18/10 21:11     STOP:
 Nrs Verified By: 102499
 04/19/10 12:47  ADMIN   105365
 Charted Reason: Per MD Order
  Adm Site: topical


ORD# 19
 MESSAGE FOR NURSING               RUBELLA
  (NOTES FOR NURSING)             MIS              PRN
 PRN
 PLEASE MESSAGE RX TO ENTER
 RUBELLA TO GIVE AT DISCHARGE
 IS MOTHER NOT IMMUNE NO RHOGAM
 START: 04/18/10 21:11     STOP:
 Nrs Verified By: 102499
  **** NO OCCURRENCES CHARTED ****



                <PERMANENT CHART COPY>
```

**EXHIBIT 1**

Case 3:12-cv-00293-JAG Document 45-1 Filed 02/22/13 Page 50 of 50 PageID# 369

**EXHIBIT 1**

04/20/2010 14:37 DISCHARGE MEDICATION ADMINISTRATION RECORD PAGE: 4 OF 7
MARY WASHINGTON HOSPITAL

PATIENT NO: [redacted]181 NAME: XXXFAIN, TIARRA LASHAE DSCH LOC: 3OBS/3109-M
MED REC NO: 6[redacted] AGE: 21Y SEX: F
ATN DOCTOR: UZOCHUKWU CHIZOBA D, ADMIT DATE: 04/13/2010 DSCH DATE: 04/20/2010

*** MEDICATIONS CURRENT AT THE TIME OF DISCHARGE ***

*** PRN MEDICATIONS ***

ORD# 3
ONDANSETRON HCI *APL*X 4 MG = 2 ML
(ZOFRAN *APL*X) IV Q8HPRN
Q8HPRN
NAUSEA AND/OR VOMITING
START: 04/18/10 07:12 STOP:
Nrs Verified By:
**** NO OCCURRENCES CHARTED ****

ORD# 3 (REVISED)
ONDANSETRON HCI *APL*X 4 MG = 2 ML
(ZOFRAN *APL*X) IV Q8HPRN
Q8HPRN
NAUSEA AND/OR VOMITING
START: 04/18/10 07:12 STOP: 04/18/10 21:11
Nrs Verified By: 102499
**** NO OCCURRENCES CHARTED ****

ORD# 15
ONDANSETRON HCI *APL*X 4 MG = 2 ML
(ZOFRAN *APL*X) IV EVERY 6 HOURS AS NEEDED
Q6HPRN
NAUSEA AND/OR VOMITING
START: 04/18/10 21:11 STOP:
Nrs Verified By: 102499
**** NO OCCURRENCES CHARTED ****

ORD# 12
OXYCODONE/ACETAMI 5/325MG *APL 1 EA = 1 TAB
(PERCOCET 5/325 MG *APL) PO Q4HPRN
Q4HPRN
MODERATE PAIN (4-7 ON SCALE)
START: 04/18/10 21:11 STOP:
Nrs Verified By: 102499
04/19/10 06:50 ADMIN 102499
Charted Reason: Pain
Pain Scale:4 Pain Loc:Abdomen
Effect: 04/19/10 07:15 105365 Moderate relief obtained
Pain Scale:2 Pain Loc:Abdomen
04/19/10 15:56 ADMIN 105365
Charted Reason: Pain
Adm Site: po
Pain Scale:4 Pain Loc:Abdomen
Effect: 04/19/10 16:33 105365 Breath Sounds-Clears w/cough
Pain Scale:0 Pain Loc:None
04/19/10 22:10 ADMIN 101239
Charted Reason: Pain
Pain Scale:3 Pain Loc:Abdomen
Effect: 04/19/10 23:10 101239 Full relief obtained
Pain Scale:0 Pain Loc:Abdomen

ORD# 13
OXYCODONE/ACETAMI 5/325MG *APL 2 EA = 2 TAB
(PERCOCET 5/325 MG *APL) PO Q4HPRN
Q4HPRN
SEVERE PAIN (8-10 ON SCALE)
START: 04/18/10 21:11 STOP:
Nrs Verified By: 102499
04/19/10 01:58 ADMIN 102499
Charted Reason: Pain
Pain Scale:4 Pain Loc:Comfort
Effect: 04/19/10 02:45 102499 Full relief obtained
Pain Scale:0 Pain Loc:Comfort

<PERMANENT CHART COPY>