04/20/2010 14:37        DISCHARGE MEDICATION ADMINISTRATION RECORD      PAGE: 5 OF 7
                        MARY WASHINGTON HOSPITAL


PATIENT NO:        181      NAME: XXXFAIN, TIARRA LASHAE        DSCH LOC: 303S/3109-M
MED REC NO:        F        AGE: 21Y       SEX: F
ATN DOCTOR: UZOCRUXWU CHIOBA D,            ADMT DATE: 04/13/2010   DSCH DATE: 04/20/2010


               *** MEDICATIONS CURRENT AT THE TIME OF DISCHARGE ***

                           *** PRN MEDICATIONS ***

ORD# 9
OXYTOCIN-LR 20UNITS/1000 ML PM      20 UNIT = 1000 ML
  (OXYTOCIN-LACTATED RINGERS PM)    IV           AS NEEDED
PRN
@125 ML/HR X1 PRN FOR BLEEDING
START: 04/18/10 21:11    STOP: 04/18/10 21:11
Nrs Verified By: 102499
   **** NO OCCURRENCES CHARTED ****


ORD# 8
OXYTOCIN-LR 30 UNITS/500 ML PM      30 UNIT = 500 ML
  (PITOCIN-LR 30 UNITS/500 ML PM)   IV           PRN
PRN
INITIAL DOSE 0.5-1 MU/MIN
INCREASE BY 1-2 MU/MIN Q30MIN
MAXIMUM 20 MU/MIN
START: 04/18/10 07:14    STOP:
Nrs Verified By:
   **** NO OCCURRENCES CHARTED ****


ORD# 8      (REVISED)
OXYTOCIN-LR 30 UNITS/500 ML PM      30 UNIT = 500 ML
  (PITOCIN-LR 30 UNITS/500 ML PM)   IV           PRN
PRN
INITIAL DOSE 0.5-1 MU/MIN
INCREASE BY 1-2 MU/MIN Q30MIN
MAXIMUM 20 MU/MIN
START: 04/18/10 07:14    STOP: 04/18/10 21:11
Nrs Verified By: 102499
   **** NO OCCURRENCES CHARTED ****


ORD# 13
SODIUM PHOSPHATE ENEMA *APL *X      1 BOTTLE
  (FLEET ENEMA *APL *X)             PR           PRN
PRN
CONSTIPATION IF NO 4TH DEGREE
LACERATION
START: 04/18/10 21:11    STOP:
Nrs Verified By: 102499
   **** NO OCCURRENCES CHARTED ****


ORD# 23
WITCH HAZEL     *PL                 INEXACT
  (TUCKS        *PL)                TOP          PRN
PRN
TO PERINEAL AREA PRN
HEMORRHOIDS
START: 04/18/10 21:11    STOP:
Nrs Verified By: 102499
   **** NO OCCURRENCES CHARTED ****


ORD# 14
ZOLPIDEM TARTRATE    *APL           10 MG = 2 TAB
  (AMBIEN            *APL)          PO           QHSPRN
QHSPRN
SLEEP  *DO NOT SUBSTITUTE*
START: 04/18/10 21:11    STOP:
Nrs Verified By: 102499
   **** NO OCCURRENCES CHARTED ****


                       <PERMANENT CHART COPY>


                          EXHIBIT 1

04/20/2010 14:37        DISCHARGE MEDICATION ADMINISTRATION RECORD       PAGE: 6 OF 7
                                MARY WASHINGTON HOSPITAL

PATIENT NO: 2▮▮▮▮1        NAME: XXXFAIN, TIARRA LASHAE            DSCH LOC: 30BS/3109-M
MED REC NO: ▮8▮▮▮▮▮       AGE: 21Y        SEX: F
ATN DOCTOR: UZOCHUKWU CHISOBA D,          ADMT DATE: 04/13/2010   DSCH DATE: 04/20/2010

                    *** IVS CURRENT AT THE TIME OF DISCHARGE ***

                          *** SCHEDULED IVS ***
ORD# 5                            UB: A
DL   PLAIN LVP
LACTATED RINGERS (FS)                 1000 ML
IV                     HRS
RATE: inexact      RUN-IN: inexac
500-1000 ML BOLUS PRIOR TO
EPIDURAL ACCORDING 2 PT STATUS
200MLX1 4 FETAL HEART PATTERN
START: 04/18/10 07:12     STOP: 04/18/10 07::2
Nrs Verified By: 102499
    **** NO OCCURRENCES CHARTED ****


                          *** PRN IVS ***
ORD# 6                            UB: A
PL   PLAIN LVP
LACTATED RINGERS (FS)                 1000 ML
IV          24 HRS
RATE: inexact      RUN-IN: inexac
WITH 18 G IV CATHETER TITRATED
FOR A TOTAL IV FLUID INTAKE OF
80 ML/HR
START: 04/18/10 07:30     STOP: 04/18/10 07:30
Nrs Verified By: 102499
    **** NO OCCURRENCES CHARTED ****


ORD# 4                            UB: A
LV   LVP WITH ADDITIVE(S)
SUFENTA 50 MCG/BUPI 0.1%/NS           100 ML
EPI          PRN
RATE: titrate      RUN-IN: 24 hrs
CONTINUOUS EPIDURAL FOR ACTIVE
PROGRESSIVE LABOR PER
ANESTHESIA
START: 04/18/10 07:27     STOP: 04/19/10 07:27
Nrs Verified By:
    **** NO OCCURRENCES CHARTED ****


ORD# 4   (REVISED)                UB: A
LV   LVP WITH ADDITIVE(S)
SUFENTA 50 MCG/BUPI 0.1%/NS           100 ML
EPI          PRN
RATE: titrate      RUN-IN: 24 hrs
CONTINUOUS EPIDURAL FOR ACTIVE
PROGRESSIVE LABOR PER
ANESTHESIA
START: 04/18/10 07:27     STOP: 04/18/10 21::1
Nrs Verified By:
    **** NO OCCURRENCES CHARTED ****




                        <PERMANENT CHART COPY>

                              **EXHIBIT 1**

MARY WASHINGTON HOSPITAL

```
PATIENT NO: 2█████81        NAME: XXXFAIN, TIARRA LASHRE        DSCH LOC: 30BS/3109-M
MED REC NO: 8████          AGE: 21Y        SEX: F
ATN DOCTOR: UZOCHUKWU CHIZOBA D,           ADMIT DATE: 04/13/2010   DSCH DATE: 04/20/2010
```

```
                        *** NURSE IDENTIFICATION ***
     131239   SHELBY PETROVICS RN           102499   VIRGINIA BALL RN
     135365   MELISSA FIELD RN              107318   JANICE CHILDS RN
```

<PERMANENT CHART COPY>

**EXHIBIT 1**

All caregivers and/or persons documenting in the medical record must enter his/her printed name, signature, initials and title.

| Printed Name | Signature | Initials | Title |
|---|---|---|---|
| Susan Wright | S Wright | SW | RN |
| VICTORIA DUFF | V Duff | VAD | RNC |
| Jenna Velez | | JV | RN |
| VIRGINIA C BAU | Virginia C Bau | VB | RN |
| MJ Field | MJ Field | MJF | RN |
| B. Anderson | B. Anderson | BA | RN |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

The Jesse

RN3430

🏥 Mary Washington Healthcare

**Signature Sheet**
FR-150-MWHC  Rev. 1/2010

XXXFAIN
TIARRA LASHAE
MRN: 832666          DOB:
ACCT NO:              Age: 021          MWH

FAIN
TIARRA LASHAE
MRN: 832666          DOB:
ACCT NO:              Age: 021          MWH

EXHIBIT 1

Date & Time Initiated: 4/18/10 : 2235

Nurse Initial: ___

## Patient Education Learning Needs Assessment

Our nursing staff wish to give you the information you want and need during your stay with us. Please look over the following list of education topics and complete the form by putting a check in the column that most applies to you using the following scales.

1-Most important to learn before I go home
3-Questions answered/Literature/Handout

2-I already know this information
4-Attended Discharge Class

| Self Care | 1 | 2 | 3 | 4 | | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|---|
| Mood Swings/Postpartum Depression | ✓ | | | | Breastfeeding | | ✓ | | |
| Bladder/Bowel Function | | ✓ | | | Sore Nipples | | ✓ | | |
| Inflammation of Veins | | ✓ | | | Positioning | | ✓ | | |
| Exercise/Activity | | ✓ | | | Frequency | | ✓ | | |
| Diet/Nutrition | | ✓ | | | Using breast pump | | ✓ | | |
| Family Planning Methods | ✓ | | | | How can I tell if my baby is getting enough to eat? | | ✓ | | |
| When will I go home? | ✓ | | | | Baby Care | | | | |
| Mastitis/Engorgement | ✓ | | | | Choking Infant | ✓ | | | |
| Breast Self-Examination | ✓ | | | | Axillary Temperature | ✓ | | | |
| Discharge Class   N/A | | | | | Rectal Temperature | | ✓ | | |
| Kegels | | ✓ | | | Cord Care | ✓ | | | |
| Pelvic Rest | ✓ | | | | Circumcision Care | ✓ | — | | |
| Additional Learning Needs  ☐ Yes  ☒ No | | | | | Swaddling | ✓ | | | |
| Language Link  ☐ Yes  ☒ No | | | | | Car seat information | ✓ | | | |
| Translator  ☐ Yes  ☒ No | | | | | Do you have a car seat? ☒ Yes ☐ No | | | | |
| Smoking Cessation | | | | | Bottle Feeding | ✓ | | | |
| | | | | | Demand Feeding | ✓ | | | |
| Would you like additional information? ☐ Yes  ☒ No | | | | | Type of Formula | ✓ | | | |
| | | | | | Preparing Formula | ✓ | | | |
| *Obtain consult for Smoking Cessation Coordinator | | | | | Amount/Frequency | ✓ | | | |
| Any other questions? | | | | | Burping | ✓ | | | |
| | | | | | Baby Care after Discharge | | | | |
| | | | | | Do you have a doctor? ☒ Yes ☐ No | | | | |
| | | | | | When to call Health Care Provider | ✓ | | | |
| | | | | | Immunizations | ✓ | | | |

Any other questions?
Can someone speak to
Messiah (Dad) about caring
for the babies circum.? Also,
shaping his head

Can you all go over
this with Dr. Hill? I ⊕
I think its important.

The nurses have reviewed all topics I ranked as most important with me.

_signature_   4.18.10

Patient's Signature          Date

_signature_   4/20/10

Nurse's Signature          Date





RN3680

MediCorp
Health System

XXXXFAIN
TIARRA LASHAE    DOB _____
MRN: 832666        Age: 021
ACCT NO: _____

MWH

Vaginal Delivery Clinical Pathway
FR-642-MHS 12/2008
Disclaimer: Clinical pathway serves as a guide for care.
Patient care is individualized to patient's needs.

EXHIBIT 1



**Outcomes:** Vital signs WNL
Without Signs / Symptoms of Complications
Verbalizes Understanding of Self Care Instructions

| | 0 - 4 hours | 4 - 24 hours | 24 - 36 hours | > 36 hour |
|---|---|---|---|---|
| Consults | As indicated<br>* Care Mgmt ____<br>* Pastoral Care ____<br>* Dietary ____<br>* Lactation ____<br>* Smoking Cessation Coordinator ____ | As indicated<br>* Lactation ____<br>* Care Mgmt ____ | As indicated<br>* Lactation ____<br>* Care Mgmt ____ | As indicated<br>* Lactation ____<br>* Care Mgmt ____ |
| Diagnostic Studies / Procedures | * Rh Immunity Screen<br>* CBC, Serology<br>* ABO Type & Rh | | | |
| Treatments | * Vital signs every 4 hours<br>* Initiate BF or pumping<br>* Ice pack to perineum<br>* Peri Care<br>* Void or cath as needed<br>* Post Partum check every 4 hours<br>* Rh Immunoglobulin as needed | * Vital signs every 4 hours<br>* Up ab lib<br>* Ice pack to perineum<br>* Post Partum check every 4 hours<br>* Breast pump as needed | * Vital signs every 8 hours<br>* Post Partum check every 8 hours<br>* Tucks, Dibucaine for hemorrhoics<br>* Initiate sitz bath if indicated<br>* Lanolin as needed<br>* K pad as needed<br>* Breast pump as needed | * Vital signs every 8 hours<br>* Post Partum check every 8 hours<br>* Sitz bath if indicated<br>* Breast pump as needed |
| IV / Medications | * Analgesia as needed<br>* IV D/C when stable or as ordered<br>* Rh Immune Globulin if indicated | * Analgesia as needed | * Analgesia as needed | * Analgesia as needed<br>* Rubella Vaccine if indicated |
| Nutrition | * Diet as ordered | * Diet as ordered | * Diet as ordered | * Diet as ordered |
| Activity Mobility | * Up ab lib with assistance as needed | * Up ab lib | * Up ab lib | * Up ab lib |
| Teaching<br><br>P = Patient<br>S = Significant other<br><br>Date/Time Noted: | * Self assessment of learning needs ___/___/___<br>* Involution / uterine massage ___/___/___<br>* Lochia / Signs/Symptoms Hemorrhage ___/___/___<br>* Episiotomy / Peri Care ___/___/___<br>* Pain Management ___/___/___ | * Breast Care ___/___/___<br>* Paternity packet if indicated ___/___/___<br>* Bladder-Bowel function ___/___/___<br>* Review learning needs assessment ___ | * Breastfeeding ___/___/___<br>* Signs / Symptoms of Infection ___/___/___<br>* Signs of Phlebitis ___/___/___<br>* Contraception ___/___/___<br>* Mood Swings ___/___/___<br>* Review learning needs assessment ___ | * Discharge med review ___/___/___<br>* Review learning needs assessment ___ |
| Key: who was taught / teaching method / learner's response / nurse's initials / nurse's initials reinforcement<br>Methods: 1 - Video   2 - Literature   3 - Discussion   4 - Demonstration   5 - Discharge Class   6 - Care Notes<br>Response: 1 - Returns demonstration   2 - Able to discuss   3 - Questions asked/answered   4 - Unable to retain/needs additional information |
| Psychsocial | * Bonding / coping activity | * Bonding / coping activity | * Bonding / coping activity | * Bonding / coping activity |
| Discharge Planning | * Health Families referral as indicated<br>* Follow up appointment made | Care Management referral done if indicated | | Home Health referral as indicated |
| Short Term Goals | * Vital signs stable<br>* Bladder, empty<br>* Pain < 4<br>* Consults/referrals initiated as needed<br>* Lochia WNL<br>* Understands paternity packet, if applicable<br>* Breastfeeding or pumping as appropriate | * Ambulatory<br>* Self care teaching started<br>* Pain < 4<br>* Effective bonding<br>* Tolerating diet | * Understands self care at home<br>* Pain < 4 | * Understands discharge meds<br>* Pain < 4<br>* Follow up appointment made<br>* Prescriptions as indicated |





MediCorp
Health System

Vaginal Delivery Clinical Pathway
FR-642-MHS 12/2008
Disclaimer: Clinical pathway serves as a guide for care.
Patient care is individualized to patient's needs.

XXXFAIN
TIARRA LASHAE
MRN: 832666
ACCT NO:
DOB:
Age: 021
MWH

**EXHIBIT 1**

Post Partum Flowsheet

| | Date | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Time | | | | | | | | | | | | | | |
| | Temperature | | | | | | | | | | | | | | |
| Vital Signs | P/R | / | / | / | / | / | / | / | / | / | / | / | / | / | / |
| | B/P | | | | | | | | | | | | | | |
| | SpO2/RA or L/min | | | | | | | | | | | | | | |
| | Pain Rating | | | | | | | | | | | | | | |
| | *Location | | | | | | | | | | | | | | |
| | *Intervention | | | | | | | | | | | | | | |
| | Post-Intervention Rating | | | | | | | | | | | | | | |
| Post Partum | Breast (legend) | | | | | | | | | | | | | | |
| | Lungs (legend) | | | | | | | | | | | | | | |
| | Fundus (legend) | | | | | | | | | | | | | | |
| | Lochia (legend) | | | | | | | | | | | | | | |
| | Episiotomy or Laceration/ Hemorrhoids (legend) | | | | | | | | | | | | | | |
| | Homan's sign (legend) | | | | | | | | | | | | | | |
| | Voiding or Foley (legend) | | | | | | | | | | | | | | |
| | Output (ml) | | | | | | | | | | | | | | |
| | BS/stool (legend) | | | | | | | | | | | | | | |
| | Wound Care | | | | | | | | | | | | | | |
| | BTL / C-section (circle) | | | | | | | | | | | | | | |
| | Activity (legend) | | | | | | | | | | | | | | |
| | Bonding/Coping (legend) | | | | | | | | | | | | | | |
| I & O Shift/Total pg. IVs | Fluid Type | | | | | | | | | | | | | | |
| | Rate | | | | | | | | | | | | | | |
| | Site | | | | | | | | | | | | | | |
| | IV Intake (ml) | | | | | | | | | | | | | | |
| Diet | Diet type (legend) | | | | | | | | | | | | | | |
| | PO Intake (ml) | | | | | | | | | | | | | | |
| Treatments | Ice Pack | | | | | | | | | | | | | | |
| | Sitz Bath | | | | | | | | | | | | | | |
| | Peri Care | | | | | | | | | | | | | | |
| | Breast Pump, Bra, Binder | | | | | | | | | | | | | | |
| | SCDs | | | | | | | | | | | | | | |
| | K pad | | | | | | | | | | | | | | |
| PIH | Reflexes R/L | | | | | | | | | | | | | | |
| | Visual Disturbances | | | | | | | | | | | | | | |
| | Edema | | | | | | | | | | | | | | |
| | Weight | | | | | | | | | | | | | | |
| Safety | Call bell / Phone | | | | | | | | | | | | | | |
| | Side rails up | | | | | | | | | | | | | | |
| | Clinical Alarms Checked | | | | | | | | | | | | | | |
| | Falls Prevention | | | | | | | | | | | | | | |
| | POC/Pathway Eval-RN | | | | | | | | | | | | | | |
| | Initials | | | | | | | | | | | | | | |

XXXFAIN
TIARRA LASHAE
MRN: 832366        D
ACCT NO:        81   Age: 021        MWH





MediCorp
Health System

RN3680

Vaginal Delivery Clinical Pathway
FR-642-MHS 12/2009
Disclaimer: Clinical pathway serves as a guide for care.
Patient care is individualized to patient's needs.

EXHIBIT 1
Page 3 of 4

## Intake and Output Totals

|  |  | Date: | Date: | Date: | Date: | Date: |
|---|---|---|---|---|---|---|
| 11p - 7a | I |  |  |  |  |  |
| 11p - 7a | O |  |  |  |  |  |
| 7a - 3p | I |  |  |  |  |  |
| 7a - 3p | O |  |  |  |  |  |
| 3p - 11p | I |  |  |  |  |  |
| 3p - 11p | O |  |  |  |  |  |
| 24 HR TOTAL | I |  |  |  |  |  |
| 24 HR TOTAL | O |  |  |  |  |  |

**FLOWSHEET LEGEND** Any item noted with an asterisk ( * ) must be documented in Progress Notes

| Breasts | Episiotomy/Laceration | Hemorrhoids | Wound Care |
|---|---|---|---|
| S = Soft<br>F = Firm<br>E = Engorged<br>L = Lactating | A = Approximated<br>S = Swollen<br>B = Bruised | P = Present<br>A = Absent | 1 = Dry & Intact<br>2 = No Dressing Req.<br>3 = Dressing Change<br>4 = Other (specify)* |

| Lungs | Homan's | Activity |
|---|---|---|
| WNL = Clear all fields, resp<br>reg, unlabored,<br>symmetrical<br>*Document findings in<br>Progress Notes | P = Positive<br>N = Negative | 1 = Bedrest      4 = Ambulate<br>2 = Chair      5 = Turn, reposition every 2 hours<br>3 = BRPs      6 = Ambulate with assistance |

| Fundus | Voiding or Foley | IV Therapy Site | Bonding / Coping |
|---|---|---|---|
| F = Firm<br>B = Boggy<br>Location to umbilicus | ✓ = Void without difficulty<br>1 = Burning/dysuria<br>2 = Cloudy       4 = Not emptying*<br>3 = Clots/hematuria  5 = Foley | 1 = Site start/      R = Red*<br>change      I = Infiltrated*<br>2 = IV tubing      E = Edema*<br>change every  T = Tender*<br>96 hours      N = Normal | E = Effective/Appropriate<br>I = Inappropriate |

| Lochia / Amount | Bowel Sounds | Stool | Diet |
|---|---|---|---|
| R = Rubra      W = WNL<br>S = Serosa      SC = Scant<br>A = Alba      E = Excessive | P = Present<br>H = Hyperactive<br>HY = Hypoactive<br>N = None | 1 = Formed<br>2 = Loose<br>3 = Flatus<br>present | 1 = Regular<br>2 = Clear liquid<br>3 = NPO<br>4 = Special* |



MediCorp
Health System

XXXFAIN                                    MWH
TIARRA LASHAE
MRN: 832669        DOB:
ACCT NO:              Age: 021

**Vaginal Delivery Clinical Pathway**
FR-642-MHS 12/2008
Disclaimer: Clinical pathway serves as a guide for care.
Patient care is individualized to patient's needs.

**EXHIBIT 1**

| **Mary Washington Healthcare** | XXXFAIN, TIARRA LASHAE |
|---|---|
| 1001 Sam Perry Blvd<br>Fredericksburg, VA 22401<br>Print Date & Time:   4/18/2010 07:16<br>Printed by:   Tina Jessee, RN | MR#:  832666      Room Number<br>Patient ID:        3067-M<br>DOB :          <br>Attending:   UZOCHUKWU CHIZOBA   Age 21 |

**Date:   4/18/2010 05:33**     *Current Admission Record*      Page 1

**Name of Person Providing Admit Info if not Patient:**

## Admission Information

Admission Date/Time: 04/18/10 05:33 EDT
Method of Arrival: Wheelchair            Admitted From: Home
Reason for Admission: Induction of Labor
Other Reason for Admission: decreased fetal movement

## Advance Directive

Adv Directive for Healthcare: No, but requests information   D/T Adv Direct on Chart:
Durable Power of Attorney: Yes               Living Will: No
Name of Person w/DPOA: Latanya Walker       Organ Donor: No
Indicate Intent of Adv Direct:

## Patient Rights

Information Given: Yes        Pt Verbalized Understanding: Yes
Comments:

## Personal Belongings

Personal Effects/Valuables: Clothes/Shoes
Other Belongings/Comments:
Disposition of Belongings: Kept With Patient
Comments regard disposition:

## Learning Assessment for Current Hospitalization

Knowledge Level: Understands L&D      Barriers to Learning: None
               process,Understands care
               activities,Understands diagnosis
Learns Best By: Group discussion     Learning Readiness:  Motivated
Learning Needs:
Comments:

## Screenings

### Domestic Violence

Are you in a relationship where you have been physically or emotionally hurt or threatened?  **No**

History of physical, sexual, verbal abuse or neglect in the last 2 years?  **No**

Do you feel unsafe returning home?  **No**

Additional observations indicative of abuse?  **No**

Reason unable to complete questionaire?  **N/A, Screen COMPLETED**
Comments:

### Psychosocial

Do you currently or have you in the past every considered suicide or personal harm:  No
Comments:

### Nutritional Screen

Patient requesting dietician visit:  No
New Diagnosis of:        N/A
Nutrition screen comments:
Nutritional Assessment:      None

### Functional Screen

Requires assistance for ambulation: No
Uses assistive devices for ambulation: No
Patient requires help with ADL's: No
ADL's requires help with:
Functional screen comments:        Specify device:

**EXHIBIT 1**

| **Mary Washington Healthcare** | **XXXFAIN, TIARRA LASHAE** | |
|---|---|---|
| 1001 Sam Perry Blvd | MR#:  **832666** | Room Number |
| Fredericksburg, VA 22401 | Patient ID: ▓▓▓▓▓▓ | 3067-M |
| Print Date & Time:   4/18/2010 07:16 | DOB : 5/▓▓▓▓▓▓ | Age   21 |
| Printed by:   Tina Jessee, RN | Attending:   UZOCHUKWU CHIZOBA | |

**Date:   4/18/2010 05:33**          *Current Admission Record*                    Page  2   (EOD)

### Fall Risk Assessment

| | |
|---|---|
| Fall History: | (0) No |
| Secondary Diagnosis: | (0) No |
| Ambulatory Aid: | (0) none/bedrest/wheelchair/nurse assist |
| Mental Status: | (0) oriented to own ability |
| Age: | (0) Age 6 ~ 65 |
| Vision: | (0) Adequate (with or without glasses) |
| Gait: | (0) normal/bedrest/immobile |
| IV Therapy: | (20) Has SCD's, IV, Monitoring Equipment, Catheter |
| Elimination: | (0) Within Normal Limits |
| Medication: | (10) Any that affect VS, LOC or cause diuresis |
| Detox: | (0) No |
| Score: | 30 |

### Problem List

**Problem 1:**
Date Initiated:                    Discipline:                    Date Discontinued:

**Problem 2:**
Date Initiated:                    Discipline:                    Date Discontinued:

**Problem 3:**
Date Initiated:                    Discipline:                    Date Discontinued:

**Problem 4:**
Date Initiated:                    Discipline:                    Date Discontinued:

**Problem 5:**
Date Initiated:                    Discipline:                    Date Discontinued:

**Problem 6:**
Date Initiated:                    Discipline:                    Date Discontinued:

111865 -- Christina Thompson, RN.
106306 -- Tammy Eye, RN
101767 -- Tina Jessee, RN

**EXHIBIT 1**

| **Mary Washington Healthcare** | **XXXFAIN, TIARRA LASHAE** | |
|---|---|---|
| 1001 Sam Perry Blvd<br>Fredericksburg, VA 22401 | MR#: 832666 | Room Number<br>3067-M |
| Print Date & Time:   4/18/2010 07:16<br>Printed by:   Tina Jessee, RN | Patient ID: 2<br>DOB :<br>Attending:   UZOCHUKWU CHIZOBA | Age   21 |

## Admission Record
Page 1

## Pregnancy Information

G/ 4   P/ 1   T/ 0   Pt/ 0   SAB/ 2   IAB/ 0   L/ 1

Attending: UZOCHUKWU CHIZOBA D
LMP:
EDC: 04/21/10
EDC per Ultrasound:

Height: 66.0  (in)
Weight (pre-pregnancy): 84    (kg)
EGA per Dates: 39.4
EGA per Ultrasound:

## Allergies

Medication Allergies: Yes          PCN
Food Allergies: No
Environmental Allergies: No
Latex Allergies: No Latex
Allergies
Potential Latex Allergies: No

## Communication

Primary Language: English
Communication Barriers: None

English Abilities: Speaks English, Reads English

## Demographics

### Patient Information

Date of Birth: 5/18/1988
Address: 304 CROSSRIDGE CT
STAFFORD, VA  22554
Zip Code: 22554
County:
Race: Black
Religion:
Other Religion:
Father's Name:
Father of Baby Involved:
Infant ID Band to S.O:
Person to receive ID Band:

Age: 21

Home Telephone: 5404081176
Work Telephone: 9142336098
Marital Status: Married
Education (yrs):
SSN: 268925815
Occupation:
Other Occupation:

### Next of Kin Information

Next of Kin Name: MESSIAH HILL
Next of Kin Relationship: O

Next of Kin Telephone: 7038594929

**Person authorized to release patient's PHI (Personal Health Information)**
Name:

## Alcohol/Smoking/Drug Use

Alcohol Use: No
Advised to Stop Alcohol:

Cigarette Use: No
Advised to Stop Smoking:

Marijuana Use: No
How Long Used (yrs)?:
Previous Treatment:

Cocaine/Crack Use: No
How Long Used (yrs)?:
Previous Treatment:

Other Illicit Drugs: No

Avg Alcohol Consumption:

Avg Cigarettes Smoked:
Cessation Packet Given:

How often Marijuana used:
Date Last Used:

How often Cocaine used:
Date Last Used:

EXHIBIT 1



| **Mary Washington Healthcare** | XXXFAIN, TIARRA LASHAE |
| 1001 Sam Perry Blvd<br>Fredericksburg, VA 22401 | MR#: 832666          Room Number<br>Patient ID: 7_____1              3067-M<br>DOB: _____ |
| Print Date & Time:    4/18/2010 07:16<br>Printed by:   Tina Jessee, RN | Attending:  UZOCHUKWU CHIZOBA    Age  21 |

## Admission Record
Page 2

## Antepartum Procedures
Procedures Done: Ultrasound
AP Procedures Comments:

## Vaccines
| Influenza:  No | When: |
| Pneumococcal:  No | When: |
| Tetanus:  No | When: |

## Labs
Blood Type/Rh: B          Pos          Rhogam this pregnancy:
Group B Strep: Negative          HbSAg: Negative
RPR/VDRL: Nonreactive          TB Exposure: Nonreactive
Rubella/Titer: Immune          Chickenpox: Non Susceptible
Chlamydia: Negative          Gonorrhea: Negative
HIV+ Exposure/Results: Negative          Herpes: Negative
Lab Comments:          Prenatal Records Available: Prenatal Records
                                                                     Available

## Prenatal Care History/Labor & Delivery Plans
Month of 1st PN Visit: december          Inadequate PN Care: No
Support Person:          Relationship: Other          correctional
                                                                                           officer

Prenatal Classes Attended: No          Pediatrician: on call
Pain Management Plans: Epidural          Anesthesia Plans: Epidural
Feeding Preference: Both          Circumcision:
Tubal Ligation: No          Tubal Authorization Signed: N/A
Plans for Labor & Delivery: None
Other Pain Mgmt Plans:
Labor & Delivery Comments:

## Cultural/Spiritual Practices
Practices to Incorp in Care: No
Describe Cultural Practices:
Diet to Incorp in Care: No
Describe Dietary Practice: no pork

## Living Situation/Discharge Planning
Living Arrangements: Incerated in Jail          WIC:
Adequate Access to: Electric
Person Taking Pt Home: Messiah Hill          Person to Help after D/C: Messiah Hill
Currently Using Community Resources:  No
If YES, please specify:
Outside Agency/Social or Caseworker:  No
If YES, please specify:
Car Seat: Yes          Help Required to Obtain Car Seat:
Adoption Requested: No          Pt Contact w/Infant after Birth:
Agency/Agent Handling Adpt:

## Obstetrical History-
Gestational Diabetes: No          Sensitization: No
Incompetent Cervix: No          DES: No
Infertility: No          Uterine Anomaly: No
IUGR: No          Hx of Previous CSection: No
Macrosomia: No          Hx Stillborn: No
PIH: Yes          Hx Neonatal Death: No
Placenta Previa/Abruption: No          Postpartum Depression: No
PTL/PROM: No          Postpartum Hemorrhage: No
OB Hx Comments: pih with first pregnancy bedrest, and diet

EXHIBIT 1

| | |
|---|---|
| **Mary Washington Healthcare**<br><br>1001 Sam Perry Blvd<br>Fredericksburg, VA 22401<br>Print Date & Time: 4/18/2010 07:16<br>Printed by: Tina Jessee, RN | XXXFAIN, TIARRA LASHAE<br>MR#: 832666         Room Number<br>Patient ID:                          3067-M<br>DOB :<br>Attending:  UZOCHUKWU CHIZOBA   Age  21 |

## Admission Record

Page 3  (EOD)

## Medical/Surgical History

| | | | |
|---|---|---|---|
| Asthma: | Yes | Thyroid Disease: | |
| Diabetes: | | Psychiatric Disorder: | |
| Hypertension: | | Major Trauma: | |
| Heart Disease: | | Abnormal Pap Smear: | |
| Mitral Valve Prolapse: | | Gynecologic Surgery: | |
| Neurologic: | | Hospitalization/Surgery: | Yes |
| Seizures: | | Anesthetic Complication: | No |
| Kidney Disease: | | Blood Transfusion: | No |
| Liver Disease: | | Other Medical Diseases: | |
| Phlebitis: | | Mammogram in last 2yr: | |

Hx Comments: all of life has had asthma--albuterol inhaler as needed

## Infectious History

| | | | |
|---|---|---|---|
| Chlamydia: | No | HIV/AIDS: | No |
| Genital Herpes: | No | Human Papilloma Virus: | No |
| Gonorrhea: | No | Syphilis: | No |
| Hepatitis: | No | Tuberculosis: | No |

Infectious Hx Comments:

## Family History

| | | |
|---|---|---|
| Diabetes: | | |
| Heart Disease: | Stroke: | |
| Hypertension: | Cancer: | |
| | Anesthesia Problems: | |

Family Hx Comments:

## Genetic History

| | | | |
|---|---|---|---|
| Pt Age > 35 Years: | No | Mental Retardation/Autism: | No |
| Thalassemia: | No | Other Genetic or | |
| Neural Tube Defect: | No | Chromosomal Disorders: | No |
| Congenital Heart Defect: | No | Maternal Metabolic Disorder: | No |
| Down Syndrome: | No | Child with Birth Defects: | No |
| Tay-Sachs: | No | Recurrent Pregnancy Loss: | No |
| Sickle Cell Disease or Trait: | No | Medications/Alchohol Street | |
| Hemophilia: | No | Drugs: | No |
| Muscular Dystrophy: | No | Medications/Drugs List: | |
| Cystic Fibrosis: | No | Other Genetic History: | |
| Huntington Chorea: | No | | |

111865 -- Christina Thompson, RN
101767 -- Tina Jessee, RN
106306 -- Tammy Eye, RN
110379 -- Susan Wright, RN

EXHIBIT 1

| *Mary Washington Healthcare* | XXXFAIN, TIARRA LASHAE | |
|---|---|---|
| 1001 Sam Perry Blvd<br>Fredericksburg, VA 22401 | MR#: 832666<br>Patient ID: | Room Number<br>3109-M |
| Print Date & Time:   4/20/2010 14:35<br>Printed by:   Janice Childs, RN | DOB:<br>Attending:   UZOCHUKWU CHIZOBA | Age   21 |

## *Discharge Summary*

### *Discharge Information*

Discharge Date/Time: 04/20/10 13:30 EDT
Discharge Method: Wheelchair
Discharged With: No Babies
Accompanied by: guard
IV Access: No

Discharge Provider Name: patel
Condition: Stable
Discharged to: Other

### *Against Medical Advice*

D/C Against Medical Advice:
Physician Notified of AMA:

### *Diet/Activity/Restrictions*

Diet: Regular
Activity:   Normal activity
Restrictions:   No exercising,No lifting,No driving,Minimize walking,Minimize stair-climbing,No sexual
activity,Nothing in vagina - Intercourse, tampons, douche

### *Teaching/Instructions/Referrals*

Teaching: Selfcare,Infant Care,Nutrition,Birth Control,Safety
Instructions Given to: pt                    Instructions Understood: Yes
Unable to give instructions:
Brochures Given: None
Referrals: None
                     Pt discharged back to jail under guard supervision. Pt verbalizes understanding in
                     discharge instructions and follow up care. Teaching completed. Discharge papers given
Comments:   to guard. Prescriptions for motrin, colace, and hand breast pump given to guard.

### *Follow-Up*

Follow-Up in: 6 Weeks
Follow-Up at: Office

109052 -- Victoria Duff, RN
107318 -- Janice Childs, RN

EXHIBIT 1

| **Mary Washington Healthcare** | **XXXFAIN, TIARRA LASHAE** | |
|---|---|---|
| 1001 Sam Perry Blvd<br>Fredericksburg, VA 22401 | MR#: **832666**<br>Patient ID: | Room Number<br>3067-M |
| Print Date & Time: 4/18/2010 22:03<br>Printed by: Victoria Duff, RN | DOB:<br>Attending: UZOCHUKWU CHIZOBA | Age 21 |

## OB Assessment

|  |  |  |
|---|---|---|
|  | 04/18/10<br>05:33 |  |
| **Patient Assessment** | | |
| Admission Weight Kg | 94 | |
| Integumentary | | |
| Recorded by: | 101767 | |
|  | 04/18/10<br>05:54 | |
| **Patient Assessment** | | (F) |
| Temp | 97.9 | |
| Temp (C) | 36.6 | |
| Resp | 18 | |
| Integumentary | | |
| Recorded by: | 111865 | |
|  | 04/18/10<br>05:55 | |
| **Patient Assessment** | | |
| Pulse | 102 | |
| SBP/DBP | 105/81 | (mmHg) |
| Integumentary | | |
| Recorded by: | | |
|  | 04/18/10<br>06:18 | |
| **Patient Assessment** | | |
| Stage of Pregnancy | Labor | |
| Clinical Alarms Tested | Yes | |
| Weight Kg | 204 | (Kg) |
| Pulse | 90 | |
| Resp | 18 | |
| SBP/DBP | 124/79 | (mmHg) |
| Pain on Admission | | |
| Pain Scale | 2 | |
| Pain Presence | Intermittent | |
| Pain Type | Cramping | |
| Pain Location | Abdomen; Back | |
| Pain Related to Contraction | Yes | |
| Membranes | | |
| Membranes Status | Intact | |
| Neurologic | | |
| Level of Consciousness | Awake, Alert, Oriented x 3 | |
| Extremity Movement | Full Range of Motion | |
| Cardiovascular | | |
| Heart Rhythm | Regular Rate by Auscultation | |
| Nailbeds | Pink | |
| Capillary Refill | Less than 3 seconds | |
| Lower Extremities Edema/Degree | None | |
|  | None | |
| Upper Extremities Edema/Degree | None | |

OB Assessment
Print Requested by: Victoria Duff, RN

Page 1

**EXHIBIT 1**

**Mary Washington Healthcare**

1001 Sam Perry Blvd
Fredericksburg, VA 22401

Print Date & Time:  4/18/2010 22:03
Printed by:   Victoria Duff, RN

XXXFAIN, TIARRA LASHAE
MR#: 832666                    Room Number
Patient ID:                        3067-M
DOB :
Attending:  UZOCHUKWU CHIZOBA    Age   21

## OB Assessment

| | |
|---|---|
| | None |
| Facial Edema | None |
| Pulmonary | |
| Respiratory Effort | Unlabored; Regular Rhythm; Equal Expansion |
| Breath Sounds, Left | Clear and Equal |
| Breath Sounds, Right | Clear and Equal |
| Cough Productivity | None |
| Gastrointestinal | |
| Nausea/Vomiting | Denies |
| Diarrhea | No |
| Constipation | No |
| Hemorrhoids | No |
| Genitourinary | |
| Bladder | Nondistended |
| Frequency of Urination | No |
| Urination Burning | No |
| CVA Tenderness | No |
| Integumentary | |
| Skin Color | Normal for Race |
| Skin Temperature | Warm |
| Moisture | Dry |
| Psych/Social | |
| Emotional State | Calm |
| Safety/Risk Factors | |
| Call Bell Within Reach | Yes |
| Side Rails Up | Yes |
| Bed Wheels Locked | Yes |
| Arm Bands Present | Yes |
| Isolation | Standard Precautions |
| Patient Teaching | |
| Teaching | Orient to Room; Nursery Passport cards explained; Orient to L/D; Orient to Fetal Heart Monitor; Orient to Clinical Alarms; Call Bell in Reach; Side Rails Up |
| Teaching Response | Verbalized Understanding |
| Recorded by: | 101767 |
| | 04/18/10 06:57 |
| Patient Assessment | |
| Pulse | 90 |
| SBP/DBP | 113/78 |
| Integumentary | |
| Recorded by: | |
| | 04/18/10 07:17 |
| Patient Assessment | |
| Pulse | 87 |

(mmHg)

**EXHIBIT 1**

**Mary Washington Healthcare**

1001 Sam Perry Blvd
Fredericksburg, VA 22401

Print Date & Time:  4/18/2010 22:03
Printed by:  Victoria Duff, RN

XXXFAIN, TIARRA LASHAE

MR#: **832666**

Patient ID:

DOB:

Attending:  UZOCHUKWU CHIZOBA

Room Number
3067-M

Age   21

## OB Assessment

| | 04/18/10 07:17 | | (mmHg) |
|---|---|---|---|
| SBP/DBP | 128/85 | | |
| Integumentary | | | |
| Recorded by: | | | |
| | 04/18/10 07:40 | | |
| Patient Assessment | | | |
| Clinical Alarms Tested | Yes | | (F) |
| Temp | 97.3 | | |
| Temp (C) | 36.3 | | |
| Resp | 18 | | |
| Pain on Admission | | | |
| Pain Scale | 0 | | |
| Pain Presence | None | | |
| Pain Type | N/A | | |
| Pain Location | None | | |
| Neurologic | | | |
| Level of Consciousness | Awake, Alert, Oriented x 3 | | |
| Extremity Movement | Full Range of Motion | | |
| Cardiovascular | | | |
| Heart Rhythm | Regular Rate by Auscultation | | |
| Nailbeds | Pink | | |
| Capillary Refill | Less than 3 seconds | | |
| Lower Extremities Edema/Degree | None | | |
| | None | | |
| Upper Extremities Edema/Degree | None | | |
| | None | | |
| Facial Edema | None | | |
| Pulmonary | | | |
| Respiratory Effort | Unlabored; Regular Rhythm; Equal Expansion | | |
| Breath Sounds, Left | Clear and Equal | | |
| Breath Sounds, Right | Clear and Equal | | |
| Cough Productivity | None | | |
| Gastrointestinal | | | |
| Nausea/Vomiting | Denies | | |
| Diarrhea | No | | |
| Constipation | No | | |
| Hemorrhoids | No | | |
| Genitourinary | | | |
| Bladder | Nondistended | | |
| Frequency of Urination | No | | |
| Urination Burning | No | | |
| CVA Tenderness | No | | |
| Integumentary | | | |
| Skin Color | Normal for Race | | |
| Skin Temperature | Warm | | |
| Moisture | Dry | | |
| Psych/Social | | | |

EXHIBIT 1

| **Mary Washington Healthcare** | **XXXFAIN, TIARRA LASHAE** | |
|---|---|---|
| 1001 Sam Perry Blvd<br>Fredericksburg, VA 22401 | MR#: 832666<br>Patient ID: | Room Number<br>3067-M |
| Print Date & Time:  4/18/2010 22:03<br>Printed by:  Victoria Duff, RN | DOB :<br>Attending:  UZOCHUKWU CHIZOBA | Age  21 |

## OB Assessment

| | 04/18/10<br>07:40 | | (mmHg) |
|---|---|---|---|
| Emotional State | Calm | | |
| Safety/Risk Factors | | | |
| Call Bell Within Reach | Yes | | |
| Side Rails Up | Yes | | |
| Bed Wheels Locked | Yes | | |
| Arm Bands Present | Yes | | |
| Isolation | Standard Precautions | | |
| Patient Teaching | | | |
| Teaching | Orient to Room; Nursery Passport cards explained; Orient to L/D; Orient to Fetal Heart Monitor; Orient to Clinical Alarms; Call Bell In Reach; Side Rails Up | | |
| Teaching Response | Verbalized Understanding | | |
| Comments | | | |
| Comments | Pt resting in bed at this time with guard by herside.  Pt voices no complaints at this time; Pt states she tried to order her food but there was not a diet placed; RN had diet order put in; pt ordered food at his time. | | |
| Recorded by: | 110379 | | |
| | 04/18/10<br>07:41 | | |
| Patient Assessment | | | |
| Pulse | 86 | | (mmHg) |
| SBP/DBP | 106/84 | | |
| Integumentary | | | |
| Recorded by: | | | |
| | 04/18/10<br>07:47 | | |
| Patient Assessment | | | |
| Pulse | 93 | | (mmHg) |
| SBP/DBP | 137/82 | | |
| Integumentary | | | |
| Recorded by: | | | |
| | 04/18/10<br>08:17 | | |
| Patient Assessment | | | |
| Pulse | 97 | | (mmHg) |
| SBP/DBP | 112/75 | | |
| Integumentary | | | |
| Recorded by: | | | |
| | 04/18/10<br>08:48 | | |
| Patient Assessment | | | |
| Pulse | 104 | | (mmHg) |
| SBP/DBP | 129/87 | | |
| Integumentary | | | |

## EXHIBIT 1

| **Mary Washington Healthcare**<br>1001 Sam Perry Blvd<br>Fredericksburg, VA 22401 | **XXXFAIN, TIARRA LASHAE**<br>MR#: **832666**<br>Patient ID: _____ | Room Number<br>3067-M |
|---|---|---|
| Print Date & Time:  4/18/2010 22:03<br>Printed by:   Victoria Duff, RN | DOB : _____<br>Attending:  UZOCHUKWU CHIZOBA | Age   21 |

## OB Assessment

| | 04/18/10<br>08:48 | |
|---|---|---|
| Recorded by: | | |
| | 04/18/10<br>11:06 | |
| **Patient Assessment** | | |
| Clinical Alarms Tested | Yes | |
| Integumentary | | |
| Recorded by: | 110379 | |
| | 04/18/10<br>11:19 | |
| **Patient Assessment** | | |
| Pulse | 97 | |
| SBP/DBP | 123/76 | (mmHg) |
| Integumentary | | |
| Recorded by: | | |
| | 04/18/10<br>11:48 | |
| **Patient Assessment** | | |
| Pulse | 83 | |
| SBP/DBP | 110/62 | (mmHg) |
| Integumentary | | |
| Recorded by: | | |
| | 04/18/10<br>12:09 | |
| **Patient Assessment** | | |
| Pulse | 90 | |
| SBP/DBP | 113/70 | (mmHg) |
| Integumentary | | |
| Recorded by: | | |
| | 04/18/10<br>12:49 | |
| **Patient Assessment** | | |
| Pulse | 83 | |
| SBP/DBP | 119/70 | (mmHg) |
| Integumentary | | |
| Recorded by: | | |
| | 04/18/10<br>13:18 | |
| **Membranes** | | |
| Membranes Status | Ruptured | |
| ROM Method | Artificial | |
| Amniotic Fluid Color | Clear | |
| Amniotic Fluid Amount | Moderate | |
| Amniotic Fluid Odor | None | |
| Integumentary | | |
| Recorded by: | 109052 | |

**EXHIBIT 1**

*Mary Washington Healthcare*

1001 Sam Perry Blvd
Fredericksburg, VA 22401

Print Date & Time:   4/18/2010 22:03
Printed by:   Victoria Duff, RN

XXXFAIN, TIARRA LASHAE

MR#:  832666
Patient ID:
COB :
Attending:  UZOCHUKWU CHIZOBA

Room Number
3067-M

Age  21

## OB Assessment

| | 04/18/10 13:19 | |
|---|---|---|
| **Patient Assessment** | | |
| Pulse | 92 | |
| SBP/DBP | 132/86 | (mmHg) |
| Integumentary | | |
| Recorded by: | | |

| | 04/18/10 13:49 | |
|---|---|---|
| **Patient Assessment** | | |
| Pulse | 81 | |
| SBP/DBP | 145/80 | (mmHg) |
| Integumentary | | |
| Recorded by: | | |

| | 04/18/10 14:19 | |
|---|---|---|
| **Patient Assessment** | | |
| Pulse | 86 | |
| SBP/DBP | 147/73 | (mmHg) |
| Integumentary | | |
| Recorded by: | | |

| | 04/18/10 14:49 | |
|---|---|---|
| **Patient Assessment** | | |
| Pulse | 84 | |
| SBP/DBP | 142/81 | (mmHg) |
| Integumentary | | |
| Recorded by: | | |

| | 04/18/10 15:00 | |
|---|---|---|
| **Patient Assessment** | | |
| Pulse | 90 | |
| SBP/DBP | 152/93 | (mmHg) |
| Integumentary | | |
| Recorded by: | | |

| | 04/18/10 15:04 | |
|---|---|---|
| **Patient Assessment** | | |
| Pulse | 90 | |
| SBP/DBP | 127/69 | (mmHg) |
| Integumentary | | |
| Recorded by: | | |

| | 04/18/10 15:09 | |
|---|---|---|
| **Patient Assessment** | | |
| Pulse | 105 | |
| SBP/DBP | 149/73 | (mmHg) |

EXHIBIT 1

**Mary Washington Healthcare**
1001 Sam Perry Blvd
Fredericksburg, VA 22401

Print Date & Time:   4/18/2010 22:03
Printed by:   Victoria Duff, RN

XXXFAIN, TIARRA LASHAE
MR#: 832666
Patient ID:
DOB:
Attending:   UZOCHUKWU CHIZOBA

Room Number
3067-M

Age   21

## OB Assessment

| | 04/18/10 15:09 | |
|---|---|---|
| Integumentary | | |
| Recorded by: | | |
| | 04/18/10 15:14 | |
| Patient Assessment | | |
| Pulse | 96 | |
| SBP/DBP | 112/78 | (mmHg) |
| Integumentary | | |
| Recorded by: | | |
| | 04/18/10 15:19 | |
| Patient Assessment | | |
| Pulse | 80 | |
| SBP/DBP | 141/92 | (mmHg) |
| Integumentary | | |
| Recorded by: | | |
| | 04/18/10 15:24 | |
| Patient Assessment | | |
| Pulse | 86 | |
| SBP/DBP | 108/72 | (mmHg) |
| Integumentary | | |
| Recorded by: | | |
| | 04/18/10 15:30 | |
| Patient Assessment | | |
| Pulse | 80 | |
| SBP/DBP | 114/63 | (mmHg) |
| Integumentary | | |
| Recorded by: | | |
| | 04/18/10 15:31 | |
| Patient Assessment | | |
| Pulse | 81 | |
| Integumentary | | |
| Recorded by: | | |
| | 04/18/10 15:36 | |
| Patient Assessment | | |
| Pulse | 83 | |
| Integumentary | | |
| Recorded by: | | |

EXHIBIT 1

| *Mary Washington Healthcare* | XXXFAIN, TIARRA LASHAE |
|---|---|
| 1001 Sam Perry Blvd<br>Fredericksburg, VA 22401 | MR#: 832666          Room Number<br>Patient ID:                       3067-M<br>DOB:                          Age  21 |
| Print Date & Time:  4/18/2010 22:03<br>Printed by:   Victoria Duff, RN | Attending:   UZOCHUKWU CHIZOBA |

## OB Assessment

| | 04/18/10<br>15:41 | |
|---|---|---|
| Patient Assessment | | |
| Pulse | 84 | |
| Integumentary | | |
| Recorded by: | | |
| | 04/18/10<br>15:45 | |
| Patient Assessment | | |
| Temp | 97.8 | (F) |
| Temp (C) | 36.6 | |
| Pulse | 97 | |
| Resp | 16 | |
| SBP/DBP | 96/66 | (mmHg) |
| Integumentary | | |
| Recorded by: | 109052 | |
| | 04/18/10<br>15:46 | |
| Patient Assessment | | |
| Pulse | 90 | |
| Integumentary | | |
| Recorded by: | | |
| | 04/18/10<br>16:00 | |
| Patient Assessment | | |
| Pulse | 75 | (mmHg) |
| SBP/DBP | 109/75 | |
| Integumentary | | |
| Recorded by: | | |
| | 04/18/10<br>16:15 | |
| Patient Assessment | | |
| Pulse | 75 | (mmHg) |
| SBP/DBP | 111/70 | |
| Integumentary | | |
| Recorded by: | | |
| | 04/18/10<br>16:45 | |
| Patient Assessment | | |
| Pulse | 74 | (mmHg) |
| SBP/DBP | 107/68 | |
| Integumentary | | |
| Recorded by: | | |
| | 04/18/10<br>17:15 | |
| Patient Assessment | | |
| Pulse | 73 | |

EXHIBIT 1

| *Mary Washington Healthcare*<br>1001 Sam Perry Blvd<br>Fredericksburg, VA 22401<br>Print Date & Time:   4/18/2010 22:03<br>Printed by:   Victoria Duff, RN | XXXFAIN, TIARRA LASHAE<br>MR#: 832666                Room Number<br>Patient ID:                   3067-M<br>DOB:<br>Attending:   UZOCHUKWU CHIZOBA    Age   21 |
|---|---|

## OB Assessment

| | 04/18/10<br>17:15 | |
|---|---|---|
| SBP/DBP | 119/8 | (mmHg) |
| Integumentary | | |
| Recorded by: | | |
| | 04/18/10<br>17:45 | |
| Patient Assessment | | |
| Pulse | 78 | |
| SBP/DBP | 113/69 | (mmHg) |
| Integumentary | | |
| Recorded by: | | |
| | 04/18/10<br>18:15 | |
| Patient Assessment | | |
| Pulse | 92 | |
| SBP/DBP | 127/91 | (mmHg) |
| Integumentary | | |
| Recorded by: | | |
| | 04/18/10<br>18:45 | |
| Patient Assessment | | |
| Pulse | 112 | |
| SBP/DBP | 122/67 | (mmHg) |
| Integumentary | | |
| Recorded by: | | |
| | 04/18/10<br>19:15 | |
| Patient Assessment | | |
| Pulse | 86 | |
| SBP/DBP | 13?/70 | (mmHg) |
| Integumentary | | |
| Recorded by: | | |
| | 04/18/10<br>20:16 | |
| Patient Assessment | | |
| Stage of Pregnancy | Recovery | (F) |
| Temp | 99.3 | |
| Temp (C) | 37.4 | |
| Pulse | 107 | |
| Resp | 18 | |
| SBP/DBP | 142/75 | (mmHg) |
| Integumentary | | |
| Recorded by: | 109052 | |

EXHIBIT 1

| *Mary Washington Healthcare* | XXXFAIN, TIARRA LASHAE | |
|---|---|---|
| 1001 Sam Perry Blvd<br>Fredericksburg, VA 22401 | MR#: **832666**<br>Patient ID: | Room Number<br>3067-M |
| Print Date & Time:   4/18/2010 22:03<br>Printed by:   Victoria Duff, RN | DOB :<br>Attending:   UZOCHUKWU CHIZOBA | Age  21 |

## *OB Assessment*

| | 04/18/10<br>20:30 | |
|---|---|---|
| Patient Assessment | | |
| Stage of Pregnancy | Recovery | |
| Temp | 99.2 | (F) |
| Temp (C) | 37.3 | |
| Resp | 18 | |
| Integumentary | | |
| Recorded by: | 109052 | |
| | 04/18/10<br>20:45 | |
| Patient Assessment | | |
| Stage of Pregnancy | Recovery | |
| Temp | 99 2 | (F) |
| Temp (C) | 37.3 | |
| Pulse | 109 | |
| Resp | 18 | |
| SBP/DBP | 126/80 | (mmHg) |
| Integumentary | | |
| Recorded by: | 109052 | |
| | 04/18/10<br>2058 | |
| Patient Assessment | | |
| Stage of Pregnancy | Recovery | |
| Pulse | 105 | |
| SBP/DBP | 129/71 | (mmHg) |
| Integumentary | | |
| Recorded by: | 109052 | |
| | 04/18/10<br>2114 | |
| Patient Assessment | | |
| Stage of Pregnancy | Recovery | |
| Temp | 99.2 | (F) |
| Temp (C) | 37.3 | |
| Pulse | 116 | |
| Resp | 16 | |
| SBP/DBP | 137/71 | (mmHg) |
| Integumentary | | |
| Recorded by: | 109052 | |
| | 04/18/10<br>2128 | |
| Patient Assessment | | |
| Pulse | 110 | |
| SBP/DBP | 121/71 | (mmHg) |
| Integumentary | | |
| Recorded by: | | |

EXHIBIT 1