*Mary Washington Healthcare*

1001 Sam Perry Blvd
Fredericksburg, VA 22401

Print Date & Time:  4/18/2010 22:03
Printed by:   Victoria Duff, RN

**XXXFAIN, TIARRA LASHAE**

MR#: **832666**                      Room Number
Patient ID: 2                              3067-M
DOB :
Attending:  UZOCHUKWU CHIZOBA      Age  21

## OB Assessment

| | 04/18/10 21:43 | |
|---|---|---|
| Patient Assessment | | |
| Stage of Pregnancy | Recovery | |
| Temp | 99.0 | (F) |
| Temp (C) | 37.2 | |
| Pulse | 118 | |
| Resp | 18 | |
| SBP/DBP | 119/61 | (mmHg) |
| Integumentary | | |
| Recorded by: | 109052 | |
| | 04/18/10 22:02 | |
| Patient Assessment | | |
| Stage of Pregnancy | Recovery | |
| Integumentary | | |
| Recorded by: | 109052 | |

EXHIBIT 1

| *Mary Washington Healthcare* | XXXFAIN, TIARRA LASHAE | |
|---|---|---|
| 1001 Sam Perry Blvd<br>Fredericksburg, VA 22401 | MR#: **832666**<br>Patient ID: | Room Number<br>3067-M |
| Print Date & Time: 4/18/2010 22:03<br>Printed by: Victoria Duff, RN | DOB:<br>Attending: UZOCHUKWU CHIZOBA | Age 21 |

## *LD- Flowsheet*

| | 04/18/10 | |
|---|---|---|
| | 05:38 | 05:54 |
| **Vital Signs** | | |
| Respirations | | 16 |
| Temp (F) | | 97.9 |
| Temp (C) | | 36.6 |
| **Assessment** | | |
| Admission Weight kg | 94 | |
| Temp | | 97.9 |
| Temp (C) | | 36.6 |
| Resp | | 16 |
| Recorded by | 101767 | 111865 |

| | 04/18/10 | |
|---|---|---|
| | 05:55 | 06:18 |
| Stage of Pregnancy | | Labor |
| **Vital Signs** | | |
| NBP Sys/Dia (mmHg) | 105/81 | 124/79 |
| Mean | 91 | 9C |
| HR | 102 | 9C |
| Respirations | | 18 |
| **Uterine Activity** | | |
| Monitor Mode - UA | | External |
| Contraction Frequency (min) | | 5-6 |
| Contraction Duration (sec) | | 50-60 |
| Contraction Quality | | Mild |
| Resting Tone Toco | | Relaxed |
| **Fetal Assessment** | | |
| Monitor Mode - Fetus A | | External |
| FHR Baseline Rate | | 128 |
| FHR Baseline Changes | | No Baseline Change |
| Variability | | Moderate 6-25bpm |
| Accelerations | | 15X15 |
| Decelerations | | None |
| Comments | | |
| **Pain** | | None |
| Pain Scale | | Intermittent |
| Pain Presence | | Cramping |
| Pain Type | | Abdomen |
| Pain Location | | |
| **Vaginal Exam** | | |
| Membrane Status | | Intact |
| **Maternal Assessment** | | |
| Deep Tendon Reflex | | Normal 2+ |
| Headache | | Denies |
| Blurred Vision | | No |
| Epigastric Pain | | Denies |
| LOC | | Awake, Alert, Oriented x 3 |

**EXHIBIT 1**

| *Mary Washington Healthcare* | XXXFAIN, TIARRA LASHAE |
|---|---|
| 1001 Sam Perry Blvd<br>Fredericksburg, VA 22401 | MR#: **832666**<br>Patient ID: ▓▓▓▓▓  Room Number 3067-M<br>DOB: ▓▓▓▓ |
| Print Date & Time: 4/18/2010 22:03<br>Printed by: Victoria Duff, RN | Attending: UZOCHUKWU CHIZOBA  Age 21 |

## *LD- Flowsheet*

| | 04/18/20 | | |
|---|---|---|---|
| | 05:55 | 06:18 | |
| Lung Sounds | | Clear and Equal | |
| Interventions | | | |
| IV/Blood Work | | IV Started; New IV bag hung @; IV Solution @; 18 Gauge IV Start | |
| IV Started by | | cthompson rn | |
| Patient Position/Activity | | Semi-Fowlers | |
| I/O Interventions | | Clear liquids given | |
| Provider Reviewed Strip? | | Yes | |
| NURSES NOTES | | | |
| Hourly Rounding | | Yes | |
| Assessment | | | |
| Stage of Pregnancy | | Labor | |
| Clinic Alarms Tested | | Yes | |
| Weight Kg | | 204 | |
| Pulse | 102 | 90 | |
| Resp | | 18 | |
| SBP/DBP | 10581 | 12479 | |
| | 81 | 79 | |
| Pain on Admission | | | |
| Pain Scale at Adm | | 2 | |
| Pain Presence at Adm | | Intermittent | |
| Pain Type at Adm | | Cramping | |
| Pain Location at Adm | | Abdomen; Back | |
| Pain Related to Contractions | | Yes | at adm |
| Membranes | | | |
| Membranes Status | | Intact | |
| Neurologic | | | |
| Level of Consciousness | | Awake, Alert, Oriented x 3 | |
| Extremity Movement | | Full Range of Motion | |
| Cardiovascular | | | |
| Heart Rhythm | | Regular Rate by Auscultation | |
| Nailbeds | | Pink | |
| Capillary Refill | | Less than 3 seconds | |
| Lower Extremities Edema | | None | |
| | | None | |
| Upper Extremeties Edema | | None | |
| | | None | |
| Facial Edema | | None | |
| Pulmonary | | | |

EXHIBIT 1

*Mary Washington Healthcare*

1001 Sam Perry Blvd
Fredericksburg, VA 22401

Print Date & Time:   4/18/2010 22:03
Printed by:   Victoria Duff, RN

XXXFAIN, TIARRA LASHAE

MR#:  832666
Patient ID:   ~~~~~~~~~~
DOB :   ~~~~~~~~
Attending:   UZOCHUKWU CHIZOBA

Room Number
3067-M

Age   21

## *LD- Flowsheet*

| | 04/18/10 | |
| --- | --- | --- |
| | 05:55 | 06:18 |
| Respiratory Effort | | Unlabored; Regular Rhythm; Equal Expansion |
| Breath Sounds, Left | | Clear and Equal |
| Breath Sounds, Right | | Clear and Equal |
| Cough Productivity | | None |
| Gastrointestinal | | |
| Nausea/Vomiting | | Denies |
| Diarrhea | | No |
| Constipation | | No |
| Hemmorrhois | | No |
| Genitourinary | | |
| Bladder | | Nondistended |
| Frequency of Urination | | No |
| Urinary Burning | | No |
| CVA Tenderness | | No |
| Integumentary | | |
| Skin Color | | Normal for Race |
| Skin Temperature | | Warm |
| Moisture | | Dry |
| Psych/Social | | |
| Emotional State | | Calm |
| Safety /Risk Factors | | |
| Call Bell within Reach | | Yes |
| Side Rails Up | | Yes |
| Bed Wheels Locked | | Yes |
| Arm Band Present | | Yes |
| Isolation | | Standard Precautions |
| Patient Teaching | | |
| Teaching | | Orient to Room; Nursery Passport cards explained; Orient to L/D; Orient to Fetal Heart Monitor; Orient to Clinical Alarms; Call Bell in Reach; Side Rails Up |
| Teaching Response | | Verbalized Understanding |
| Recorded by | | 101767 |

| | 04/18/10 | |
| --- | --- | --- |
| | 06:42 | 06:49 |
| Vital Signs | | |
| NBP Sys/Dia (mmHg) | 113/78 | / |

*LD- Flowsheet*

Page  3

Print Requested by:  Victoria Duff, RN

## EXHIBIT 1

**Mary Washington Healthcare**

1001 Sam Perry Blvd
Fredericksburg, VA 22401

Print Date & Time:   4/18/2010 22:03
Printed by:   Victoria Duff, RN

**XXXFAIN, TIARRA LASHAE**

MR#: 832666
Patient ID:
DOB :
Attending:   UZOCHUKWU CHIZOBA

Room Number
3067-M
Age   21

## *LD- Flowsheet*

| | 04/18/10 | |
|---|---|---|
| | 06:47 | 06:49 |
| Mean | 91 | |
| HR | 90 | |
| **Uterine Activity** | | |
| Contraction Frequency (min) | 5-7 | |
| Contraction Duration (sec) | 50-60 | |
| Contraction Quality | Mild | |
| Resting Tone Toco | Relaxed | |
| **Fetal Assessment** | | |
| Monitor Mode – Fetus A | External | |
| FHR Baseline Rate | 132 | |
| FHR Baseline Changes | No Baseline Change | |
| Variability | Moderate 6-25bpm | |
| Accelerations | 15X15 | |
| Decelerations | None | |
| **Vaginal Exam** | | |
| Dilatation (cms) | | 2.0 |
| Effacement (%) | | 50 |
| Station | | -2 |
| Exam by | | dr uzochoqwo |
| Cervix, Consistency | | Soft |
| Cervix, Position | | Posterior |
| **Interventions** | | |
| Strip Reviewed by | tjesseern | |
| **Assessment** | | |
| Pulse | 90 | |
| SBP/DBP | 11378 | |
| | 78 | |
| Recorded by | 101767 | 101767 |

| | 04/18/10 | |
|---|---|---|
| | 06:50 | 07:17 |
| **Vital Signs** | | |
| NBP Sys/Dia (mmHg) | / | 128/85 |
| Mean | | 105 |
| HR | | 87 |
| **Uterine Activity** | | |
| Contraction Frequency (min) | 5-6 | |
| Contraction Duration (sec) | 50-60 | |
| Contraction Quality | Mild | |
| Resting Tone Toco | Relaxed | |
| **Fetal Assessment** | | |
| Monitor Mode – Fetus A | External | |
| FHR Baseline Rate | 132 | |
| FHR Baseline Changes | No Baseline Change | |
| Variability | Moderate 6-25bpm | |

*LD- Flowsheet*

Page 4

Print Requested by: Victoria Duff, RN

- EXHIBIT 1

| **Mary Washington Healthcare** | XXXFAIN, TIARRA LASHAE |
|---|---|
| 1001 Sam Perry Blvd<br>Fredericksburg, VA 22401 | MR#: 832666      Room Number<br>Patient ID:            3067-M<br>DOB : |
| Print Date & Time:  4/18/2010 22:03<br>Printed by:   Victoria Duff, RN | Age   21<br>Attending:   UZOCHUKWU CHIZOBA |

## LD- Flowsheet

| | 04/18/10 | |
|---|---|---|
| | 06:50 | 07:17 |
| Accelerations | 15X15 | |
| Decelerations | None | |
| Assessment | | |
| Pulse | | 87 |
| SBP/DBP | | 12885 |
| | | 85 |
| Recorded by | 101767 | |

| | 04/18/10 | |
|---|---|---|
| | 07:40 | 07:41 |
| Vital Signs | | |
| NBP Sys/Dia (mmHg) | / | 106/84 |
| Mean | | 89 |
| HR | | 86 |
| Respirations | 18 | |
| Temp (F) | 97.3 | |
| Temp (C) | 36.3 | |
| NURSES NOTES | | |
| Hourly Rounding | Yes | |
| Assessment | | |
| Clinic Alarms Tested | Yes | |
| Temp | 97.3 | |
| Temp (C) | 36.3 | |
| Pulse | | 86 |
| Resp | 18 | |
| SBP/DBP | | 10684 |
| | | 84 |
| Pain on Admission | | |
| Pain Scale at Adm | 0 | |
| Pain Presence at Adm | None | |
| Pain Type at Adm | N/A | |
| Pain Location at Adm | None | |
| Neurologic | | |
| Level of Consciousness | Awake, Alert,<br>Oriented x 3 | |
| Extremity Movement | Full Range of<br>Motion | |
| Cardiovascular | | |
| Heart Rhythm | Regular Rate by<br>Auscultation | |
| Nailbeds | Pink | |
| Capillary Refill | Less than 3<br>seconds | |
| Lower Extremities Edema | None | |
| | None | |
| Upper Extremeties Edema | None | |
| | None | |
| Facial Edema | None | |
| Pulmonary | | |

EXHIBIT 1

| *Mary Washington Healthcare* | XXXFAIN, TIARRA LASHAE |
|---|---|
| 1001 Sam Perry Blvd<br>Fredericksburg, VA 22401 | MR#: 832666            Room Number<br>Patient ID:                    3067-M<br>DOB: |
| Print Date & Time:  4/18/2010 22:03<br>Printed by:  Victoria Duff, RN | Attending:  UZOCHUKWU CHIZOBA     Age   21 |

## LD- Flowsheet

| | 04/18/10 | |
|---|---|---|
| | 07:40 | 07:41 |
| Respiratory Effort | Unlabored; Regular Rhythm; Equal Expansion | |
| Breath Sounds, Left | Clear and Equal | |
| Breath Sounds, Right | Clear and Equal | |
| Cough Productivity | None | |
| Gastrointestinal | | |
| Nausea/Vomiting | Denies | |
| Diarrhea | No | |
| Constipation | No | |
| Hemmorhois | No | |
| Genitourinary | | |
| Bladder | Nondistended | |
| Frequency of Urination | No | |
| Urinary Burning | No | |
| CVA Tenderness | No | |
| Integumentary | | |
| Skin Color | Normal for Race | |
| Skin Temperature | Warm | |
| Moisture | Dry | |
| Psych/Social | | |
| Emotional State | Calm | |
| Safety /Risk Factors | | |
| Call Bell within Reach | Yes | |
| Side Rails Up | Yes | |
| Bed Wheels Locked | Yes | |
| Arm Band Present | Yes | |
| Isolation | Standard Precautions | |
| Patient Teaching | | |
| Teaching | Orient to Room; Nursery Passport cards explained; Orient to L/D; Orient to Fetal Heart Monitor; Orient to Clinical Alarms; Call Bell in Reach; Side Rails Up | |
| Teaching Response | Verbalized Understanding | |
| Comments | | |

EXHIBIT 1

| **Mary Washington Healthcare** | **XXXFAIN, TIARRA LASHAE** | |
|---|---|---|
| 1001 Sam Perry Blvd | MR#: 832666 | Room Number 3067-M |
| Fredericksburg, VA 22401 | Patient ID: | |
| Print Date & Time: 4/18/2010 22:03 | DOB: | Age 21 |
| Printed by: Victoria Duff, RN | Attending: UZOCHUKWU CHIZOBA | |

## LD- Flowsheet

| | 04/18/10 | |
|---|---|---|
| | 07:40 | 07:41 |
| Comments | Pt resting in bed at this time with guard by herside. Pt voices no complaints at this time; Pt states she tried to order her food but there was not a diet placed; RN had diet order put in; pt ordered food at htis time. | |
| Recorded by | 110379 | |

| | 04/18/10 | |
|---|---|---|
| | 07:42 | 07:47 |
| **Vital Signs** | | |
| NBP Sys/Dia (mmHg) | / | 137/82 |
| Mean | | 92 |
| HR | | 93 |
| **Uterine Activity** | | |
| Contraction Frequency (min) | irreg | |
| Contraction Quality | Mild | |
| Resting Tone Toco | Relaxed | |
| Fetal Interventions | Position Change | |
| **Fetal Assessment** | | |
| FHR Baseline Rate | 135 | |
| Variability | Minimal - Undetectable to <5bpm | |
| Decelerations | None | |
| **Pain** | | |
| Pain Scale | None | |
| Pain Presence | None/Denies | |
| Pain Type | N/A | |
| **Interventions** | | |
| IV/Blood Work | IV infusing per order | |
| Procedures | RN Reviewed strip | |
| Strip Reviewed by | sw | |
| **Assessment** | | |
| Pulse | | 93 |
| SBP/DBP | | 13782 |
| | | 82 |
| Recorded by | 110379 | |

LD- Flowsheet

Print Requested by Victoria Duff, RN

**EXHIBIT 1**

**_Mary Washington Healthcare_**

1001 Sam Perry Blvd
Fredericksburg, VA 22401

Print Date & Time:  4/18/2010 22:03
Printed by:  Victoria Duff, RN

XXXFAIN, TIARRA LASHAE

MR#: 832666       Room Number
Patient ID:           3067-M
DOB :
Attending:  UZOCHUKWU CHIZOBA   Age   21

## _LD- Flowsheet_

| | 04/18/10 | |
|---|---|---|
| | 08:17 | 08:16 |
| **Vital Signs** | | |
| NBP Sys/Dia (mmHg) | 112/75 | / |
| Mean | 88 | |
| HR | 97 | |
| **Uterine Activity** | | |
| Contraction Frequency (min) | | irreg |
| Contraction Quality | | Mild |
| Resting Tone Toco | | Relaxed |
| **Fetal Assessment** | | |
| FHR Baseline Rate | | 130 |
| Variability | | Moderate 6-25bpm |
| Accelerations | | 15X15 |
| Decelerations | | None |
| **Pain** | | |
| Pain Scale | | None |
| Pain Presence | | None/Denies |
| Pain Type | | N/A |
| **Interventions** | | |
| IV/Blood Work | | IV infusing per order |
| Procedures | | RN Reviewed strip |
| Strip Reviewed by | | sw |
| **NURSES NOTES** | | |
| Hourly Rounding | | Yes |
| **Assessment** | | |
| Pulse | 97 | |
| SBP/DBP | 11275 | |
| | 75 | |
| Recorded by | | 110379 |
| | 04/18/10 | |
| | 08:39 | 08:43 |
| **NURSES NOTES** | | |
| Nurses Annotation Comments | sono adjusted; pts just recieved food at this time; Pt instructed to call nurse when finished eating. | sono tracing maternal pulse while pt sitting up eating |
| Recorded by | 110379 | 110379 |
| | 04/18/10 | |
| | 08:48 | 08:54 |
| **Vital Signs** | | |
| NBP Sys/Dia (mmHg) | 129/87 | / |
| Mean | 102 | |
| HR | 104 | |
| **NURSES NOTES** | | |

**EXHIBIT 1**

| Mary Washington Healthcare | XXXFAIN, TIARRA LASHAE | | |
|---|---|---|---|
| 1001 Sam Perry Blvd<br>Fredericksburg, VA 22401 | MR#: 832666<br>Patient ID: | | Room Number<br>3067-M |
| Print Date & Time: 4/18/2010 22:03<br>Printed by: Victoria Duff, RN | DOB :<br>Attending: UZOCHUKWU CHIZOBA | | Age 21 |

## LD- Flowsheet

| | 04/18/10 | |
|---|---|---|
| | 08:48 | 08:54 |
| Nurses Annotation Comments | | sono adjusted |
| **Assessment** | | |
| Pulse | 104 | |
| SBP/DBP | 12987 | |
| | 87 | |
| Recorded by | | 110379 |

| | 04/18/10 | |
|---|---|---|
| | 09:03 | 09:37 |
| **Uterine Activity** | | |
| Contraction Frequency (min) | Irreg | Irreg |
| Contraction Quality | Mild | Mild |
| Resting Tone Toco | Relaxed | Relaxed |
| Contraction Comments | | pt states she does not feel any uc's |
| **Fetal Assessment** | | |
| FHR Baseline Rate | 130 | 130 |
| Variability | Moderate 6-25bpm | Moderate 6-25bpm |
| Decelerations | None | None |
| **Pain** | | |
| Pain Scale | None | None |
| Pain Presence | None/Denies | None/Denies |
| Pain Type | N/A | N/A |
| Pain Location | | None |
| **Medications** | | |
| Pitocin (milliunits) | Pitocin Milliunits/min started @ 1 | Pitocin Milliunits/min Inc @ 3 |
| **Interventions** | | |
| IV/Blood Work | IV nfusing per order | IV infusing per order |
| Procedures | RN Reviewed strip | RN Reviewed strip |
| Strip Reviewed by | sw | sw |
| Recorded by | 110379 | 110379 |

| | 04/18/10 | |
|---|---|---|
| | 09:47 | 10:05 |
| **Uterine Activity** | | |
| Contraction Frequency (min) | | occ |
| Contraction Quality | | Mild |
| Resting Tone Toco | | Relaxed |
| **Fetal Assessment** | | |
| FHR Baseline Rate | | 135 |
| Variability | | Moderate 6-25bpm |
| Accelerations | | 15X15 |
| Decelerations | | None |
| **Pain** | | |

EXHIBIT 1

| *Mary Washington Healthcare* | XXXFAIN, TIARRA LASHAE |
|---|---|
| 1001 Sam Perry Blvd<br>Fredericksburg, VA 22401 | MR#: 832666          Room Number<br>Patient ID:                      3067-M |
| Print Date & Time:  4/18/2010 22:03<br>Printed by:   Victoria Duff, RN | DOB :                              Age   21<br>Attending:  UZOCHUKWU CHIZOBA |

## Delivery Summary                                    Page 1

### Maternal Labor/Delivery Informaton      G/ 4  P/ 1   T/0  Pt/0  SAB/2  IAB/ 0  L/ 1

| | |
|---|---|
| Delivery Doctor: Chizoba Uzochukwu, DO | Date/Time of Signature: |
| Anesthesiologist: Roberts | Nurse Midwife: |
| Anesthetist: Jomphe | Scrub Nurse: |
| Delivery Anesthesia: Epidural | Circulator: duff |
| Labor Anesthesia: Epidural | No. of Babies in Womb: 1 |
| EDC: 04/21/10 | Amniotic Fluid Color: Clear |
| Onset of Labor: 04/18/10 09:03 EDT | Amniotic Fluid Odor: None |
| Complete Cerv Dilate: 04/18/10 18:30 EDT | Amniotic Fluid Amount: Moderate |
| ROM Method: Artificial | Cervical Ripening Agent: |
| ROM Date/Time: 04/18/10 13:18 EDT | Other Cerv Ripening Agent: |
| Induction Method: Induction with Pitocin,Augmentation with AROM | Stage 1:  9  Hrs 27  min |
| EBL (ml's): 250 | Stage 2:  1  Hrs 17  min |
| Group B Beta Strep: Negative | Stage 3:  0  Hrs  3  min |
| Antibiotics # of Doses: | Total Time in Labor: 10  Hrs 47  min |
| Antibiotics Last Dose: | |
| Medications in Delivery: pitocin | |

**Vaginal Delivery**                              **Vaginal Sponge Count**

| | |
|---|---|
| Laceration Type/Ext.:                      / | First Count Date/Time.: |
| Other Laceration: | Second Count Date/Time.: |
| Episiotomy: | Comments: |

**C- Section Delivery**

| | |
|---|---|
| Primary Indication: | Urgency: |
| Other Primary Indicat: | Elective: |
| Secondary Indication: | Incision: |
| Other Second Indicat: | Other Incision: |
| Labor : | Incidence: |

**Maternal Complications**
Delivery Complications:
Other Complications:

---

### Baby A

**Delivery Information**                        **Baby 'A' Information**

| | |
|---|---|
| Delivery Date: 04/18/10 19:47 EDT | GA at Delivery/Status:39.4 (wks)  Term |
| Method of Delivery: Vaginal | Outcome: Liveborn |
| Born en Route: No | Condition: Stable |
| VBAC: N/A | Suction: |
| Forceps: | Sex: Male |
| Vacuum Extraction: | |
| Vacuum Extract # pulls: | Birth Weight:  4337  (grams) |
| Total Vacuum Time: | |
| Vacuum Pressure appl: | Length:  54.6 (cm)   21.50 (in) |
| Presentation: Cephalic | # Cord Vessels: |
| Cephalic Position: Vertex | Nuchal Cord: |
| Breech Positon: | Other Nuchal: |
| Vertex Position: | True Knot: |
| Placenta Deliv Time: 04/18/10 19:50 EDT | Cord pH:          (art.)          (ven.) |
| Placenta Deliv Method: | Cord Blood Taken: Yes |
| Placenta Status: | Bank/Donate Info: |
| Placenta Assessment: | Neonatology Called: |
| Placenta Comments: | Transferred to: |
| ROM Date/Time: 04/18/10 13:18 EDT | |

**Complications**                            **Identification Information**

| | |
|---|---|
| Infant Complications: | ID Band #: 964467 |
| Other Complications: | ID Band Info: Left Leg,Left Arm |
| | ID Band Applied By: Jesse |
| **Assessment** | Infant Security Sensor Applied: Yes |
| Respiratory Rate Deliv: | Sensor #: 391 |
| Respirations Type: Normal | Sensor Location: Right Leg |
| Physical Findings: Molding of the Head | |
| Other Phys Findings: | |
| Infant Resuscitation: Tactile Stimulation,Bulb Suction | Resuscitation Comments: |

Neo Plan of Care:

### Apgars

| Time | Heart Rate | Resp Effort | Muscle Tone | Reflex | Color | Score |
|---|---|---|---|---|---|---|
| 1 Min | >100 | Cry | Active | Cough or Sneeze or Pulls Away | Body pink, extremities blue | 9 |
| 5 Min | >100 | Cry | Active | | Body pink, extremities blue | 9 |

EXHIBIT 1

| *Mary Washington Healthcare* | XXXFAIN, TIARRA LASHAE | |
| --- | --- | --- |
| 1001 Sam Perry Blvd | MR#: **832666** | Room Number |
| Fredericksburg, VA 22401 | Patient ID: | 3067-M |
| Print Date & Time:  4/18/2010 22:03 | DOB : | Age  21 |
| Printed by:  Victoria Duff, RN | Attending:  UZOCHUKWU CHIZOBA | |

## *Delivery Summary*

Page 2   (EOD)

Cough or Sneeze or Pulls
Away

**DELIVERY COMMENTS**    NSVD viable male infant vigorous with lusty cry

Neonatologist Signature:
Delivery MD Signature:
Nurse Midwide Signature:

109052 -- Victoria Duff, RN
101767 -- Tina Jessee, RN
110379 -- Susan Wright, RN
111865 -- Christina Thompson, RN

EXHIBIT 1

| *Mary Washington Healthcare* | XXXFAIN, TIARRA LASHAE | |
|---|---|---|
| 1001 Sam Perry Blvd<br>Fredericksburg, VA 22401 | MR#: 832666<br>Patient ID: ▓▓▓▓▓▓▓1 | Room Number<br>3067-M |
| Print Date & Time: 4/18/2010 22:03<br>Printed by: Victoria Duff, RN | DOB : 5▓▓▓▓<br>Attending: UZOCHUKWU CHIZOBA | Age   21 |

## LD- Flowsheet

| | 04/18/10 | |
|---|---|---|
| | 09:47 | 10:05 |
| Pain Scale | | None |
| Pain Presence | | None/Denies |
| Pain Type | | N/A |
| Medications | | |
| Analgesics/Sedatives | Tylenol mg @ 1000 | |
| Interventions | | |
| IV/Blood Work | | IV Infusing per order |
| Procedures | | RN Reviewed strip |
| Strip Reviewed by | | sw |
| Recorded by | 110379 | 110379 |

| | 04/18/10 | |
|---|---|---|
| | 10:06 | 10:37 |
| Uterine Activity | | |
| Contraction Frequency (min) | | 3-6 |
| Contraction Duration (sec) | | 60-110 |
| Contraction Quality | | Mild |
| Resting Tone Toco | | Relaxed |
| Fetal Assessment | | |
| FHR Baseline Rate | | 135 |
| Variability | | Moderate 6-25bpm |
| Accelerations | | 15X15 |
| Decelerations | | None |
| Pain | | |
| Pain Scale | | None |
| Pain Presence | | None/Denies |
| Pain Assessment Comments | | pt sleeping |
| Medications | | |
| Pitocin (milliunits) | Pitocin MilIunits/min Inc @ 5 | Pitocin Milliunits/min Inc @ 7 |
| Interventions | | |
| IV/Blood Work | | IV Infusing per order |
| Procedures | | RN Reviewed strip |
| Strip Reviewed by | | sw |
| NURSES NOTES | | |
| Hourly Rounding | Yes | Yes |
| Hourly Rounding Comments | pt sleeping | pt sleeping |
| Recorded by | 110379 | 110379 |

| | 04/18/10 | |
|---|---|---|
| | 11:06 | 11:12 |
| Uterine Activity | | |
| Contraction Frequency (min) | 3-4 | |
| Contraction Duration (sec) | 70-90 | |

EXHIBIT 1

| **Mary Washington Healthcare** | XXXFAIN, TIARRA LASHAE | |
|---|---|---|
| 1001 Sam Perry Blvd<br>Fredericksburg, VA 22401 | MR#: 832666<br>Patient ID: ▓▓▓▓ | Room Number<br>3067-M |
| Print Date & Time:  4/18/2010 22:03<br>Printed by:  Victoria Duff, RN | DOB :<br>Attending:  UZOCHUKWU CHIZOBA | Age   21 |

## *LD- Flowsheet*

| | 04/18/10 | |
|---|---|---|
| | 11:06 | 11:12 |
| Contraction Quality | Mild | |
| Resting Tone Toco | Relaxed | |
| Fetal Assessment | | |
| FHR Baseline Rate | 140 | |
| Variability | Moderate<br>6-25bpm<br>10X10 | |
| Accelerations | | |
| Decelerations | None | |
| Pain | | |
| Pain Scale | None | |
| Pain Presence | None/Denies | |
| Pain Type | N/A | |
| Pain Location | None | |
| Medications | | |
| Pitocin (milliunits) | Pitocin Running<br>milliunits/min @<br>7 | |
| Interventions | | |
| IV/Blood Work | IV infusing per<br>orcer | |
| Procedures | RN Reviewed<br>strip | |
| Strip Reviewed by | sw | |
| NURSES NOTES | | |
| Nurses Annotation Comments | | Report givento<br>V. Duff, RN via<br>sBAR<br>received report<br>& assumed care |
| Hourly Rounding | Yes | |
| Assessment | | |
| Clinic Alarms Tested | Yes | |
| Recorded by | 110379 | 110379;<br>109052 |

| | 04/18/10 | |
|---|---|---|
| | 11:19 | 11:20 |
| Vital Signs | | |
| NBP Sys/Dia (mmHg) | 123/76 | / |
| Mean | 90 | |
| HR | 97 | |
| Uterine Activity | | |
| Contraction Frequency (min) | | 2-3 |
| Contraction Duration (sec) | | 60-70 |
| Contraction Quality | | Mild |
| Resting Tone Toco | | Relaxed |
| Fetal Assessment | | |
| FHR Baseline Rate | | 140 |
| Variability | | Moderate<br>6-25bpm<br>Variable |
| Decelerations | | |

**EXHIBIT 1**

| **Mary Washington Healthcare** | **XXXFAIN, TIARRA LASHAE** | |
|---|---|---|
| 1001 Sam Perry Blvd | MR#: **832666** | Room Number |
| Fredericksburg, VA 22401 | Patient ID: ▆▆▆▆▆ | 3067-M |
| Print Date & Time:  4/18/2010 22:03 | DOB ▆▆▆ | Age  21 |
| Printed by:  Victoria Duff, RN | Attending:  UZOCHUKWU CHIZOBA | |

## LD- Flowsheet

| | 04/18/10 | |
|---|---|---|
| | 11:19 | 11:20 |
| **Pain** | | |
| Pain Scale | | None |
| **Medications** | | |
| Pitocin (milliunits) | | Pitocin Milliunits/min Inc @ 9 |
| **Interventions** | | |
| Provider Reviewed Strip? | | No |
| Strip Reviewed by | | duff |
| **NURSES NOTES** | | |
| Nurses Annotation Comments | | adj toco |
| **Assessment** | | |
| Pulse | 97 | |
| SBP/DBP | 12376 | |
| | 76 | |
| Recorded by | | 109052 |

| | 04/18/10 | |
|---|---|---|
| | 11:24 | 11:44 |
| **Interventions** | | |
| IV/Blood Work | IV infusing per order | |
| Procedures | RN Reviewed strip | |
| Patient Position/Activity | Left Tilt | |
| **NURSES NOTES** | | |
| Nurses Annotation Comments | | pt moving |
| Recorded by | 109052 | 109052 |

| | 04/18/10 | |
|---|---|---|
| | 11:48 | 11:50 |
| **Vital Signs** | | |
| NBP Sys/Dia (mmHg) | 110/62 | / |
| Mean | 76 | |
| HR | 83 | |
| **Uterine Activity** | | |
| Contraction Frequency (min) | | 2-3 |
| Contraction Duration (sec) | | 90 |
| Contraction Quality | | Moderate |
| Resting Tone Toco | | Relaxed |
| **Fetal Assessment** | | |
| FHR Baseline Rate | | 135 |
| Variability | | Moderate 6-25bpm |
| Decelerations | | Variable |
| **Pain** | | |
| Pain Scale | | None |
| **Medications** | | |

**EXHIBIT 1**

| **Mary Washington Healthcare**<br>1001 Sam Perry Blvd<br>Fredericksburg, VA 22401<br>Print Date & Time:  4/18/2010 22:03<br>Printed by:  Victoria Duff, RN | **XXXFAIN, TIARRA LASHAE**<br>MR#: B32666<br>Patient ID:<br>DOB : 5<br>Attending:  UZOCHUKWU CHIZOBA | Room Number<br>3067-M<br><br>Age  21 |
|---|---|---|

## LD- Flowsheet

| | 04/18/10 | |
|---|---|---|
| | 11:48 | 11:50 |
| Pitocin (milliunits) | | Pitocin Running milliunits/min @ 9 |
| **Interventions** | | |
| Procedures | | RN Reviewed strip |
| Provider Reviewed Strip? | | No |
| Strip Reviewed by | | duff |
| **Assessment** | | |
| Pulse | 83 | |
| SBP/DBP | 11062 | |
| | 62 | |
| Recorded by | | 109052 |

| | 04/18/10 | |
|---|---|---|
| | 11:54 | 12:19 |
| **Vital Signs** | | |
| NBP Sys/Dia (mmHg) | / | 113/70 |
| Mean | | 86 |
| HR | | 90 |
| **Interventions** | | |
| Patient Position/Activity | Sitting | |
| **Assessment** | | |
| Pulse | | 90 |
| SBP/DBP | | 11370 |
| | | 70 |
| Recorded by | 109052 | |

| | 04/18/10 | |
|---|---|---|
| | 12:20 | 12:32 |
| **Uterine Activity** | | |
| Contraction Frequency (min) | 3 | |
| Contraction Duration (sec) | 90 | |
| Contraction Quality | Moderate | |
| Resting Tone Toco | Relaxed | |
| **Fetal Assessment** | | |
| FHR Baseline Rate | 135 | |
| Variability | Moderate 6-25bpm | |
| **Medications** | | |
| Pitocin (milliunits) | Pitocin Running milliunits/min @ 9 | |
| **Interventions** | | |
| I/O Interventions | | Up to BR |
| Provider Reviewed Strip? | No | |
| Strip Reviewed by | duff | |
| **NURSES NOTES** | | |
| Nurses Annotation Comments | | voided |
| Recorded by | 109052 | 109052 |

EXHIBIT 1

**Mary Washington Healthcare**

1001 Sam Perry Blvd
Fredericksburg, VA 22401

Print Date & Time:  4/18/2010 22:03
Printed by:  Victoria Duff, RN

**XXXFAIN, TIARRA LASHAE**

MR#: 832666
Patient ID:
DOB :                                    Age  21
Attending:  UZOCHUKWU CHIZOBA

Room Number
3067-M

## LD- Flowsheet

| | 04/18/10 | |
|---|---|---|
| | 12:49 | 12:50 |
| **Vital Signs** | | |
| NBP Sys/Dia (mmHg) | 119/70 | / |
| Mean | 84 | |
| HR | 83 | |
| **Uterine Activity** | | |
| Contraction Frequency (min) | | 3 |
| Contraction Duration (sec) | | 90 |
| Contraction Quality | | Moderate |
| Resting Tone Toco | | Relaxed |
| **Fetal Assessment** | | |
| FHR Baseline Rate | | 140 |
| Variability | | Moderate 6-25bpm |
| Decelerations | | None |
| **Pain** | | |
| Pain Scale | | None |
| **Interventions** | | |
| Strip Reviewed by | | duff |
| **Assessment** | | |
| Pulse | 83 | |
| SBP/DBP | 11970 | |
| | 70 | |
| **Recorded by** | | 109052 |

| | 04/18/10 | |
|---|---|---|
| | 13:10 | 13:18 |
| **Uterine Activity** | | |
| Contraction Frequency (min) | 3 | |
| Contraction Duration (sec) | 90 | |
| Contraction Quality | Strong | |
| Resting Tone Toco | Relaxed | |
| **Fetal Assessment** | | |
| FHR Baseline Rate | 135 | |
| Variability | Moderate 6-25bpm | |
| **Pain** | | |
| Pain Scale | 1-4 Mild | |
| Pain Presence | Intermittent | |
| Pain Type | Contraction | |
| Pain Location | Abdomen | |
| Pain Relief Measures | Comfort measures; Patient does not want pain meds | |
| **Vaginal Exam** | | |
| Dilatation (cms) | | 3.0 |
| Effacement (%) | | 50 |
| Station | | -3 |

LD- Flowsheet                                                                Page 14

**EXHIBIT 1**

**Mary Washington Healthcare**

1001 Sam Perry Blvd
Fredericksburg, VA 22401

Print Date & Time:  4/18/2010 22:03
Printed by:  Victoria Duff, RN

XXXFAIN, TIARRA LASHAE

MR#: 832666
Patient ID:
DOB:
Attending:  UZOCHUKWU CHIZOBA

Room Number
3067-M

Age  21

## LD- Flowsheet

| | 04/18/10 | |
| --- | --- | --- |
| | 13:10 | 13:18 |
| Exam by | | Dr Uzochukwu |
| Membrane Status | | Ruptured |
| Membranes Rupture Method | | Artificial |
| Amniotic Fluid Color | | Clear |
| Amniotic Fluid Amount | | Moderate |
| Amniotic Fluid Odor | | None |
| Cervix, Position | | Midposition |
| Medications | | |
| Pitocin (milliunits) | Pitocin Running milliunits/min @ 9 Pitocin Milliunits/min Inc @ 11 | |
| Interventions | | |
| Provider Reviewed Strip? | No | |
| Strip Reviewed by | duff | |
| NURSES NOTES | | |
| Hourly Rounding | Yes | |
| Membranes | | |
| Membranes Status | | Ruptured |
| ROM Method | | Artificial |
| Amniotic Fluid Color | | Clear |
| Amniotic Fluid Amount | | Moderate |
| Amniotic Fluid Odor | | None |
| Recorded by | 109052 | 109052 |

| | 04/18/10 | |
| --- | --- | --- |
| | 13:19 | 13:31 |
| Vital Signs | | |
| NBP Sys/Dia (mmHg) | 132/86 | / |
| Mean | 105 | |
| HR | 92 | |
| Pain | | |
| Pain Scale | | 5-6 Moderate |
| Pain Presence | | Intermittent |
| Pain Type | | Contraction |
| Pain Location | | Abdomen |
| Pain Relief Measures | | Pain Medication given |
| Medications | | |
| Analgesics/Sedatives | | Fentanyl IV mcg @ 100 |
| NURSES NOTES | | |
| Hourly Rounding | | Yes |
| Assessment | | |
| Pulse | 92 | |
| SBP/DBP | 13286 86 | |

LD- Flowsheet

Page 15

## EXHIBIT 1

    

| **Mary Washington Healthcare** | **XXXFAIN, TIARRA LASHAE** | |
|---|---|---|
| 1001 Sam Perry Blvd | MR#:  832666 | Room Number |
| Fredericksburg, VA 22401 | Patient ID: | 3067-M |
| Print Date & Time:   4/18/2010 22:03 | DOB: | Age   21 |
| Printed by:   Victoria Duff, RN | Attending:   UZOCHUKWU CHIZOBA | |

## LD- Flowsheet

| | 04/18/10 | |
|---|---|---|
| | 13:19 | 13:31 |
| Recorded by | | 109052 |

| | 04/18/10 | |
|---|---|---|
| | 13:49 | 14:19 |
| **Vital Signs** | | |
| NBP Sys/Dia (mmHg) | 145/80 | 147/73 |
| Mean | 99 | 100 |
| HR | 81 | 86 |
| **Assessment** | | |
| Pulse | 81 | 86 |
| SBP/DBP | 14580 | 14773 |
| | 80 | 73 |
| Recorded by | | |

| | 04/18/10 | |
|---|---|---|
| | 14:20 | 14:24 |
| **Uterine Activity** | | |
| Contraction Frequency (min) | 2 | |
| Contraction Duration (sec) | 90 | |
| Contraction Quality | Strong | |
| Resting Tone Toco | Relaxed | |
| **Fetal Assessment** | | |
| FHR Baseline Rate | 135 | |
| Variability | Moderate 6-25bpm | |
| Decelerations | None | |
| **Pain** | | |
| Pain Scale | 7-9 Severe | |
| Pain Presence | Intermittent | |
| Pain Type | Contraction | |
| Pain Location | Abdomen | |
| **Medications** | | |
| Pitocin (milliunits) | Pitocin Running milliunits/min @ 11 | Pitocin Mil liunits/min Dec @ 8 |
| Medication Comments | | pitocin decreased to relieve discomfort during epidural insertion |
| **Interventions** | | |
| IV/Blood Work | IV bolus started | |
| Provider Reviewed Strip? | No | |
| Strip Reviewed by | duff | |
| **Anesthesia** | | |
| Anesthesia Comments | | notified of req for epidural |
| **NURSES NOTES** | | |
| Hourly Rounding | Yes | |
| Recorded by | 109052 | 109052 |

EXHIBIT 1

| *Mary Washington Healthcare* | XXXFAIN, TIARRA LASHAE | |
|---|---|---|
| 1001 Sam Perry Blvd<br>Fredericksburg, VA 22401 | MR#: 832666<br>Patient ID: | Room Number<br>3067-M |
| Print Date & Time:  4/18/2010 22:03<br>Printed by:  Victoria Duff, RN | DOB :<br>Attending:  UZOCHUKWU CHIZOBA | Age   21 |

## *LD- Flowsheet*

| | 04/18/10 | |
|---|---|---|
| | 14:30 | 14:34 |
| Procedure TIME OUT | | |
| Procedure Type | | epidural |
| Procedure Verify. | | Patient identified by 2 methods; Procedure Verified; By Anesthesiologist; By Nurse; Relevant Documentation Reviewed |
| Epidural Pause Time | | 1434 |
| Anesthesia | | |
| Epidural Pause for Cause Time | | 1434 |
| Anesthesiologist | Kimberly Roberts, MD | |
| Anesthesia Comments | Dr Roberts in | Dr Roberts in |
| Recorded by | 109052 | 109052 |

| | 04/18/10 | |
|---|---|---|
| | 14:49 | 14:55 |
| Vital Signs | | |
| NBP Sys/Dia (mmHg) | 142/81 | / |
| Mean | 102 | |
| HR | 84 | |
| Anesthesia | | |
| Anethetist | | Mara Jomphe, CRNA |
| Anesthesiologist | | Kimberly Roberts, MD |
| Anesthesia Comments | | CRNA in |
| Assessment | | |
| Pulse | 84 | |
| SBP/DBP | 14281 | |
| | 81 | |
| Recorded by | | 109052 |

| | 04/18/10 | |
|---|---|---|
| | 14:57 | 15:00 |
| Vital Signs | | |
| NBP Sys/Dia (mmHg) | / | 152/93 |
| Mean | | 110 |
| HR | | 90 |
| Anesthesia | | |
| Epidural Positioning | Sitting | |
| Assessment | | |
| Pulse | | 90 |
| SBP/DBP | | 15293 |
| | | 93 |
| Recorded by | 109052 | |

EXHIBIT 1

***Mary Washington Healthcare***

1001 Sam Perry Blvd
Fredericksburg, VA 22401

Print Date & Time:  4/18/2010 22:03
Printed by:  Victoria Duff, RN

**XXXFAIN, TIARRA LASHAE**

MR#: **832666**

Patient ID: ~~redacted~~          Room Number
                                              3067-M

DOB: ~~redacted~~                  Age   21

Attending:  ~~UZOCHUKWU CHIZOBA~~

## *LD- Flowsheet*

| | 04/18/10 | |
|---|---|---|
| | 15:02 | 15:04 |
| **Vital Signs** | | |
| NBP Sys/Dia (mmHg) | / | 127/69 |
| Mean | | 89 |
| HR | | 90 |
| **NURSES NOTES** | | |
| Nurses Annotation Comments | | unable to monitor fhr due to position during epidural insertion |
| **Assessment** | | |
| Pulse | | 90 |
| SBP/DBP | | 12769 |
| | | 69 |
| Recorded by | 109052 | |

| | 04/18/10 | |
|---|---|---|
| | 15:07 | 15:09 |
| **Vital Signs** | | |
| NBP Sys/Dia (mmHg) | / | 149/73 |
| Mean | | 109 |
| HR | | 105 |
| **Anesthesia** | | |
| Epidural Procedure | Cath placed | |
| **Assessment** | | |
| Pulse | | 105 |
| SBP/DBP | | 14973 |
| | | 73 |
| Recorded by | 109052 | |

| | 04/18/10 | |
|---|---|---|
| | 15:14 | 15:15 |
| **Vital Signs** | | |
| NBP Sys/Dia (mmHg) | 112/78 | / |
| Mean | 96 | |
| HR | 96 | |
| **Anesthesia** | | |
| Epidural Procedure | | Test dose |
| Anesthesia Comments | | see anesthesia record |
| **Assessment** | | |
| Pulse | 96 | |
| SBP/DBP | 11278 | |
| | 78 | |
| Recorded by | | 109052 |

| | 04/18/10 | |
|---|---|---|
| | 15:19 | 15:24 |
| **Vital Signs** | | |
| NBP Sys/Dia (mmHg) | 14?/92 | 108/72 |

EXHIBIT 1

| **Mary Washington Healthcare** | XXXFAIN, TIARRA LASHAE | |
|---|---|---|
| 1001 Sam Perry Blvd<br>Fredericksburg, VA 22401 | MR#: 832666<br>Patient I▮▮▮▮▮▮▮▮ | Room Number<br>3067-M |
| Print Date & Time:  4/18/2010 22:03<br>Printed by:  Victoria Duff, RN | DOB: ▮▮▮▮▮▮▮▮<br>Attending:  UZOCHUKWU CHIZOBA | Age  21 |

## LD- Flowsheet

|  | 04/18/10 | |
|---|---|---|
|  | 15:19 | 15:24 |
| Mean | 128 | 82 |
| HR | 80 | 86 |
| Interventions | | |
| Patient Position/Activity | | Low Fowlers |
| Anesthesia | | |
| Epidural Procedure | Loading Dose | |
| Anesthesia Comments | see anesthesia record | |
| Assessment | | |
| Pulse | 80 | 86 |
| SBP/DBP | 14192 | 10072 |
|  | 92 | 72 |
| Recorded by | 109052 | 109052 |

|  | 04/18/10 | |
|---|---|---|
|  | 15:30 | 15:31 |
| Vital Signs | | |
| NBP Sys/Dia (mmHg) | 114/63 | / |
| Mean | 81 | |
| HR | 80 | 81 |
| SaO2 (%) | | 99 |
| Assessment | | |
| Pulse | 80 | 81 |
| SBP/DBP | 11463 | |
|  | 63 | |
| Recorded by | | |

|  | 04/18/10 | |
|---|---|---|
|  | 15:39 | 15:41 |
| Vital Signs | | |
| HR | 83 | 84 |
| SaO2 (%) | 98 | 97 |
| Assessment | | |
| Pulse | 83 | 84 |
| Recorded by | | |

|  | 04/18/10 | |
|---|---|---|
|  | 15:45 | 15:46 |
| Vital Signs | | |
| NBP Sys/Dia (mmHg) | 96/66 | / |
| Mean | 73 | |
| HR | 97 | 90 |
| Respirations | 16 | |
| SaO2 (%) | | 97 |
| Temp (F) | 97.8 | |
| Temp (C) | 36.6 | |
| Uterine Activity | | |
| Contraction Frequency (min) | 2 | |
| Contraction Duration (sec) | 60-90 | |

## EXHIBIT 1

| **Mary Washington Healthcare** | **XXXFAIN, TIARRA LASHAE** | |
|---|---|---|
| 1001 Sam Perry Blvd | MR#: 832666 | Room Number |
| Fredericksburg, VA 22401 | Patient ID: | 3067-M |
| Print Date & Time: 4/18/2010 22:03 | DOB: | Age 21 |
| Printed by: Victoria Duff, RN | Attending: UZOCHUKWU CHIZOBA | |

## LD- Flowsheet

| | 04/18/10 | |
|---|---|---|
| | 15:45 | 15:46 |
| Contraction Quality | Strong | |
| Resting Tone Toco | Relaxed | |
| **Fetal Assessment** | | |
| FHR Baseline Rate | 135 | |
| Variability | Moderate 6-25bpm | |
| Decelerations | Variable | |
| **Pain** | | |
| Pain Relief Measures | Epidural given | |
| **Medications** | | |
| Pitocin (milliunits) | Pitocin Milliunits/min Inc @ 10 | |
| **Interventions** | | |
| Patient Position/Activity | Left Lateral | |
| Provider Reviewed Strip? | No duff | |
| Strip Reviewed by | duff | |
| **Assessment** | | |
| Temp | 97.8 | |
| Temp (C) | 36.6 | |
| Pulse | 97 | 90 |
| Resp | 16 | |
| SBP/DBP | 9666 | |
| | 66 | |
| Recorded by | 109052 | |

| | 04/18/10 | |
|---|---|---|
| | 16:00 | 16:10 |
| **Vital Signs** | | |
| NBP Sys/Dia (mmHg) | 109/75 | / |
| Mean | 86 | |
| HR | 75 | |
| **Uterine Activity** | | |
| Contraction Frequency (min) | | 2-3 |
| Contraction Duration (sec) | | 90 |
| Contraction Quality | | Strong |
| Resting Tone Toco | | Relaxed |
| **Fetal Assessment** | | |
| FHR Baseline Rate | | 125 |
| Variability | | Moderate 6-25bpm |
| Decelerations | | Variable |
| **Vaginal Exam** | | |
| Dilatation (cms) | | 3.0 |
| Effacement (%) | | 50 |
| Station | | -2 |
| Exam by | | duff |
| Cervix, Consistency | | Soft |
| Cervix, Position | | Anterior |

**EXHIBIT 1**

| **Mary Washington Healthcare** | **XXXFAIN, TIARRA LASHAE** | |
|---|---|---|
| 1001 Sam Perry Blvd<br>Fredericksburg, VA 22401 | MR#: 832666<br>Patient ID: | Room Number<br>3067-M |
| Print Date & Tme: 4/18/2010 22:03<br>Printed by: Victoria Duff, RN | DOB:<br>Attending: UZOCHUKWU CHIZOBA | Age 21 |

## LD- Flowsheet

| | 04/18/10 | |
|---|---|---|
| | 16:00 | 16:10 |
| Medications | | |
| Pitocin (milliunits) | | Pitocin Running milliunits/min @ 10 |
| Interventions | | |
| Procedures | | RN Reviewed strip |
| I/O Interventions | | Foley cath Inserted |
| Provider Reviewed Strip? | | No |
| Strip Reviewed by | | duff |
| Assessment | | |
| Pulse | 75 | |
| SBP/DBP | 10975 | |
| | 75 | |
| Recorded by | | 109052 |

| | 04/18/10 | |
|---|---|---|
| | 16:15 | 16:40 |
| Vital Signs | | |
| NBP Sys/Dia (mmHg) | 111/70 | / |
| Mean | 87 | |
| HR | 75 | |
| Uterine Activity | | |
| Contraction Frequency (min) | | 2-3 |
| Contraction Duration (sec) | | 80-90 |
| Contraction Quality | | Strong |
| Resting Tone Toco | | Relaxed |
| Fetal Assessment | | |
| FHR Baseline Rate | | 125 |
| Variability | | Moderate 6-25bpm |
| Decelerations | | Variable |
| Medications | | |
| Pitocin (milliunits) | | Pitocin Running milliunits/min @ 10 |
| Interventions | | |
| Provider Reviewed Strip? | | Yes |
| Strip Reviewed by | | duff |
| Assessment | | |
| Pulse | 75 | |
| SBP/DBP | 11170 | |
| | 70 | |
| Recorded by | | 109052 |

| | 04/18/10 | |
|---|---|---|
| | 16:45 | 16:47 |
| Vital Signs | | |
| NBP Sys/Dia (mmHg) | 107/68 | / |

**Mary Washington Healthcare**

1001 Sam Perry Blvd
Fredericksburg, VA 22401

Print Date & Time:   4/18/2010 22:03
Printed by:   Victoria Duff, RN

XXXFAIN, TIARRA LASHAE
MR#: 832666                              Room Number
Patient ID:                                 3067-M
DOB:                                     Age   21
Attending:   UZOCHUKWU CHIZOBA

## LD- Flowsheet

| | 04/18/10 | |
| --- | --- | --- |
| | 16:45 | 16:47 |
| Mean | 87 | |
| HR | 74 | |
| **Interventions** | | |
| IV/Blood Work | | IV bolus started |
| Oxygen Amount | | 10 |
| Oxygen Device | | Non-Rebreather |
| Patient Position/Activity | | Right Lateral |
| **Assessment** | | |
| Pulse | 74 | |
| SBP/DBP | 10768 | |
| | 68 | |
| Recorded by | | 109052 |

| | 04/18/10 | |
| --- | --- | --- |
| | 16:56 | 17:15 |
| **Vital Signs** | | |
| NBP Sys/Dia (mmHg) | / | 119/78 |
| Mean | | 91 |
| HR | | 73 |
| **Uterine Activity** | | |
| Monitor Mode - UA | | Internal |
| Contraction Frequency (min) | | 2-3 |
| Contraction Duration (sec) | | 80-90 |
| Contraction Quality | | Strong |
| Contraction Intensity (mmHg) | | 65-80 |
| Resting Tone Toco | | Relaxed |
| Resting Tone IUP (mmHg) | | 15-20 |
| Fetal Interventions | FSE Applied; IUPC Inserted | |
| **Fetal Assessment** | | |
| FHR Baseline Rate | | 125 |
| Variability | | Moderate 6-25bpm |
| Decelerations | | Variable |
| **Vaginal Exam** | | |
| Dilatation (cms) | 5.0 | |
| Effacement (%) | 90 | |
| Station | -1 | |
| Exam by | duff | |
| **Medications** | | |
| Pitocin (milliunits) | | Pitocin Milliunits/min Dec @ 7<br><br>Pitocin Running milliunits/min @ 7 |
| **Interventions** | | |
| Provider Reviewed Strip? | | Yes |
| Strip Reviewed by | | duff |

LD- Flowsheet
Print Requested by: Victoria Duff, RN

Page 22

**EXHIBIT 1**

| *Mary Washington Healthcare* | XXXFAIN, TIARRA LASHAE |
|---|---|
| 1001 Sam Perry Blvd<br>Fredericksburg, VA 22401 | MR#: 832666                    Room Number<br>Patient ID:                        3067-M<br>DOB : |
| Print Date & Time:   4/18/2010 22:03<br>Printed by:   Victoria Duff, RN | Age  21<br>Attending:   UZOCHUKWU CHIZOBA |

## LD- Flowsheet

|  | 04/18/10 | |
|---|---|---|
|  | 16:56 | 17:15 |
| **Assessment** | | |
| Pulse | | 73 |
| SBP/DBP | | 11978 |
|  | | 78 |
| Recorded by | 109052 | 109052 |

|  | 04/18/10 | |
|---|---|---|
|  | 17:42 | 17:45 |
| **Vital Signs** | | |
| NBP Sys/Dia (mmHg) | / | 113/69 |
| Mean | | 82 |
| HR | | 78 |
| **Interventions** | | |
| IV/Blood Work | New IV bag<br>hung @ 1000<br>LR | |
| **Assessment** | | |
| Pulse | | 78 |
| SBP/DBP | | 11369 |
|  | | 69 |
| Recorded by | 109052 | |

|  | 04/18/10 | |
|---|---|---|
|  | 17:49 | 17:52 |
| **Uterine Activity** | | |
| Contraction Frequency (min) | 2-3 | |
| Contraction Duration (sec) | 80-90 | |
| Contraction Quality | Moderate | |
| Contraction Intensity (mmHg) | 45 | |
| Resting Tone Toco | Relaxed | |
| Resting Tone IUP (mmHg) | 15 | |
| **Fetal Assessment** | | |
| FHR Baseline Rate | 130 | |
| Variability | Moderate<br>6-25bpm | |
| Decelerations | Variable | |
| **Interventions** | | |
| Patient Position/Activity | | Right Lateral |
| Provider Reviewed Strip? | Yes | |
| Strip Reviewed by | du'f | |
| Recorded by | 109052 | 109052 |

|  | 04/18/10 | |
|---|---|---|
|  | 18:02 | 18:10 |
| **Uterine Activity** | | |
| Monitor Mode – UA | | Internal |
| Contraction Frequency (min) | | 2-3 |
| Contraction Duration (sec) | | 60-80 |
| Contraction Quality | | Moderate |
| Contraction Intensity (mmHg) | | 35-45 |

Print Requested by: Victoria Duff, RN

EXHIBIT 1