| *Mary Washington Healthcare* | XXXFAIN, TIARRA LASHAE |
|---|---|
| 1001 Sam Perry Blvd<br>Fredericksburg, VA 22401 | MR#: 832666          Room Number<br>Patient ID:                3067-M<br>DOB:<br>Attending: UZOCHUKWU CHIZOBA    Age  21 |
| Print Date & Time:  4/18/2010 22:03<br>Printed by:  Victoria Duff, RN | |

## LD- Flowsheet

| | 04/18/10 | |
|---|---|---|
| | 18:02 | 18:10 |
| Resting Tone Toco | | Relaxed |
| Resting Tone IUP (mmHg) | | 15 |
| **Fetal Assessment** | | |
| FHR Baseline Rate | | 135 |
| Variability | | Moderate 6-25bpm |
| Decelerations | | Variable |
| **Vaginal Exam** | | |
| Dilatation (cms) | 9.0 | |
| Effacement (%) | 100 | |
| Station | 0 | |
| Exam by | Dr Uzochukwu | |
| Cervix, Position | Anterior | |
| **Medications** | | |
| Pitocin (milliunits) | | Pitocin Running milliunits/min @ 7 |
| **Interventions** | | |
| Provider Reviewed Strip? | | Yes |
| Strip Reviewed by | | duff |
| **NURSES NOTES** | | |
| Nurses Annctation Comments | Dr Uzochukwu in | |
| Recorded by | 109052 | 109052 |

| | 04/18/10 | |
|---|---|---|
| | 18:15 | 18:17 |
| **Vital Signs** | | |
| NBP Sys/Dia (mmHg) | 127/91 | / |
| Mean | 108 | |
| HR | 92 | |
| **NURSES NOTES** | | |
| Nurses Annctation Comments | | vomiting Dr Uzochukwu in |
| **Assessment** | | |
| Pulse | 92 | |
| SBP/DBP | 12791 | |
| | 91 | |
| Recorded by | | 109052 |

| | 04/18/10 | |
|---|---|---|
| | 18:24 | 18:27 |
| **Interventions** | | |
| Procedures | RN Reviewed strip | |
| Provider Reviewed Strip? | Yes | |
| **NURSES NOTES** | | |
| Nurses Annctation Comments | | pushing |
| Recorded by | 109052 | 109052 |

**Mary Washington Healthcare**

1001 Sam Perry Blvd
Fredericksburg, VA 22401

Print Date & Time: 4/18/2010 22:03
Printed by:   Victoria Duff, RN

XXXFAIN, TIARRA LASHAE

| | |
|---|---|
| MR#: **832666** | Room Number |
| Patient ID: | 3067-M |
| DOB : | Age  21 |
| Attending:  UZOCHUKWU CHIZOBA | |

## LD- Flowsheet

| | 04/18/10 | |
|---|---|---|
| | 18:30 | 18:35 |
| **Vaginal Exam** | | |
| Dilatation (cms) | 10.0 | |
| Effacement (%) | 100 | |
| Station | -1 | |
| Exam by | Dr Uzochukwu | |
| **NURSES NOTES** | | |
| Nurses Annotation Comments | pushing | pushing, FMS reviewed |
| Recorded by | 109052 | 109052 |

| | 04/18/10 | |
|---|---|---|
| | 18:45 | 18:57 |
| **Vital Signs** | | |
| NBP Sys/Dia (mmHg) | 122/67 | / |
| Mean | 88 | |
| HR | 112 | |
| **NURSES NOTES** | | |
| Nurses Annotation Comments | | vomiting |
| **Assessment** | | |
| Pulse | 112 | |
| SBP/DBP | 12267 67 | |
| Recorded by | | 109052 |

| | 04/18/10 | |
|---|---|---|
| | 19:00 | 19:04 |
| **NURSES NOTES** | | |
| Nurses Annotation Comments | pushing | pushing stopped |
| Recorded by | 109052 | 109052 |

| | 04/18/10 | |
|---|---|---|
| | 19:12 | 19:15 |
| **Vital Signs** | | |
| NBP Sys/Dia (mmHg) | / | 131/70 |
| Mean | | 103 |
| HR | | 86 |
| **Interventions** | | |
| I/O Interventions | Foley discontinued | |
| **NURSES NOTES** | | |
| Nurses Annotation Comments | 750ml urine emptied from foley | |
| **Assessment** | | |
| Pulse | | 86 |
| SBP/DBP | | 13170 |
| | | 70 |
| Recorded by | 109052 | |

**EXHIBIT 1**

| **Mary Washington Healthcare** | XXXFAIN, TIARRA LASHAE |
|---|---|
| 1001 Sam Perry Blvd<br>Fredericksburg, VA 22401 | MR#: **832666**    Room Number<br>Patient ID: ▓▓▓▓    3067-M<br>DOB: ▓▓▓ |
| Print Date & Time: 4/18/2010 22:03<br>Printed by: Victoria Duff, RN | Attending: UZOCHUKWU CHIZOBA    Age  21 |

## LD- Flowsheet

| | 04/18/10 | |
|---|---|---|
| | 19:24 | 19:30 |
| **Interventions** | | |
| Procedures | | RN Reviewed strip |
| **NURSES NOTES** | | |
| Nurses Annotation Comments | resumed pushing | pushing |
| Recorded by | 109052 | 109052 |

| | 04/18/10 | |
|---|---|---|
| | 19:36 | 19:44 |
| **NURSES NOTES** | | |
| Nurses Annotation Comments | pushing | IUPC removed |
| Recorded by | 109052 | 109052 |

| | 04/18/10 | |
|---|---|---|
| | 19:47 | 20:16 |
| Stage of Pregnancy | | Recovery |
| **Vital Signs** | | |
| NBP Sys/Dia (mmHg) | / | 142/75 |
| Mean | | 106 |
| HR | | 107 |
| Respirations | | 18 |
| Temp (F) | | 99.3 |
| Temp (C) | | 37.4 |
| Temp Route | | Oral |
| **NURSES NOTES** | | |
| Nurses Annotation Comments | NSVD viable male infant vigorous with lusty cry | |
| **Assessment** | | |
| Stage pf Pregnancy | | Recovery |
| Temp | | 99.3 |
| Temp (C) | | 37.4 |
| Pulse | | 107 |
| Resp | | 18 |
| SBP/DBP | | 14275 |
| | | 75 |
| Recorded by | 109052 | 109052 |

| | 04/18/10 | |
|---|---|---|
| | 20:30 | 20:45 |
| Stage of Pregnancy | Recovery | Recovery |
| **Vital Signs** | | |
| NBP Sys/Dia (mmHg) | / | 125/80 |
| Mean | | 104 |
| HR | | 109 |
| Respirations | 18 | 18 |
| Temp (F) | 99.2 | 99.2 |
| Temp (C) | 37.3 | 37.3 |

EXHIBIT 1

| **Mary Washington Healthcare** | XXXFAIN, TIARRA LASHAE | |
|---|---|---|
| 1001 Sam Perry Blvd | MR#: 832666 | Room Number |
| Fredericksburg, VA 22401 | Patient ID: | 3067-M |
| Print Date & Time: 4/18/2010 22:03 | DOB: | Age 21 |
| Printed by: Victoria Duff, RN | Attending: UZOCHUKWU CHIZOBA | |

## LD- Flowsheet

| | 04/18/0 | |
|---|---|---|
| | 20:30 | 20:45 |
| Temp Route | Oral | Oral |
| Assessment | | |
| Stage pf Pregnancy | Recovery | Recovery |
| Temp | 99.2 | 99.2 |
| Temp (C) | 37.3 | 37.3 |
| Pulse | | 109 |
| Resp | 18 | 18 |
| SBP/DBP | | 12680 |
| | | 60 |
| Recorded by | 109052 | 109052 |

| | 04/18/0 | |
|---|---|---|
| | 20:58 | 21:14 |
| Stage of Pregnancy | Recovery | Recovery |
| Vital Signs | | |
| NBP Sys/Dia (mmHg) | 129/71 | 137/71 |
| Mean | 102 | 91 |
| HR | 105 | 116 |
| Respirations | | 16 |
| Temp (F) | | 99.2 |
| Temp (C) | | 37.3 |
| Temp Route | | Oral |
| Assessment | | |
| Stage pf Pregnancy | Recovery | Recovery |
| Temp | | 99.2 |
| Temp (C) | | 37.3 |
| Pulse | 105 | 116 |
| Resp | | 16 |
| SBP/DBP | 12971 | 13771 |
| | 71 | 71 |
| Recorded by | 109052 | 109052 |

| | 04/18/10 | |
|---|---|---|
| | 21:28 | 21:43 |
| Stage of Pregnancy | | Recovery |
| Vital Signs | | |
| NBP Sys/Dia (mmHg) | 121/71 | 119/61 |
| Mean | 100 | 78 |
| HR | 110 | 118 |
| Respirations | | 18 |
| Temp (F) | | 99.0 |
| Temp (C) | | 37.2 |
| Temp Route | | Oral |
| Assessment | | |
| Stage pf Pregnancy | | Recovery |
| Temp | | 99.0 |
| Temp (C) | | 37.2 |
| Pulse | 110 | 118 |

EXHIBIT 1

    

| *Mary Washington Healthcare*<br>1001 Sam Perry Blvd<br>Fredericksburg, VA 22401<br>Print Date & Time:   4/18/2010 22:03<br>Printed by:   Victoria Duff, RN | XXXFAIN, TIARRA LASHAE<br>MR#:  832666   Room Number<br>Patient ID:   3067-M<br>DOB:<br>Attending:  UZOCHUKWU CHIZOBA   Age  21 |
|---|---|

## *LD- Flowsheet*

| | 04/18/10 | | |
|---|---|---|---|
| | 21:28 | 21:43 | |
| Resp | | 18 | |
| SBP/DBP | 12171 | 11961 | |
| | 71 | 61 | |
| Recorded by | | j109052 | |
| | 04/18/10 | | |
| | 22:02 | | |
| Stage of Pregnancy | Recovery | | |
| Assessment | | | |
| Stage pf Pregnancy | Recovery | | |
| Recorded by | 109052 | | |

EXHIBIT 1

| *Mary Washington Healthcare* | XXXFAIN, TIARRA LASHAE |
|---|---|
| 1001 Sam Perry Blvd<br>Fredericksburg, VA 22401 | MR#: 832666<br>Patient ID: ⬛⬛⬛⬛⬛⬛  Room Number<br>3067-M<br>DOB : ⬛⬛⬛⬛⬛⬛ |
| Print Date & Time:  4/18/2010 22:03<br>Printed by:  Victoria Duff, RN | Age  21<br>Attending:  UZOCHUKWU CHIZOBA |

## LD– Recovery Flow Record

| | 04/18/10 | | | |
|---|---|---|---|---|
| | 05:55 | 06:18 | 06:47 | |
| Stage of Pregnancy | | Labor | | |
| Vital Signs | | | | |
| NBP Sys/Dia/Mean | 105/81/91 | 124/79/90 | 113/78/91 | (mmHg) |
| HR | 102 | 90 | 90 | |
| Respirations | | 18 | | |
| Recorded by: | | 101767 | | |

| | 04/18/10 | | | |
|---|---|---|---|---|
| | 07:17 | 07:41 | 07:47 | |
| Vital Signs | | | | |
| NBP Sys/Dia/Mean | 128/85/105 | 106/84/89 | 137/82/92 | (mmHg) |
| HR | 87 | 86 | 93 | |
| Recorded by: | | | | |

| | 04/18/10 | | | |
|---|---|---|---|---|
| | 08:17 | 08:48 | 11:19 | |
| Vital Signs | | | | |
| NBP Sys/Dia/Mean | 112/75/88 | 129/87/102 | 123/76/90 | (mmHg) |
| HR | 97 | 104 | 97 | |
| Recorded by: | | | | |

| | 04/18/10 | | | |
|---|---|---|---|---|
| | 11:48 | 12:19 | 12:49 | |
| Vital Signs | | | | |
| NBP Sys/Dia/Mean | 110/62/76 | 113/70/86 | 119/70/84 | (mmHg) |
| HR | 83 | 90 | 83 | |
| Recorded by: | | | | |

| | 04/18/10 | | | |
|---|---|---|---|---|
| | 13:19 | 13:49 | 14:19 | |
| Vital Signs | | | | |
| NBP Sys/Dia/Mean | 132/86/105 | 145/80/99 | 147/73/100 | (mmHg) |
| HR | 92 | 81 | 86 | |
| Recorded by: | | | | |

| | 04/18/10 | | | |
|---|---|---|---|---|
| | 14:49 | 15:00 | 15:04 | |
| Vital Signs | | | | |
| NBP Sys/Dia/Mean | 142/81/102 | 152/93/110 | 127/69/89 | (mmHg) |
| HR | 84 | 90 | 90 | |
| Recorded by: | | | | |

| | 04/18/10 | | | |
|---|---|---|---|---|
| | 15:09 | 15:14 | 15:19 | |
| Vital Signs | | | | |
| NBP Sys/Dia/Mean | 149/73/109 | 112/78/96 | 141/92/128 | (mmHg) |
| HR | 105 | 96 | 80 | |
| Recorded by: | | | | |

EXHIBIT 1

| **Mary Washington Healthcare** | XXXFAIN, TIARRA LASHAE |
|---|---|
| 1001 Sam Perry Blvd<br>Fredericksburg, VA 22401 | MR#: 832666         Room Number<br>Patient ID:              3067-M |
| Print Date & Time:  4/18/2010 22:03<br>Printed by:  Victoria Duff, RN | DOB :<br>Attending:  UZOCHUKWU CHIZOBA    Age  21 |

## LD- Recovery Flow Record

| | 04/18/10 | | | |
|---|---|---|---|---|
| | 15:24 | 15:30 | 15:31 | |
| **Vital Signs** | | | | (mmHg) |
| NBP Sys/Dia/Mean | 108/72/82 | 114/63/81 | // | |
| HR | 85 | 80 | 81 | |
| SaO2 | | | 99 | (%) |
| Recorded by: | | | | |

| | | 04/18/10 | | | |
|---|---|---|---|---|---|
| | 15:36 | 15:41 | 15:45 | |
| **Vital Signs** | | | | (mmHg) |
| NBP Sys/Dia/Mean | // | // | 96/66/73 | |
| HR | 83 | 84 | 97 | |
| Respirations | | | 6 | |
| SaO2 | 98 | 97 | | (%) |
| Temperature | | | 97.8 | (F) |
| Temp (Celcius) | | | 36.6 | |
| Medications | | | | |
| Pain Level after Intervention | | | None | |
| Recorded by: | | | 109052 | |

| | | 04/18/10 | | |
|---|---|---|---|---|
| | 15:46 | 16:00 | 16:10 | |
| **Vital Signs** | | | | (mmHg) |
| NBP Sys/Dia/Mean | // | 109/75/86 | // | |
| HR | 90 | 75 | | |
| SaO2 | 97 | | | (%) |
| Medications | | | | |
| Pain Level after Intervention | | None | | |
| Recorded by: | | 109052 | | |

| | | 04/18/10 | | |
|---|---|---|---|---|
| | 16:15 | 16:40 | 16:45 | |
| **Vital Signs** | | | | (mmHg) |
| NBP Sys/Dia/Mean | 111/70/87 | // | 107/68/87 | |
| HR | 75 | | 74 | |
| Medications | | | | |
| Pain Level after Intervention | | None | | |
| Recorded by: | | 109052 | | |

| | | 04/18/10 | | |
|---|---|---|---|---|
| | 17:15 | 17:45 | 17:49 | |
| **Vital Signs** | | | | (mmHg) |
| NBP Sys/Dia/Mean | 119/78/91 | 113/69/82 | // | |
| HR | 73 | 78 | | |
| Medications | | | None | |
| Pain Level after Intervention | None | | 109052 | |
| | 109052 | | | |
| Recorded by: | | | | |

| | | 04/18/10 | | |
|---|---|---|---|---|
| | 18:10 | 18:15 | 18:45 | |
| **Vital Signs** | | | | |

**EXHIBIT 1**

**Mary Washington Healthcare**

1001 Sam Perry Blvd
Fredericksburg, VA 22401

Print Date & Time:  4/18/2010 22:03
Printed by:  Victoria Duff, RN

XXXFAIN, TIARRA LASHAE

MR#:  832666
Patient ID:
DOB :
Attending:  UZOCHUKWU CHIZOBA

Room Number
3067-M

Age   21

## LD- Recovery Flow Record

| | 04/18/10 | | | |
|---|---|---|---|---|
| | 18:10 | 18:15 | 18:45 | (mmHg) |
| NBP Sys/Dia/Mean | // | 127/91/108 | 22/67/88 | |
| HR | | 92 | 12 | |
| Medications | | | | |
| Pain Level after Intervention | None | | | |
| Recorded by: | 109052 | | | |

| | 04/18/10 | | |
|---|---|---|---|
| | 19:15 | 20:16 | 20:30 |
| Stage of Pregnancy | | Recovery | Recovery |
| Vital Signs | | | |
| NBP Sys/Dia/Mean | 131/70/103 | 142/75/106 | // | (mmHg) |
| HR | 86 | 107 | |
| Respirations | | 18 | 18 |
| Temperature | | 99.3 | 99.2 | (F) |
| Temp (Celcius) | | 37.4 | 37.3 |
| Temp Route | | Oral | Oral |
| Assessment | | | |
| Fundal Tone | | Firm | Firm |
| Fundal Level | | 1 Finger breadth below umbilicus | 1 Finger breadth below umbilicus |
| Fundal Placement | | Midline | Midline |
| Lochia Amount | | Small | Small |
| Lochia Color | | Rubra | Rubra |
| Lochia Odor | | None | None |
| Bladder | | Nondistended | Nondistended |
| Perineum | | Red; Edematous | Red; Edematous |
| Episiotomy/Laceration | | Approximated | Approximated |
| Leg Sensation | | Partial Sensation | Partial Sensation |
| Homan's Sign Left Leg | | Negative | Negative |
| Homan's Sign Right Leg | | Negative | Negative |
| Capillary Refill | | Less than 3 seconds | Less than 3 seconds |
| Skin Temperature | | Warm | Warm |
| Skin Moisture | | Dry | Dry |
| Cardiac Rhythm | | Regular | Regular |
| Breath Sounds, Left | | Clear and Equal | Clear and Equal |
| Breath Sounds, Right | | Clear and Equal | Clear and Equal |
| Response to Infant | | Maximum Interaction | Maximum Interaction |
| IV Assessment | | | |
| IV 1 Location | | L_Hand | L_Hand |
| IV 1 Site Status | | No Abnormalities Noted | No Abnormalities Noted |
| Danner Score | | | |
| Activity | | Able to move 2 extremities | Able to move 2 extremities |

EXHIBIT 1

**Mary Washington Healthcare**

1001 Sam Perry Blvd
Fredericksburg, VA 22401

Print Date & Time: 4/18/2010 22:03
Printed by: Victoria Duff, RN

XXXFAIN, TIARRA LASHAE

MR#: 832666
Patient ID: _____1          Room Number
DOB: _____                  3067-M
Attending: UZOCHUKWU CHIZOBA   Age  21

## LD- Recovery Flow Record

| | | 04/18/10 | |
| --- | --- | --- | --- |
| | 19:15 | 20:16 | 20:30 |
| Respiration | | Able to deep treathe/cough freely | Able to deep breathe/cough freely |
| Circulation | | B/P +/- 20 pct of preanesthetic level | B/P +/- 20 pct of preanesthetic level |
| Consciousness | | Easily Aroused, Oriented | Easily Aroused, Oriented |
| Color | | Pink or natural pigmentation | Pink or natural pigmentation |
| Danner Score Total | | 9 | 9 |
| Pain Record | | | |
| Location | | none | none |
| Interventions | | | |
| Airway | | Self | Self |
| Education | | | |
| Breastfed Baby After Del | | Yes | Yes |
| Safety | | | |
| Alarm Parameters Checked | | Yes | Yes |
| Side Rails Up | | Up Times 2 | Up Times 2 |
| Nurse at Becside | | Yes | Yes |
| Call Light in Reach | | Yes | Yes |
| Recorded by: | | 109052 | 109052 |

| | | 04/18/10 | |
| --- | --- | --- | --- |
| | 20:45 | 20:58 | 21:14 |
| Stage of Pregnancy | Recovery | Recovery | Recovery |
| Vital Signs | | | | (mmHg) |
| NBP Sys/Dia/Mean | 126/80/104 | 129/71/102 | 137/71/91 |
| HR | 109 | 105 | 116 |
| Respirations | 18 | | 16 |
| Temperature | 99.2 | | 99.2 | (F) |
| Temp (Celcius) | 37.3 | | 37.3 |
| Temp Route | Oral | | Oral |
| Assessment | | | |
| Fundal Tone | Firm | | Firm |
| Fundal Level | 1 Finger breadth below umbilicus | | 1 Finger breadth below umbilicus |
| Fundal Placement | Midline | | Midline |
| Lochia Amount | Small | | Small |
| Lochia Color | Rubra | | Rubra |
| Lochia Odor | None | | None |
| Bladder | Nondistended | | Nondistended |
| Perineum | Red; Edematous | | Red; Edematous |
| Episiotomy/Laceration | Approximated | | Approximated |
| Leg Sensation | Partial Sensation | | Partial Sensation |
| Homan's Sign Left Leg | Negative | | Negative |
| Homan's Sign Right Leg | Negative | | Negative |

LD- Recovery Flow Record                                    Page 4
Print Requested by: Victoria Duff, RN

EXHIBIT 1

**Mary Washington Healthcare**

1001 Sam Perry Blvd
Fredericksburg, VA 22401

Print Date & Time: 4/18/2010 22:03
Printed by: Victoria Duff, RN

XXXFAIN, TIARRA LASHAE

MR#: 832666
Patient ID: 1          1          Room Number
3067-M
DOB:
A:tending: UZOCHUKWU CHIZOBA          Age   21

## LD- Recovery Flow Record

| | 20:45 04/18/10 20:58 | 21:14 | |
|---|---|---|---|---|
| Capillary Refill | Less than 3 seconds | | Less than 3 seconds | |
| Skin Temperature | Warm | | Warm | |
| Skin Moisture | Dry | | Dry | |
| Cardiac Rhythm | Regular | | Regular | |
| Breath Sounds, Left | Clear and Equal | | Clear and Equal | |
| Breath Sounds, Right | Clear and Equal | | Clear and Equal | |
| Response to Infant | Maximum Interaction | | Maximum Interaction | |
| IV Assessment | | | | |
| IV 1 Location | L_Hand | | L_Hand | |
| IV 1 Site Status | No Abnormalities Noted | | No Abnormalities Noted | |
| Danner Score | | | | |
| Activity | Able to move 2 extremities | | Able to move 2 extremities | |
| Respiration | Able to deep breathe/cough freely | | Able to deep breathe/cough freely | |
| Circulation | B/P +/- 20 pct of preanesthetic level | | B/P +/- 20 pct of preanesthetic level | |
| Consciousness | Easily Aroused, Oriented | | Easily Aroused, Oriented | |
| Color | Pink or natural pigmentation | | Pink or natural pigmentation | |
| Danner Score Total | 9 | | 9 | |
| Pain Record | | | | |
| Location | none | back | | |
| Level | | 5.0 | | |
| Medications | | | | |
| Medications in Recovery | | | percocet tab x1 | |
| Interventions | | | | |
| Airway | Self | | Self | |
| Education | | | | |
| Breastfed Baby After Del | Yes | | Yes | |
| Safety | | | | |
| Alarm Parameters Checked | Yes | | Yes | |
| Side Rails Up | Up Times 2 | | Up Times 2 | |
| Nurse at Bedside | Yes | | Yes | |
| Call Light In Reach | Yes | | Yes | |
| Recorded by: | 109052 | 109052 | 109052 | |

| | 21:28 04/18/10 21:43 | 22:02 | |
|---|---|---|---|---|
| Stage of Pregnancy | | Recovery | Recovery | |
| Vital Signs | | | | |
| NBP Sys/Dia/Mean | 121/71/100 | 119/61/78 | // | (mmHg) |
| HR | 110 | 118 | | |
| Respirations | | 18 | | |

| **Mary Washington Healthcare**<br>1001 Sam Perry Blvd<br>Fredericksburg, VA 22401<br><br>Print Date & Time:  4/18/2010 22:03<br>Printed by:  Victoria Duff, RN | XXXFAIN, TIARRA LASHAE<br>MR#: **832666**                    Room Number<br>Patient ID:                          3067-M<br>DOB:<br>Attending:  UZOCHUKWU CHIZOBA      Age  21 |
|---|---|

## LD- Recovery Flow Record

| | 04/18/10 | | | |
|---|---|---|---|---|
| | 21:28 | 21:43 | 22:02 | (F) |
| Temperature | | 99.0 | | |
| Temp (Celcius) | | 37.2 | | |
| Temp Route | | Oral | | |
| Assessment | | | | |
| Fundal Tone | | Firm | | |
| Fundal Level | | At umbilicus | | |
| Fundal Placement | | Midline | | |
| Lochia Amount | | Small | | |
| Lochia Color | | Rubra | | |
| Lochia Odor | | None | | |
| Bladder | | Nondistended | | |
| Perineum | | Red; Edematous | | |
| Episiotomy/Laceration | | Approximated | | |
| Leg Sensation | | Complete Sensation | | |
| Homan's Sign Left Leg | | Negative | | |
| Homan's Sign Right Leg | | Negative | | |
| Capillary Refill | | Less than 3 seconds | | |
| Skin Temperature | | Warm | | |
| Skin Moisture | | Dry | | |
| Cardiac Rhythm | | Regular | | |
| Breath Sounds, Left | | Clear and Equal | | |
| Breath Sounds, Right | | Clear and Equal | | |
| Recovery Comments | | cob to br<br>unable to void | | |
| IV Assessment | | | | |
| IV 1 Location | | L_Hand<br>Annotation:<br>crna | | |
| IV 1 Site Status | | No Abnormalities Noted | | |
| Danner Score | | | | |
| Activity | | Able to move 3 or 4 extremities | | |
| Respiration | | Able to deep breathe/cough freely | | |
| Circulation | | B/P +/- 20 pct of preanesthetic level | | |
| Consciousness | | Easily Aroused, Oriented | | |
| Color | | Pink or natural pigmentation | | |
| Danner Score Total | | 10 | | |
| Pain Record | | | | |
| Location | | perineum | | |
| Level | | 2.0 | | |

LD- Recovery Flow Record                                                                Page 6

EXHIBIT 1

**Mary Washington Healthcare**

1001 Sam Perry Blvd
Fredericksburg, VA 22401

Print Date & Time: 4/18/2010 22:03
Printed by: Victoria Duff, RN

XXXFAIN, TIARRA LASHAE

MR#: 832666          Room Number
Patient ID:                3067-M
DOB:
Attending: UZOCHUKWU CHIZOBA    Age   21

## LD- Recovery Flow Record

| | | 04/18/10 | |
| | 21:28 | 21:43 | 22:02 |
|---|---|---|---|
| Intervention | | Medication Annotation: dermaplast spray, ice pack | |
| Medications | | | |
| Pain Level after Intervention | | 1-4 Mild | |
| Interventions | | | |
| Airway | | Self | |
| Education | | | |
| Teaching/Education | | peri care, s/s hemorrhage, pain management, breastfeeding, involution, fundal massage | |
| Safety | | | |
| Alarm Parameters Checked | | Yes | |
| Side Rails Up | | Up Times 2 | |
| Nurse at Bedside | | Yes | |
| Call Light in Reach | | Yes | |
| Discharge | | | |
| Discharge Date/Time | | | 04/18/10 22:02 EDT |
| Post Partum Room # | | | 3109 |
| Report Give To: | | | Jenna |
| Recorded by: | | 109052 | 109052 |

EXHIBIT 1

| *Mary Washington Healthcare* | XXXFAIN, TIARRA LASHAE |
|---|---|
| 1001 Sam Perry Blvd<br>Fredericksburg, VA 22401 | MR#: **832666**<br>Patient ID: ▓▓▓▓ |
| Print Date & Time:  4/18/2010 22:03<br>Printed by:  Victoria Duff, RN | DOB : ▓▓▓▓▓▓▓<br>Attending:  UZOCHUKWU CHIZOBA |

Room Number 3067-M — Age 21

## *LD-Mar*

| | 09:47 | 13:31 | 14:24 | 21:14 | | |
|---|---|---|---|---|---|---|
| Pain Meds in labor | Tylenol mg @ 1000 | Fentanyl IV mcg @ 100 | | | | |
| Medications in Recovery | | | | percocet tab x1 | | |
| Medication Comments | | | pitocin decreased to relieve discomfort during epidural insertion | | | |
| Record ID | 110379 | 109052 | 109052 | 109052 | | |

04/18/10

*LD-Mar*
Print Requested by: Victoria Duff, RN

EXHIBIT 1

| **Mary Washington Healthcare** | **XXXFAIN, TIARRA LASHAE** |
|---|---|
| 1001 Sam Perry Blvd | MR#: 832666 |
| Fredericksburg, VA 22401 | Patient ID: ▨▨▨▨01          Room Number |
| Print Date & Time:  4/20/2010 14:35 | DOB : ▨▨▨▨▨                         3109-M |
| Printed by:   Janice Childs, RN | Attending:  UZOCHUKWU CHIZOBA      Age   21 |

## Lactation

| | 01/16/10 | | 04/18/10 | | |
|---|---|---|---|---|---|
| | 13:44 | 20:16 | 20:30 | 20:45 | 21:14 |
| **History** | | | | | |
| Gravida | 4 | | | | |
| Para | 1 | | | | |
| Living | 1 | | | | |
| Delivery Doctor | Chizoba Uzochukwu , DO | | | | |
| Pediatrician | on call | | | | |
| Delivery Date and Time | 04/18/10 19:47 EDT | | | | |
| Infant Sex | Male | | | | |
| 5 Minute Apgar | 9 | | | | |
| Anesthesia during Labor | Epidural | | | | |
| ROM | 04/18/10 13:18 EDT | | | | |
| Gestational Age | 39.4 | | | | |
| Method of Delivery | Vaginal | | | | |
| Infant Birthweight | 4337 | | | | |
| (lbs) | 9 | | | | |
| (oz) | 9 | | | | |
| GBS | Negative | | | | |
| **Breastfeeding Details** | | | | | |
| Breastfed at Delivery | | Yes | Yes | Yes | Yes |
| Record ID | 110379; 109052; 101767 | 109052 | 109052 | 109052 | 109052 |

| | 04/19/10 | | 04/20/10 | | |
|---|---|---|---|---|---|
| | 09:58 | 10:31 | 09:04 | | |
| **History** | | | | | |
| **Breast Details** | | | | | |
| Breast Assessment | Not Assessed | | | | |
| Breast Surgery History | None | | | | |
| **Breastfeeding Details** | | | | | |
| Past Breastfeeding Experience | Yes | | | | |
| Length of Past Breastfeeding Exp | 8 months | | | | |
| Breastfeeding Goals | Up to 12 Months | | | | |
| Breastfed at Delivery | Yes | | | | |

EXHIBIT 1

| **Mary Washington Healthcare**<br>1001 Sam Perry Blvd<br>Fredericksburg, VA 22401<br>Print Date & Time:   4/20/2010 14:35<br>Printed by:   Janice Childs, RN | **XXXFAIN, TIARRA LASHAE**<br>MR#: **832666**                    Room Number<br>Patient ID:                              3109-M<br>DOB<br>Attending:   UZOCHUKWU CHIZOBA     Age   21 |
|---|---|

## Lactation

| | 04/19/10<br>09:58 | 04/20/10<br>10:31 | 04/20/10<br>09:04 | | |
|---|---|---|---|---|---|
| Breastfeeding Comments | Case manager states that pt will return to incarceration until May 3rd. She is unsure if patient will be allowed to have access to an electric pump or if she will be allowed to use a hand/manual pump. She has a call into the case manager at the facility to find out. Spoke with patient's Obstetrician and he has written a prescription for the pump if it is allowed at the facility. Reviewed manual expression with patient but she states she has already been doing it before the baby was born. | Case manager states that patient will be allowed to pump in facility. Gave hand pump with pumping instructions. Pt verbalized an understanding. | Pt denies any questions or concerns at this time. She has not used pump yet to check fit. Instructed patient to try pump to make sure flanges are appropriate size/fit and to call me to let me know if she needs larger flanges. Pt being discharged today at noon. Pt has number to call. | | |
| Record ID | 104268 | 104268 | 104268 | | |

Lactation                                                                                                       Page 2   (EOD)
Print Requested by: Janice Childs, RN

EXHIBIT 1

| **Mary Washington Healthcare** | **XXXFAIN, TIARRA LASHAE** | |
|---|---|---|
| 1001 Sam Perry Blvd | MR#: B32666 | Room Number |
| Fredericksburg, VA 22401 | Patient ID: | 3109-M |
| Print Date & Time:  4/20/2010 14:34 | DOB: | Age  21 |
| Printed by:  Janice Childs, RN | Attending:  UZOCHUKWU CHIZOBA | |

## PP Flowsheet Assessment

| | 01/16/10 | | |
|---|---|---|---|
| | 13:42 | 13:44 | 14:23 |
| **VITAL SIGNS** | | | |
| NBP Sys/Dia/Mea | | 117 | |
| | | 67 | |
| | | 78 | |
| HR | | 94 | |
| Temp Route | Oral | | |
| **NEUROLOGIC** | | | |
| Extremity Movement | Full Range of Motion | | |
| **CARDIOVASCULAR** | | | |
| Capillary Refill | Less than 3 seconds | | |
| **IV ASSESSMENT** | | | |
| **PULMONARY** | | | |
| Breath Sounds, Left | Clear and Equal | | |
| Breath Sounds, Rt. | Clear and Equal | | |
| Cough Productivity | None | | |
| **BREASTS** | | | |
| Feeding Preference | | Both | |
| **FALL ASSESSMENT** | | | |
| Fall History | (0) No | | (0) No |
| Secondary Diagnosis | (0) No | | (0) No |
| Equipment Assessment | (20) Has SCD's, IV, Monitoring Equipment, Catheter | | (20) Has SCD's, IV, Monitoring Equipment, Catheter |
| Fall Gait Assessment | (0) normal/bed rest/immobile | | (0) normal/bed rest/immobile |
| Ambulatory Aid Assessment | (0) none/bedrest/wheelchair/nurse assist | | (0) none/bedrest/wheelchair/nurse assist |
| Fall Mental Status Assess | (0) oriented to own ability | | (0) oriented to own ability |
| Elimination Assessment | (0) Within Normal Limits | | (0) Within Normal Limits |
| Fall Age Assessment | (0) Age 6 - 65 | | (0) Age 6 - 65 |
| Fall Detox Protocol | (0) No | | (0) No |
| Fall Vision Assessment | (0) Adequate (with or without glasses) | | (0) Adequate (with or without glasses) |

EXHIBIT 1

**Mary Washington Healthcare**
1001 Sam Perry Blvd
Fredericksburg, VA 22401

Print Date & Time:   4/20/2010 14:34
Printed by:   Janice Childs, RN

XXXFAIN, TIARRA LASHAE
MR#: 832666                    Rcom Number
Patient ID:                    3109-M
DOB:
Attending:  UZOCHUKWU CHIZOBA    Age   21

## PP Flowsheet Assessment

| | 01/16/10 | | |
|---|---|---|---|
| | 13:42 | 13:44 | 14:23 |
| Fall Medications Assessment | (10) Any that affect VS, LOC or cause diuresis | | (10) Any that affect VS, LOC or cause diuresis |
| Fall Score Computed | 30 | | 30 |
| | 30 | | 30 |
| Medication Charting for | | | |
| Record ID | 110379 | 101767 | 109400 |

| | 01/16/10 | | |
|---|---|---|---|
| | 14:31 | 14:51 | 15:11 |
| VITAL SIGNS | | | |
| NBP Sys/Dia/Mea | 109 | 116 | 110 |
| | 66 | 71 | 74 |
| | 78 | 88 | 88 |
| HR | 85 | 88 | 87 |
| IV ASSESSMENT | | | |
| Medication Charting for | | | |
| Record ID | | | |

| | 01/16/10 | | 03/11/10 |
|---|---|---|---|
| | 15:32 | 15:52 | 10:34 |
| VITAL SIGNS | | | |
| NBP Sys/Dia/Mea | 109 | 97 | |
| | 61 | 59 | |
| | 75 | 74 | |
| HR | 86 | 85 | |
| IV ASSESSMENT | | | |
| FALL ASSESSMENT | | | |
| Fall History | | | (0) No |
| Secondary Diagnosis | | | (0) No |
| Equipment Assessment | | | (20) Has SCD's, IV, Monitoring Equipment, Catheter |
| Fall Gait Assessment | | | (0) normal/bed rest/immobile |
| Ambulatory Aid Assessment | | | (0) none/bedrast/wheelchair/nurse assist |
| Fall Mental Status Assess | | | (0) oriented to own ability |
| Elimination Assessment | | | (0) Within Normal Limits |

EXHIBIT 1

| *Mary Washington Healthcare* | XXXFAIN, TIARRA LASHAE | |
|---|---|---|
| 1001 Sam Perry Blvd<br>Fredericksburg, VA 22401 | MR#: 832666 | Room Number<br>3109-M |
| | Patient ID: ▓▓▓▓▓ | |
| Print Date & Time:  4/20/2010 14:34 | DOB: ▓▓▓▓▓ | Age   21 |
| Printed by:  Janice Childs, RN | Attending:  UZOCHUKWU CHIZOBA | |

## *PP Flowsheet Assessment*

| | 01/16/10 | | 03/11/10 |
|---|---|---|---|
| | 15:32 | 15:52 | 10:34 |
| Fall Age Assessment | | | (0) Age 6 - 65 |
| Fall Detox Protocol | | | (0) No |
| Fall Vision Assessment | | | (0) Adequate (with or without glasses) |
| Fall Medications Assessment | | | (10) Any that affect VS, LOC or cause diuresis |
| Fall Score Computed | | | 30<br>30 |
| Medication Charting for | | | |
| Record ID | | | 106306 |

| | 03/11/10 | | |
|---|---|---|---|
| | 10:35 | 10:42 | 14:01 |
| Stage of Pregnancy | OB Triage | OB Triage | OB Triage |
| VITAL SIGNS | | | |
| Respirations | 16 | | |
| NEUROLOGIC | | | |
| Level of Consciousness | | Awake, Alert, Oriented x 3 | |
| Extremity Movement | | Full Range of Motion | |
| CARDIOVASCULAR | | | |
| Capilary Refill | | Less than 3 seconds | |
| IV ASSESSMENT | | | |
| PULMONARY | | | |
| Breath Sounds, Left | | Clear and Equal | |
| Breath Sounds, Rt. | | Clear and Equal | |
| Cough Productivity | | None | |
| Medication Charting for | | | |
| Record ID | 106306 | 106306 | 103573 |

EXHIBIT 1

| *Mary Washington Healthcare*<br>1001 Sam Perry Blvd<br>Fredericksburg, VA 22401<br>Print Date & Time: 4/20/2010 14:34<br>Printed by:  Janice Childs, RN | XXXFAIN, TIARRA LASHAE<br>MR#: 832666           Room Number<br>Patient ID: ~~██████████~~      3109-M<br>DOB : ~~████████~~<br>Attending:  UZOCHUKWU CHIZOBA   Age   21 |
|---|---|

## PP Flowsheet Assessment

|  | 03/11/10 | 04/18/10 |  |
|---|---|---|---|
|  | 14:02 | 05:54 | 05:55 |
| Stage of Pregnancy | D/c to home /jail with labor precautions. Patient verbalizes understanding of d/c instructions and POC. D/c accompanied by guard. |  |  |
| VITAL SIGNS |  |  |  |
| NBP Sys/Dia/Mea |  |  | 105 |
|  |  |  | 81 |
|  |  |  | 91 |
| HR |  |  | 102 |
| Respirations |  | 18 |  |
| Temperature (F) |  | 97.9 |  |
| IV ASSESSMENT |  |  |  |
| Medication Charting for |  |  |  |
| Record ID | 103573 | 111865 |  |

|  |  | 04/18/10 |  |
|---|---|---|---|
|  | 06:18 | 06:47 | 07:17 |
| Stage of Pregnancy | Labor |  |  |
| Hourly Rounding |  |  |  |
| Hourly Rounding Complete | Yes |  |  |
| VITAL SIGNS |  |  |  |
| NBP Sys/Dia/Mea | 124 | 113 | 128 |
|  | 79 | 78 | 85 |
|  | 90 | 91 | 105 |
| HR | 90 | 90 | 87 |
| Respirations | 18 |  |  |
| NEUROLOGIC |  |  |  |
| Level of Consciousness | Awake, Alert, Oriented x 3 |  |  |
| Extremity. Movement | Full Range of Motion |  |  |
| CARDIOVASCULAR |  |  |  |
| Capillary Refill | Less than 3 seconds |  |  |
| IV ASSESSMENT |  |  |  |
| IV Site #1 |  |  |  |

| *Mary Washington Healthcare* | XXXFAIN, TIARRA LASHAE | |
|---|---|---|
| 1001 Sam Perry Blvd<br>Fredericksburg, VA 22401 | MR#: 832666<br>Patient ID: | Room Number<br>3109-M |
| Print Date & Time:   4/20/2010 14:34<br>Printed by:   Janice Childs, RN | DOB<br>Attending:  UZOCHUKWU CHIZOBA | Age   21 |

## PP Flowsheet Assessment

| | 04/18/10 | | |
|---|---|---|---|
| | 06:18 | 06:47 | 07:17 |
| IV Procedures | IV Started;<br>New IV bag<br>hung @; IV<br>Solution @;<br>18 Gauge<br>IV Start. | | |
| PULMONARY | | | |
| Breath Sounds, Left | Clear and<br>Equal | | |
| Breath Sounds, Rt. | Clear and<br>Equal | | |
| Cough Productivity | None | | |
| Medication Charting for | | | |
| Record ID | 101767 | | |

| | 04/18/10 | | |
|---|---|---|---|
| | 07:40 | 07:41 | 07:42 |
| Hourly Rounding | | | |
| Hourly Rounding Complete | Yes | | |
| VITAL SIGNS | | | |
| NBP Sys/Dia/Mea | | 106 | |
| | | 84 | |
| | | 89 | |
| | | 86 | |
| HR | | | |
| Respirations | 18 | | |
| Temperature (F) | 97.3 | | |
| NEUROLOGIC | | | |
| Level of Consciousness | Awake,<br>Alert,<br>Oriented x<br>3 | | |
| Extremity Movement | Full Range<br>of Motion | | |
| CARDIOVASCULAR | | | |
| Capillary Refill | Less than 3<br>seconds | | |
| IV ASSESSMENT | | | |
| IV Site #1. | | | |
| IV Procedures | | | IV Infusing<br>per order |
| PULMONARY | | | |
| Breath Sounds, Left | Clear and<br>Equal | | |
| Breath Sounds, Rt. | Clear and<br>Equal | | |
| Cough Productivity | None | | |
| Medication Charting for | | | |
| Record ID | 110379 | | 110379 |

| | 04/18/10 | | |
|---|---|---|---|
| | 07:47 | 08:47 | 08:36 |
| Hourly Rounding | | | |
| Hourly Rounding Complete | | | Yes |

EXHIBIT 1

| **Mary Washington Healthcare** | **XXXFAIN, TIARRA LASHAE** | |
|---|---|---|
| 1001 Sam Perry Blvd | MR#: 832666 | Room Number |
| Fredericksburg, VA 22401 | Patient.ID: | 3109-M |
| Print Date & Time: 4/20/2010 14:34 | DOB : | Age  21 |
| Printed by: Janice Childs, RN | Attending:  UZOCHUKWU CHIZOBA | |

## PP Flowsheet Assessment

| | 04/18/10 | | |
|---|---|---|---|
| | 07:47 | 08:17 | 08:36 |
| VITAL SIGNS | | | |
| NBP Sys/Dia/Mea | 137 | 112 | |
| | 82 | 75 | |
| | 92 | 88 | |
| HR | 93 | 97 | |
| IV ASSESSMENT | | | |
| IV Site #1 | | | |
| IV Procedures | | | IV Infusing per order |
| Medication Charting for | | | |
| Record ID | | | 110379 |

| | 04/18/10 | | |
|---|---|---|---|
| | 08:48 | 09:00 | 09:03 |
| Hourly Rounding | | | |
| Hourly Rounding Complete | | Yes | |
| VITAL SIGNS | | | |
| NBP Sys/Dia/Mea | 129 | | |
| | 87 | | |
| | 102 | | |
| HR | 104 | | |
| IV ASSESSMENT | | | |
| IV Site #1 | | | |
| IV Procedures | | | IV Infusing per order |
| Medication Charting for | | | |
| Record ID | | 110379 | 110379 |

| | 04/18/10 | | |
|---|---|---|---|
| | 09:37 | 09:47 | 10:05 |
| IV ASSESSMENT | | | |
| IV Site #1 | | | |
| IV Procedures | | IV Infusing per order | IV Infusing per order |
| Medication Charting for | | | |
| PP Patients Located on AP | | | |
| Analgesics | | Tylenol mg @ 1000 | |
| Record ID | 110379 | 110379 | 110379 |

| | 04/18/10 | | |
|---|---|---|---|
| | 10:06 | 10:37 | 11:06 |
| Hourly Rounding | | | |
| Hourly Rounding Complete | Yes | Yes | Yes |
| Hourly Rounding Comments | pt sleeping | pt sleeping | |
| IV ASSESSMENT | | | |
| IV Site #1 | | | |
| IV Procedures | | IV Infusing per order | IV Infusing per order |
| Medication Charting for | | | |
| Record ID | 110379 | 110379 | 110379 |

**Mary Washington Healthcare**
1001 Sam Perry Blvd
Fredericksburg, VA 22401

Print Date & Time:  4/20/2010 14:34
Printed by:  Janice Childs, RN

XXXFAIN, TIARRA LASHAE
MR#:  832666
Patient ID: 2_____1
DOB:
Attending:  UZOCHUKWU CHIZOBA

Room Number
3109-M

Age  21

## PP Flowsheet Assessment

| | 04/18/10 | | |
|---|---|---|---|
| | 11:19 | 11:21 | 11:48 |
| VITAL SIGNS | | | |
| NBP Sys/Dia/Mea | 123 | | 110 |
| | 76 | | 62 |
| | 90 | | 76 |
| HR | 97 | | 83 |
| IV ASSESSMENT | | | |
| IV Site #1 | | | |
| IV Procedures | | IV infusing per order | |
| Medication Charting for | | | |
| Record ID | | 109052 | |

| | 04/18/10 | | |
|---|---|---|---|
| | 12:19 | 12:49 | 13:10 |
| Hourly Rounding | | | |
| Hourly Rounding Complete | | | Yes |
| VITAL SIGNS | | | |
| NBP Sys/Dia/Mea | 113 | 119 | |
| | 70 | 70 | |
| | 86 | 84 | |
| HR | 90 | 83 | |
| IV ASSESSMENT | | | |
| Medication Charting for | | | |
| Record ID | | | 109052 |

| | 04/18/10 | | |
|---|---|---|---|
| | 13:19 | 13:31 | 13:49 |
| Hourly Rounding | | | |
| Hourly Rounding Complete | | Yes | |
| VITAL SIGNS | | | |
| NBP Sys/Dia/Mea | 132 | | 145 |
| | 86 | | 80 |
| | 105 | | 99 |
| HR | 92 | | 81 |
| IV ASSESSMENT | | | |
| Medication Charting for | | | |
| PP Patients Located on AP | | | |
| Analgesics | | Fentaryl IV mcg @ 100 | |
| Record ID | | 109052 | |

| | 04/18/10 | | |
|---|---|---|---|
| | 14:19 | 14:20 | 14:24 |
| Hourly Rounding | | | |
| Hourly Rounding Complete | | Yes | |
| VITAL SIGNS | | | |
| NBP Sys/Dia/Mea | 147 | | |
| | 73 | | |
| | 100 | | |
| HR | 86 | | |

EXHIBIT 1

| **Mary Washington Healthcare**<br>1001 Sam Perry Blvd<br>Fredericksburg, VA 22401<br><br>Print Date & Time:  4/20/2010 14:34<br>Printed by:  Janice Childs, RN | **XXXFAIN, TIARRA LASHAE**<br>MR#:  **832666**<br>Patient ID: ███████<br>DOB: ███████<br>Attending:  UZOCHUKWU CHIZOBA | Room Number<br>3109-M<br><br>Age   21 |
|---|---|---|

## PP Flowsheet Assessment

| | 04/18/10 | | |
|---|---|---|---|
| | 14:19 | 14:20 | 14:24 |
| IV ASSESSMENT | | | |
| IV Site #1 | | | |
|   IV Procedures | | IV bolus started | |
| Medication Charting for | | | |
| PP Patients Located on AP | | | |
|   Medication Comments | | | pitocin decreased to relieve discomfort during epidural insertion |
| Record ID | | 109052 | 109052 |

| | 04/18/10 | | |
|---|---|---|---|
| | 14:49 | 15:00 | 15:04 |
| VITAL SIGNS | | | |
|   NBP Sys/Dia/Mea | 142 | 152 | 127 |
| | 81 | 93 | 69 |
| | 102 | 110 | 89 |
|   HR | 84 | 90 | 90 |
| IV ASSESSMENT | | | |
| Medication Charting for | | | |
| Record ID | | | |

| | 04/18/10 | | |
|---|---|---|---|
| | 15:09 | 15:14 | 15:19 |
| VITAL SIGNS | | | |
|   NBP Sys/Dia/Mea | 149 | 112 | 141 |
| | 73 | 78 | 92 |
| | 109 | 96 | 128 |
|   HR | 105 | 96 | 80 |
| IV ASSESSMENT | | | |
| Medication Charting for | | | |
| Record ID | | | |

| | 04/18/10 | | |
|---|---|---|---|
| | 15:24 | 15:30 | 15:31 |
| VITAL SIGNS | | | |
|   NBP Sys/Dia/Mea | 108 | 114 | |
| | 72 | 63 | |
| | 82 | 81 | |
|   HR | 86 | 80 | 81 |
|   SaO2 (%) | | | 99 |
| IV ASSESSMENT | | | |
| Medication Charting for | | | |
| Record ID | | | |

EXHIBIT 1

| **Mary Washington Healthcare** | **XXXFAIN, TIARRA LASHAE** | |
|---|---|---|
| 1001 Sam Perry Blvd<br>Fredericksburg, VA 22401 | MR#: **832666**<br>Patient ID: | Room Number<br>**3109-M** |
| Print Date & Time: 4/20/2010 14:34<br>Printed by: Janice Childs, RN | DOB:<br>Attending: UZOCHUKWU CHIZOBA | Age 21 |

## PP Flowsheet Assessment

| | 04/18/10 | | |
|---|---|---|---|
| | 15:36 | 15:41 | 15:45 |
| **VITAL SIGNS** | | | |
| NBP Sys/Dia/Mea | | | 96 |
| | | | 66 |
| | | | 73 |
| HR | 83 | 84 | 97 |
| SaO2 (%) | 98 | 97 | |
| Respirations | | | 16 |
| Temperature (F) | | | 97.8 |
| **IV ASSESSMENT** | | | |
| Medication Charting for | | | |
| Record ID | | | 109052 |

| | 04/18/10 | | |
|---|---|---|---|
| | 15:46 | 16:00 | 16:15 |
| **VITAL SIGNS** | | | |
| NBP Sys/Dia/Mea | | 109 | 111 |
| | | 75 | 70 |
| | | 86 | 87 |
| HR | 90 | 75 | 75 |
| SaO2 (%) | 97 | | |
| **IV ASSESSMENT** | | | |
| Medication Charting for | | | |
| Record ID | | | |

| | 04/18/10 | | |
|---|---|---|---|
| | 16:45 | 16:47 | 17:15 |
| **VITAL SIGNS** | | | |
| NBP Sys/Dia/Mea | 107 | | 119 |
| | 68 | | 78 |
| | 87 | | 91 |
| HR | 74 | | 73 |
| **IV ASSESSMENT** | | | |
| IV Site #1 | | | |
| IV Procedures | | IV bolus<br>started | |
| Medication Charting for | | | |
| Record ID | | 109052 | |

| | 04/18/10 | | |
|---|---|---|---|
| | 17:42 | 17:45 | 18:15 |
| **VITAL SIGNS** | | | |
| NBP Sys/Dia/Mea | | 113 | 127 |
| | | 69 | 91 |
| | | 82 | 108 |
| HR | | 78 | 92 |
| **IV ASSESSMENT** | | | |
| IV Site #1 | | | |
| IV Procedures | New IV bag<br>hung @<br>1000 LR | | |

EXHIBIT 1

| *Mary Washington Healthcare* | XXXFAIN, TIARRA LASHAE | |
|---|---|---|
| 1001 Sam Perry Blvd | MR#: **832666** | Room Number |
| Fredericksburg, VA 22401 | Patient ID: | 3109-M |
| Print Date & Time:  4/20/2010 14:34 | DOB : | Age  21 |
| Printed by:  Janice Childs, RN | Attending:  UZOCHUKWU CHIZOBA | |

## PP Flowsheet Assessment

| | 04/18/10 | | | | |
|---|---|---|---|---|---|
| | 17:42 | 17:45 | 18:15 | | |
| Medication Charting for | | | | | |
| Record ID | 109052 | | | | |

| | 04/18/10 | | | | |
|---|---|---|---|---|---|
| | 18:45 | 19:15 | 20:16 | | |
| Stage of Pregnancy | | | Recovery | | |
| VITAL SIGNS | | | | | |
| NBP Sys/Dia/Mea | 122 | 131 | 142 | | |
| | 67 | 70 | 75 | | |
| | 88 | 103 | 106 | | |
| HR | 112 | 86 | 107 | | |
| Respirations | | | 18 | | |
| Temperature (F) | | | 99.3 | | |
| Temp Route | | | Oral | | |
| IV ASSESSMENT | | | | | |
| IV Site #1 | | | | | |
| IV Assessment | | | No Abnormalit ies Noted | | |
| Medication Charting for | | | | | |
| Record ID | | | 109052 | | |

| | 04/18/10 | | | | |
|---|---|---|---|---|---|
| | 20:30 | 20:45 | 20:58 | | |
| Stage of Pregnancy | Recovery | Recovery | Recovery | | |
| VITAL SIGNS | | | | | |
| NBP Sys/Dia/Mea | | 126 | 129 | | |
| | | 80 | 71 | | |
| | | 104 | 102 | | |
| HR | | 109 | 105 | | |
| Respirations | 18 | 18 | | | |
| Temperature (F) | 99.2 | 99.2 | | | |
| Temp Route | Oral | Oral | | | |
| IV ASSESSMENT | | | | | |
| IV Site #1 | | | | | |
| IV Assessment | No Abnormalit ies Noted | No Abnormalit ies Noted | | | |
| Medication Charting for | | | | | |
| Record ID | 109052 | 109052 | 109052 | | |

| | 04/18/10 | | | | |
|---|---|---|---|---|---|
| | 21:14 | 21:28 | 21:43 | | |
| Stage of Pregnancy | Recovery | | Recovery | | |
| VITAL SIGNS | | | | | |
| NBP Sys/Dia/Mea | 137 | 121 | 119 | | |
| | 71 | 71 | 61 | | |
| | 91 | 100 | 78 | | |
| HR | 116 | 110 | 118 | | |
| Respirations | 16 | | 18 | | |

EXHIBIT 1