| Mary Washington Healthcare | XXXFAIN, TIARRA LASHAE | |
|---|---|---|
| 1001 Sam Perry Blvd | MR#: 832666 | Room Number |
| Fredericksburg, VA 22401 | Patient ID: | 3109-M |
| Print Date & Time: 4/20/2010 14:34 | DOB | Age 21 |
| Printed by: Janice Childs, RN | Attending: UZOCHUKWU CHIZOBA | |

## PP Flowsheet Assessment

| | 04/18/10 | | |
|---|---|---|---|
| | 21:14 | 21:28 | 21:43 |
| Temperature (F) | 99.2 | | 99.0 |
| Temp Route | Oral | | Oral |
| IV ASSESSMENT | | | |
| IV Site #1 | | | |
| IV Assessment | No Abnormalities Noted | | No Abnormalities Noted |
| Medication Charting for | | | |
| Record ID | 109052 | | 109052 |

| | 04/18/10 | | |
|---|---|---|---|
| | 22:02 | 22:30 | 22:40 |
| Stage of Pregnancy | Recovery | | Postpartum |
| Patient Status | | | Del_Vag |
| NURSE | | | J.veloz, RN |
| Report Received From | | | v.Duff, RN |
| Transfer to PP Date/Time | | | 04/18/10 22:35 EDT |
| Hourly Rounding | | | |
| Hourly Rounding Complete | | | Yes |
| VITAL SIGNS | | | |
| NBP Sys/Dia/Mea | | 125 | |
| | | 77 | |
| | | 95 | |
| HR | | 95 | |
| Respirations | | 20 | |
| Temperature (F) | | 98.7 | |
| Temp Route | | Oral | |
| PAIN ASSESSMENT | | | |
| Pain - Location 1 | | Back and Abdominal pain.Nurse is aware. | back, headache, cramp |
| Pain Rating | | 4 | 4 |
| Pain Intervention | | | declined meds |
| MATERNAL ASSESSMENT | | | |
| Fundal Tone | | | Firm |
| Fundal Level | | | 1 Finger breadth above umbilicus |
| Fundal Placement | | | Midline |
| Lochia Color | | | Rubra |
| Lochia Amount | | | Moderate |
| Lochia Odor | | | None |
| Uterine Cramping | | | Mild |
| NEUROLOGIC | | | |
| Level of Consciousness | | | Awake, Alert, Oriented x 3 |

EXHIBIT 1

| *Mary Washington Healthcare* | XXXFAIN, TIARRA LASHAE | |
|---|---|---|
| 1001 Sam Perry Blvd | MR#: 832666 | Room Number |
| Fredericksburg, VA 22401 | Patient ID: | 3109-M |
| Print Date & Time: 4/20/2010 14:34 | DOB : | Age 21 |
| Printed by: Janice Childs, RN | Attending: UZOCHUKWU CHIZOBA | |

## PP Flowsheet Assessment

| | | 04/18/10 | | |
|---|---|---|---|---|
| | 22:02 | 22:30 | 22:40 | |
| Headache | | | Frontal | |
| Dizziness | | | No | |
| Blurred Vision | | | No | |
| Extremity Numbness/Tingling | | | Right Leg; Left Leg *Annotation: c/o numbness @ bilateral legs from above ankles to her knees; also states perineum area is still numb* | |
| Extremity Movement | | | Full Range of Motion | |
| **CARDIOVASCULAR** | | | | |
| Nailbeds | | | Pink | |
| Skin Color | | | Normal for Race | |
| Skin Temperature | | | Warm | |
| Capillary Refill | | | Less than 3 seconds | |
| Heart Rhythm | | | Auscultated Regular | |
| Edema | | | None | |
| Homan's Sign Lt. Leg | | | Negative | |
| Homan's Sign Rt. Leg | | | Negative | |
| **IV ASSESSMENT** | | | | |
| IV Site #1 | | | | |
| IV Site | | | Left Hand *Annotation: prna* | |
| IV Assessment | | | No Abnormalities Noted | |
| **PULMONARY** | | | | |
| Respiratory Effort | | | Normal | |
| Breath Sounds, Left | | | Clear and Equal | |
| Breath Sounds, Rt. | | | Clear and Equal | |
| Cough Productivity | | | None | |
| **BREASTS** | | | | |
| Breasts | | | Soft | |
| Nipples | | | Smooth; Dry | |
| Breast Pain | | | None | |

**EXHIBIT 1**

| **Mary Washington Healthcare** | **XXXFAIN, TIARRA LASHAE** | |
|---|---|---|
| 1001 Sam Perry Blvd<br>Fredericksburg, VA 22401 | MR#: 832666 | Room Number |
| | Patient ID: | 3109-M |
| Print Date & Time:  4/20/2010 14:34<br>Printed by:  Janice Childs, RN | DOB : | Age  21 |
| | Attending:  UZOCHUKWU CHIZOBA | |

## PP Flowsheet Assessment

| | 04/18/10 | | |
|---|---|---|---|
| | 22:02 | 22:30 | 22:40 |
| Feeding Preference | | | Breast Annotation: plans to breastfeed during hospital stay.  Pt will be returning to jail after hospital discharge and states she will be released from jail on 5/4/10; plans to use breast pump while in jail, per pt. |
| **GASTROINTESTINAL** | | | |
| Epigastric Pain | | | No |
| Nausea/Vomiting | | | Denies |
| Abdominal Tenderness | | | None in Any Quadrants |
| Bowel Sounds | | | Normoactive; All Quadrants |
| Diet Type | | | Regular diet |
| Diet Amount | | | Fed self without assistance |
| Stool Description | | | None |
| **GENITOURINARY** | | | |

**EXHIBIT 1**

| *Mary Washington Healthcare* | XXXFAIN, TIARRA LASHAE |
|---|---|
| 1001 Sam Perry Blvd<br>Fredericksburg, VA 22401 | MR#: 832666                    Room Number<br>Patient ID:                          3109-M<br>DCB :<br>Attending: UZOCHUKWU CHIZOBA        Age   21 |
| Print Date & Time:  4/20/2010 14:34<br>Printed by:  Janice Childs, RN | |

## *PP Flowsheet Assessment*

| | 04/18/10 | | |
|---|---|---|---|
| | 22:02 | 22:30 | 22:40 |
| Voiding | | | per V.Duff, pt had foley cath in place until @ 1945; states pt has attempted to void X 1 after delivery but did not void and did not have the urge to void. Encouraged pt to void; rationale explained to pt for preventing bladder distention. Pt denies the urge to void; requests to eat her boxed meal first and then states she will try; due to decreased sensation @ BLE, pt instructed to call us for assistance with ambulating to the bathroom. |
| Bladder Distention | | | Non-distended |
| **PERINEUM** | | | |
| Episiotomy/Repaired Laceration | | | Approximated |
| Perineum/Labia | | | Moderate Swelling |
| Perineum Pain | | | Mild |

EXHIBIT 1

| **Mary Washington Healthcare**<br>1001 Sam Perry Blvd<br>Fredericksburg, VA 22401<br><br>Print Date & Time:   4/20/2010 14:34<br>Printed by:   Janice Childs, RN | **XXXFAIN, TIARRA LASHAE**<br>MR#: 832666<br>Patient ID:<br>DOB :<br>Attending:   UZOCHUKWU CHIZOBA | Room Number<br>3109-M<br><br>Age   21 |
|---|---|---|

### PP Flowsheet Assessment

| | 04/18/10 | | | |
|---|---|---|---|---|
| | 22:02 | 22:30 | 22:40 | |
| Hemorrhoids | | | Yes<br>Annotation:<br>denies pain<br>and<br>declined<br>tucks | |
| **FALL ASSESSMENT** | | | | |
| Fall History | | | (0) No | |
| Secondary Diagnosis | | | (0) No | |
| Equipment Assessment | | | (0) No | |
| Fall Gait Assessment | | | (20)<br>Impaired<br>Annotation:<br>tingling @<br>BLE | |
| Ambulatory Aid Assessment | | | (0)<br>none/bedre<br>st/wheelch<br>air/nurse<br>assist | |
| Fall Mental Status Assess | | | (0) oriented<br>to own<br>ability | |
| Elimination Assessment | | | (0) Within<br>Normal<br>Limits | |
| Fall Age Assessment | | | (0) Age 6 -<br>65 | |
| Fall Detox Protocol | | | (0) No | |
| Fall Vision Assessment | | | (0)<br>Adequate<br>(with or<br>without<br>glasses) | |
| Fall Medications Assessment | | | (10) Any<br>that affect<br>VS, LOC or<br>cause<br>diuresis | |
| Fall Score Computed | | | 30<br><br>30 | |
| **COMFORT MEASURES** | | | | |
| Treatments | | | Ice to<br>Perineum | |
| **ACTIVITY** | | | | |
| Ambulate | | | pt in bed<br>with guard<br>from jail @<br>bedside; pt<br>with<br>shackle to<br>left ankle<br>and right<br>arm. | |
| **SAFETY** | | | | |

EXHIBIT 1

| **Mary Washington Healthcare** | XXXFAIN, TIARRA LASHAE | |
|---|---|---|
| 1001 Sam Perry Blvd | MR#: **832666** | Room Number |
| Fredericksburg, VA 22401 | Patient ID: | 3109-M |
| Print Date & Time: 4/20/2010 14:34 | DOB: | Age 21 |
| Printed by: Janice Childs, RN | Attending: UZOCHUKWU CHIZOBA | |

## PP Flowsheet Assessment

| | 04/18/10 | | | |
|---|---|---|---|---|
| | 22:02 | 22:30 | 22:40 | |
| Siderails Up | | | x2 | |
| Call Bell in Reach | | | Yes | |
| Alarms working on Admission | | | Yes | |
| Bed Low and Locked | | | Yes | |
| COMMENTS | | | | |
| COMMENTS | | | Plan of care and admission packet reviewed with pt. Pt verbalized understanding. Reviewed s/s of hemorrhage, emergency call bell system, pain management options, fall prevention, etc. Pt to complete learning needs assessment. Per V.Duff, social service consult put in for pt. Pt reports h/o passing large blood clots after dc to home after last baby. Importance of frequent bladder emptying discussed with pt. pt states desire to have baby room in with her as much as possible. | |

PP Flowsheet Assessment                                    Page 16
Print Requested by: Janice Childs, RN

EXHIBIT 1

**Mary Washington Healthcare**

1001 Sam Perry Blvd
Fredericksburg, VA 22401

Print Date & Time:  4/20/2010 14:34
Printed by:  Janice Childs, RN

XXXFAIN, TIARRA LASHAE
MR#: 832666
Patient ID:
DOB:
Attending:  UZOCHUKWU CHIZOBA

Room Number
3109-M

Age  21

## PP Flowsheet Assessment

| | 04/18/10 | | |
|---|---|---|---|
| | 22:02 | 22:30 | 22:46 |
| Medication Charting for | | | |
| Record ID | 109052 | 100991 | 101415 |
| RN/LPN Counter sign | | | J.Veloz, RN |

| | 04/19/10 | | |
|---|---|---|---|
| | 00:35 | 01:45 | 03:11 |
| Stage of Pregnancy | Postpartum | | |
| Patient Status | Del_Vag | | |
| NURSE | V.Ball RN | | |
| Report Received From | J.Veloz RN | | |
| Transfer to PP Date/Time | 04/18/10 22:35 EDT | | |
| Hourly Rounding | | | |
| Hourly Rounding Complete | Yes | | |
| VITAL SIGNS | | | |
| NBP Sys/Dia/Mea | | | 103 |
| | | | 63 |
| HR | | | 91 |
| Respirations | | | 20 |
| Temperature (F) | | | 98.4 |
| Temp.Route | | | Oral |
| PAIN ASSESSMENT | | | |
| Pain - Location 1 | back, headache, cramp | over-all discomfort | |
| Pain Rating | 4 | 4 | 0 |
| Pain Intervention | Medication | Medication | |
| MATERNAL ASSESSMENT | | | |
| Fundal Tone | Firm | | |
| Fundal Level | 1 Finger breadth above umbilicus | | |
| Fundal Placement | Midline | | |
| Lochia Color | Rubra | | |
| Lochia Amount | Moderate | | |
| Lochia Odor | None | | |
| Uterine Cramping | Mi'd | | |
| NEUROLOGIC | | | |
| Level of Consciousness | Awake, Alert, Oriented x 3 | | |
| Headache | Frontal | | |
| Dizziness | No | | |
| Blurred Vision | No | | |
| Extremity Numbness/Tingling | Right Leg; Left Leg | | |
| Extremity Movement | Full Range of Motion | | |
| CARDIOVASCULAR | | | |

**EXHIBIT 1**

| Mary Washington Healthcare | XXXFAIN, TIARRA LASHAE | |
|---|---|---|
| 1001 Sam Perry Blvd<br>Fredericksburg, VA 22401 | MR#: 832666<br>Patient ID: ▓▓▓▓<br>DOB : ▓▓▓▓ | Room Number<br>3109-M |
| Print Date & Time:  4/20/2010 14:34<br>Printed by:  Janice Childs, RN | Attending:  UZOCHUKWU CHIZOBA | Age  21 |

## PP Flowsheet Assessment

| | | 04/19/10 | | |
|---|---|---|---|---|
| | | 00:35 | 01:45 | 03:11 |
| Nailbeds | Pink | | | |
| Skin Color | Normal for Race | | | |
| Skin Temperature | Warm | | | |
| Capillary Refill | Less than 3 seconds | | | |
| Heart Rhythm | Auscultated Regular | | | |
| Edema | None | | | |
| Homan's Sign Lt. Leg | Negative | | | |
| Homan's Sign Rt. Leg | Negative | | | |
| IV ASSESSMENT | | | | |
| IV Site #1 | | | | |
| IV Procedures | PRNA Flushed | | | |
| IV Site | Left Hand | | | |
| Dressing Type | Transparent | | | |
| IV Assessment | No Abnormalities Noted | | | |
| PULMONARY | | | | |
| Respiratory Effort | Normal | | | |
| Breath Sounds, Left | Clear and Equal | | | |
| Breath Sounds, Rt. | Clear and Equal | | | |
| Cough Productivity | None | | | |
| BREASTS | | | | |
| Breasts | Soft | | | |
| Nipples | Smooth; Dry | | | |
| Breast Pain | None | | | |
| Feeding Preference | Breast | | | |
| GASTROINTESTINAL | | | | |
| Epigastric Pain | No | | | |
| Nausea/Vomiting | Denies | | | |
| Abdominal Tenderness | With Palpation | | | |
| Bowel Sounds | Normoactive; All Quadrants | | | |
| Diet Type | Regular diet | | | |
| Diet Amount | Fed self without assistance | | | |
| Stool Description | None | | | |
| GENITOURINARY | | | | |
| Voiding | Voiding Freely | | | |
| Bladder Distention | Non-distended | | | |

**Mary Washington Healthcare**

1001 Sam Perry Blvd
Fredericksburg, VA 22401

Print Date & Time: 4/20/2010 14:34
Printed by: Janice Childs, RN

XXXFAIN, TIARRA LASHAE

MR#: 832666                                  Room Number
Patient ID:                                        3109-M
DOB :                                               Age  21
Attending: UZOCHUKWU CHIZOBA

## PP Flowsheet Assessment

| | 04/19/10 | | |
|---|---|---|---|
| | 00:35 | 01:45 | 03:14 |
| **PERINEUM** | | | |
| Episiotomy/Repaired Laceration | Approximated | | |
| Perineum/Labia | Moderate Swelling | | |
| Perineum Pain | Mild | | |
| Hemorrhoids | Yes | | |
| **FALL ASSESSMENT** | | | |
| Fall History | (0) No | | |
| Secondary Diagnosis | (0) No | | |
| Equipment Assessment | (0) No | | |
| Fall Gait Assessment | (20) Impaired | | |
| Ambulatory Aid Assessment | (0) none/bedrest/wheelchair/nurse assist | | |
| Fall Mental Status Assess | (0) oriented to own ability | | |
| Elimination Assessment | (0) Within Normal Limits | | |
| Fall Age Assessment | (0) Age 6 - 65 | | |
| Fall Detox Protocol | (0) No | | |
| Fall Vision Assessment | (0) Adequate (with or without glasses) | | |
| Fall Medications Assessment | (10) Any that affect VS, LOC or cause diuresis | | |
| Fall Score Computed | 30 / 30 | | |
| **COMFORT MEASURES** | | | |
| Treatments | Ice to Perineum | | |
| **ACTIVITY** | | | |
| Ambulate | Tolerated Well | | |
| **SAFETY** | | | |
| Siderails Up | x2 | | |
| Call Bell In Reach | Yes | | |
| Alarms working on Admission | Yes | | |
| Bed Low and Locked | Yes | | |
| Medication Charting for | | | |
| PP Patients Located on AP | | | |

EXHIBIT 1

| **Mary Washington Healthcare**<br>1001 Sam Perry Blvd<br>Fredericksburg, VA 22401<br>Print Date & Time:  4/20/2010 14:34<br>Printed by:  Janice Childs, RN | XXXFAIN, TIARRA LASHAE<br>MR#: 832666          Room Number<br>Patient ▓▓▓▓▓              3109-M<br>DOB :                          Age   21<br>Attending:  UZOCHUKWU CHIZOBA |

## PP Flowsheet Assessment

| | 04/19/10 | | |
|---|---|---|---|
| | 00:35 | 01:45 | 03:11 |
| Analgesics | Morrin @ | Percocet PO @ | |
| Record ID | 102499 | 102499 | 100991 |
| RN/LPN Counter-sign | V.Ball RN | | |

| | 04/19/10 | | |
|---|---|---|---|
| | 03:27 | 06:54 | 07:58 |
| Stage of Pregnancy | Postpartum | | |
| Patient Status | Del_Vag | | |
| NURSE | V.Ball RN | | |
| Transfer to PP Date/Time | 04/18/10 22:35 EDT | | |
| **Hourly Rounding** | | | |
| Hourly Rounding Complete | Yes | | Yes |
| **VITAL SIGNS** | | | |
| NBP Sys/Dia/Mea | | | 115 Annotation: 115/78 |
| HR | | | 86 |
| Respirations | | | 20 |
| Temperature (F) | | | 98.1 |
| Temp Route | | | Oral |
| **PAIN ASSESSMENT** | | | |
| Pain - Location 1 | abdominal discomfort | abdominal discomfort | abdomen |
| Pain Rating | 2-3 | 4 | 4 |
| Pain Intervention | | Medication | Medication Annotation: declines meds at this time |
| **MATERNAL ASSESSMENT** | | | |
| Fundal Tone | Firm | | |
| Fundal Level | At umbilicus | | |
| Fundal Placement | Midline | | |
| Lochia Color | Rubra | | |
| Lochia Amount | Moderate | | |
| Lochia Odor | None | | |
| Uterine Cramping | Mild | | |
| **NEUROLOGIC** | | | |
| Level of Consciousness | Awake, Alert, Oriented x 3 | | |
| Dizziness | No | | |
| Blurred Vision | No | | |
| Extremity Numbness/Tingling | Right Leg; Left Leg | | |
| Extremity Movement | Full Range of Motion | | |
| **CARDIOVASCULAR** | | | |

PP Flowsheet Assessment

Print Requested by: Janice Childs, RN

EXHIBIT 1

| | | |
|---|---|---|
| **Mary Washington Healthcare**<br>1001 Sam Perry Blvd<br>Fredericksburg, VA 22401<br>Print Date & Time:    4/20/2010 14:34<br>Printed by:    Janice Childs, RN | XXXFAIN, TIARRA LASHAE<br>MR#:  832666<br>Patient ID: ▓▓▓▓▓<br>DOB :<br>Attending:   UZOCHUKWU CHIZOBA | Room Number<br>3109-M<br><br>Age   21 |

## PP Flowsheet Assessment

| | 04/19/10 | | |
|---|---|---|---|
| | 03:27 | 06:54 | 07:58 |
| Nailbeds | Pink | | |
| Skin Color | Normal for Race | | |
| Skin Temperature | Warm | | |
| Heart Rhythm | Auscultated Regular | | |
| Edema | None | | |
| Homan's Sign Lt. Leg | Negative | | |
| Homan's Sign Rt. Leg | Negative | | |
| **IV ASSESSMENT** | | | |
| **IV Site #1** | | | |
| IV Procedures | PRNA Flushed | | |
| IV Site | Left Hand | | |
| Dressing Type | Transparent | | |
| IV Assessment | No Abnormalities Noted | | |
| **PULMONARY** | | | |
| Respiratory Effort | Normal | | |
| Breath Sounds, Left | Clear and Equal | | |
| Breath Sounds, Rt. | Clear and Equal | | |
| Cough Productivity | None | | |
| **BREASTS** | | | |
| Breasts | Soft | | |
| Nipples . | Smooth; Dry | | |
| Breast Pain | None | | |
| Feeding Preference | Breast | | |
| **GASTROINTESTINAL** | | | |
| Epigastric Pain | No | | |
| Nausea/Vomiting | Denies | | |
| Abdominal Tenderness | With Pappation | | |
| Bowel Sounds | Normoactive; All Quadrants | | |
| Diet Type | Regular diet | | |
| Diet Amount | Fed self without assistance | | |
| Stool Description | None | | |
| **GENITOURINARY** | | | |
| Voiding | Voiding Freely | | |
| Bladder Distention | Non-distended | | |
| **PERINEUM** | | | |

EXHIBIT 1.

| *Mary Washington Healthcare*<br>1001 Sam Perry Blvd<br>Fredericksburg, VA 22401<br>Print Date & Time:   4/20/2010 14:34<br>Printed by:   Janice Childs, RN | **XXXFAIN, TIARRA LASHAE**<br>MR#: **832666**<br>Patient ID: ████<br>DOB : ████<br>Attending:   UZOCHUKWU CHIZOBA | Room Number<br>3109-M<br><br>Age   21 |
| --- | --- | --- |

## PP Flowsheet Assessment

| | 04/19/10 | | |
| --- | --- | --- | --- |
| | 03:27 | 06:54 | 07:58 |
| Episiotomy/Repaired Laceration | Approximated | | |
| Perineum/Labia | Moderate Swelling | | |
| Perineum Pain | Mild | | |
| Hemorrhoids | Yes | | |
| **FALL ASSESSMENT** | | | |
| Fall History | (0) No | | |
| Secondary Diagnosis | (0) No | | |
| Equipment Assessment | (0) No | | |
| Fall Gait Assessment | (20) Impaired | | |
| Ambulatory Aid Assessment | (0) none/bedrest/wheelchair/nurse assist | | |
| Fall Mental Status Assess | (0) oriented to own ability | | |
| Elimination Assessment | (0) Within Normal Limits | | |
| Fall Age Assessment | (0) Age 6 - 65 | | |
| Fall Detox Protocol | (0) No | | |
| Fall Vision Assessment | (0) Adequate (with or without glasses) | | |
| Fall Medications Assessment | (10) Any that affect VS, LOC or cause diuresis | | |
| Fall Score Computed | 30<br>30 | | |
| **COMFORT MEASURES** | | | |
| Treatments | Ice to Perineum | | |
| **ACTIVITY** | | | |
| Ambulate | Tolerated Well | | |
| **SAFETY** | | | |
| Siderails Up | x2 | | |
| Call Bell in Reach | Yes | | |
| Alarms working on Admission | Yes | | |
| Bed Low and Locked | Yes | | |
| Medication Charting for | | | |
| PP Patients Located on AP | | | |
| Analgesics | Motrin @ | Motrin @; Percocet PO @ | |

| *Mary Washington Healthcare* | XXXFAIN, TIARRA LASHAE |
|---|---|
| 1001 Sam Perry Blvd<br>Fredericksburg, VA 22401 | MR#: 832666<br>Patient ID:<br>DOB : | Room Number<br>3109-M |
| Print Date & Time: 4/20/2010 14:34<br>Printed by: Janice Childs, RN | Attending: OZOCHUKWU CHIZOBA | Age 21 |

## *PP Flowsheet Assessment*

|  | 04/19/10 | | |
|---|---|---|---|
|  | 03:27 | 06:54 | 07:58 |
| Record ID | 102499 | 102499 | 111968 |
| RN/LPN Countersign | V.Ball RN | | |

|  | 04/19/10 | | |
|---|---|---|---|
|  | 08:30 | 12:00 | 12:05 |
| Stage of Pregnancy | Postpartum | Postpartum | |
| Patient Status | Del_Vag | Del_Vag | |
| NURSE | M. Field, RN | M. Field, RN | |
| Hourly Rounding | | | |
| Hourly Rounding Complete | Yes | Yes | |
| **VITAL SIGNS** | | | |
| NBP Sys/Dia/Mea | | | 131 |
| | | | 83 |
| HR | | | 91 |
| Respirations | | | 18 |
| Temperature (F) | | | 98.1 |
| Temp Route | | | Oral |
| **PAIN ASSESSMENT** | | | |
| Pain - Location 1 | Perineum discomfort | Perineum discomfort | perineum Annotation: states "my nurse is getting me medicine" |
| Pain Rating | 4 | 2 | 4 |
| Pain Intervention | Other - Please Annotate Annotation: Discussed pain control | Medication Annotation: sitz bath given | |
| Pain - Location 2 | Patient receive Motrin and 1 Percocet @0650. | | |
| **MATERNAL ASSESSMENT** | | | |
| Fundal Tone | Firm | Firm | |
| Fundal Level | 1 Finger breadth below umbilicus | 1 Finger breadth below umbilicus | |
| Fundal Placement | Midline | Midline | |
| Lochia Color | Rubra | Rubra | |
| Lochia Amount | Light | Light | |
| Lochia Odor | None | None | |
| Uterine Cramping | None | None | |
| **NEUROLOGIC** | | | |
| Level of Consciousness | Awake, Alert, Oriented x 3 | Awake, Alert, Oriented x 3 | |

| **Mary Washington Healthcare** | XXXFAIN, TIARRA LASHAE | |
| --- | --- | --- |
| 1001 Sam Perry Blvd<br>Fredericksburg, VA 22401 | MR#: 832666 | Room Number<br>3109-M |
| Print Date & Time:   4/20/2010 14:34<br>Printed by:   Janice Childs, RN | Patient ID:<br>DOB :<br>Attending:   UZOCHUKWU CHIZOBA | Age   21 |

## PP Flowsheet Assessment

| | 04/19/10 | | |
| --- | --- | --- | --- |
| | 08:30 | 12:00 | 12:05 |
| Extremity Numbness/Tingling | None | None | |
| Extremity Movement | Full Range of Motion | Full Range of Motion | |
| **CARDIOVASCULAR** | | | |
| Nailbeds | Pink | Pink | |
| Skin Color | Normal for Race | Normal for Race | |
| Skin Temperature | Warm | Warm | |
| Capillary Refll | Less than 3 seconds | Less than 3 seconds | |
| Heart Rhythm | Auscultated Regular | Auscultated Regular | |
| Edema | None | None | |
| Edema Location | No edema noted. | No edema noted. | |
| Homan's Sign Lt. Leg | Negative | Negative | |
| Homan's Sign Rt. Leg | Negative | Negative | |
| **IV ASSESSMENT** | | | |
| **IV Site #1** | | | |
| IV Site | Left Wrist | Left Wrist | |
| Dressing Type | Transparent | Transparent | |
| IV Assessment | No Abnormalities Noted | No Abnormalities Noted | |
| **PULMONARY** | | | |
| Respiratory Effort | Normal | Normal | |
| Breath Sounds, Left | Clear and Equal | Clear and Equal | |
| Breath Sounds, Rt. | Clear and Equal | Clear and Equal | |
| Cough Productivity | None | None | |
| **BREASTS** | | | |
| Breasts | Soft | Soft | |
| Nipples | Smooth; Dry | Smooth; Dry | |
| Breast Pain | None | None | |
| Feeding Preference | Breast | Breast | |
| **GASTROINTESTIONAL** | | | |
| Epigastric Pain | No | No | |
| Nausea/Vomiting | Denies | Denies | |
| Abdominal Tenderness | With Palpation | With Palpation | |
| Bowel Sounds | Normoactive; All Quadrants | Normoactive; All Quadrants | |
| Diet Type | Regular diet | Regular diet | |
| Diet Amount | Fed self without assistance | Fed self without assistance | |

PP Flowsheet Assessment

Print Requested by: Janice Childs, RN.

EXHIBIT 1

| **Mary Washington Healthcare** | **XXXFAIN, TIARRA LASHAE** | |
|---|---|---|
| 1001 Sam Perry Blvd<br>Fredericksburg, VA 22401 | MR#: 832666 | Room Number<br>3109-M |
| | Patient ID: | |
| Print Date & Time: 4/20/2010 14:34 | DOB | |
| Printed by: Janice Childs, RN | Attending: UZOCHUKWU CHIZOBA | Age 21 |

## PP Flowsheet Assessment

| | 04/19/10 | | |
|---|---|---|---|
| | 08:30 | 12:00 | 12:05 |
| Stool Description | Passing Flatus; None | Passing Flatus; None | |
| **GENITOURINARY** | | | |
| Voiding | Voiding Freely | Voiding Freely | |
| Bladder Distention | Non-distended | Non-distended | |
| **PERINEUM** | | | |
| Episiotomy/Repaired Laceration | Approximated | Approximated | |
| Perineum/Labia | Minimal Swelling | Minimal Swelling | |
| Perineum Pain | Mild | Mild | |
| Hemorrhoids | No | No | |
| **FALL ASSESSMENT** | | | |
| Fall History | (0) No | (0) No | |
| Secondary Diagnosis | (0) No | (0) No | |
| Equipment Assessment | (0) No | (0) No | |
| Fall Gait Assessment | (0) normal/bed rest/immobile | (0) normal/bed rest/immobile | |
| Ambulatory Aid Assessment | (0) none/bedrest/wheelchair/nurse assist | (0) none/bedrest/wheelchair/nurse assist | |
| Fall Mental Status Assess | (0) oriented to own ability | (0) oriented to own ability | |
| Elimination Assessment | (0) Within Normal Limits | (0) Within Normal Limits | |
| Fall Age Assessment | (0) Age 6 - 65 | (0) Age 6 - 65 | |
| Fall Detox Protocol | (0) No | (0) No | |
| Fall Vision Assessment | (0) Adequate (with or without glasses) | (0) Adequate (with or without glasses) | |
| Fall Medications Assessment | (10) Any that affect VS, LOC or cause diuresis | (10) Any that affect VS, LOC or cause diuresis | |
| Fall Score Computed | 10 / 10 | 10 / 10 | |
| **HYGIENE** | | | |
| Shower | Self | Self | |
| Pericare | Self | Self | |
| Oral Care | Self | Self | |
| **ACTIVITY** | | | |

EXHIBIT 1

**Mary Washington Healthcare**

1001 Sam Perry Blvd
Fredericksburg, VA 22401

Print Date & Time:  4/20/2010 14:34
Printed by:  Janice Childs, RN

XXXFAIN, TIARRA LASHAE

| | |
|---|---|
| MR#: **832666** | Room Number |
| Patient ID: | 3109-M |
| DOB : | Age   21 |
| Attending:  UZOCHUKWU CHIZOBA | |

## PP Flowsheet Assessment

| | 04/19/10 | | |
|---|---|---|---|
| | 08:30 | 12:00 | 12:05 |
| Ambulate | Tolerated Well | Tolerated Well | |
| Chair | Tolerated Well | Tolerated Well | |
| **SAFETY** | | | |
| Siderails Up | x2 | x2 | |
| Call Bell in Reach | Yes | Yes | |
| Alarms working on Admission | Yes | Yes | |
| Bed Low and Locked | Yes | Yes | |
| **COMMENTS** | | | |
| COMMENTS | Assessment as noted. Patient is lying in bed with guard at bedside. | | |
| Medication Charting for | | | |
| Record ID | 105365 | 105365 | 100366 |
| RN/LPN Countersign | | | M. Field, RN |

| | 04/19/10 | | |
|---|---|---|---|
| | 12:15 | 16:00 | 17:15 |
| Stage of Pregnancy | | Postpartum | |
| Patient Status | | Del_Vag | |
| **NURSE** | | M. Field, RN | |
| Hourly Rounding | | | |
| Hourly Rounding Complete | | Yes | |
| **VITAL SIGNS** | | | |
| NBP Sys/Dia/Mea | | | 110 |
| | | | 67 |
| HR | | | 93 |
| Respirations | | | 20 |
| Temperature (F) | | | 98.6 |
| Temp Route | | | Oral |
| **PAIN ASSESSMENT** | | | |
| Pain - Location 1 | | Perineum discomfort | 0 |
| Pain Rating | | 4 | |
| Pain Intervention | | Medication Annotation: 1 percocet and motrin given for pain | |
| **MATERNAL ASSESSMENT** | | | |
| Fundal Tone | | Firm | |
| Fundal Level | | 1 Finger breadth below umbilicus | |
| Fundal Placement | | Midline | |
| Lochia Color | | Rubra | |

*PP Flowsheet Assessment*

Page 26

Print Requested by: Janice Childs, RN

**EXHIBIT 1**

**Mary Washington Healthcare**
1001 Sam Perry Blvd
Fredericksburg, VA 22401

Print Date & Time:   4/20/2010 14:34
Printed by:  Janice Childs, RN

**XXXFAIN, TIARRA LASHAE**
MR#:  832666
Patient ID:
DOB :
Attending:  UZOCHUKWU CHIZOBA

Room Number
3109-M

Age   21

## PP Flowsheet Assessment

| | 04/19/10 | | |
|---|---|---|---|
| | 12:15 | 16:00 | 17:15 |
| Lochia Amount | | Light | |
| Lochia Odor | | None | |
| Uterine Cramping | | None | |
| **NEUROLOGIC** | | | |
| Level of Consciousness | | Awake, Alert, Oriented x 3 | |
| Extremity Numbness/Tingling | | None | |
| Extremity Movement | | Full Range of Motion | |
| **CARDIOVASCULAR** | | | |
| Nailbeds | | Pink | |
| Skin Color | | Normal for Race | |
| Skin Temperature | | Warm | |
| Capillary Refill | | Less than 3 seconds | |
| Heart Rhythm | | Auscultated Regular | |
| Edema | | None | |
| Edema Location | | No edema noted. | |
| Homan's Sign Lt. Leg | | Negative | |
| Homan's Sign Rt. Leg | | Negative | |
| **IV ASSESSMENT** | | | |
| IV Site #1 | | | |
| IV Site | | Left Wrist | |
| Dressing Type | | Transparent | |
| IV Assessment | | No Abnormalities Noted | |
| **PULMONARY** | | | |
| Respiratory Effort | | Normal | |
| Breath Sounds, Left | | Clear and Equal | |
| Breath Sounds, Rt. | | Clear and Equal | |
| Cough Productivity | | None | |
| **BREASTS** | | | |
| Breasts | | Soft | |
| Nipples | | Smooth; Dry | |
| Breast Pain | | None | |
| Feeding Preference | | Breast | |
| **GASTROINTESTIONAL** | | | |
| Epigastric Pain | | No | |
| Nausea/Vomiting | | Denies | |
| Abdominal Tenderness | | With Palpation | |

EXHIBIT 1

| *Mary Washington Healthcare*<br>1001 Sam Perry Blvd<br>Fredericksburg, VA 22401 | XXXFAIN, TIARRA LASHAE |
|---|---|
| Print Date & Time: 4/20/2010 14:34<br>Printed by: Janice Childs, RN | MR#: 832666      Room Number<br>Patient ID:           3109-M<br>DOB :<br>Attending: UZOCHUKWU CHIZOBA   Age 21 |

## PP Flowsheet Assessment

| | 04/19/10 | | |
|---|---|---|---|
| | 12:15 | 16:00 | 17:15 |
| Bowel Sounds | | Normoactive; All Quadrants | |
| Diet Type | | Regular diet | |
| Diet Amount | | Fed self without assistance | |
| Stool Description | | Passing Flatus; None | |
| **GENITOURINARY** | | | |
| Voiding | | Voiding Freely | |
| Bladder Distention | | Non-distended | |
| **PERINEUM** | | | |
| Episiotomy/Repaired Laceration | | Approximated | |
| Perineum/Labia | | Minimal Swelling | |
| Perineum Pain | | Mild | |
| Hemorrhoids | | No | |
| **FALL ASSESSMENT** | | | |
| Fall History | | (0) No | |
| Secondary Diagnosis | | (0) No | |
| Equipment Assessment | | (0) No | |
| Fall Gait Assessment | | (0) normal/bed rest/immobile | |
| Ambulatory Aid Assessment | | (0) none/bedrest/wheelchair/nurse assist | |
| Fall Mental Status Assess | | (0) oriented to own ability | |
| Elimination Assessment | | (0) Within Normal Limits | |
| Fall Age Assessment | | (0) Age 6 - 65 | |
| Fall Detox Protocol | | (0) No | |
| Fall Vision Assessment | | (0) Adequate (with or without glasses) | |
| Fall Medications Assessment | | (10) Any that affect VS, LOC or cause diuresis | |

EXHIBIT 1

| **Mary Washington Healthcare** | XXXFAIN, TIARRA LASHAE |
|---|---|
| 1001 Sam Perry Blvd<br>Fredericksburg, VA 22401 | MR#: 832666          Room Number<br>Patient ID:                        3109-M<br>DOB :  |
| Print Date & Time:  4/20/2010 14:34<br>Printed by:    Janice Childs, RN | Attending:  UZOCHUKWU CHIZOBA      Age   21 |

## PP Flowsheet Assessment

|  | 04/19/10 | | |
|---|---|---|---|
|  | 12:15 | 16:00 | 17:15 |
| Fall Score Computed |  | 10 |  |
|  |  | 10 |  |
| **COMFORT MEASURES** |  |  |  |
| Treatments | Sitz Bath |  |  |
| **HYGIENE** |  |  |  |
| Shower |  | Self |  |
| Pericare |  | Self |  |
| Oral Care |  | Self |  |
| **ACTIVITY** |  |  |  |
| Ambulate |  | Tolerated Well |  |
| Chair |  | Tolerated Well |  |
| **SAFETY** |  |  |  |
| Siderails Up |  | x2 |  |
| Call Bell in Reach |  | Yes |  |
| Alarms working on Admission |  | Yes |  |
| Bed Low and Locked |  | Yes |  |
| **COMMENTS** |  |  |  |
| COMMENTS | Demonstrated sitz bath and epsom salt given. Pt up to bathroom to do sitz bath. |  |  |
| Medication Charting for |  |  |  |
| Record ID | 105365 | 105365 | 100156 |
| RN/LPN Countersign |  |  | M. Field, RN |

|  | 04/19/10 | | |
|---|---|---|---|
|  | 22:14 | 23:20 | 23:50 |
| Stage of Pregnancy |  |  | Postpartum |
| Patient Status |  |  | Del_Vag |
| NURSE |  |  | B. Anderson, RN |
| Hourly Rounding |  |  |  |
| Hourly Rounding Complete |  |  | Yes |
| **VITAL SIGNS** |  |  |  |
| NBP Sys/Dia/Mea |  | Patient Breastfeeding. |  |
| **PAIN ASSESSMENT** |  |  |  |
| Pain - Location 1 |  | abdomen | Denies |
| Pain Rating |  | 3 |  |
| Pain Intervention |  | Medication Annotation: 1 percocet and motrin |  |

PP Flowsheet Assessment                                                    Page  29
Print Requested by:  Janice Childs, RN.

EXHIBIT 1

| *Mary Washington Healthcare*<br>1001 Sam Perry Blvd<br>Fredericksburg, VA 22401<br>Print Date & Time:  4/20/2010 14:34<br>Printed by:    Janice Childs, RN | XXXFAIN, TIARRA LASHAE<br>MR#:  832666<br>Patient ID: ▓▓▓▓▓▓▓<br>DOB: ▓▓▓▓▓▓▓<br>Attending:   UZOCHUKWU CHIZOBA | Room Number<br>3109-M<br><br>Age   21 |
| --- | --- | --- |

## PP Flowsheet Assessment

| | 04/19/10 | | | |
| --- | --- | --- | --- | --- |
| | 22:14 | 23:20 | 23:50 | |
| **MATERNAL ASSESSMENT** | | | | |
| Fundal Tone | | | Firm | |
| Fundal Level | | | 1 Finger breadth below umbilicus | |
| Fundal Placement | | | Midline | |
| Lochia Color | | | Rubra | |
| Lochia Amount | | | Light | |
| Lochia Odor | | | None | |
| Uterine Cramping | | | None | |
| **NEUROLOGIC** | | | | |
| Level of Consciousness | | | Awake, Alert, Oriented x 3 | |
| Extremity Numbness/Tingling | | | None | |
| Extremity Movement | | | Full Range of Motion | |
| **CARDIOVASCULAR** | | | | |
| Nailbeds | | | Pink | |
| Skin Color | | | Normal for Race | |
| Skin Temperature | | | Warm | |
| Capillary Refill | | | Less than 3 seconds | |
| Heart Rhythm | | | Auscultated Regular | |
| Edema | | | None | |
| Edema Location | | | No edema noted. | |
| Homan's Sign Lt. Leg | | | Negative | |
| Homan's Sign Rt. Leg | | | Negative | |
| **IV ASSESSMENT** | | | | |
| **IV Site #1** | | | | |
| IV Assessment | | | Pt. stated that she took her IV out herself because it was bothering her. Pt. instructed that she should have called nurse to let her know that she would like it out. | |
| **PULMONARY** | | | | |

**Mary Washington Healthcare**
1001 Sam Perry Blvd
Fredericksburg, VA 22401

Print Date & Time:   4/20/2010 14:34
Printed by:   Janice Childs, RN

XXXFAIN, TIARRA LASHAE

MR#: **832666**                Room Number
Patient ID:                         3109-M
DOB :
Attending:   UZOCHUKWU CHIZOBA        Age   21

## PP Flowsheet Assessment

| | 04/19/10 | | | |
|---|---|---|---|---|
| | 22:14 | 23:20 | 23:50 | |
| Respiratory Effort | | | Normal | |
| Breath Sounds, Left | | | Clear and Equal | |
| Breath Sounds, Rt. | | | Clear and Equal | |
| Cough Productivity | | | None | |
| **BREASTS** | | | | |
| Breasts | | | Soft | |
| Nipples | | | Smooth; Dry | |
| Breast Pain | | | None | |
| Feeding Preference | | | Breast | |
| **GASTROINTESTIONAL** | | | | |
| Epigastric Pain | | | No | |
| Nausea/Vomiting | | | Denies | |
| Abdominal Tenderness | | | With Palpation | |
| Bowel Sounds | | | Normoactive; All Quadrants | |
| Diet Type | | | Regular diet | |
| Diet Amount | | | Fed self without assistance | |
| Stool Description | | | Passing Flatus; None | |
| **GENITOURINARY** | | | | |
| Voiding | | | Voiding Freely | |
| Bladder Distention | | | Non-distended | |
| **PERINEUM** | | | | |
| Episiotomy/Repaired Laceration | | | Approximated | |
| Perineum/Labia | | | Minimal Swelling | |
| Perineum Pain | | | Mild | |
| Hemorrhoids | | | No | |
| **FALL ASSESSMENT** | | | | |
| Fall History | | | (0) No | |
| Secondary Diagnosis | | | (0) No | |
| Equipment Assessment | | | (0) No | |
| Fall Gait Assessment | | | (0) normal/bed rest/immobile | |
| Ambulatory Aid Assessment | | | (0) none/bedrest/wheelchair/nurse assist | |

PP Flowsheet Assessment
Print Requested by:   Janice Childs, RN.

**EXHIBIT 1**

**Mary Washington Healthcare**

1001 Sam Perry Blvd
Fredericksburg, VA 22401

Print Date & Time:  4/20/2010 14:34
Printed by:  Janice Childs, RN

XXXPAIN, TIARRA LASHAE
MR#: **832666**
Patient ID: ▓▓▓▓▓▓           Room Number
DCB: ▓▓▓▓▓▓                  3109-M
Attending:  UZOCHUKWU CHIZOBA   Age  21

## PP Flowsheet Assessment

| | 04/19/10 | | |
| --- | --- | --- | --- |
| | 22:14 | 23:20 | 23:50 |
| Fall Mental Status Assess | | | (0) oriented to own ability |
| Elimination Assessment | | | (0) Within Normal Limits |
| Fall Age Assessment | | | (0) Age 6 – 65 |
| Fall Detox Protocol | | | (0) No |
| Fall Vision Assessment | | | (0) Adequate (with or without glasses) |
| Fall Medications Assessment | | | (10) Any that affect VS, LOC or cause diuresis |
| Fall Score Computed | | | 10  10 |
| HYGIENE | | | |
| Shower | | | Self |
| Pericare | | | Self |
| Oral Care | | | Self |
| ACTIVITY | | | |
| Ambulate | | | Tolerated Well |
| Chair | | | Tolerated Well |
| SAFETY | | | |
| Siderails Up | | | x2 |
| Call Bell in Reach | | | Yes |
| Alarms working on Admission | | | Yes |
| Bed Low and Locked | | | Yes |
| Medication Charting for | | | |
| Record ID | 101239 | 100991 | 111635 |

| | 04/19/10 | 04/20/10 | |
| --- | --- | --- | --- |
| | 23:53 | 07:55 | 08:10 |
| Stage of Pregnancy | | | Postpartum |
| Patient Status | | | Del_Vag |
| NURSE | | | J.Childs RN |
| Report Received From | | | B.Anderson RN |
| VITAL SIGNS | | | |
| NBP Sys/Dia/Mea | 110 | 118 | |
| | 65 | 83 | |
| HR | 86 | 87 | |
| Respirations | 20 | 17 | |
| Temperature (F) | 98.5 | 97.7 | |
| Temp Route | Oral | Oral | |

EXHIBIT 1

**Mary Washington Healthcare**
1001 Sam Perry Blvd
Fredericksburg, VA 22401

Print Date & Time: 4/20/2010 14:34
Printed by: Janice Childs, RN

XXXFA1N, TIARRA LASHAE
MR#: 832666                          Room Number
Patient ID                            3109-M
DOB
Attending: UZOCHUKWU CHIZOBA      Age  21

## PP Flowsheet Assessment

| | 04/19/10 23:53 | 04/20/10 07:55a | 08:10 | |
|---|---|---|---|---|
| **PAIN ASSESSMENT** | | | | |
| Pain Rating | 0 | | 3 | |
| Pain Intervention | | | Medication | |
| **MATERNAL ASSESSMENT** | | | | |
| Fundal Tone | | | Firm | |
| Fundal Level | | | 1 Finger breadth below umbilicus | |
| Fundal Placement | | | Midline | |
| Lochia Color | | | Rubra | |
| Lochia Amount | | | Light | |
| Lochia Odor | | | None | |
| Uterine Cramping | | | None | |
| **NEUROLOGIC** | | | | |
| Level of Consciousness | | | Awake, Alert, Oriented x 3 | |
| Headache | | | None | |
| Dizziness | | | No | |
| Blurred Vision | | | No | |
| Extremity Numbness/Tingling | | | None | |
| Extremity Movement | | | Full Range of Motion | |
| **CARDIOVASCULAR** | | | | |
| Nailbeds | | | Pink | |
| Skin Color | | | Normal for Race | |
| Skin Temperature | | | Warm | |
| Capillary Refill | | | Less than 3 seconds | |
| Heart Rhythm | | | Auscultated Regular | |
| Edema | | | None | |
| Edema Location | | | No edema noted. | |
| Homan's Sign Lt. Leg | | | Negative | |
| Homan's Sign Rt. Leg | | | Negative | |
| **IV ASSESSMENT** | | | | |
| **PULMONARY** | | | | |
| Respiratory Effort | | | Normal | |
| Breath Sounds, Left | | | Clear and Equal | |
| Breath Sounds, Rt. | | | Clear and Equal | |
| Cough Productivity | | | None | |
| **BREASTS** | | | | |
| Breasts | | | Soft | |
| Nipples | | | Smooth; Dry | |

PP Flowsheet Assessment                                    Page 33
Print Requested by: Janice Childs, RN

EXHIBIT 1