**Mary Washington Healthcare**

1001 Sam Perry Blvd
Fredericksburg, VA 22401

Print Date & Time:  4/20/2010 14:34
Printed by:  Janice Childs, RN

XXXFAIN, TIARRA LASHAE

MR#:  832666
Patient ID:
DOB :
Attending:  UZOCHUKWU CHIZOBA

Room Number
3109-M

Age   21

## PP Flowsheet Assessment

| | 04/19/10 | 04/20/10 | |
|---|---|---|---|
| | 23:53 | 07:55   08:10 | |
| Breast Pain | | None | |
| Feeding Preference | | Breast | |
| **GASTROINTESTIONAL** | | | |
| Epigastric Pain | | No | |
| Nausea/Vomiting | | Denies | |
| Abdominal Tenderness | | With Palpation | |
| Bowel Sounds | | Normoactive; All Quadrants | |
| Diet Type | | Regular diet | |
| Diet Amount | | Fed self without assistance | |
| Stool Description | | Passing Flatus; None | |
| **GENITOURINARY** | | | |
| Voiding | | Voiding Freely | |
| Bladder Distention | | Non-distended | |
| **PERINEUM** | | | |
| Episiotomy/Repaired Laceration | | Approximated | |
| Perineum/Labia | | Minimal Swelling | |
| Perineum Pain | | Mild | |
| **FALL ASSESSMENT** | | | |
| Fall History | | (0) No | |
| Secondary Diagnosis | | (0) No | |
| Equipment Assessment | | (0) No | |
| Fall Gait Assessment | | (0) normal/bed rest/immobile | |
| Ambulatory Aid Assessment | | (0) none/bedrest/wheelchair/nurse assist | |
| Fall Mental Status Assess | | (0) oriented to own ability | |
| Elimination Assessment | | (0) Within Normal Limits | |
| Fall Age Assessment | | (0) Age 6 - 65 | |
| Fall Detox Protocol | | (0) No | |

**EXHIBIT 1**

| **Mary Washington Healthcare** | XXXFAIN, TIARRA LASHAE |
|---|---|
| 1001 Sam Perry Blvd<br>Fredericksburg, VA 22401 | MR#: 832666      Room Number<br>Patient ID:           3109-M |
| Print Date & Time:  4/20/2010 14:34<br>Printed by:  Janice Childs, RN | DCB :<br>Attending:  UZOCHUKWU CHIZOBA    Age  21 |

## PP Flowsheet Assessment

|  | 04/19/10 | 04/20/10 | |
|---|---|---|---|
|  | 23:53 | 07:55 | 08:10 |
| Fall Vision Assessment |  |  | (0) Adequate (with or without glasses) |
| Fall Medications Assessment |  |  | (0) None |
| Fall Score Computed |  |  | 0 |
|  |  |  | 0 |
| **HYGIENE** |  |  |  |
| Shower |  |  | Self |
| Pericare |  |  | Self |
| Oral Care |  |  | Self |
| **ACTIVITY** |  |  |  |
| Ambulate |  |  | Tolerated Well |
| Chair |  |  | Tolerated Well |
| **SAFETY** |  |  |  |
| Siderails Up |  |  | x2 |
| Call Bell in Reach |  |  | Yes |
| Bed Low and Locked |  |  | Yes |
| **COMMENTS** |  |  |  |
| COMMENTS |  |  | Pt left ankle bears loose shackle attached to bed. Guard at bedside with key. Ankle/Foot appears pink, good cap refill, no swelling. Will continue to monitor |
| Medication Charting for |  |  |  |
| Record ID | 100991 | 103216 | 107318 |
| RN/LPN Countersign |  | J.Childs Rn |  |

| **Mary Washington Healthcare** | **XXXFAIN, TIARRA LASHAE** | |
|---|---|---|
| 1001 Sam Perry Blvd | MR#: **832666** | Room Number |
| Fredericksburg, VA 22401 | Patient ID: | 3109-M |
| Print Date & Time: 4/20/2010 14:35 | DOB: | Age 21 |
| Printed by: Janice Childs, RN | Attending: UZOCHUKWU CHIZOBA | |

## Postpartum- Teaching Record MWH

| | 04/18/10 22:40 | 04/19/10 16:00 | 04/19/10 17:57 | 04/20/10 13:30 |
|---|---|---|---|---|
| **INVOLUTION** | | | | |
| Lochia Changes | Teaching Complete; Listened Attentively; Verbalized Understanding | Teaching Complete; Listened Attentively; Verbalized Understanding | | |
| Healing | | Teaching Complete; Listened Attentively; Verbalized Understanding | | |
| Nursing | | | | |
| **EXERCISE** | | | | |
| Phlebitis | Teaching Complete; Listened Attentively; Verbalized Understanding | Teaching Complete; Listened Attentively; Verbalized Understanding | | |
| **NUTRITION** | | | | |
| Medication | Teaching Complete; Listened Attentively; Verbalized Understanding | Teaching Complete; Listened Attentively; Verbalized Understanding | | |
| **BIRTH CONTROL** | | | | |
| Family Planning | | | | Received Information; Listened Attentively |
| **HANDLING BABY** | | | | |
| Cord Care | | Teaching Complete; Listened Attentively; Verbalized Understanding | | |
| Circumcision Care | | | Listened Attentively; Observed Nurse Demonstration | |
| Dressing | | Teaching Complete; Listened Attentively; Verbalized Understanding | | |
| Temps/SS of Illness | | Teaching Complete; Listened Attentively; Verbalized Understanding | | |

EXHIBIT 1

| **Mary Washington Healthcare**<br>1001 Sam Perry Blvd<br>Fredericksburg, VA 22401<br>Print Date & Time:  4/20/2010 14:35<br>Printed by:  Janice Childs, RN | XXXFAIN, TIARRA LASHAE<br>MR#: **832666**<br>Patient ID: █████<br>DOB : █████<br>Attending:  UZOCHUKWU CHIZOBA | Room Number<br>3109-M<br><br>Age   21 |
| --- | --- | --- |

## Postpartum- Teaching Record MWH

| | 04/18/10<br>22:40 | 04/19/10<br>16:00 | 04/19/10<br>17:57 | 04/20/10<br>13:30 |
| --- | --- | --- | --- | --- |
| Bathing/Growth & Devel. | | Teaching Complete; Listened Attentively; Verbalized Understanding | | |
| Bowel/Bladder | | Teaching Complete; Listened Attentively; Verbalized Understanding | | |
| MOTHER/BABY SAFETY | | | | |
| Car Seat/Seat Belts | | Teaching Complete; Listened Attentively; Verbalized Understanding | | |
| Recorded by | 101415 | 105365 | 105365 | 107318 |

EXHIBIT 1

| **Mary Washington Healthcare** 1001 Sam Perry Blvd Fredericksburg, VA 22401 | **XXXFAIN, TIARRA LASHAE** |
| --- | --- |
| Print Date & Time: 4/20/2010 14:34 Printed by: Janice Childs, RN | MR#: 832666    Room Number Patient ID:    3109-M DOB : Attending: UZOCHUKWU CHIZOBA  Age 21 |

## Postpartum Family Referral

| | 01/16/10 13:34 | 13:44 | 03/11/10 10:44 | 04/18/10 05:33 | |
| --- | --- | --- | --- | --- | --- |
| **MATERNAL INFORMATION** | | | | | |
| Age | 21 | | | | |
| Date of Birth | 5/18/1988 | | | | |
| Marital Status | Single | | | Married | |
| Home Phone | 5404081176 | | | | |
| Language Spoken | | English | | | |
| Provider | WILKES CYNTHIA F | | STADULIS LEEDYLYNH | UZOCHUKWU CHIZOBA D | |
| Pediatrician | | on call | | | |
| Hepatitis B | | Negative | | | |
| **FAMILY INFORMATION** | | | | | |
| Adequate Access to | | Electric | | | |
| Recorded by: | | 110379; 101767 | | | |

Postpartum Family Referral
Print Requested by: Janice Childs, RN

EXHIBIT 1

    

For the protection of your baby, we have an infant security system here at Mary Washington Hospital.

I understand that this is a locked unit and my visitors must call for entry.  I will instruct my visitors not to allow anyone outside of their group in with them.

I understand that a tag will be placed on my baby.

I understand that the Yellow Passport has my signature on it.

I understand the Yellow Passport is to be shown by the nursing staff each time my baby is taken to the nursery or a scheduled event.  I will only give my baby to persons carrying a Yellow Passport with my signature.

I understand the numbers on my baby's bracelet will be checked to match the numbers on my bracelet each time my baby is brought to me.

I understand that I will report all lost or loose bracelets to my nurse.

I understand that my baby will always be in a crib when taken from my room or from the Nursery.  I understand that no one will walk in the halls carrying my baby in their arms.

I understand that after I am discharged, no health care worker will come to my home without an appointment.

_Tiarra Fain_        4/18/10
Mother's Signature/Date

_[signature]_        4/18/10
Nurse's Signature/Date

R N 4 0 4 5

Mary Washington Healthcare
**Mary Washington Hospital**

**Infant Security Agreement**
FR-1401-MWH   Rev. 1/2010
White Copy: Patient, Yellow Copy: Medical Records



XXXFAIN                                    MWH
TIARRA LASHAE
MRN: 832686        DOB
ACCT NO:                Age: 021

EXHIBIT 1

Batch #2
Mary Washington
Hospital

**EXHIBIT 1**



000026

ATTN: A FRANCUZENKO
COOK CRAIG FRANCUZENKO
3050 CHAIN BRIDGE RD STE 200
FAIRFAX VA  22030-2843

RECEIVED DEC 1 2 2012

# ATTENTION
## Confidential information enclosed.
## To be viewed by authorized persons only.

## If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice

Health information is reproduced by HealthPort, a health information outsourcing service.  Your healthcare facility contracts with HealthPort to process authorized copies of medical records.

Reproductions are made from the medical facility's original records.  The confidentiality of these records is protected by federal and state laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).

If you requested items that are not maintained in the medical record, your request for those items was forwarded to the appropriate department and will be sent under separate cover.  Likewise, information that you asked to have delivered to another address is sent separately.

This package may or may not contain medical records, depending on what was requested and how it was processed.

# EXHIBIT 1



| Date 4/18/10 | Allergy | ☑ NKDA | Pre-procedure Vital Signs BP 142/91 HR 90 | Height 5'6" | Weight 93 Kg | ASA II | OB/Gyn Physician Uzochukwu |
|---|---|---|---|---|---|---|---|

**EPIDURAL TECHNIQUE**

| | | Labs WNL ☑ Yes ☐ No |
|---|---|---|
| Position | ☑ Sitting ☐ Lateral | ☑ Risk Benefits reviewed and accepted |
| ☑ Sterile Prep | | ☑ Informed consent given |
| Local ☐ 1% Lidocaine 3 mL | | Remarks (Initial all entries) |

1455 epid. cath placed without
difficulty. JM
4:pay, "she feel more com-
fortable."

Needle Level L3-L4 ☑ Tuohy 17ga
☐ CSF ☐ Blood ☐ Paresthesia
☑ All Above Neg. x 3
LOR @ 55 cm
Cath cm at skin 10.5 cm
Test done 3 mL 1.5% with epi
Other _____

Response ☑ Negative ☐ Positive
Bolus at insertion 8 ml
☐ 0.1% marcaine with 0.5 microgram/mL Sufentanil
☑ Other 0.25% bupiv

Maintenance
☐ 0.1% marcaine with 0.5 microgram/mL Sufentanil
☐ Other _____
Setting: Infusion 10 mL/hour
Bolus: 4 mLs every 15 minute

| Time | Begin Time | End Time | Initials | Epidural Placement Time | Begin Time | End Time | Initials | CRNA Print Name | Initials |
|---|---|---|---|---|---|---|---|---|---|
| Epidural Placement | 1455 | 1525 | JM | Visit 5 | | | | Marci Joumke | SB |
| Visit 1 | | | | Visit 6 | | | | | |
| Visit 2 | | | | Visit 7 | | | | | |
| Visit 3 | | | | Visit 8 | | | | | |
| Visit 4 | | | | Visit 9 | | | | | |
| Epidural Removal Time | | | | Tip intact | ☐ Yes | ☐ No | | | |

| Delivery Type | Anesthesiologist Initials | Start Time | End Time | Anesthesiologist Signatures |
|---|---|---|---|---|
| | | | | |
| | | | Room # | |

PHL 2225

OR4270

🌿 MediCorp Health System

**Labor Epidural Anesthesia Record**
FR-1180-MHS 02/2009       Top Copy Chart       Bottom Copy Anesthesia

EXHIBIT

| XXXFAIN TIARRA LASHAE | | MWH |
|---|---|---|
| MRN: 832666 | DCB: | |
| ACCT NO: | Age: 021 | |

Please Answer The Following Questions About Your Health History   AGE **21**   HEIGHT **5'6**   WEIGHT **200**

1. Please check the box for past problems, or circle the word for present conditions. (Additional space is avail. on the back if necessary)

- ☐ Angina or Chest Pain (when? _____)
- ☐ Heart Attack (when? _____)
- ☐ Heart Surgery (when? _____)
- ☐ Heart Failure (when? _____)
- ☒ Heart Murmur
- ☐ High Blood Pressure
- ☐ Pacemaker
- ☐ Rheumatic Fever or Valve Problem
- ☐ Anemia      ■ Bleeding Problems
- ☐ Diabetes
- ☐ Anxiety or Depression

- ☐ Thyroid Disease
- ☐ Hiatal hernia, Heartburn, or Reflux
- ☐ Hepatitis, Jaundice, or Liver Problems
- ☐ Kidney Disease
- ☐ COPD or Emphysema
- ☐ Tuberculosis
- ☒ Asthma or Wheezing
- ☐ Bronchitis   ☐ Obstructive Sleep Apnea
- ☐ Shortness of Breath
- ☐ Hearing Problem
- ☐ Claustrophia

- ☐ Neurologic Disease
- ☐ Epilepsy or Seizure
- ☐ Stroke or Transient Ischemic Attack
- ☐ Muscle Weakness
- ☐ Recreational Drug Use
- ☐ Fainting
- ☐ Dentures or Bridge Work
- ☐ Loose or Capped Teeth
- ☐ Limited Neck Motion, or TMJ
- ☐ Lens Implant or Corneal Transplant
- ☐ Other Diseases or Problems not listed

2. List any past operations: _____

3. Have you or any of your relatives had any problem with Anesthesia or Surgery? **No**

4. List all the Medications (with drug dosages) you take daily: **Proventil**

5. List All Drug Allergies: **PCN**

Any history of Latex (rubber) allergy: ☐ yes ☒ no

6. Do you smoke? If so, much per day, for how many years? **none**
   If you quit, when did you stop? _____

7. Do you drink alcoholic beverages? If so how much per week? **none**

8. For female patients, are you pregnant? **Yeah**
   When was your last menstrual period? _____

9. Do you presently have a cold? **No**

10. Is there any other information that you think the Anesthesiologist should know? **No**

Signature: X _Tiarra fain_   Date **4/18/10**

### ¡¡¡ PLEASE DO NOT WRITE BELOW THIS LINE ¡¡¡

**Preoperative Chart Review**

Proposed Procedure: **Vag. deliv.**

Pertinent Medical History: y

Asthma - last used inhaler 4 mos. ago

heart(m)

Labs: N/A Date Drawn: _____
HCT/CBC: N/A WNL (Pending) ABN: _____
Chemistry: N/A WNL Pending ABN: _____
EKG: N/A WNL NSST'S Pending ABN: _____
CXR: N/A WNL Pending ABN: _____
Other Tests: _____
Comments: _____

Anesthetic Plan to be determined after evaluation and consultation with the patient on the day of the surgery.

Signature: _[signature]_   MD/DO **4 18 10**   Date

**Day of Surgery Evaluation:**

Patient identified, examined and chart reviewed   ate 6° ago
NPO: Confirmed  Unknown  ~Full Stomach
GER: None Occasional (Frequent Reflux) Has Symptoms Now
Cardiac History (None) Atypical Chest Pain  Suspicious Angina
Family History of MH (None) Unknown  Suspicious Positive
Physical Exam: Airway: MP Class I **II** III IV
Thyromental Distance: >3fb  <3fb  No Chin
Neck Extension: Excellent  Adequate  Reduced  Poor
Heart: RRR, no murmur ABN: _____
Lungs: Clear, Bilat BS ABN: _____
Comments: CLEA pending nl. plt. count

Anesthetic Plan: GA (Regional) MAC  IV Sedation  Local
Proposed plan explained, relevant risks reviewed, informed consent obtained. Patient agrees to proceed. ASA I **II** III IV V E

Signature: _K. Maury_   MD/DO **4 18 10**   Date

### Recovery Room and Discharge Evaluation

Blood Pressure _____   Stable
Pulse _____   Stable
Respiration _____   Adequate
Discharge To: Home  SDS  PEDS  ICU  MWH  SH
Time of Discharge Evaluation: _____

Remarkable Events in the Recovery Room: _____

Signature: _____   MD/DO ___/___/___   Date

```
O R 4 2 2 0
```

XXXFAIN
TIARRA LASHAE
MRN: 832666
ACCT NO: _____   DOB: _____  Age: 021

**MWHC Anesthetic Health Q__**
FR-670-MWHC Rev. 1/2010

**EXHIBIT 1**

FAIN   MWH
TIARRA LASHAE
MRN: 832666
ACCT NO. _____ 781  Age: 021

## Please Use the Following Space to Provide Additional Information

XXXFAIN
TIARRA LASHAE                    DOB: 0
MRN: 832666
ACCT NO:                          Age: 021

MWH

FAIN
TIARRA LASHAE                    DOB
MRN: 832666
ACCT NO:                          Age: 021

MWH

O R 4 2 2 0

Mary Washington Healthcare

**MWHC Anesthetic Health Questionnaire**
FR-870-MWHC  Rev. 1/2010

EXHIBIT 1
Page 2 of 2

☐ **STAT**   STAT = medically urgent & necessary

**ALLERGIES:** PCN

**DO NOT USE FELT TIP PEN**

| DATE | TIME | | SCAN | CLERICAL ASSOC. | RN/LPN |
|---|---|---|---|---|---|
| 4/18/10 0945 | | Tylenol 1000 mg PO x 1 dose now | | | |
| | | V.O.R.B. Dr. Uzochukwu / S Wright | | | |
| | | Noted S Wright RN 4/18/10 @ 1000 | | | |
| 4/18/10 | 2235 | chart | | | |
| 4/19/10 | 0230 | CHART ✓ | | | |
| 4/19/10 | 1610 | Chart ✓ mJ Field, RN | | | MJF |
| 4/19/10 | @2345 | chart ✓ B Anderson, RN | | | |
| 4/20/10 12:00 pm | | d/c ◌home | | | |
| | | noted Vanidora | | | |

MD4570

XXXFAIN
TIARRA LASHAE
MRN: 832666
ACCT.NO:

FAIN
TIARRA LASHAE
MRN: 832666
ACCT.NO:

**Physician's Orders**

SR-143-MWHC Rev.1/10



**STAT**  STAT = medically urgent & necessary

**Allergies**  NKDA



### DO NOT USE FELT TIP PEN

**Medications:**
Lactated Ringers 1000 mL with Oxytocin 20 units at 125 mL/hour x 1 liter PRN for bleeding
Acetaminophen (Tylenol) 500 mg 2 tablets PO every 6 hours PRN for mild pain (1-3). Do not exceed 4000 mg in 24 hours.
Oxycodone 5 mg/Acetaminophen (Roxicet) 325 mg 1 tablet PO every 4 hours PRN for moderate pain (4-7)
Oxycodone 5 mg/Acetaminophen (Roxicet) 325 mg 2 tablets PO every 4 hours PRN for severe pain (8-10)
Zolpidem (Ambien) 10 mg PRN at bedtime PRN for sleep. Do not substitute.
Dolasetron (Anzemet) 12.5 mg IV every 6 hours PRN for nausea and/or vomiting
AlOH/MgOH (Mylanta) 30 mL PO every 4 hours PRN for indigestion
Bisacodyl (Dulcolax) 10 mg suppository per rectum PRN for constipation if no episioproctotomy or 4th degree laceration
Sodium Phosphate (Fleet) 1 enema per rectum PRN for constipation if no episioproctotomy or 4th degree laceration
Rubella Vaccine 0.5 mL subcutaneously x1 dose if mother not immune – administer at discharge. Do NOT give if patient required RHOGAM.

**Mother's Medication:**
Ibuprofen 600 mg PO every 6 hours PRN for pain
Docusate sodium (Colace) 100 mg 2 capsules PO at bedtime until BM then PRN. Send Rx message to Pharmacy to change to "at bedtime PRN".
Benzocaine spray (Dermoplast) after each voiding PRN for perineal discomfort
Dibucaine ointment PRN for hemorrhoids
Tucks pads to perineal area PRN for hemorrhoids
Lanolin ointment topical PRN for cracked or sore nipples
Eucerin cream topical PRN for dry/cracked skin

**Postpartum Tubal Ligation:**
Mini prep if needed                  Famotidine (Pepcid) 20 mg PO on call
Void on call to OR                   Metoclopramide (Reglan) 10 mg PO on call

**Laboratory:**
If RH Negative – RHOGAM SCREEN and administer RHOGAM if indicated

**Diet:**
Regular diet

**Consults:**
Lactation consultation first visit and PRN if breast feeding
Care Management for home care, social services, WIC, and other indications
Diabetes Management if INSULIN dependent Diabetic

**Nursing:**
Initiate standards of care and clinical pathway as appropriate
May transfer to Mother – Baby unit 1-2 hours post delivery
Vital signs and fundal checks every 15 minutes x 4, then every 30 minutes x 2, then per postpartum standard of care
Ice pack to perineum PRN x 24 hours
Sitz bath TID PRN – may use Epsom salt 120gm for perineal edema
OOB as tolerated. May shower.
Catheterize for bladder distention if unable to void. Use Foley for second catheterization. Leave foley in place if greater than 100 mL urine obtained.
K Pad to affected area PRN

Scanned: ___  Date ___  Time ___  Physician Signature
Clerical Associate:
RN/LPN:

MD4570    Mary Washington Healthcare

**Postpartum Vaginal De**  XXXFAIN TIARRA LASHAE  MWH
FR-650a-MWHC Rev. 9/2005; 1/201  MRN: 832666  DOB ___  Age: 021
ACCT NO:  EXHIBIT 4

FAIN TIARRA LASHAE  DOB ___
MRN: 832666  Age: 021
ACCT NO:  MWH





**STAT**

STAT = medically urgent & necessary

**Allergies/Describe Reaction:**

**Patient's Weight _____ kg**

**DO NOT USE FELT TIP PEN**

**FOR THOSE ORDERS WITH OPTIONS, ITEMS MUST BE MARKED OR THE ORDER IS NOT INITIATED**

| All Other Orders | Medications Only |
|---|---|

**All Other Orders**

**Admit as Inpatient to _____ unit**
**Upon admission institute fetal monitor, labor and delivery, and other standards of care as appropriate**
**Diagnosis**

**Labs:**

CBC, Type & Screen     □ UA

□ PIH Labs: (CBC with differential, PT, PTT, Fibrinogen, Uric Acid, CMP, urinalysis)

□ Drop In Labs (For patients without prenatal care, patients whose records are not available at the time of admission): (STAT CBC with differential, Rubella, RPR, Type and Screen, Hepatitis B Surface Antigen, GBS culture, Urinalysis, Urine Drug screen – If positive, send for confirmation, Rapid HIV test STAT if unknown status, history of STD and/or substance abuse with unknown status)

□ Abruption Labs: (CBC with differential, PT, PTT, Fibrinogen, RHGE if Rh negative, Type & Screen)

**Dietary:**

NPO if C-section patient
Clear liquids until active labor, then ice chips

**Activity:**
May be OOB if membranes are intact, if ROM need physician order. Notify physician/CNM when membranes rupture

**Nursing:**
Foley Catheter for bladder distention PRN while in labor
For non-reassuring fetal heart pattern:
Start oxygen 100% at 10 LPM via nonrebreather face mask
Position change, fluid bolus of Lactated Ringers 200 mL, and notify health care provider

**Consult**
☒ Anesthesia for Epidural for active, progressive labor

□ For C-Section patients
Mini abdominal prep
Insert foley catheter
SCD applied intra-operatively

**Medications Only**

✓ Mylanta (AlOH/MgOH, Simethicone) 30 mL PO every 4 hours PRN for indigestion/heartburn
✓ FentaNYL (Sublimaze) 100 mcg IV every hour PRN pain scale greater than/equal to 5 and hold for respiratory rate less than 10
✓ Ondansetron (Zofran) 4 mg IV every 6 hours PRN for Nausea and or Vomiting

□ Continuous epidural: Sufentanil with bupivicaine according to Anesthesiologist driven protocol
□ Other (specify):

**For patients with positive Group B Strep begin prophylaxis:**
□ Penicillin G 5 million units IV loading dose STAT then 2.5 million units every 4 hours until delivery
□ Ampicillin 2 gram IV loading dose STAT, then 1 gram every 4 hours until delivery

**For Penicillin Allergic (not high risk of anaphylaxis) patients:**
□ ceFAZolin (Ancef) 2 g IV initially then 1 g IV every 8 hours until Delivery

**For Penicillin Allergic (high risk of anaphylaxis) patients:**
□ Clindamycin 900 mg IV every 8 hours until delivery     OR
□ ERYTHromycin 500 mg IV every 6 hours until delivery

**For GBS resistance to clindamycin or ERYTHromycin or unknown susceptibility:**
□ VancoMYCIN 1 g IV every 12 hours until delivery

**IV Fluids**

Bolus IV with 500-1000 mL of Lactated Ringers prior to epidural according to patient status

LR 1000ml @ 80ml per hour with 18 G  V catheter titrated for a total IV fluid intake of 80 mL/hr

Discontinue IV prior to transfer to Mother-Baby unit unless otherwise ordered, convert IV to PRN adapter if patient Rh negative.

□ Magnesium sulfate per 'Magnesium Sulfate Administration for Preterm Labor or Pre-eclampsia/Eclampsia Protocol'

**For C-Section patients**
□ Sodium citrate and citric acid 30 mL PO 30 minutes prior to OR
□ ceFAZolin (Ancef) 2 Grams IV 30-60 minutes prior to incision

Scanned: _____
Clerical Associate: _____
RN/LPN: _____

Date  4/18/10     Time 6 ᴾᴹ     Physician Signature

MWH

M D 4 5 7 0
XXXFAIN
TIARRA LASHAE
MRN: 832666
ACCT NO:
DOB:
Age: 021

FAIN
TIARRA LASHAE
MRN: 832666
ACCT NO: 2
Age: 021

MWH

**Intrapartum Physician O**
FR-649-MWHC  Rev 8/2009; 1/2010

EXHIBIT 1

List Allergies/Describe Reaction:

PCN

☐ **STAT**   STAT = medically urgent & necessary

Patient's Weight_____kg

+

| FOR THOSE ORDERS WITH OPTIONS, ITEMS MUST BE MARKED OR THE ORDER IS NOT INITIATED |
|---|

Weight _____kg

| All Orders Except Medications | Medication Orders |
|---|---|
| ☑ Induction          Indication: LTA<br><br>☐ Augmentation      Indication: | ☐ Dinoprostone (Cervidil®) 10 mg intravaginally<br>Pull after 12 hours or at onset of active labor or tachysystole<br>Wait 30 minutes after removal prior to Oxytocin initiation |
| Implement Intrapartum Physician Orders<br><br>Intake and Output every 8 hours. | ☐ Misoprostol (Cytotec®) 25 mcg intravaginally<br>Every 4 hours. No more than 6 doses.<br>Wait 4 hours after last dose prior to Oxytocin initiation<br>Hold dose if tachysystole. |
|  | ☑ Oxytocin Low Dose Protocol<br>(Oxytocin 30 units in 500 ml Lactated Ringers)<br>1 milli-unit/minute = 1 ml/hour<br>Initial dose 1 milliunit/minute<br>Administer oxytocin infusion via infusion pump, starting at 1 milliunits/minute and advance by 1 or 2 milliunits/minute every 30 minutes within the limits of the intrapartum protocol to achieve an acceptable maternal – fetal response to labor (i.e., contractions occurring every 2-3 minutes and lasting 60 - 90 seconds; fundus palpating at "moderate to strong" at peak contraction; and uterine relaxation between contractions). Use lowest dose possible to achieve adequate progress of labor. Call physician when maximum dose reached.<br>Maximum acceptable rate of infusion: 20 milliunits/minute |
| Intensify nursing care for 1:1 on Oxytocin High Dose Protocol | ☐ Oxytocin High Dose Protocol:<br>(Oxytocin 30 units in 500 ml LR)<br>1 milli-unit/minute = 1 ml/hour<br>Administer oxytocin infusion via infusion pump, starting at 4 milliunits/minute and advance by 4 milliunits/minute every 30 minutes within the limits of the intrapartum protocol to achieve an acceptable maternal – fetal response to labor (i.e., contractions occurring every 2-3 minutes and lasting 60 - 90 seconds; fundus palpating at "moderate to strong" at peak contraction; and uterine relaxation between contractions). Use lowest dose possible to achieve adequate progress of labor. Call physician when maximum dose reached.<br>Maximum acceptable rate of infusion: 30 milliunits/minute |
| For Tachysystole in Category I, II or III<br><br>Implement the Cervical Ripening/Oxytocin Tachysystole Algorithm and notify physician as indicated | For Tachysystole with Category I:<br>Maternal repositioning to left or right lateral<br>IV fluid bolus of at least 250 mL Lactated Ringers<br>If uterine activity has not returned to normal after 15 minutes, decrease oxytocin rate by half; if uterine activity has not returned to normal after 15 more minutes, discontinue oxytocin until uterine activity is no more than 5 contractions in 10 minutes.<br>When oxytocin has been discontinued for less than 30 minutes, restart oxytocin at one half the rate that caused the tachysystole.<br>If oxytocin is discontinued for greater than 30 minutes, restart oxytocin infusion at the beginning administration dose. |

| Scanned:<br>Clerical Associate:<br>RN/LPN: | 4/8/10<br>Date<br>_Nooked et Wright_ 4/18/10 - 1000 | 6²⁄₃ₐₘ<br>Time | _(signature)_<br>Physician Signature |
|---|---|---|---|

XXXFAIN
TIARRA LASHAE
MRN: 832666
ND 4570          ACCT.NO:

FAIN
TIARRA LASHAE
MRN: 832666        DOB:
ACCT.NO:            Age: 021

MWH                 MWH

EXHIBIT 1

Induction / Augmentation
FR-1914-MWHC   12/2009; 1/2010 (fd

☐ **STAT**

STAT = medically urgent & necessary

List Allergies/Describe Reaction:

PCN

Patient's Weight _____ kg

**DO NOT USE FELT TIP PEN**

**FOR THOSE ORDERS WITH OPTIONS, ITEMS MUST BE MARKED OR THE ORDER IS NOT INITIATED**

| All Orders Except Medications | Medications |
|---|---|
| | ☐ **For Tachysystole with Category II or III**<br><br>Discontinue oxytocin infuusion.<br>Remove Cervidil<br>Notify care provider.<br>Maternal repositioning to left or right lateral.<br>IV lactated ringers fluid bolus of at least 500 mL<br>Consider oxygen at 10 L/min via non-rebreather face mask. (Discontinue as soon as possible)<br><br>After uterine activity has returned to normal and if Category I FHR criteria are met, restart oxytocin infusion as below:<br>If oxytocin discontinued less than 30 minutes, restart oxytocin infusion at one-half the rate that caused the tachysystole.<br><br>If oxytocin discontinued for greater than 30 minutes, restart oxytocin infusion at the beginning administration dose.<br><br>Titrate dose to protocol to achieve an acceptable maternal -- fetal response to labor (i.e., contractions occurring every 2-3 minutes and lasting 60 - 90 seconds; fundus palpating at "moderate to strong" at peak contraction; and uterine relaxation between contractions).<br><br>**IV Fluids**<br><br>Decrease mainline IV rate to maintain IV fluid intake at 80 mL/hour once oxytocin initiated |

Scanned: _____
Clerical Associate: _____
RN/LPN: _____

Date 4/18/10    Time 6:32 am    Physician Signature

Noted S Wright 4/18/10 @ 1000

Mary Washington Healthcare

**Induction / Augmentation Physician Orders**
FR-1914-MWHC   12/2009; 1/2010 (form logo only)

M D 4 5 7 0

FAIN, TIARRA LASHAE   MRN: 832666   DOB: ___ Age: 021   ACCT NO:



**List Allergies/Describe Reaction:**

PCN

**STAT**  STAT= medically urgent & necessary

Patient's Weight_____kg

+

### FOR THOSE ORDERS WITH OPTIONS, ITEMS MUST BE MARKED OR THE ORDER IS NOT INITIATED

Weight _____ kg

| All Orders Except Medications | Medication Orders |
|---|---|
| ☒ Induction   Indication: *LGA*  ☐ Augmentation   Indication:  Implement Intrapartum Physician Orders  Intake and Output every 8 hours. | ☐ Dinoprostone (Cervidil®) 10 mg Intravaginally  Pull after 12 hours or at onset of active labor or tachysystole  Wait 30 minutes after removal prior to Oxytocin initiation |
|  | ☐ Misoprostol (Cytotec®) 25 mcg Intravaginally  Every 4 hours. No more than 6 doses.  Wait 4 hours after last dose prior to Oxytocin initiation  Hold dose if tachysystole. |
|  | ☒ Oxytocin Low Dose Protocol  (Oxytocin 30 units in 500 ml Lactated Ringers)  1 milli-unit/minute = 1 ml/hour  Initial dose 1 milliunit/minute  Administer oxytocin infusion via infusion pump, starting at 1 milliunit/minute and advance by 1 or 2 milliunits/minute every 30 minutes within the limits of the intrapartum protocol to achieve an acceptable maternal – fetal response to labor (i.e., contractions occurring every 2-3 minutes and lasting 60 - 90 seconds; fundus palpating at "moderate to strong" at peak contraction; and uterine relaxation between contractions). Use lowest dose possible to achieve adequate progress of labor.  Call physician when maximum dose reached.  Maximum acceptable rate of infusion: 20 milliunits/minute |
| Intensify nursing care for 1:1 on Oxytocin High Dose Protocol | ☐ Oxytocin High Dose Protocol:  (Oxytocin 30 units in 500 ml LR)  1 milli-unit/minute = 1 ml/hour  Administer oxytocin infusion via infusion pump, starting at 4 milliunits/minute and advance by 4 milliunits/minute every 30 minutes within the limits of the intrapartum protocol to achieve an acceptable maternal – fetal response to labor (i.e., contractions occurring every 2-3 minutes and lasting 60 - 90 seconds; fundus palpating at "moderate to strong" at peak contraction; and uterine relaxation between contractions). Use lowest dose possible to achieve adequate progress of labor.  Call physician when maximum dose reached.  Maximum acceptable rate of infusion: 30 milliunits/minute |
| For Tachysystole in Category I, II or III  Implement the Cervical Ripening/Oxytocin Tachysystole Algorithm and notify physician as indicated | For Tachysystole with Category I:  Maternal repositioning to left or right lateral  IV fluid bolus of at least 250 mL Lactated Ringers  If uterine activity has not returned to normal after 15 minutes, decrease oxytocin rate by half; if uterine activity has not returned to normal after 15 more minutes, discontinue oxytocin until uterine activity is no more than 5 contractions in 10 minutes.  When oxytocin has been discontinued for less than 30 minutes, restart oxytocin at one half the rate that caused the tachysystole.  If oxytocin is discontinued for greater than 30 minutes, restart oxytocin infusion at the beginning administration dose. |

Scanned: _____
Clerical Associate: _____
RN/LPN: _____

Date  4/18/10     Time  6 pm     Physician Signature

XXXFAIN
TIARRA LASHAE
MRN: 832668
ACCT NO: 2_____   HB_021     MWH

FAIN
TIARRA LASHAE
MRN: 832668
ACCT NO: 2____1181   Age: 021     MWH

M D 4 5 7 0

**Induction / Augmentation**
FR-1914-MWHC   12/2009; 1/2010 (form



List Allergies/Describe Reaction:

☑ STAT    STAT = medically urgent & necessary

Patient's Weight_____kg

**DO NOT USE FELT TIP PEN**
**FOR THOSE ORDERS WITH OPTIONS, ITEMS MUST BE MARKED OR THE ORDER IS NOT INITIATED**

| All Orders Except Medications | Medications |
|---|---|
| | ☐ For Tachysystole with Category II or III |
| | Discontinue oxytocin infusion. |
| | Remove Cervidil |
| | Notify care provider. |
| | Maternal repositioning to left or right lateral. |
| | IV lactated ringers fluid bolus of at least 500 mL |
| | Consider oxygen at 10 L/min via non-rebreather face mask. (Discontinue as soon as possible) |
| | |
| | After uterine activity has returned to normal and if Category I FHR criteria are met, restart oxytocin infusion as below: |
| | If oxytocin discontinued less than 30 minutes, restart oxytocin infusion at one-half the rate that caused the tachysystole. |
| | |
| | If oxytocin discontinued for greater than 30 minutes, restart oxytocin infusion at the beginning administration dose. |
| | |
| | Titrate dose to protocol to achieve an acceptable maternal – fetal response to labor (i.e. contractions occurring every 2-3 minutes and lasting 60 - 90 seconds; fundus palpating at "moderate to strong" at peak contraction; and uterine relaxation between contractions). |
| | |
| | **IV Fluids** |
| | |
| | Decrease mainline IV rate to maintain IV fluid intake at 80 mL/hour once oxytocin initiated |

Scanned:
Clerical Associate:
RN/LPN:

Date: 4/8/6    Time: 9am    Physician Signature

M D 4 5 7 0

🏥 Mary Washington Healthcare

**Induction / Augmentation Physician Orders**
FR-1914-MWHC   12/2009; 1/2010 (form logo only)

FAIN
TIARRA LASHAE    MWH
MRN 832666    DOB:
ACCT NO:    Age: 021

Noted 8 Wright    4/18/8 @ 1000

XXXFAIN
TIARRA LASHAE
MRN: 832666    DOB:
ACCT NO: 2    Age: 021    MWH

EXHIBIT

STAT

STAT
Medicaly
Urgent &
Necessary

**ALLERGIES:**
Medication: PCN

Food:

4/19/2010 05:56

☐ Patient Pregnant
☐ Patient Lactating

# DO NOT USE FELT TIP PEN

**For Those Orders with Options, Items MUST be marked or the Order is not Initiated**

Home Medications Only
Must Indicate statue (Continue/Discontinue)
NO MEDICATIONS OTHER THAN HOME MEDS ON
THIS FORM

**Source:** Patient

| | DOSE: | ROUTE: | FREQUENCY: | Cont. | Dis-Cont. | On Admission, Change this Order to: | Continue Original Dose at Discharge |
|---|---|---|---|---|---|---|---|
| PNV | 1 | po | dally | C | (DC) | | (Y) / N |
| | | | | C | DC | | Y / N |
| | | | | C | DC | | Y / N |
| | | | | C | DC | | Y / N |
| | | | | C | DC | | Y / N |
| | | | | C | DC | | Y / N |
| | | | | C | DC | | Y / N |
| | | | | C | DC | | Y / N |

T Eye RN

**Completing/Verifying Signature Date/Time**

☑ 24 Hour Chart Check Complete (RN/LPN)

4/19/10 @ 1700   W.D Field, RN
Date/Time/Signature RN/LPN

**Comments:**

☐ Yes, This is an Order. Scan to Pharmacy.

☑ No, this is Not an Order. Medications to be reviewed again at discharge. Scan to Pharmacy.

*If this box is not checked this will default to an order*

4/19/2010

MD Signature/Date/Time

Scan to Pharmacy after MD Reconciliation

4/19/10 @ 1700
Initals/Date/Time

*MD5365*

**Home Medication Reconciliation Physician Orders**

EXHIBIT

**XXXFAIN, TIARRA LASHAE**
MR #:     832666
Patient ID #:
DOB:
Attending:  UZOCHUKWU CHIZOBA D

## PATIENT INFORMATION

| PATIENT NAME | HR NO | | | PATIENT ACCOUNT NO | | |
|---|---|---|---|---|---|---|
| FAIN TIARRA LASHAE | 832666 | | | 2036941181 | | |

| ADM DATE | TIME | TYPE | RACE | SEX | DOB | AGE | M/S | RELIGION |
|---|---|---|---|---|---|---|---|---|
| 04/18/2010 | 05:33 | F | B | F | ▮▮▮ | 21 Years | M | DO NOT LIST |

| ROOM & BED | ADM SOURCE | FC | SVC | SOC SEC NO | HOME PHONE | OTHER PHONE |
|---|---|---|---|---|---|---|
| 308S3109 -M | RP | K | OBS | ▮▮▮ | (540)408-1176 | (914)233-6098 |

| ADDRESS | | | EMPLOYER'S PHONE NO. |
|---|---|---|---|
| 3▮▮ ▮▮▮▮▮▮ STAFFOR▮ | | | |

| EMPLOYER'S NAME | EMPLOYER'S ADDRESS |
|---|---|
| UNEMPLOYED | |

| ADMITTING DOCTOR | ATTENDING DOCTOR | PCP DOCTOR | DISCH DISP | DISCH DATE |
|---|---|---|---|---|
| UZOCHUKWU CHIZOBA D | UZOCHUKWU CHIZOBA D | UNK | AHR | 04/20/2010 |

DIAGNOSIS
INDUCTION

COMMENTS

## EMERGENCY CONTACT

| EMERGENCY CONTACT | REL | EMERGENCY HOME PH | EMERGENCY WORK PH |
|---|---|---|---|
| MESSIAH HILL | OTHER | ▮▮▮▮▮▮-▮929 | |

## GUARANTOR INFORMATION

| GUARANTOR NAME | REL TO PATIENT | SOC SEC NO | HOME PHONE | WORK PHONE |
|---|---|---|---|---|
| FAIN TIARRA | | ▮▮▮ | (540)408-1176 | |

| ADDRESS | | | |
|---|---|---|---|
| 3▮▮ ▮▮▮▮▮▮▮ CT STAFFORD VA 22554 | | | |

| GUARANTOR'S EMPLOYER | GUAR EMPLOYER'S ADDRESS |
|---|---|
| UNEMPLOYED | |

## INSURANCE

| PLAN CD | INS. DESCRIPTION | POLICY ID NO. | | AUTHORIZATION NO. |
|---|---|---|---|---|
| K68 | MEDICAID HEALTHKEEPERS PLUS | ▮▮▮▮▮ | ▮▮▮▮ | |

| REFERRAL NO. | COB | PHONE NO. OF INSURANCE CO. | ADDRESS OF INSURANCE CO. |
|---|---|---|---|
| | 1 | (800)533-5592 | PO BOX 26623 |

| ADDRESS OF INSURANCE CO. 2 | SUBSCRIBER'S NAME | SUBSCRIBE REL TO PT |
|---|---|---|
| RICHMOND VA 23261 | FAIN TIARRA | SELF |

Mary Washington Hospital
1001 Sam Perry Blvd. Fredericksburg, Virginia 22401

PT NAME: FAIN TIARRA
DOB: ▮▮▮▮▮
AGE: 21 Years
MRN #: 832666
ACC▮: ▮▮▮▮▮▮

FACESHEET

EXHIBIT 1

**Date of Admission:** _4/18/10_

**Hospital admission is certified necessary for the following reason(s):** See presenting symptoms and diagnoses in history and physical and/or prenatal record

**Estimated hospital length of stay:** _____2-3 days_____

**Plan of Care:**

- Medication: See Physician Admission orders/History & Physical

- Treatments: See Physician Admission orders/History & Physical

- Rehabilitative Services: See Physician Admission orders/History & Physical (if applicable)

- Social Services Consult: See Physician Admission orders/History & Physical (if applicable)

**Functional Level:**
- ☐ Infant/child
- x Ambulatory
- ☐ Ambulatory with assistance
- ☐ Chair confined
- ☐ Bed confined

**Plans for discharge:**
- x Home with office follow up
- ☐ Home with home health care
- ☐ Extended care facility
- ☐ Home for adults
- ☐ Other (specify): _____

I hereby certify that this hospital admission is/was necessary and appropriate and that this determination was made on the day of admission:

**Physician signature:** _____  **Date:** _4/18/10_

R I 5 1 0 0

Mary Washington Healthcare

**Medicaid Admission Certification/**
**Plan of Care – Labor & Delivery**
FR-1824-MWHC  Rev. 1/2010

XXXFAIN
TIARRA LASHAE
MRN: 832666      DOB:
ACCT NO:          Age: 021      MWH

FAIN      MWH
TIARRA LASHAE
MRN: 832666      DOB:
ACCT NO:          Age: 021

EXHIBIT 1







EXHIBIT 1