```
                                                                    1
 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE EASTERN DISTRICT OF VIRGINIA

 3                       Alexandria Division

 4     - - - - - - - - - - - - - - - x

 5     TIARRA FAIN,                  :

 6           Plaintiff,               :

 7        vs.                         : CASE NO. 3:12-CV-293

 8     RAPPAHANNOCK REGIONAL JAIL,    :

 9     et al.,                        :

10           Defendants.              :

11     - - - - - - - - - - - - - - - x

12

13         Deposition of TIARRA LASHAE FAYE LYNN FAIN

14                       Stafford, Virginia

15                  Friday, February 15, 2013

16                          10:10 a.m.

17

18

19

20     Job No.: 32551

21     Pages: 1 - 149

22     Reported by: Sarah M. Bickel, RPR
```

**EXHIBIT 2**

2

Deposition of TIARRA LASHAE FAYE LYNN FAIN, held at the offices of:

RAPPAHANNOCK REGIONAL JAIL

1745 Jefferson Davis Highway

Stafford, Virginia 22554

(540) 288-5245

Pursuant to agreement, before Sarah M. Bickel, Registered Professional Reporter and Notary Public in and for the Commonwealth of Virginia.

DEPOSITION OF TIARRA LASHAE FAYE LYNN FAIN
CONDUCTED ON FRIDAY, FEBRUARY 15, 2013

```
                                                            3
 1              A P P E A R A N C E S

 2   ON BEHALF OF THE PLAINTIFF:

 3         WILLIAM G. SHIELDS, ESQUIRE

 4         The Shields Law Firm, PLLC

 5         11512 Allecingie Parkway

 6         Suite C

 7         Richmond, Virginia 23235

 8         (804) 594-3966

 9

10

11

12   ON BEHALF OF THE DEFENDANTS:

13         ALEXANDER FRANCUZENKO, ESQUIRE

14         COOK, CRAIG & FRANCUZENKO, PLLC

15         3050 Chain Bridge Road

16         Suite 200

17         Fairfax, Virginia 22030

18         (703) 865-7480

19

20

21

22
```

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

**EXHIBIT 2**

DEPOSITION OF TIARRA LASHAE FAYE LYNN FAIN
CONDUCTED ON FRIDAY, FEBRUARY 15, 2013

4

```
 1                  C O N T E N T S

 2    EXAMINATION OF TIARRA LASHAE FAYE LYNN FAIN    PAGE

 3       By Mr. Francuzenko                            5

 4       By Mr. Shields                              143

 5

 6

 7                    E X H I B I T S

 8           (Attached to the transcript.)

 9    FAIN DEPOSITION                                PAGE

10    Exhibit 1     Sentencing Order                  24

11    Exhibit 2     Amended Complaint                109

12    Exhibit 3     Answers to Interrogatories       127

13    Exhibit 4     Letter                           137

14

15

16

17

18

19

20

21

22
```

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

**EXHIBIT 2**

5

P R O C E E D I N G S

TIARRA LASHAE FAYE LYNN FAIN

having been first duly sworn, testified as follows:

EXAMINATION BY COUNSEL FOR THE DEFENDANTS

BY MR. FRANCUZENKO:

Q   Good morning, Ms. Fain.  Can you please state your full name.

A   Tiarra Lashae Faye Lynn Fain.

Q   And can you spell that for the court reporter, the entire name?

A   Tiarra, T-I-A-R-R-A; Lashae, L-A-S-H-A-E; Faye, F-A-Y-E; Lynn, L-Y-N-N; Fain, F-A-I-N.

Q   And is that your maiden name, or is that a married name?

A   Maiden name.

Q   Have you been known by any other names?

A   No.

Q   And have you ever been married?

A   No.

Q   Where do you currently reside in?

A   1210 Ellis Avenue, Fredericksburg, Virginia 22401.

12

1    Q  Where were you employed?

2    A  At Friday's. I'm a chef.

3    Q  Which Friday's?

4    A  Central Park, Fredericksburg.

5    Q  And how long have you been employed there?

6    A  Three weeks.

7    Q  You say you're a chef?

8    A  Yes.

9    Q  Did you get any special training for that?

10   A  When I was in prison.

11   Q  You mean you got training to cook and
12 things of that nature while you were in prison?

13   A  Yes. I was a cook for the institution,
14 and I got my license in food safety.

15   Q  While you were in prison?

16   A  Yes.

17   Q  Was that here or at Fluvanna or somewhere
18 else?

19   A  That was at Central Virginia Correctional
20 Unit 13.

21   Q  And where's that located?

22   A  Pocahontas, Virginia -- Chesterfield, I'm

13

1   sorry.
2       Q  Before working for Friday's, where did you
3   work?
4       A  I worked at Mary Washington Healthcare.
5       Q  Doing what?
6       A  I was a -- my title was customer service
7   representative, but I was basically a switchboard
8   operator.
9       Q  How long were you there?
10      A  A little over a month.
11      Q  Did you go straight from Mary Washington
12  to Friday's?
13      A  No.  I went from Mary Washington to
14  unemployed to Friday's.
15      Q  How long were you unemployed between Mary
16  Washington and Friday's?
17      A  From November to about three weeks ago.
18      Q  Did you work before the Mary Washington
19  job?
20      A  Since I've been home?
21      Q  Yes.
22      A  I worked for Maids in Motion when I

14

1    first -- from May to, I'll say, June.
2        Q   May or June of 2012?
3        A   Yes.
4        Q   When did you get out of prison?
5        A   April 30th, 2012.
6        Q   And how long were you in prison for?
7        A   From February 25th to May -- to
8    April 30th, 26 months.
9        Q   So when did you go in?
10       A   February 25th, 2010.
11       Q   And then you got out April 2012?
12       A   Yes.
13       Q   How old were you when you went into
14   prison?
15       A   I think I was 21.
16       Q   Was that your first time being
17   incarcerated?
18       A   No.  It was my first time in prison.
19       Q   Prior to February 2010, how many times had
20   you been incarcerated?
21       A   Twice.
22       Q   Tell me about both times.

1  Q  Stone was there during the delivery?

2  A  Yes.

3  Q  And what was her response?

4  A  She kept saying that she was going to take
5  them off before I started pushing.

6  Q  Did she?

7  A  No.

8  Q  Did a nurse ever ask her to take them off?

9  A  Not during labor.

10  Q  Did anybody ask Stone to take those
11  restraints off during labor?

12  A  Other than when I first got there,
13  Dr. Chichi asked her, no. It was a little bit of a
14  panic, especially from the middle to the end of the
15  delivery -- the labor and delivery because the cord
16  was choking the baby. So every time I would have a
17  contraction, the room would like freeze and then
18  everybody would stop and stare at the monitor. The
19  officer was like -- not the officer, but the doctor
20  was kind of more concerned about the baby, paying
21  attention to down there.

22  Q  Were there any complications with the

70

1    Q  To your knowledge, did the restraints have
2 any impact on the doctor's ability to deliver your
3 baby?
4    A  I would have no idea, but fortunately, no.
5    Q  The restraints didn't obstruct the doctor,
6 as far as you know, in any way from being able to
7 deliver a healthy baby boy?
8    A  No.  Had she had to do the C-section, that
9 would be another story.
10   Q  No C-section was necessary, though,
11 correct?
12   A  No.  I opted to have the epidural cut off.
13   Q  Have you ever been told by anybody since
14 the actual delivery that the restraints somehow had
15 an impact on your delivery?
16   A  Had an impact?
17   Q  Yes.
18   A  I hadn't spoke -- no.  I went to prison
19 after I had my baby.
20   Q  So the next time that you were
21 unrestrained, it's your testimony, was when you went
22 to the bathroom after the delivery?

73

```
 1         Q   And then you were taken by wheelchair,
 2   correct?
 3         A   Yes.
 4         Q   Where were you taken to?  Was there a bed
 5   in there for you, or how does that work?
 6         A   Yes.  It was just like a single bedroom,
 7   TV, couch.
 8         Q   So it was just like your average hospital
 9   room?
10         A   Yes.
11         Q   Was it a double-occupancy room, or were
12   you in there by yourself?
13         A   By myself.
14         Q   Was the baby already in there when you got
15   there?
16         A   No.  They had taken him to the nursery and
17   got him cleaned and did his -- put him in the
18   incubator and did whatever they had to do to him, and
19   then they brought him to me a little while later when
20   I was settled.
21         Q   And when you say "settled," up in the
22   bed --
```

1  clinic.
2      Q  Did you use any kind of mental health
3  resources while you were here at Rappahannock?
4      A  I'm speaking to -- yes, I did, but I don't
5  remember -- I know I wrote request forms -- I wrote a
6  few request forms to speak to somebody, but it was
7  shortly before I was transferred that somebody
8  responded to it.  I don't remember her name, though.
9      Q  What was the nature of your request form?
10     A  I was just upset, and I was having really
11 bad nightmares or even -- not even being asleep and
12 just seeing it.
13     Q  What were you upset about?
14     A  Like I -- I kept having dreams of like
15 when I was having my baby, somebody -- like when they
16 took him out, they took him and bashed him into the
17 wall (indicating).
18     Q  Was that the same dream you had over and
19 over again?
20     A  Had when?
21     Q  Was that the same dream you had over and
22 over again?

103

1  A  Over and over.

2  Q  Who was doing the bashing?

3  A  I don't know. I never saw a face, but
4  they always had on like a guard uniform, but I never
5  saw their face. There was never any particular
6  individual.

7  Q  So was it a Rappahannock Regional Jail
8  guard uniform or just a uniform in general?

9  A  It was that blue correctional officer
10  uniform. At that time, I had only -- the only
11  correctional officer uniform I had ever seen was
12  Rappahannock.

13  Q  And it wasn't a specific officer that --

14  A  No.

15  Q  Any other dreams?

16  A  Not that I recall.

17  Q  When did you start having those dreams or
18  visions -- you said sometimes it was just --

19  A  Sometimes I could just be sitting there
20  during the daytime, and I would go off.

21  Q  Is it fair to say if you were awake, it
22  was more of a vision you were having as opposed to if

128

1  signed it under oath?

2    A  Yes. My Social Security number is wrong.

3    Q  It is?

4    A  Yes.

5    Q  What is the correct number?

6    A  Instead of 22, it's 92.

7    Q  Let's look at page 2, if we could.

8    A  Okay.

9    Q  I want to direct your attention to
Interrogatory Number 3, response to A. First line there says, After I was transferred to Fluvanna, I had regular visits with on-staff psychologists.

13       Do you see that?

14    A  Yes.

15    Q  And when you say "regular visits," you testified earlier that you had about three; is that right?

18    A  Yes.

19    Q  Did you have any follow-up care at Central Virginia?

21    A  No. Had I continued dealing with mental health, I wouldn't have been able to get transferred

**EXHIBIT 2**