| RAPPAHANNOCK REGIONAL JAIL<br>Stafford, Virginia | Policy Number<br>3.1.15 | Page(s)<br>5 |
|---|---|---|
| INSTITUTIONAL OPERATIONS<br>Security and Control | Related Virginia Standards<br>5.28 | Related ACA Standards<br>3-ALDF-3A-16, -17 |
| Escorted Trips | | |

## POLICY
The Rappahannock Regional Jail provides certified Jail Officers to escort and supervise inmates when they are transported outside the Rappahannock Regional Jail and/or from one jurisdiction to another.

## DISCUSSION
Transportation of inmates outside the confines of the Rappahannock Regional Jail provides a most likely opportunity for inmate escape. Consequently, Jail personnel involved in conducting or supervising transportation must be especially alert to possible dangers. In planning transportation activities:
- Careful consideration should be given to selecting a route, which presents the least possibility of difficulty.
- Neither the inmate, his/her family, nor the public should be aware of the time of departure or the proposed route prior to a trip.
- Routes and times of departure should be changed periodically so that inmates cannot detect a pattern.
- Inmates are not permitted to make telephone calls prior to transportation.

## PROCEDURES
In order to reduce the likelihood of escapes or other serious problems during transportation, it is important that proper planning, training, and orientation be conducted prior to the trip.
- Each trip is handled by a minimum of one (1) Jail Officer.
- Handguns are carried on the opposite side of the body from inmates at all times.
- Consumption of alcoholic beverages by Jail Officers or inmates is strictly prohibited.
- Prior to all transportation, the Movement Officer is made aware of the custody classification of inmates involved and other pertinent data, including past escapes.
- To the greatest extent possible, transportation is conducted during daylight hours.
- Prior to departure, all inmates are given, at a minimum, a pat "frisk" search (see Policy 3.1.19, Inmate, Employee, and Visitor Searches.)
- Inmates being permanently reassigned to another institution or facility are transported with all personal property, unless otherwise specified. Prior to transport, such property must be inventoried and thoroughly searched.
- Inmates are not permitted to possess or spend any funds while in transit.
- Inmates are not permitted to trade or give anything to the Movement Officer(s) or to anyone else.
- Inmates are not permitted to select eating places, routes of travel, rest stops, or in any manner influence the itinerary of the return trip.
- Movement Officers are not to discuss personalities, itinerary, inmate movements, or other official business in the presence of inmates, nor are they to offer legal advice or suggest legal actions to inmates.
- Inmates are not permitted to converse with anyone except the escorting Officer(s) while in transit.
- Inmates are not permitted to make telephone calls or mail letters while in transit, nor are the escort(s) to perform these services for them.
- Except under unusual circumstances, rest stops in transit are limited to one every three hours at previously scheduled locations along the route. These scheduled locations are institutions or jail facilities en route.
- Handcuff and leg iron keys are not carried on the same ring as the motor vehicle ignition or other general use key rings.
- Gasoline credit cards are provided to Movement Officers.
- Escorting an inmate by vehicle should normally be terminated after eight (8) hours of driving time per Movement Officer making the trip. This should equal approximately 400 miles per day. Only when extenuating circumstances exist is this limit to be extended to a maximum of ten hours' travel time.
- Movement Officers returning from an interstate retake of an escapee, after more than 36 hours of continuous duty, are granted appropriate rest time on the day following their return.



**EXHIBIT 4**

- Prior to each trip, Movement Officers check their radio equipment and maintain radio contact during the trip with the host institution, receiving institution, or other institutions along the route.
- Officers of either sex may conduct transportation.
- Movement staff are issued cellular phones to contact the facility on long transports (see Policy No. 1.4.2, Telecommunications).

See Policy No. 1.3.7, Standards of Conduct.

### Funeral Trips

When there is a death in an inmate's family, the Programs Coordinator is to be notified. The staff member completes the Death Notification/Escorted Trip Request Form (see attached form) and verifies the reported information with the funeral home. This form is forwarded to the inmate's Correctional Counselor for record review, verification of the inmate's relationship to the deceased, and custody status of the inmate. The Correctional Counselor recommends approval or disapproval of the trip and forwards the form to the Director of Security & Confinement for final approval or disapproval. If approved, the Director of Security & Confinement directs the Movement Section to conduct the trip in accordance with standard operating procedures. If disapproved, the Director of Security & Confinement informs the Director of Community Corrections & Programs, who is responsible for notifying the inmate of the disapproval and the reasons for disapproval. Approval or disapproval of a funeral trip is based upon the safety and security of the community, staff, and inmate.

If approved, the inmate is allowed to go to the funeral home prior to the family's viewing to pay respects. The time is to be coordinated between the funeral home and the Movement Supervisor.

### Hospital Trips - Emergency Room Treatment

When the need arises to transport an inmate to a non-secure hospital, an armed certified Jail Officer directly supervises the inmate.

If the inmate is transported by rescue squad, the inmate is to be secured to the gurney by the wrist(s) or ankle(s), using restraints whenever possible. If a Jail vehicle transports the inmate, full restraints are applied when physically permissible. Restraints may be temporarily removed at the request of the emergency room medical staff for the purposes of tests, x-ray, or any other hospital protocol. Restraints are to be reapplied immediately following any procedure. The inmate is not permitted telephone calls or visitors.

The Superintendent must approve requests from the attending physician for permanent removal of restraints. In the event the inmate in question has a violent history or background or has been combative, at a minimum, the inmate is to be shackled at the wrist or ankle to the bedrail using leather restraints.

### Assignment to Private Rooms

Any inmate assigned to a room in a non-secure hospital is under the direct supervision of an armed certified Jail Officer. Inmates are not allowed telephone calls or visitors (unless approved by the Watch Commander or his/her designee). The telephone is to be used by the Officer strictly to communicate with supervisors.

Jail Officers are prohibited from bringing personal laptops, cell phones or pagers into the hospital room while they are assigned a security detail for a hospitalized inmate. Staff is authorized to bring with them the following items: books, training manuals or magazines to read.

Leather restraints are to be applied, at a minimum, to the wrist and ankle and to the bed rail. Restraints are not to be removed unless requested by medical staff for the purpose of any medical procedure or to permit the inmate to use the restroom. Under both circumstances, the inmate is to be closely supervised by the Jail Officer and restraints applied immediately thereafter.

Inmates are to be directly supervised at all times during hospital stays. Certified Jail Officers are not to be relieved by hospital security officers; only other certified Jail Officers can relieve them. Relief must be provided at least every Six (6) hours for each officer assigned to hospital duty. There will be no exceptions to this directive. Relief is to be defined as relief of duty by a certified Jail Officer for at least twenty minutes, or for the duration of the 12-hour shift, which would be six (6) hours.



**EXHIBIT 4**

The Watch Commander is to notify hospital personnel not to release any information indicating that an inmate is a patient at the hospital.

Any family member inquiring about a hospitalized inmate is to be referred to the jail's Medical Department.

### Restraint Equipment
Inmates are restrained in the following manner:
- Minimum custody inmates are restrained, at a minimum, in handcuffs, waist chain, and leg irons unless otherwise specified by the Director of Security & Confinement. These inmates are also maintained under direct supervision at all times.
- Medium and maximum custody inmates are restrained, at a minimum, in handcuffs, waist chains, and leg irons. Additional restraints may be applied if needed.
- Physical restraints are not removed from any inmate while outside the confines of the Rappahannock Regional Jail unless there is an armed certified Jail Officer present.
- Inmates are not secured to the vehicle except by use of a seat belt.
- Restraining equipment must never be used as punishment or in a way that causes undue physical pain or restricts the blood circulation or breathing of an inmate.

### Movement Vehicles
Movement vehicles used by the Rappahannock Regional Jail will be equipped with a special security screening between the inmates and driver. Officers occupy front seat(s), with the inmate(s) riding in the rear.
- All movement vehicles are to be examined frequently for hairpins, coat hangers, soft drink bottles, chewing gum, paper, matches, and other seemingly insignificant items that could be used in shimming, jamming, or picking handcuffs, or used as a weapon.
- All transportation vehicles are to be equipped with a working two-way radio (See Policy No. 1.4.3, Intercom and Radio Use.)
- Transportation vehicles are never to be operated at speeds in excess of the posted speed limit unless in an emergency situation (See Policy No. 1.3.11, Use of Facility and Personal Vehicles.)
- Shotguns are carried only under the direction of the Superintendent or Director of Security & Confinement.
- If a vehicle is mechanically disabled during transport, the driver will attempt to move the vehicle out of traffic lanes and into a safe area. Arrangements must be made to accommodate the inmate(s) and to provide for their security while they are being transported within the community. The Maintenance Department arranges for repairs.

### Loading
When transporting inmates in a Jail vehicle, the seat closest to the security screen is to be left vacant. All inmates sit in the second, third, or fourth seat. The only exceptions are:
- If more than ten inmates of the same sex are being transported;
- If both male and female inmates are being transported, males and females must be segregated in the vehicle by an entire bench seat when possible.

### Meals on the Road
- The inmate eats in the vehicle.
- Restraining devices are to remain in place.
- Food not requiring eating utensils and cold (without ice) drinks are appropriate for the inmate.

### Emergency Procedures
Accidents: If a transport vehicle is involved in an accident, the Movement Officer(s) should:
- Contact State Police on S.I.R.S. or at 1/800/572-2260.
- Contact Rappahannock Regional Jail on radio or at 1/540/288-5245.
- Document time of accident, location of accident, persons involved, how accident occurred and the time when State Police, rescue squad, and facility were notified.
- Notify local rescue squad if anyone is injured due to accident and insure medical attention is rendered to those in need.
- In the event two or more inmates must be transported to the hospital, the transporting Officer remains with the uninjured inmate(s). Assistance from state and local authorities is requested to insure the safe and secure

**EXHIBIT 4**

transportation of those inmates injured to the hospital. The Rappahannock Regional Jail should also be notified so that an Officer(s) can be dispatched to the scene of the accident and/or hospital.
- If a Movement Officer(s) observes an accident or comes upon an accident, he/she should notify the State Police on S.I.R.S. or at 1/800/572-2260.

**Escapes**

In the event that an escape occurs, the Officer in charge of the trip immediately notifies the Rappahannock Regional Jail by radio or telephone of the name of the escapee, sex, race, age, clothing description, personal description (hair color, length, eyes, scars, etc.), direction of travel, whether armed (if so, type of weapon), and time of escape. This Officer is also responsible for documenting all of the above. See Policy No. 3.2.4, Escape Plan.

**Cross Reference**
Policy No. 1.3.7, Standards of Conduct
Policy No. 1.3.11, Use of Facility and Personal Vehicles
Policy No. 1.4.2, Telecommunications
Policy No. 1.4.3, Intercom and Radio Use
Policy No. 3.1.10, Use of Restraints
Policy No. 3.1.19, Inmate, Employee, and Visitor Searches
Policy No. 3.1.20, Reporting Institutional Incidents
Policy No. 3.2.4, Escape Plan

**EXHIBIT 4**

# RAPPAHANNOCK REGIONAL JAIL

## DEATH NOTIFICATION/ESCORTED TRIP REQUEST

NAME OF INMATE: _____ BLOCK: _____

NOTIFIED BY: _____ DATE: _____

NAME OF DECEASED: _____ DATE OF DEATH: _____

RELATIONSHIP TO INMATE: _____

FUNERAL HOME: _____ CONTACT: _____

ADDRESS: _____ TEL: _____

INFORMATION VERIFIED BY: _____

DATE AND TIME OF VIEWING: _____

ADDRESS: _____

TEL: _____ DIRECTIONS: _____

_____

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

OFFENSE: _____ STATUS: _____

SENTENCE: _____ ESCAPE HISTORY: _____

DETAINERS/PENDING CHARGES: _____

## CLASSIFICATION OFFICER'S RECOMMENDATION

_____ APPROVAL

_____ DISAPPROVAL          Signature _____

## DIRECTOR OF SECURITY & CONFINEMENT

_____ APPROVAL

_____ DISAPPROVAL          Signature _____

cc: Records Department
    Movement Section
    Programs Coordinator
    Director of Community Corrections & Programs



**EXHIBIT 4**