```
                IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF VIRGINIA

                        Alexandria Division

     - - - - - - - - - - - - - - x

     TIARRA FAIN,                   :

             Plaintiff,             :

         vs.                        :  CASE NO. 3:12-CV-293

     RAPPAHANNOCK REGIONAL JAIL,    :

     et al.,                        :

             Defendants.            :

     - - - - - - - - - - - - - - x



                 Deposition of OFFICER VINA REED

                        Stafford, Virginia

                   Tuesday, February 12, 2013

                            1:27 p.m.




     Job No.: 32439

     Pages: 1 - 16

     Reported by: Sarah M. Bickel, RPR
```

PLAINTIFF'S EXHIBIT C

9

1  she was at Mary Washington Hospital?

2  A  Not that I recall.

3  Q  Have you ever been over to Mary Washington

4  Hospital to watch an inmate, if you will?

5  A  Yes.

6  Q  Have you ever been over there to watch a

7  pregnant inmate?

8  A  Yes.

9  Q  Are you familiar with what the policy of

10 the jail is concerning the restraining --

11 A  Yes.

12 Q  -- of pregnant inmates?

13 A  Yes.

14 Q  And what is that policy?

15 A  Basically if they're in active labor, they

16 are not restrained in transport or at the hospital.

17 Q  So if they're in active labor --

18 A  If they're in active labor, we do not

19 restrain.

20 Q  And how do you define "active labor"?

21 A  Well, that's the medical department to

22 determine if they're in active labor or not.

10

1     Q  The medical department here?

2     A  Yes.

3     Q  And how about once they get to the hospital?

4

5     A  Well, once they're at the hospital, we do not have restraints on them while they're in labor and having their babies.

8     Q  Would it be a violation of the policy to have restraints on them while they were at the hospital?

11     A  You talking about during delivery?

12     Q  Anytime during the hospital.

13     A  Not anytime during the hospital, no.

14     Q  So when we're in the hospital, they are restrained at some times, correct?

16     A  Correct.

17     Q  At what times?

18     A  It's after they have given birth and have been cleaned up.

20     Q  So after birth, they are restrained?

21     A  Yes.

22     Q  Are they restrained while feeding?

1    A  Yes, they could be.

2    Q  And during feeding, how would they be restrained, according to your policy?

4    A  Normally we have either a leg or an arm retrained to the bed.

6    Q  A leg tethered to the bed?

7    A  Right, or an arm tethered to the bed.

8    Q  Or both of them or just one each?

9    A  Normally it's one.

10    Q  Whose responsibility is it to put the tethers on or off the inmates during this delivery procedure?

13    MR. FRANCUZENKO:  During delivery procedure?

15    A  Not during delivery at all.

16    BY MR. SHIELDS:

17    Q  So they're not tethered at all?

18    A  Not during delivery, sir.

19    Q  And if they were, it would be a violation of your policies?

21    A  Correct.

22    Q  Did you ever have any dealings with

1    hospital, yes.
2           BY MR. SHIELDS:
3       Q  After they got to the hospital?
4           MR. FRANCUZENKO:  Same objection.
5           BY MR. SHIELDS:
6       Q  What I'm asking is, you take an inmate
7    who's pregnant, gets to the hospital not in active
8    labor, would she be restrained or not, according to
9    your policy?
10      A  Yes.
11          MR. FRANCUZENKO:  Same objection.
12          BY MR. SHIELDS:
13      Q  In the hospital, at what point do the
14   restraints come off, according to your policy?
15      A  They would -- when they would come in
16   active labor.
17      Q  And who would tell you they were or
18   weren't in active labor at the hospital?
19      A  The nurse or a doctor.
20      Q  If the nurse never said she was in active
21   labor, would the restraints ever have come off,
22   according to your policy?

DEPOSITION OF OFFICER VINA REED
CONDUCTED ON TUESDAY, FEBRUARY 12, 2013

14

1   A  I'm unsure of how to answer that.

2   Q  Let me ask this.  According to your
3 policy, are they to be restrained until active labor
4 begins?

5   A  Yes.

6   Q  And that's at the hospital or not, right?

7   A  You're saying at the hospital?

8   Q  Yes, ma'am.

9   A  Would they be restrained?

10  Q  That's right.

11  A  If they're not in labor?

12  Q  If they're not in labor.

13  A  Yes.

14  Q  So they would be restrained up to the
15 point where the doctor or the nurse says that now
16 they're in active labor, remove the restraints; is
17 that the policy?

18  A  I don't think that's in detail, step by
19 step how it goes.

20  Q  Can you tell me how it does go?

21  A  I'm unsure.

22  Q  But your impression is that they stay

DEPOSITION OF OFFICER VINA REED
CONDUCTED ON TUESDAY, FEBRUARY 12, 2013

15

1  restrained until active labor is pronounced by either
2  the nurse or the doctor; am I correct about that?
3          A   Basically, yes.
4          Q   Thank you.
5              Has anybody told you whether or not
6  Ms. Fain was restrained during delivery?
7          A   No.
8          Q   So you don't know, one way or the other?
9          A   No.
10             MR. SHIELDS:  Thank you.  No further
11 questions.
12             MR. FRANCUZENKO:  We're going to waive on
13 this one.
14
15             (Signature having been waived, the
16 deposition of OFFICER VINA REED concluded at
17 1:38 p.m.)
18
19
20
21
22