```
                                                                    1

 1            IN THE UNITED STATES DISTRICT COURT

 2          FOR THE EASTERN DISTRICT OF VIRGINIA

 3                    Alexandria Division

 4    - - - - - - - - - - - - - - - x

 5    TIARRA FAIN,                   :

 6          Plaintiff,                :

 7      vs.                           : CASE NO. 3:12-CV-293

 8    RAPPAHANNOCK REGIONAL JAIL,    :

 9    et al.,                        :

10          Defendants.              :

11    - - - - - - - - - - - - - - - x

12

13         Deposition of OFFICER TINA SCHOOLFIELD

14                  Stafford, Virginia

15              Tuesday, February 12, 2013

16                     1:57 p.m.

17

18

19

20    Job No.: 32439

21    Pages: 1 - 32

22    Reported by: Sarah M. Bickel, RPR
```



PLAINTIFF'S EXHIBIT D

DEPOSITION OF OFFICER TINA SCHOOLFIELD
CONDUCTED ON TUESDAY, FEBRUARY 12, 2013

6

1 responsibility?

2     A  Well, I did work medical at times, but I
3 just worked anywhere in the facility.

4     Q  Now, do you recall the case of Tiarra
5 Fain?

6     A  Very little.

7     Q  Did you have occasion to treat her
8 medically at any time or look at her as a medical
9 case at any time?

10     A  No, sir.

11     Q  Did you have ever an occasion to do
12 anything with her transportation?

13     A  No, sir.

14     Q  Did you ever have anything to do with her
15 while she was at the hospital?

16     A  I did, but I don't remember a lot about
17 it.

18     Q  Do you -- in your duties as a medical
19 officer, what do you do?  Can you describe those
20 functions for me?

21     A  Yes, sir.  I'm the only officer down in
22 medical, and I'm there as the inmates come in and

DEPOSITION OF OFFICER TINA SCHOOLFIELD
CONDUCTED ON TUESDAY, FEBRUARY 12, 2013

8

1  labeled RRJ 301 and RRJ 302 that have previously been
2  labeled Exhibit 1 in a different deposition, Giuffra,
3  and your name appears on the second sheet.
4          I ask if you can tell me what that entry
5  means.  It's sort of towards the top there.
6          A  Let me get my glasses on here.  That would
7  mean that I worked that -- I don't know whether it
8  was -- I guess it looks like it would have been
9  morning on -- until 19:00 on 4/19.  Relieving McRay
10 is what it says on here.
11         Q  Relieving what?
12         A  It looks like -- I'm not sure what that
13 says.  No, he was somewhere else.  I apologize.
14 Stone.  Stone.
15         Q  So you relieved Stone?
16         A  That's what it looks like, yes, sir.
17         Q  Do you know what time he came on?
18         A  Well, normal shift would have been in the
19 morning.
20         Q  Does it say what time?
21         A  This says 05:45, but that would not have
22 been the time I would have gone.  I was at the

10

1  to drive over there.  It takes a lot longer than that
2  to get there.  I don't know for sure.  It could be,
3  though.
4      Q  Do you have any recollection of what her
5  condition was like during that time?
6      A  No, sir.
7      Q  Do you know whether or not she was
8  restrained during that period of time?
9      A  I have -- I don't have any recollection of
10 much of any of it, sir.
11     Q  According to your procedure, if she had
12 already delivered the baby, would she have been
13 restrained during --
14     A  If she had already delivered the baby, me
15 personally, I would have had one restraint on her
16 ankle.
17     Q  Would you have had any other restraints on
18 her?
19     A  No, sir.
20     Q  Is that up to the officer's choice, or is
21 that a policy?
22     A  Well, for policy, it's actually supposed

11

1  to be two when they're -- anybody who's at the
2  hospital, from what I understand, but I -- because of
3  her having a baby, I'm a mother myself and I -- you
4  know, with the restraints, I don't put them on the
5  arms, I just put one on the leg.  She's not going to
6  go anywhere like that.
7        Q  Did you have occasion to discuss this case
8  with anybody other than your attorney?
9        A  No, sir.
10       Q  Do you have any knowledge of whether or
11 not she was restrained during the time she delivered
12 the baby?
13       A  No, sir.
14       Q  Do you know whether or not she had had a
15 high-risk pregnancy?
16       A  No, sir.
17       Q  Do you know whether or not she had a
18 history of macrosomia?
19       A  No, sir.
20       Q  Do you know if any time the fetal blood
21 monitor indicated that the baby was in trouble?
22       A  No, sir.

1    A   Absolutely not.

2    Q   -- or anything like that?

3    A   Absolutely not, no, sir.

4    Q   So you remove it completely?

5    A   Completely, yes, sir.

6    Q   Do you know whether or not keeping those

7  restraints on after delivery is against hospital

8  policy?

9    A   Is against -- I don't -- is against

10 hospital policy?

11   Q   Yes. Do you know?

12   A   No, sir.

13   Q   Have you ever had occasion to refuse a

14 direction from a medical personnel there to remove

15 restraints?

16   A   No, sir.

17   Q   Was there ever occasion --

18   A   I was actually never given -- can I -- I

19 was never actually given a directive from anybody to

20 ever remove anything from anyone, so, you know --

21   Q   So it never came up, one way or the other?

22   A   Never, ever. No, sir, never had an issue.

DEPOSITION OF OFFICER TINA SCHOOLFIELD
CONDUCTED ON TUESDAY, FEBRUARY 12, 2013

17

1    Q  You never had a nurse say, Take them
2  off --
3    A  Absolutely not.
4    Q  -- and you took them off or didn't take
5  them off?
6    A  There's never an issue.  No one's ever
7  asked me anything like that.
8    Q  Am I correct that no nurse or doctor over
9  there, or anybody else at the hospital, for that
10 matter, has ever asked you to remove any restraints?
11   A  No, sir, they've never.
12   Q  So they've left it entirely up to you?
13   A  Nobody's ever asked me to remove anything.
14   Q  And if my client were to say that the
15 nurse insisted and Defendant Schoolfield removed the
16 handcuffs; once the nurse left, she recuffed the
17 plaintiff and hid the restraints under a blanket,
18 that would be untrue; is that correct?
19   A  That is very untrue, sir.
20   Q  While you were there, at any time did the
21 issue of breastfeeding come up?
22   A  No, sir.

18

1      Q  Did you observe whether or not Ms. Fain
2  was breastfeeding her baby?
3      A  I don't remember.
4      Q  According to policy, during the
5  post-delivery period if there's breastfeeding going
6  on, are the restraints removed for that?
7      A  I don't put restraints on because of the
8  baby -- you know, I don't know what their policy is.
9  It's like a two-point restraint.  I believe since
10  that's changed, but it's always been a two-point
11  restraint.  I just put it on the ankle.  I don't
12  know.
13      Q  Do you recall if, after you left, a male
14  guard replaced you, by any chance?
15      A  I don't remember that, sir.
16      Q  Do you know anything about a breast
17  pump --
18      A  No, sir.
19      Q  -- being ordered for Ms. Fain?
20      A  No, sir.
21      Q  Do you know whether or not Ms. Fain
22  received her pain medications after she returned