1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

- - - - - - - - - - - - - - - x

TIARRA FAIN,                           :

    Plaintiff,                    :

  vs.                              : CASE NO. 3:12-CV-293

RAPPAHANNOCK REGIONAL JAIL,     :

et al.,                                :

    Defendants.                   :

- - - - - - - - - - - - - - - x


    Deposition of TIARRA LASHAE FAYE LYNN FAIN

Stafford, Virginia

Friday, February 15, 2013

10:10 a.m.




Job No.:  32551

Pages:  1 - 149

Reported by:  Sarah M. Bickel, RPR



PLAINTIFF'S EXHIBIT G

53

1     A  Shortly after I got the Cervidil.

2     Q  And can you tell me at what point during

3 the day that was?  Before noon, after noon?

4     A  I don't recall.

5     Q  And who was -- which one of the officers

6 was in the room when you received those drugs?

7     A  I believe it was Stone.

8     Q  Before or after she was relieved?

9     A  Before.

10     Q  And so then Officer Reed at some point

11 comes into the room?

12     A  Yes.

13     Q  Did the restraints change at any point?

14     A  No.

15     Q  At any point, do you have to get up to use

16 the bathroom?

17     A  Yes, a couple times.

18     Q  A couple of times?

19     A  (Nonverbal response.)

20     Q  Tell me how that went.  Were the

21 restraints removed?

22     A  They were taken off my arm, but then the

54

1    one that was on my leg, it was taken off the bed and
2    put onto my other leg and I would go to the bathroom.
3        Q  You could walk with the two on your leg;
4    is that right?
5        A  Yes.  It was a little bit longer.
6        Q  And so you would simply walk yourself into
7    the bathroom then?
8        A  Uh-huh.
9        Q  Was there anybody watching you while you
10   were in the bathroom?
11       A  No.  She just like stood outside the door
12   and waited on me.
13       Q  And this was on at least two occasions?
14       A  This was before Officer Reed came in
15   because when I -- with Officer Reed, I didn't get up.
16   I had already been catheterized.
17       Q  And you said your recollection was Officer
18   Reed was there about an hour?
19       A  I believe.
20       Q  And when each time you went to the
21   bathroom, were you restrained back to the same way
22   that you described before?

55

1      A   Yes.

2      Q   All right. What's the next major event?
3 You've gotten the Cervidil, you've gotten the Pitocin
4 or however you say that.

5      A   Pitocin.

6      Q   Pitocin.

7      What happens next?

8      A   After that, the doctor would come in every
9 so often and check for dilation.

10      Q   Same doctor?

11      A   Uh-huh, always the same doctor.

12      Q   Did you see anybody else besides
13 Dr. Chichi that day?

14      A   Not a physician. Some nurses came and
15 went, but the physician, she stayed the same.

16      Q   So she would pop in every once in a while
17 to see how far along you were?

18      A   Yes.

19      Q   Do you recall how many times she did that?

20      A   No.

21      Q   It was more than once?

22      A   Yes.

1    Q  More than five times?

2    A  Probably not because most of the labor is
3 with the nurses.

4    Q  Do you remember the names of any of the
5 nurses?

6    A  Not from labor and delivery. Only from
7 mother/baby.

8    Q  Since that day, since April 18th, 2010,
9 have you spoken to any of the nurses that were on
10 duty during the labor and delivery?

11   A  I haven't been able to find any of them.

12   Q  Do you actually deliver in that room, or
13 did they move you to another room?

14   A  You deliver in that room.

15   Q  It's one of those birthing suites; is that
16 right?

17   A  Definitely.

18   Q  So you're in there doing the contractions,
19 at some point start the labor and actually have the
20 delivery all in the same room?

21   A  Yes.

22   Q  And then after that, do you stay in that

57

1   room, or do they move you someplace else?

2       A   They move you across the hall to

3   mother/baby.

4       Q   Before we get to that point, let's go back

5   to -- at some point, does the doctor tell you that

6   you're dilated enough to actually have the baby?

7       A   Yes.  I was pushing.

8       Q   Do you recall at what point during the day

9   that occurs?

10      A   No.

11      Q   Was it still light out or dark out, do you

12  have any recollection?

13      A   I know I started pushing.  They come in

14  and have you do -- push a few times anyway before you

15  actually -- before, like, you're crowning, but I had

16  done some pushing during the daylight.

17      Q   At what point, if any, do the restraints

18  come off?

19      A   After I had the baby, the officer stepped

20  out and made a phone call, I guess to let them know I

21  had had the baby.  I was in the room by myself.  They

22  had taken -- the nurses took my baby to the nursery,

58

1  and then she comes back in and I'm like, I have to
2  pee -- I have to use the restroom. I'm sorry. And
3  she let me off then.
4      Q During the actual delivery, were there any
5  restraints on you?
6      A Yes.
7      Q Where?
8      A On my right arm, my left arm, and then my
9  left leg.
10     Q Did the doctor say anything about that?
11     A Yes, in the very beginning.
12     Q I mean during the delivery process.
13     A No.
14     Q Did you say anything to the doctor that
15 you were restrained?
16     A I mean, I did my typical labor and
17 delivery complaining. I just kept asking when they
18 were going to come off, like, to the CO.
19     Q What's the CO?
20     A Corrections officer, sorry.
21     Q Who was that at that point?
22     A Stone.

58

1  and then she comes back in and I'm like, I have to
2  pee -- I have to use the restroom. I'm sorry. And
3  she let me off then.
4      Q  During the actual delivery, were there any
5  restraints on you?
6      A  Yes.
7      Q  Where?
8      A  On my right arm, my left arm, and then my
9  left leg.
10     Q  Did the doctor say anything about that?
11     A  Yes, in the very beginning.
12     Q  I mean during the delivery process.
13     A  No.
14     Q  Did you say anything to the doctor that
15 you were restrained?
16     A  I mean, I did my typical labor and
17 delivery complaining. I just kept asking when they
18 were going to come off, like, to the CO.
19     Q  What's the CO?
20     A  Corrections officer, sorry.
21     Q  Who was that at that point?
22     A  Stone.

59

1  Q  Stone was there during the delivery?

2  A  Yes.

3  Q  And what was her response?

4  A  She kept saying that she was going to take
5  them off before I started pushing.

6  Q  Did she?

7  A  No.

8  Q  Did a nurse ever ask her to take them off?

9  A  Not during labor.

10  Q  Did anybody ask Stone to take those
11  restraints off during labor?

12  A  Other than when I first got there,
13  Dr. Chichi asked her, no.  It was a little bit of a
14  panic, especially from the middle to the end of the
15  delivery -- the labor and delivery because the cord
16  was choking the baby.  So every time I would have a
17  contraction, the room would like freeze and then
18  everybody would stop and stare at the monitor.  The
19  officer was like -- not the officer, but the doctor
20  was kind of more concerned about the baby, paying
21  attention to down there.

22  Q  Were there any complications with the

63

1     A  Yes.

2     Q  And, again, what was the level of

3 restraint you had on you at that point?

4     A  I was still both arms, left leg.  It

5 didn't come off until after I had him.

6     Q  When you were actually giving birth, the

7 actual delivery, were your legs in any kind of

8 stirrups?

9     A  I think so.  Yes.  After -- there's this

10 thing all the way at the bottom of the bed that they

11 take off and then they put the stirrups onto it.

12 After that.

13     Q  And the doctor sits in front --

14     A  Yes.

15     Q  -- to perform the actual delivery?

16     A  Uh-huh.

17     Q  And if the doctor saw -- if there were

18 restraints on your leg, the doctor would have seen

19 that, correct?

20     MR. SHIELDS:  Objection, calls for a

21 conclusion on her part.

22     BY MR. FRANCUZENKO:

64

1      Q  Do you think that's correct?

2      A  I don't know.

3      Q  Your legs would have been up in the air,
4 correct?

5      A  Yes.

6      Q  In the stirrups?

7      A  Yes.

8      Q  And those legs would have also been
9 attached to the bed -- to the railing?

10      A  They would have been attached to the
11 leather strap, which would have been attached to the
12 bed.

13      Q  To the railing?

14      A  Yes.

15      Q  So it's your testimony today that at the
16 time of delivery, while your legs were in the
17 stirrups -- and it would have been your left leg?

18      A  Yes.

19      Q  -- that the way this thing is set up, that
20 your left leg was up in the stirrup and still
21 restrained to the bedpost?

22      A  Yes.

65

1     Q  Or the railing?

2     A  Yes.

3     Q  You're 100 percent sure about that?

4     A  Yes.  And there also -- the restraints,
5  they were brown, so I'm not sure -- I can't speculate
6  anything about what she saw, but they were brown.
7  Like I said, the main focus was my son because there
8  was like a panic in the room.

9     Q  How long was the doctor -- once you get
10 into those stirrups and you're actually doing the
11 delivery, how long was the doctor -- how long did
12 that process take?

13    A  I don't recall.  It wasn't long, though.
14 She's there to get him out.  She did her -- she helps
15 open everything and get him out and then she sewed
16 me -- and then she delivered the placenta and then
17 she sewed up.

18    Q  So how long do you think that process
19 took?

20    A  I don't recall.

21    Q  More than five or ten minutes?

22    A  Yes.

66

1      Q  At any point during that process, did you
2  hear Dr. Chichi say anything about restraints?
3      A  No.
4      Q  Did you hear any nurse say anything about
5  restraints?
6      A  I never heard a nurse say anything about
7  restraints.
8      Q  The only mention about restraints would
9  have been when you initially came in and Dr. Chichi
10 had said, you know, Make sure those things are off,
11 or something like that?
12     A  Yes.
13     Q  And just so we're clear, again, at the
14 time of delivery, it's your testimony that the left
15 leg was restrained to the rail?
16     A  Yes.
17     Q  And where was the strap on the leg?
18     A  On my ankle.
19     Q  And both arms were restrained?
20     A  Yes.
21     Q  And I think you said one arm was with a
22 longer strap to the right side and the right arm with

67

1  a shorter strap to the right side [sic]?
2      A  Yes.  It was like -- the one on my left
3  arm was just like the one on my leg.
4      Q  What happens next after you have the baby?
5  Placenta comes out, you get sutured, what happened
6  next?
7      A.  The officer -- somebody brought me like
8  food.
9      Q  Do you stay in that room or do you end up
10 going to another one?
11     A  I was in that room for a while.  It was a
12 while that I was in there.
13     Q  They take the baby away?
14     A  Uh-huh.  He went to the nursery.
15     Q  And they clean the baby up and do whatever
16 they do with the baby, correct?
17     A  Uh-huh.
18     Q  Do you get cleaned up as well?
19     A  Kind of.  I stayed in the same clothes.  I
20 just -- they just moved -- like they got me -- I ate.
21 They brought me like a boxed lunch and I ate, and I
22 got moved to mother/baby.

128

1   signed it under oath?
2       A   Yes.  My Social Security number is wrong.
3       Q   It is?
4       A   Yes.
5       Q   What is the correct number?
6       A   Instead of 22, it's 92.
7       Q   Let's look at page 2, if we could.
8       A   Okay.
9       Q   I want to direct your attention to
10  Interrogatory Number 3, response to A.  First line
11  there says, After I was transferred to Fluvanna, I
12  had regular visits with on-staff psychologists.
13          Do you see that?
14      A   Yes.
15      Q   And when you say "regular visits," you
16  testified earlier that you had about three; is that
17  right?
18      A   Yes.
19      Q   Did you have any follow-up care at Central
20  Virginia?
21      A   No.  Had I continued dealing with mental
22  health, I wouldn't have been able to get transferred